**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

DISTRICT OF NORTH DAKOTA

Case number *(if known)* _____ Chapter _11_

☐ Check if this an amended filing

## Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy

06/24

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.**

| | | |
|---|---|---|
| **1.** | **Debtor's name** | Jamieson CAPEX Fund, LLC |

| | | |
|---|---|---|
| **2.** | **All other names debtor used in the last 8 years** Include any assumed names, trade names and *doing business as* names | |

| | | |
|---|---|---|
| **3.** | **Debtor's federal Employer Identification Number** (EIN) | 47-3653978 |

**4. Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| 2865 Lilac LN N<br>Fargo, ND 58102-1706<br>Number, Street, City, State & ZIP Code | P.O. Box, Number, Street, City, State & ZIP Code |
| Cass<br>County | **Location of principal assets, if different from principal place of business**<br><br>Number, Street, City, State & ZIP Code |

**5. Debtor's website** (URL)    www.jamiesoncapital.com

**6. Type of debtor**

☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

Debtor   Jamieson CAPEX Fund, LLC
　　　　　Name
Case number (*if known*) _____

**7.   Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

☒ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See
http://www.uscourts.gov/four-digit-national-association-naics-codes.

　　5313

**8.   Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7

☐ Chapter 9

☒ Chapter 11. *Check **all** that apply:*

　　☒ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725 (amount subject to adjustment on 4/01/25 and every 3 years after that).

　　☒ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

　　☒ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.

　　☐ A plan is being filed with this petition.

　　☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

　　☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

　　☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9.   Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

☒ No.

☐ Yes.

| District | _____ | When | _____ | Case number | _____ |
| District | _____ | When | _____ | Case number | _____ |

**10.  Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

☒ No

☐ Yes.

Debtor    Jamieson CAPEX Fund, LLC                                          Case number (*if known*) _____
    Name

List all cases. If more than 1,
attach a separate list

| Debtor | | Relationship | |
|---|---|---|---|
| District | _____ When _____ | Case number, if known | _____ |

**11. Why is the case filed in this district?**    *Check all that apply:*

☒ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☒ No

☐ Yes.  Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
    What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
    Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes.  Insurance agency _____
       Contact name _____
       Phone _____

---

   ■   **Statistical and administrative information**

**13. Debtor's estimation of available funds**    *Check one:*

☒ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ☒ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

**15. Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☒ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50   million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☒ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50   million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

Debtor    Jamieson CAPEX Fund, LLC

Name

Case number (*if known*) _____

---

**Request for Relief, Declaration, and Signatures**

---

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    September 22, 2024

MM / DD / YYYY

**X** /s/ Jeremy Carlson

Signature of authorized representative of debtor

Jeremy Carlson

Printed name

Title    Manager

**18. Signature of attorney**

**X** /s/ Maurice Verstandig

Signature of attorney for debtor

Date    September 22, 2024

MM / DD / YYYY

Maurice Verstandig

Printed name

The Dakota Bankruptcy Firm

Firm name

1630 1st Avenue N
Suite B PMB 24
Fargo, North Dakota 58102-4246

Number, Street, City, State & ZIP Code

Contact phone    (701) 394-3215        Email address    mac@dakotabankruptcy.com

MD18071 / District of Columbia

Bar number and State

---

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NORTH DAKOTA

| | | |
|---|---|---|
| In re: | ) | Case No. 24-30422 |
| | ) | (Chapter 11) |
| JAMIESON CAPEX FUND, LLC | ) | |
| | ) | |
| Debtor. | ) | |
| _____ | ) | |

## **NOTES ACCOMPANYING SCHEDULES**

1.      Interest is due to Jamieson CAPEX Fund, LLC (the "Debtor") on the two accounts receivable denoted on line 11 of Schedule A/B but is not presently computed as being part of the scheduled sums, so additional funds will be due and owing to the Debtor.

2.      Various debts listed on Schedule F are unliquidated and/or due to insiders and, as such, do not comprise part of the Debtor's total obligations for purposes of establishing subchapter V eligibility. 11 U.S.C. § 101(51D). Thus, while the Debtor's total obligations exceed $3,024,725, those obligations computable for purposes of small business eligibility are less than $3,024,725.

3.      While the Debtor does not believe this case is "related to" the five proceedings being jointly administered in the matter of *In re EPIC Companies Midwest, LLC*, Case No. 24-30281 (Bankr. D.N.D. 2024), the Debtor does hold interests in third party entities that are also partially owned by one of more of the conglomerate of "EPIC Companies" (including those not presently in bankruptcy) and there is some overlap amongst parties in interest in this case and parties in interest in the aforementioned jointly administered cases.

