IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NORTH DAKOTA

| | | |
|---|---|---|
| In re: | ) | Case No. 24-30422 |
| | ) | (Chapter 11) |
| JAMIESON CAPEX FUND, LLC. | ) | |
| | ) | |
| Debtor. | ) | |
| _____ | ) | |

**DECLARATION IN SUPPORT OF APPLICATION TO APPROVE EMPLOYMENT OF CHRISTIANNA CATHCART AND THE DAKOTA BANKRUPTCY FIRM AS GENERAL REORGANIZATION COUNSEL TO ABOVE-CAPTIONED DEBTOR**

1. My name is Christianna Cathcart, I am over the age of eighteen, and I am competent to testify to the matters set forth herein.

2. I graduated from the University of North Dakota School of Law in December 2023, earning my Juris Doctor degree.

3. I sat for the North Dakota Bar Examination in July 2024 and passed. I will be licensed to practice law in the State of North Dakota upon being sworn in on September 25, 2024.

4. Upon being admitted, I will be authorized to practice law before all courts of the State of North Dakota. I intend to shortly thereafter apply for admission to practice before the United States District Court for the District of North Dakota, seeking filing privileges in the United States Bankruptcy Court for the District of North Dakota.

5. I am an associate attorney employed by The VerStandig Law Firm, LLC which, in turn, operates The Dakota Bankruptcy Firm, located at 1630 1st Avenue N, Suite B PMB 24, Fargo, North Dakota 58102-4246.

6. I intend to focus my practice primarily on bankruptcy proceedings and related matters, including (i) the representation of debtors in Chapter 11 cases; (ii) the representation of consumers in Chapter 7 and Chapter 13 cases; and (iii) other bankruptcy-related litigation.

7. I represent no other entity in connection with this case and am disinterested as that term is defined in 11 U.S.C. §101(14). I (i) am not a creditor, an equity security holder, or an insider of the Debtor; (ii) am not and was not, within two years before the date of filing of the petition for relief, a director, officer or employee of the Debtor; and (iii) do not have an interest materially adverse to the interest of the estate or of any class of creditors or equity security holders, by reason of any direct or indirect relationship to, connection with, or interest in, the Debtor, or for any other reason.  Further, I hold no interest adverse to the interest of the Debtor.

8. Excepting my representation herein and my furnishing the Debtor with bankruptcy-centric pre-filing legal advice (under the supervision of a practicing attorney), I have no connection with the Debtor, the Debtor's creditors, any other party in interest, their respective attorneys, the United States Trustee, or any person employed in the office of the United States Trustee.

9. All facts contained in the application to which this declaration is affixed are true and correct to the best of my knowledge.

> I, Christianna Cathcart, pursuant to Section 1746 of Title 29 of the United States Code, do hereby declare, under the penalty of perjury under the laws of the United States of America that I have personal knowledge of the matters set forth herein and the foregoing are true and correct.

Dated: September 22, 2024    By:    /s/ Christianna Cathcart
Christianna Cathcart, Esq.
The Dakota Bankruptcy Firm
1630 1st Avenue N
Suite B PMB 24
Fargo, North Dakota 58102-4246
Phone: (701) 970-2770
christianna@dakotabankruptcy.com

2