**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NORTH DAKOTA**

| | |
|---|---|
| In re:<br><br>Jamieson CAPEX Fund, LLC,<br><br>       Debtor.<br>_____/ | Bankruptcy No. 24-30422<br>Chapter 11 – Subchapter V |

**ORDER GRANTING DEBTOR'S MOTION TO EXPEDITE HEARING**
**ON FIRST DAY MOTION**

  Before the Court is Debtor's Motion to Expedite Relief Pursuant to Federal Rule 9006(C), seeking an expedited hearing on its Motion to Retain Existing Depository Accounts filed on September 22, 2024. Doc. 2. The Court finds that it is appropriate to conduct a hearing on an expedited basis. Therefore, IT IS ORDERED that Debtor's motion is GRANTED. An expedited hearing on Motion to Retain Existing Depository Accounts will be heard on **Thursday, September 26, 2024, at 2:00 p.m. in Courtroom #3, Second Floor, Quentin N. Burdick United States Courthouse, 655 First Avenue North, Fargo, North Dakota**. The Court will grant all requests to appear by video conference given the short notice.

  Written objections shall be filed by **NOON, Thursday, September 26, 2024.** All objections will be heard at this hearing. If the Court receives no objections, it may enter an order granting the relief requested and cancel the hearing.

  Please be advised that all hearings are evidentiary unless, upon the court's initiative or the written request of a party, the court schedules a preliminary hearing to address scheduling, discovery or other matters. Parties shall disclose witness lists and

1

exhibits not later than two business days before the hearing on a contested matter unless the Court granted an expedited hearing.

Your rights may be affected in this action. You should read these papers carefully and discuss the matters with your attorney if you have one. If you want the court to consider your views you should file a written response to the action, if one has not been filed, and attend the hearing that has been scheduled. If you do not take these steps, the court may assume that you do not oppose the action and may enter an order approving the request made in these legal documents.

Dated: September 23, 2024.

*signature*

SHON HASTINGS, JUDGE
U.S. BANKRUPTCY COURT

*All times referred to in this Order are Central Standard Time.
Copy filed and sent electronically September 23, 2024, to Attorney Maurice VerStandig for service.