```
USPS FIRST CLASS MAILING RECIPIENTS
Parties with names struck through or labeled CM/ECF SERVICE are not served via First Class USPS Mail Service.
```

| CASE INFO | DEBTOR | EXCLUDE |
|---|---|---|
| LABEL MATRIX FOR LOCAL NOTICING<br>NCRS ADDRESS DOWNLOAD<br>CASE 24-30422<br>DISTRICT OF NORTH DAKOTA<br>MON SEP 23 12-12-33 PST 2024 | JAMIESON CAPEX FUND   LLC<br>2865 LILAC LN N<br>FARGO   ND 58102-1706 | ~~US BANKRUPTCY COURT~~<br>~~655 1ST AVENUE NORTH   SUITE 210~~<br>~~FARGO   ND 58102-4932~~ |
| AMBER CARLSON<br>712 124TH AVE NE<br>FINLEY   ND 58230-9402 | ARTHUR MERCANTILE   LLC<br>PO BOX 8<br>ARTHUR   ND 58006-0008 | ASPIRE<br>5195 45TH ST S<br>FARGO   ND 58104-3339 |
| BRAD SUNDERLAND<br>2102 GREAT NORTHERN DRIVE<br>FARGO   ND 58102-3249 | BRIAN KOUNOVSKY<br>3680 54TH STREET S<br>FARGO   ND 58104-7480 | BRYAN BARTZ<br>555 12TH STREET<br>SUITE 900<br>OAKLAND   CA 94607-3637 |
| CCU<br>204 W THAYER AVE<br>BISMARCK   58501-3772 | CAPITAL CREDIT UNION<br>204 W THAYER AVE<br>BISMARCK   ND 58501-3794 | COLE BACHMEIER<br>5893 AUTUMN DRIVE S<br>FARGO   ND 58104-7654 |
| COLLEEN CARLSON<br>6130 12TH STREET SE<br>BISMARCK   ND 58504-3131 | DALE LIAN<br>2861 LILAC LANE N<br>FARGO   ND 58102-1706 | DAVID GRIFFIN<br>555 12TH STREET SUITE 900<br>OAKLAND   CA 94607-3637 |
| DEREK KANE<br>5832 CRESTED BUTTE RD<br>BISMARCK   ND 58503-7302 | DEREK SUNDERLAND<br>4632 TIMBERLINE DR<br>FARGO   ND 58104-6654 | DONNA FRICKE<br>918 SENATE DR<br>BISMARCK   ND 58501-1963 |
| ERIC HEGERLE<br>2312 5TH STREET S<br>FARGO   ND 58103 | (P)FIRST INTERNATIONAL BANK   TRUST<br>ATTN ATTN LEGAL<br>3001 25TH STREET SOUTH<br>FARGO ND 58103-6160 | FIRST WESTERN BANK   TRUST<br>900 SOUTH BROADWAY<br>MINOT   ND 58701-4658 |
| FRED   KAREN BROWERS<br>38568 296TH AVE<br>WAUBUN   MN 56589-9370 | INTERNAL REVENUE SERVICE<br>PO BOX 7346<br>PHILADELPHIA   PA 19101-7346 | JACK CHRISTIANSON<br>508 66TH AVE NORTH<br>MOFFIT   ND 58560 |
| JAMIESON CAPITAL<br>1420 9TH ST E STE 401<br>WEST FARGO   ND 58078-3381 | JAMIESON LEGACY FUND<br>555 12TH STREET STE 900<br>OAKLAND   CA 94607-3637 | JAMIESON MEDICAL<br>2865 LILAC LN N<br>FARGO 58102-1706 |

USPS FIRST CLASS MAILING RECIPIENTS
Parties with names struck through or labeled CM/ECF SERVICE are not served via First Class USPS Mail Service.

