UNITED STATES BANKRUPTCY COURT
DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| In Re: ) | Bankruptcy No. 24-30422 |
| ) | Chapter 11 – Subchapter V |
| Jamieson CAPEX Fund, LLC, ) | |
| ) | |
| Debtor. ) | |
| ) | |

**ORDER GRANTING MOTION TO RETAIN EXISTING DEPOSITORY ACCOUNTS**

Debtor Jamieson CAPEX Fund, LLC filed a Motion to Retain Existing Depository Accounts. Doc. 2.  In its motion, Debtor argues that the Court should grant it authority to maintain its existing depository accounts in accord with prevailing notions of equity and a plain language reading of the Bankruptcy Code.  The United States Trustee filed a reply of no objection to the motion.

Based on the record, the Court finds cause for granting Debtor the relief it seeks. Therefore,

**IT IS ORDERED** that Debtor's Motion to Retain Existing Depository Accounts is granted.  Debtor is authorized to retain its existing depository accounts provided it complies with 11 U.S.C. § 345.

Dated:  September 24, 2024.

SHON HASTINGS, JUDGE
UNITED STATES BANKRUPTCY COURT