**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NORTH DAKOTA**

In re:                                                                                                Bankruptcy No. 24-30422
                                                                                                      Chapter 11 – Subchapter V
Jamieson CAPEX Fund, LLC,

                          Debtor.
_____/

**ORDER SETTING TELEPHONIC STATUS CONFERENCE**
**IN A CASE FILED UNDER SUBCHAPTER V**

Pursuant to 11 U.S.C. Chapter 11, Subchapter V, Debtor's representative, Debtor's counsel, and the Subchapter V Trustee shall appear at the status conference scheduled on **Tuesday, November 19, 2024, at 10:00 a.m.** Other interested parties are welcome to attend.

Please use the following instructions for the telephone conference:

Telephonic Conference Instructions:

1) Call **701-297-7116**
**2)** Enter the Meeting ID **088076463#**
3) After the Meeting ID is entered you will be connected into the conference.
4) Please identify yourself after you have joined the conference.

Not less than **14 days** before the date of the status conference, Debtor shall file the report required by 11 U.S.C. §1188(c) and shall serve the report on the Subchapter V Trustee, United States Trustee, and all other interested parties. In the report, Debtor shall summarize the steps taken to comply with Subchapter V, any impediments to prompt confirmation and its efforts to address them and include an estimate of when it will file a plan of reorganization. At the conference, the Trustee and counsel for Debtor shall summarize the status of the case and Debtor's proposed plan and identify actions necessary to further the expeditious and economical resolution of the case under Subchapter V.

Dated: September 24, 2024.

                                                          SHON HASTINGS, JUDGE
                                                          UNITED STATES BANKRUPTCY COURT

Copy served electronically on September 24, 2024, to Attorney Maurice VerStandig for service on interested parties.