4.      The Debtor is aware of the obligation to file a statement of financial affairs and will be doing so on or before October 7, 2024. Fed. R. Bankr. P. 1007(c). Should this deadline not prove feasible for any reason (and there is not presently cause to believe adherence to this deadline will prove problematic), an appropriate motion will be filed.

*[Signature on Following Page]*

1

Respectfully Submitted,

Dated: September 22, 2024          By:     <u>/s/ Maurice B. VerStandig</u>
                                          Maurice B. VerStandig, Esq.
                                          The Dakota Bankruptcy Firm
                                          1630 1st Avenue N
                                          Suite B PMB 24
                                          Fargo, North Dakota 58102-4246
                                          Phone: (701) 394-3215
                                          mac@dakotabankruptcy.com
                                          *Proposed Counsel for the Debtor*

## <u>RESOLUTION OF OFFICERS OF JAMIESON CAPEX FUND, LLC</u>

The undersigned, constituting the officers of Jamieson CAPEX Fund, LLC ("Jamieson"), do hereby resolve as follows:

WHEREAS, Jamieson is involved in ongoing litigation that has significantly strained its financial position;

WHEREAS, Jamieson is experiencing severe liquidity issues, impacting its ability to meet both its short-term and long-term financial obligations.

IT IS NOW, THEREFORE, RESOLVED as follows:

1.      Pursuant to Sections 6 of the First Amended Restated Operating Agreement of Jamieson dated February 8, 2019, Jeremy Carlson, acting on behalf of Jamieson, is authorized and directed to take any and all actions necessary to file a petition for relief pursuant to Section 301 of Title 11 of the United States Code;

2.      Pursuant to Sections 6 of the First Amended Restated Operating Agreement of Jamieson dated February 8, 2019, Jeremy Carlson is authorized to engage counsel to act as general reorganization counsel to Jamieson, and any efforts already so taken are hereby ratified and affirmed to the extent necessary; and

3.      Pursuant to Sections 6 of the First Amended Restated Operating Agreement of Jamieson dated February 8, 2019, Jeremy Carlson is authorized and directed to work with the general reorganization counsel of Jamieson to reorganize Jamieson through whatever means may be most efficient, including reapportionment of equity, sale and/or liquidation.

Dated this 20th day of September, 2024

Jamieson CAPEX Fund, LLC.

By: _____          By: _____
Jeremy Carlson                                                      Scott Gorder
Sole Manager                                                         Treasurer

By: _____
David Griffin
Secretary

**Fill in this information to identify the case:**

Debtor name ___Jamieson CAPEX Fund, LLC___

United States Bankruptcy Court for the: ___DISTRICT OF NORTH DAKOTA___

Case number (if known) _____

☐ Check if this is an
amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors   12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.   Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime.   Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.   18 U.S.C. §§ 152, 1341, 1519, and 3571.**

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☒   *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
☒   *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
☒   *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
☒   *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
☒   *Schedule H: Codebtors* (Official Form 206H)
☒   *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
☐   Amended *Schedule*
☒   *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
☐   Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on ___September 22, 2024___     **X** _/s/ Jeremy Carlson_____
Signature of individual signing on behalf of debtor

Jeremy Carlson_____
Printed name

Manager_____
Position or relationship to debtor

**Fill in this information to identify the case:**

Debtor name    Jamieson CAPEX Fund, LLC

United States Bankruptcy Court for the:    DISTRICT OF NORTH DAKOTA

Case number (if known):

☐ Check if this is an

amended filing

## Official Form 204

### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

**12/15**

**A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.**

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Brad Sunderland 2102 Great Northern Drive Fargo, ND 58102 | | | | | | $100,000.00 |
| Fred & Karen Browers 38568 296th Ave Waubun, MN 56589 | | | | | | $768,713.49 |
| Jamieson Legacy Fund 555 12th Street Ste 900 Oakland, CA 94607 | | Unsecured Loan | | | | $118,750.00 |
| Jamieson Medical 2865 LILAC LN N Fargo 58102-1706 | | Loan (No Recorded UCC) | | | | $185,480.00 |
| Jamieson Natural PO BOX 285 West Fargo , ND 58078-0285 | | Loan (No Recorded UCC) | | | | $706,000.00 |
| Jeff Johnson 4001 15th Ave NW Fargo, ND 58102 | | Loan (No Recorded UCC) | Unliquidated Disputed | | | $300,000.00 |
| Main Street Investment 2865 Lilac LN N Fargo, ND 58102-1706 | | Unsecured Loan | | | | $155,995.04 |
| Secure Income Fund, LLC 2865 LILAC LN N Fargo, ND 58102-1706 | | Unsecured Loan | | | | $579,565.94 |

Software Copyright (c) 1996-2024 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name      Jamieson CAPEX Fund, LLC