| | | |
|---|---|---|
| JAMIESON NATURAL<br>PO BOX 285<br>WEST FARGO   ND 58078-0285 | JAMIESON NATURAL RESOURCES FUND   LLC<br>PO BOX 285<br>WEST FARGO   ND 58078-0285 | JASON BOUTWELL<br>87 N WOODCREST DR N<br>FARGO   ND 58102-2154 |
| JEFF JOHNSON<br>4001 15TH AVE NW<br>FARGO   ND 58102-2832 | JEREMY CARLSON<br>2865 LILAC LANE N<br>FARGO   ND 58102-1706 | JIM STEWART<br>154 S WOODCREST DR<br>FARGO   ND 58102-2145 |
| JOHN BIWER<br>331 ST CHARLES PLACE<br>WEST FARGO   ND 58078 | KLHJ LAND LLC<br>4001 15TH AVE NW<br>FARGO   ND 58102-2832 | KARA JOHNSON<br>555 12TH STREET STE 900<br>OAKLAND   CA 94607-3637 |
| LEFTFIELD DEVELOPMENT LLC<br>275 ELKS DR<br>GRAND FORKS   ND 58201-7575 | LYONS CHILDREN IRREVOCABLE TRUST<br>6415 55TH AVE SE<br>BISMARCK   ND 58504-9410 | MJM INVESTMENTS   LLC<br>541 16TH ST NE<br>WEST FARGO   ND 58078-7214 |
| MAIN STREET INVESTMENT<br>2865 LILAC LN N<br>FARGO   ND 58102-1706 | MARK MERCK<br>555 12TH STREET STE 900<br>OAKLAND   CA 94607-3637 | MATTHEW BITTERMAN<br>4406 DANIEL STREET<br>BISMARCK   ND 58504-8855 |
| MICHAEL KEMPEL<br>2809 LILAC LANE N<br>FARGO   ND 58102-1706 | MICHAEL KUNTZ<br>275 ELKS DR<br>GRAND FORKS   ND 58201-7575 | MICHAEL SCHUSTER<br>5079 WOODHAVEN DR S<br>FARGO   ND 58104-4288 |
| MIKE QUAST<br>4703 HARBOR TRAIL SE<br>MANDAN   ND 58554-7928 | NORTH DAKOTA OFFICE OF STATE TAX COMMISS<br>600 E BOULEVARD AVE DEPT 127<br>BISMARCK   ND 58505-0602 | NOVA DC   LLC<br>3081 125TH AVE NW<br>WATFORD CITY   ND 58854-9602 |
| RACHEL NESS<br>4763 DOUGLAS DRIVE S<br>FARGO   ND 58104-4402 | SARAH J WENCIL<br>OFFICE OF THE US TRUSTEE<br>SUITE 1015 US COURTHOUSE<br>300 SOUTH FOURTH STREET<br>MINNEAPOLIS   MN 55415-1320 | SCOTT ELLEFSON<br>63 W MIRROR RIDGE CIRCLE<br>THE WOODLANDS   TX 77382-2513 |
| SCOTT HOWE<br>7725 RIDGELAND DR<br>BISMARCK   ND 58503-6235 | SECURE INCOME FUND   LLC<br>2865 LILAC LN N<br>FARGO   ND 58102-1706 | SHAWN HEGVICK<br>4439 OAKCREEK DR S<br>FARGO   ND 58104-6619 |

USPS FIRST CLASS MAILING RECIPIENTS
Parties with names struck through or labeled CM/ECF SERVICE are not served via First Class USPS Mail Service.

```
THE ENTRUST GROUP                    THE ENTRUST GROUP                    THE ENTRUST GROUP
FBO MIKE HOLLAND                     FBO BRIAN CARLSON                    FBO LYNN CARLSON
555 12TH STREET STE 900              555 12TH STREET STE 900              555 12TH STREET STE 900
OAKLAND   ND 94607-3637              OAKLAND   CA 94607-3637              OAKLAND   ND 94607-3637


THE ENTRUST GROUP                    THE ENTRUST GROUP                    TREVOR KITTELSON
FBO MATTHEW RETTERATH                FBO SCOTT GORDER                     705 6TH AVE NE
555 12TH STREET STE 900              555 12TH STREET STE 900              HILLSBORO   ND 58045-4633
OAKLAND   CA 94607-3637              OAKLAND   CA 94607-3637


VAL MARINOV                          WS INVESTMENT LLC                    WENDY BAUKOL
3549 GRANDWOOD DR N                  4401 19TH STREET SE                  555 12TH STREET STE 900
FARGO   ND 58102-4860                MANDAN   ND 58554-4830               OAKLAND   CA 94607-3637


MAURICE VERSTANDIG                   ROBERT B RASCHKE
THE DAKOTA BANKRUPTCY FIRM           ASSISTANT US TRUSTEE
1630 1ST AVENUE N                    SUITE 1015 US COURTHOUSE
SUITE B PMB 24                       300 SOUTH FOURTH STREET
FARGO   ND 58102-4246                MINNEAPOLIS   MN 55415-1320
```