United States Bankruptcy Court for the:    DISTRICT OF NORTH DAKOTA

Case number (if known)

☐ Check if this is an
amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals                    **12/15**

| Part 1: | **Summary of Assets** |
|---|---|

1. ***Schedule A/B: Assets-Real and Personal Property*** (Official Form 206A/B)

    **1a. Real property:**
    Copy line 88 from *Schedule A/B*..................................................................................... $ _____0.00

    **1b. Total personal property:**
    Copy line 91A from *Schedule A/B*................................................................................ $ _____8,172,488.21

    **1c. Total of all property:**
    Copy line 92 from *Schedule A/B*.................................................................................. $ _____8,172,488.21

| Part 2: | **Summary of Liabilities** |
|---|---|

2. ***Schedule D: Creditors Who Have Claims Secured by Property*** (Official Form 206D)
    Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*................................. $ _____0.00

3. ***Schedule E/F: Creditors Who Have Unsecured Claims*** (Official Form 206E/F)

    **3a. Total claim amounts of priority unsecured claims:**
    Copy the total claims from Part 1 from line 5a of *Schedule E/F*..................................................... $ _____0.00

    **3b. Total amount of claims of nonpriority amount of unsecured claims:**
    Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*............................... +$ _____3,122,538.90

4. **Total liabilities** ......................................................................................................
    Lines 2 + 3a + 3b                                                                $ _____3,122,538.90

**Fill in this information to identify the case:**

Debtor name    Jamieson CAPEX Fund, LLC

United States Bankruptcy Court for the:    DISTRICT OF NORTH DAKOTA

Case number (if known)    _____

☐ Check if this is an amended filing

# Official Form 206A/B
## Schedule A/B: Assets - Real and Personal Property                12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

**Part 1:    Cash and cash equivalents**

**1. Does the debtor have any cash or cash equivalents?**

☐ No.   Go to Part 2.
☒ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
|---|---|---|---|

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | Town & Country Credit Union | Savings | 922 | $5.00 |
| 3.2. | Town & Country Credit Union | Checking | 922 | $9,565.32 |
| 3.3. | Capital Credit Union | Checking | | Unknown |

4. **Other cash equivalents** *(Identify all)*

5. **Total of Part 1.**

Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

| $9,570.32 |
|---|

**Part 2:    Deposits and Prepayments**

**6. Does the debtor have any deposits or prepayments?**

☒ No.   Go to Part 3.
☐ Yes Fill in the information below.

**Part 3:    Accounts receivable**

**10. Does the debtor have any accounts receivable?**

☐ No.   Go to Part 4.
☒ Yes Fill in the information below.

Software Copyright (c) 1996-2024 Best Case, LLC - www.bestcase.com                Best Case Bankruptcy

Debtor    Jamieson CAPEX Fund, LLC                                    Case number *(If known)* _____
_____
Name

**11.    Accounts receivable**

11b. Over 90 days old:    _____150,000.00   -   _____0.00  =....        $150,000.00
                          face amount              doubtful or uncollectible accounts

11b. Over 90 days old:    _____469,000.00   -   _____0.00  =....        $469,000.00
                          face amount              doubtful or uncollectible accounts

**12.    Total of Part 3.**

Current value on lines 11a + 11b = line 12.   Copy the total to line 82.       | $619,000.00 |

**Part 4:     Investments**

**13. Does the debtor own any investments?**

☐ No.   Go to Part 5.
☒ Yes Fill in the information below.

|  | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|

**14.    Mutual funds or publicly traded stocks not included in Part 1**
Name of fund or stock:

**15.    Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**
Name of entity:                                    % of ownership

| | % | | |
|---|---|---|---|
| 15.1.  630 Main Partners, LLC | _____ % | N/A | $395,000.00 |
| 15.2.  Commons of 56th, LLC | _____ % | | $0.00 |
| 15.3.  Greenfield Commons, LLC | _____ % | | $0.00 |
| 15.4.  Liberty Development, LLC | _____ % | | $239,776.82 |
| 15.5.  Pioneer Place, LLC | _____ % | | $296,693.00 |
| 15.6.  Sheyenne 32 East, LLC | _____ % | | $641,282.00 |
| 15.7.  Sheyenne 32 South, LLC | _____ % | | $297,788.00 |

Debtor    Jamieson CAPEX Fund, LLC                                        Case number *(If known)* _____
     Name

| | | | | |
|---|---|---|---|---|
| 15.8. | SHP Holding, LLC (Sheyanne Place) | _____ % | _____ | $100,000.00 |
| 15.9. | Triangle Townhomes, LLC | _____ % | _____ | $215,921.25 |
| 15.10. | NSOP | _____ % | _____ | $490,000.00 |
| 15.11. | Secure Income Fund | _____ % | _____ | $291,150.00 |

16.  **Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**
Describe:

17.  **Total of Part 4.**

Add lines 14 through 16.   Copy the total to line 83.

| |
|---|
| $2,967,611.07 |

**Part 5:**    **Inventory, excluding agriculture assets**

18. **Does the debtor own any inventory (excluding agriculture assets)?**

☒ No.   Go to Part 6.
☐ Yes Fill in the information below.

**Part 6:**    **Farming and fishing-related assets (other than titled motor vehicles and land)**

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

☒ No.   Go to Part 7.
☐ Yes Fill in the information below.

**Part 7:**    **Office furniture, fixtures, and equipment; and collectibles**

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☒ No.   Go to Part 8.
☐ Yes Fill in the information below.

**Part 8:**    **Machinery, equipment, and vehicles**

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

☒ No.   Go to Part 9.
☐ Yes Fill in the information below.

**Part 9:**    **Real property**

54. **Does the debtor own or lease any real property?**

☒ No.   Go to Part 10.
☐ Yes Fill in the information below.

**Part 10:**    **Intangibles and intellectual property**

59. **Does the debtor have any interests in intangibles or intellectual property?**

☒ No.   Go to Part 11.
☐ Yes Fill in the information below.

Software Copyright (c) 1996-2024 Best Case, LLC - www.bestcase.com                                                    Best Case Bankruptcy

Debtor    Jamieson CAPEX Fund, LLC                                    Case number *(If known)* _____
          Name

| Part 11: | All other assets |

**70. Does the debtor own any other assets that have not yet been reported on this form?**
   Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No.   Go to Part 12.
☒ Yes Fill in the information below.

|  |  | **Current value of debtor's interest** |
|---|---|---|

**71.    Notes receivable**
   Description (include name of obligor)

| | | | |
|---|---|---|---|
| Greenfield Commons, LLC | 150,000.00<br>Total face amount | - 0.00<br>doubtful or uncollectible amount | = $150,000.00 |
| AMS Holding, LLC | 267,935.00<br>Total face amount | - 0.00<br>doubtful or uncollectible amount | = $267,935.00 |
| JAMCO, LLC | 57,308.33<br>Total face amount | - 0.00<br>doubtful or uncollectible amount | = $57,308.33 |
| Paramount Property Management, LLC | 468,563.49<br>Total face amount | - 0.00<br>doubtful or uncollectible amount | = $468,563.49 |

**72.    Tax refunds and unused net operating losses (NOLs)**
   Description (for example, federal, state, local)

**73.    Interests in insurance policies or annuities**

**74.    Causes of action against third parties (whether or not a lawsuit has been filed)**

| Claim against First International Bank & Trust | | $1,000,000.00 |
|---|---|---|
| **Nature of claim** | Tort | |
| **Amount requested** | $0.00 | |

| Claim against North Dakota | | $2,600,000.00 |
|---|---|---|
| **Nature of claim** | Tort | |
| **Amount requested** | $0.00 | |

**75.    Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

**76.    Trusts, equitable or future interests in property**

| Aspen [Escrow] | $5,000.00 |
|---|---|
| 116 N 5th St. Bis, ND [Escrow] | $20,000.00 |

Software Copyright (c) 1996-2024 Best Case, LLC - www.bestcase.com                                        Best Case Bankruptcy

Debtor    Jamieson CAPEX Fund, LLC

Name

Case number *(if known)* _____

Venture Real Estate Trust                                        $7,500.00

77.  **Other property of any kind not already listed** *Examples:* Season tickets,
     country club membership

78.  **Total of Part 11.**
     Add lines 71 through 77. Copy the total to line 90.                    | $4,576,306.82 |

79.  **Has any of the property listed in Part 11 been appraised by a professional within the last year?**
     ☒ No
     ☐ Yes

Software Copyright (c) 1996-2024 Best Case, LLC - www.bestcase.com

Debtor    Jamieson CAPEX Fund, LLC_____    Case number *(If known)* _____
            Name

| Part 12: | Summary |
|---|---|

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $9,570.32 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $619,000.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $2,967,611.07 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $0.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $0.00 | |
| 88. **Real property.** *Copy line 56, Part 9*......................................................> | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $4,576,306.82 | |
| 91. **Total.** Add lines 80 through 90 for each column | $8,172,488.21 | + 91b. $0.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $8,172,488.21 |

Software Copyright (c) 1996-2024 Best Case, LLC - www.bestcase.com                Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name __Jamieson CAPEX Fund, LLC__

United States Bankruptcy Court for the: __DISTRICT OF NORTH DAKOTA__

Case number (if known) _____

☐ Check if this is an amended filing

Official Form 206D

## Schedule D: Creditors Who Have Claims Secured by Property

12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☒ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☐ Yes. Fill in all of the information below.

**Fill in this information to identify the case:**

Debtor name ___Jamieson CAPEX Fund, LLC___

United States Bankruptcy Court for the: ___DISTRICT OF NORTH DAKOTA___

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1: List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ☐ No. Go to Part 2.

   ☒ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  | | Total claim | Priority amount |
|---|---|---|---|

| 2.1 | Priority creditor's name and mailing address<br>**Internal Revenue Service**<br>PO Box 7346<br>Philadelphia, PA 19101-7346 | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | Total claim $0.00 | Priority amount $0.00 |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>☒ No<br>☐ Yes | | |

| 2.2 | Priority creditor's name and mailing address<br>**North Dakota Office of State Tax Commiss**<br>600 E. Boulevard Ave.<br>Dept. 127<br>Bismarck, ND 58505 | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $0.00 | $0.00 |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>☒ No<br>☐ Yes | | |

### Part 2: List All Creditors with NONPRIORITY Unsecured Claims

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

|  | | Amount of claim |
|---|---|---|

| 3.1 | Nonpriority creditor's name and mailing address<br>**Amber Carlson**<br>712 124th Ave NE<br>Finley, ND 58230 | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $125,000.00 |
|---|---|---|---|
| | **Date(s) debt was incurred** __ | Basis for the claim: __Loan (No Recorded UCC)__ | |
| | **Last 4 digits of account number** __ | Is the claim subject to offset? ☒ No ☐ Yes | |

Software Copyright (c) 1996-2024 Best Case, LLC - www.bestcase.com                Best Case Bankruptcy

| Debtor | Jamieson CAPEX Fund, LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.2** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00
Aspire
5195 45TH ST S
Fargo , ND 58104

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** ___

**Last 4 digits of account number** _1163_

**Basis for the claim:** _Loan (No Recorded UCC)_

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.3** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $100,000.00
Brad Sunderland
2102 Great Northern Drive
Fargo, ND 58102

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** ___

**Last 4 digits of account number** ___

**Basis for the claim:** ___

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.4** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00
Capital Credit Union
204 W THAYER AVE
Bismarck , ND 58501-3772

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _01.14.21_

**Last 4 digits of account number** _0710_

**Basis for the claim:** _Unsecured Loan_

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.5** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00
CCU
204 W THAYER AVE
Bismarck   58501-3772

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** ___

**Last 4 digits of account number** ___

**Basis for the claim:** _Loan (Accompanying Deed of Trust Unrecorded)_

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.6** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00
First International Bank & Trust
100 N MAIN, PO BOX 607
Watford City, ND 58854

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** ___

**Last 4 digits of account number** _1642_

**Basis for the claim:** _Loan (No Recorded UCC)_

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.7** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00
First Western Bank & Trust
900 South Broadway
Minot, ND 58701-4658

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _09.21.2021_

**Last 4 digits of account number** _9123_

**Basis for the claim:** _Loan (No Recorded UCC)_

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.8** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $768,713.49
Fred & Karen Browers
38568 296th Ave
Waubun, MN 56589

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** ___

**Last 4 digits of account number** ___

**Basis for the claim:** ___

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.9** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00
Jamieson Capital
1420 9TH ST E STE 401
West Fargo , ND 58078-3381

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** ___

**Last 4 digits of account number** ___

**Basis for the claim:** _Loan (No Recorded UCC)_

Is the claim subject to offset? ☒ No ☐ Yes

---

| Debtor | Jamieson CAPEX Fund, LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.10** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$118,750.00**

Jamieson Legacy Fund
555 12th Street Ste 900
Oakland, CA 94607

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** Unsecured Loan

**Last 4 digits of account number** _

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.11** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$185,480.00**

Jamieson Medical
2865 LILAC LN N
Fargo 58102-1706

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** 2020.11.18

**Basis for the claim:** Loan (No Recorded UCC)

**Last 4 digits of account number** _

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.12** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$706,000.00**

Jamieson Natural
PO BOX 285
West Fargo , ND 58078-0285

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** Loan (No Recorded UCC)

**Last 4 digits of account number** _

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.13** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00**

Jamieson Natural Resources Fund, LLC
PO BOX 285
West Fargo , ND 58078-0285

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** Loan (No Recorded UCC)

**Last 4 digits of account number** _

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.14** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$300,000.00**

Jeff Johnson
4001 15th Ave NW
Fargo, ND 58102

☐ Contingent
☒ Unliquidated
☒ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** Loan (No Recorded UCC)

**Last 4 digits of account number** _

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.15** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$83,034.43**

Jeremy Carlson
2865 Lilac Lane N
Fargo, ND 58102

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** Unpaid Fees

**Last 4 digits of account number** _

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.16** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$155,995.04**

Main Street Investment
2865 Lilac LN N
Fargo, ND 58102-1706

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** Unsecured Loan

**Last 4 digits of account number** _

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.17** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00**

MJM Investments, LLC
541 16TH ST NE
West Fargo , ND 58078-7214

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** 19.08.01

**Basis for the claim:** Loan (No Recorded UCC)

**Last 4 digits of account number** _

Is the claim subject to offset? ☒ No ☐ Yes

---

| Debtor | Jamieson CAPEX Fund, LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.18 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

Nova DC, LLC
3081 125TH AVE NW
Watford City, ND 58854-9602

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

Basis for the claim:  Unsecured Loan

**Last 4 digits of account number** _

Is the claim subject to offset?   ☒ No   ☐ Yes

| 3.19 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $579,565.94 |
|---|---|---|---|

Secure Income Fund, LLC
2865 LILAC LN N
Fargo, ND 58102-1706

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

Basis for the claim:  Unsecured Loan

**Last 4 digits of account number** _

Is the claim subject to offset?   ☒ No   ☐ Yes

---

**Part 3:** **List Others to Be Notified About Unsecured Claims**

4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|

**Part 4:** **Total Amounts of the Priority and Nonpriority Unsecured Claims**

5.   Add the amounts of priority and nonpriority unsecured claims.

| | | Total of claim amounts |
|---|---|---|
| **5a. Total claims from Part 1** | 5a.   $ | 0.00 |
| **5b. Total claims from Part 2** | 5b.  + $ | 3,122,538.90 |
| **5c. Total of Parts 1 and 2** Lines 5a + 5b = 5c. | 5c.   $ | 3,122,538.90 |

**Fill in this information to identify the case:**

Debtor name    Jamieson CAPEX Fund, LLC

United States Bankruptcy Court for the:   DISTRICT OF NORTH DAKOTA

Case number (if known)

☐ Check if this is an amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases     12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1. **Does the debtor have any executory contracts or unexpired leases?**
   ☒ No. Check this box and file this form with the debtor's other schedules.   There is nothing else to report on this form.
   ☐ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|
| 2.1 State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | |
| 2.2 State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | |
| 2.3 State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | |
| 2.4 State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | |

Software Copyright (c) 1996-2024 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name ___Jamieson CAPEX Fund, LLC___

United States Bankruptcy Court for the: ___DISTRICT OF NORTH DAKOTA___

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 206H
## Schedule H: Your Codebtors
12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

☒ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.
☐ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |
| 2.1 | _____ | Street _____ <br> City  State  Zip Code | _____ | ☐ D <br> ☐ E/F <br> ☐ G |
| 2.2 | _____ | Street _____ <br> City  State  Zip Code | _____ | ☐ D <br> ☐ E/F <br> ☐ G |
| 2.3 | _____ | Street _____ <br> City  State  Zip Code | _____ | ☐ D <br> ☐ E/F <br> ☐ G |
| 2.4 | _____ | Street _____ <br> City  State  Zip Code | _____ | ☐ D <br> ☐ E/F <br> ☐ G |

# United States Bankruptcy Court
## District of North Dakota

In re   Jamieson CAPEX Fund, LLC

Debtor(s)

Case No. _____

Chapter   11

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| Amber Carlson<br>712 124th Ave NE<br>Finley, ND 58230 | Member | | 2.08 |
| Arthur Mercantile, LLC<br>PO Box 8<br>Arthur, ND 58006 | Member | | 4.49 |
| Brian Kounovsky<br>3680 54th Street S<br>Fargo, ND 58104 | Member | | 0.01 |
| Bryan Bartz<br>555 12th Street Suite 900<br>Oakland, CA 94607 | Member | | 2.98 |
| Cole Bachmeier<br>5893 Autumn Drive S<br>Fargo, ND 58104 | Member | | 1.57 |
| Colleen Carlson<br>6130 12th Street SE<br>Bismarck, ND 58504 | Member | | 2.47 |
| Dale Lian<br>2861 Lilac Lane N<br>Fargo, ND 58102 | Member | | 2.24 |
| David Griffin<br>555 12th Street Suite 900<br>Oakland, CA 94604 | Member | | 4.04 |
| Derek Kane<br>5832 Crested Butte Rd<br>Bismarck, ND 58503 | Member | | 1.12 |
| Derek Sunderland<br>4632 Timberline Dr<br>Fargo, ND 58104 | Member | | 2.24 |
| Donna Fricke<br>918 Senate Dr<br>Bismarck, ND 58501 | Member | | 1.23 |
| Eric Hegerle<br>2312 5th Street S<br>Fargo, ND 58103 | Member | | 2.57 |

Sheet 1 of 4 in List of Equity Security Holders

In re:  Jamieson CAPEX Fund, LLC                                         Case No. _____
                                    Debtor(s)

# LIST OF EQUITY SECURITY HOLDERS
(Continuation Sheet)

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| Jack Christianson<br>508 66th Ave North<br>Moffit, ND 58560 | Member | | 5.61 |
| Jason Boutwell<br>87 N Woodcrest Dr N<br>Fargo, ND 58102 | Member | | 1.29 |
| Jeremy Carlson<br>2865 Lilac Lane N<br>Fargo, ND 58102 | Member | | 0.45 |
| Jim Stewart<br>154 S Woodcrest Dr<br>Fargo, ND 58104 | Member | | 1.79 |
| John Biwer<br>331 St Charles Place<br>West Fargo, ND 58078 | Member | | 1.36 |
| Kara Johnson<br>555 12th Street Ste 900<br>Oakland, CA 94607 | Member | | 2.01 |
| KLH&J Land LLC<br>4001 15th Ave NW<br>Fargo, ND 58102 | Member | | 1.79 |
| Leftfield Development LLC<br>275 Elks Dr<br>Grand Forks, ND 58201 | Member | | 2.25 |
| Lyons Children Irrevocable Trust<br>6415 55th Ave SE<br>Bismarck, ND 58504 | Member | | 1.46 |
| Mark Merck<br>555 12th Street Ste 900<br>Oakland, CA 94607 | Member | | 5.84 |
| Matthew Bitterman<br>4406 Daniel Street<br>Bismarck, ND 58504 | Member | | 0.34 |
| Michael Kempel<br>2809 Lilac Lane N<br>Fargo, ND 58102 | Member | | 2.24 |

List of equity security holders consists of 4 total page(s)

In re:  Jamieson CAPEX Fund, LLC _____          Case No. _____
                                           Debtor(s)

## LIST OF EQUITY SECURITY HOLDERS
### (Continuation Sheet)

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| Michael Kuntz<br>275 Elks Dr<br>Grand Forks, ND 58201 | Member | | 2.24 |
| Michael Schuster<br>5079 Woodhaven Dr S<br>Fargo, ND 58104 | Member | | 1.35 |
| Mike Quast<br>4703 Harbor Trail SE<br>Mandan, ND 58554 | Member | | 6.73 |
| Rachel Ness<br>4763 Douglas Drive S<br>Fargo, ND 58104 | Member | | 1.01 |
| Scott Ellefson<br>63 W Mirror Ridge Circle<br>The Woodlands, TX 77382 | Member | | 2.24 |
| Scott Howe<br>7725 Ridgeland Dr<br>Bismarck, ND 58503 | Member | | 0.90 |
| Shawn Hegvick<br>4439 Oakcreek Dr S<br>Fargo, ND 58104 | Member | | 8.51 |
| The Entrust Group f/b/o Brian Carlson<br>555 12th Street Ste 900<br>Oakland, CA 94607 | Member | | 2.24 |
| The Entrust Group f/b/o Lynn Carlson<br>555 12th Street Ste 900<br>Oakland, ND 94607 | Member | | 1.57 |
| The Entrust Group f/b/o Matthew Retterath<br>555 12th Street Ste 900<br>Oakland, CA 94607 | Member | | 0.56 |
| The Entrust Group F/B/O Mike Holland<br>555 12th Street Ste 900<br>Oakland, ND 94607 | Member | | 1.97 |
| The Entrust Group f/b/o Scott Gorder<br>555 12th Street Ste 900<br>Oakland, CA 94607 | Member | | 2.24 |

List of equity security holders consists of 4 total page(s)

In re:  Jamieson CAPEX Fund, LLC                                    Case No. _____
_____
                          Debtor(s)

# LIST OF EQUITY SECURITY HOLDERS
### (Continuation Sheet)

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
| --- | --- | --- | --- |
| Trevor Kittelson<br>705 6th Ave NE<br>Hillsboro, ND 58045 | Member | | 1.12 |
| Val Marinov<br>3549 Grandwood Dr N<br>Fargo, ND 58102 | Member | | 6.73 |
| W&S Investment LLC<br>4401 19th Street SE<br>Mandan, ND 58554 | Member | | 2.28 |
| Wendy Baukol<br>555 12th Street Ste 900<br>Oakland, CA 94607 | Member | | 4.84 |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

   I, the Manager of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.


Date  September 22, 2024                              Signature  /s/ Jeremy Carlson
_____                     _____
                                                            Jeremy Carlson


*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
### District of North Dakota

In re   Jamieson CAPEX Fund, LLC

Debtor(s)

Case No.

Chapter   11

# DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.   Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

☐   **FLAT FEE**

For legal services, I have agreed to accept ....................................................   $   _____

Prior to the filing of this statement I have received ......................................   $   _____

Balance Due .....................................................................................................   $   _____

☒   **RETAINER**

For legal services, I have agreed to accept and received a retainer of ...........................   $   15,000.00*

The undersigned shall bill against the retainer at an hourly rate of ...............................   $   400.00 (partner) / $200.00 (associate)

[Or attach firm hourly rate schedule.] Debtor(s) have agreed to pay all Court approved fees and expenses exceeding the amount of the retainer.

2.   The source of the compensation paid to me was:

☒ Debtor   ☐ Other (specify):

3.   The source of compensation to be paid to me is:

☒ Debtor   ☐ Other (specify):

4.   ☒ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm.  A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5.   In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
b.  Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
d.  [Other provisions as needed]
      Representation of the Debtor in this case, inclusive of any contested matters and adversary proceedings for which special counsel is not engaged.

6.   By agreement with the debtor(s), the above-disclosed fee does not include the following service:
      Representation of the Debtor in any matters external to this Honorable Court.

      *$5,288 was drawn from the retainer, shortly before filing, to cover pre-petition work and the filing fee, leaving $9,712.

In re    Jamieson CAPEX Fund, LLC _____    Case No. _____
Debtor(s)

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)
(Continuation Sheet)

**CERTIFICATION**

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

September 22, 2024 _____    /s/ Maurice Verstandig _____
*Date*    Maurice Verstandig
    *Signature of Attorney*
    The Dakota Bankruptcy Firm
    1630 1st Avenue N
    Suite B PMB 24
    Fargo, North Dakota 58102-4246

    Fax:
    mac@dakotabankruptcy.com _____
    *Name of law firm*

# United States Bankruptcy Court
## District of North Dakota

In re   Jamieson CAPEX Fund, LLC

Debtor(s)

Case No.

Chapter   11

# VERIFICATION OF CREDITOR MATRIX

I, the Manager of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:   September 22, 2024

/s/ Jeremy Carlson
Jeremy Carlson/Manager
Signer/Title

Amber Carlson
712 124th Ave NE
Finley, ND 58230


Aspire
5195 45TH ST S
Fargo , ND 58104


Brad Sunderland
2102 Great Northern Drive
Fargo, ND 58102


Capital Credit Union
204 W THAYER AVE
Bismarck , ND 58501-3772


CCU
204 W THAYER AVE
Bismarck  58501-3772


First International Bank & Trust
100 N MAIN, PO BOX 607
Watford City, ND 58854


First Western Bank & Trust
900 South Broadway
Minot, ND 58701-4658


Fred & Karen Browers
38568 296th Ave
Waubun, MN 56589


Internal Revenue Service
PO Box 7346
Philadelphia, PA 19101-7346


Jamieson Capital
1420 9TH ST E STE 401
West Fargo , ND 58078-3381


Jamieson Legacy Fund
555 12th Street Ste 900
Oakland, CA 94607


Jamieson Medical
2865 LILAC LN N
Fargo 58102-1706


Jamieson Natural
PO BOX 285
West Fargo , ND 58078-0285


Jamieson Natural Resources Fund, LLC
PO BOX 285
West Fargo , ND 58078-0285

Jeff Johnson
4001 15th Ave NW
Fargo, ND 58102


Jeremy Carlson
2865 Lilac Lane N
Fargo, ND 58102


Main Street Investment
2865 Lilac LN N
Fargo, ND 58102-1706


MJM Investments, LLC
541 16TH ST NE
West Fargo , ND 58078-7214


North Dakota Office of State Tax Commiss
600 E. Boulevard Ave. Dept. 127
Bismarck, ND 58505


Nova DC, LLC
3081 125TH AVE NW
Watford City, ND 58854-9602


Secure Income Fund, LLC
2865 LILAC LN N
Fargo, ND 58102-1706

# United States Bankruptcy Court
### District of North Dakota

In re   Jamieson CAPEX Fund, LLC

Case No.

Debtor(s)

Chapter   11

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   Jamieson CAPEX Fund, LLC   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

☒ None [*Check if applicable*]

September 22, 2024

Date

/s/ Maurice Verstandig

Maurice Verstandig

Signature of Attorney or Litigant

Counsel for   Jamieson CAPEX Fund, LLC

The Dakota Bankruptcy Firm
1630 1st Avenue N
Suite B PMB 24
Fargo, North Dakota 58102-4246
 Fax:
mac@dakotabankruptcy.com