United States Bankruptcy Court

District of North Dakota

In re:  
Jamieson CAPEX Fund, LLC  
    Debtor

Case No. 24-30422-skh  
Chapter 11

# CERTIFICATE OF NOTICE

District/off: 0868-3     User: admin     Page 1 of 3  
Date Rcvd: Sep 24, 2024     Form ID: 309F2     Total Noticed: 62

The following symbols are used throughout this certificate:  
**Symbol     Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

##     Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 26, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | | Jamieson CAPEX Fund, LLC, 2865 Lilac LN N, Fargo, ND 58102-1706 |
| tr | + | Thomas Kapusta, PO Box 90624, Sioux Falls, SD 57109-0624 |
| 1105257 | + | Amber Carlson, 712 124th Ave NE, Finley, ND 58230-9402 |
| 1105289 | + | Arthur Mercantile, LLC, PO Box 8, Arthur, ND 58006-0008 |
| 1105258 | + | Aspire, 5195 45TH ST S, Fargo , ND 58104-3339 |
| 1105259 | + | Brad Sunderland, 2102 Great Northern Drive, Fargo, ND 58102-3249 |
| 1105290 | + | Brian Kounovsky, 3680 54th Street S, Fargo, ND 58104-7480 |
| 1105291 | + | Bryan Bartz, 555 12th Street, Suite 900, Oakland, CA 94607-3637 |
| 1105292 | + | Cole Bachmeier, 5893 Autumn Drive S, Fargo, ND 58104-7654 |
| 1105293 | + | Colleen Carlson, 6130 12th Street SE, Bismarck, ND 58504-3131 |
| 1105294 | + | Dale Lian, 2861 Lilac Lane N, Fargo, ND 58102-1706 |
| 1105295 | + | David Griffin, 555 12th Street Suite 900, Oakland, CA 94607-3637 |
| 1105296 | + | Derek Kane, 5832 Crested Butte Rd, Bismarck, ND 58503-7302 |
| 1105297 | + | Derek Sunderland, 4632 Timberline Dr, Fargo, ND 58104-6654 |
| 1105299 | | Eric Hegerle, 2312 5th Street S, Fargo, ND 58103 |
| 1105263 | | First Western Bank & Trust, 900 South Broadway, Minot, ND 58701-4658 |
| 1105264 | + | Fred & Karen Browers, 38568 296th Ave, Waubun, MN 56589-9370 |
| 1105300 | | Jack Christianson, 508 66th Ave North, Moffit, ND 58560 |
| 1105266 | | Jamieson Capital, 1420 9TH ST E STE 401, West Fargo , ND 58078-3381 |
| 1105267 | + | Jamieson Legacy Fund, 555 12th Street Ste 900, Oakland, CA 94607-3637 |
| 1105268 | | Jamieson Medical, 2865 LILAC LN N, Fargo 58102-1706 |
| 1105269 | | Jamieson Natural, PO BOX 285, West Fargo , ND 58078-0285 |
| 1105270 | | Jamieson Natural Resources Fund, LLC, PO BOX 285, West Fargo , ND 58078-0285 |
| 1105301 | + | Jason Boutwell, 87 N Woodcrest Dr N, Fargo, ND 58102-2154 |
| 1105271 | + | Jeff Johnson, 4001 15th Ave NW, Fargo, ND 58102-2832 |
| 1105272 | + | Jeremy Carlson, 2865 Lilac Lane N, Fargo, ND 58102-1706 |
| 1105303 | + | Jim Stewart, 154 S Woodcrest Dr, Fargo, ND 58102-2145 |
| 1105304 | | John Biwer, 331 St Charles Place, West Fargo, ND 58078 |
| 1105306 | + | KLH&J Land LLC, 4001 15th Ave NW, Fargo, ND 58102-2832 |
| 1105305 | + | Kara Johnson, 555 12th Street Ste 900, Oakland, CA 94607-3637 |
| 1105307 | + | Leftfield Development LLC, 275 Elks Dr, Grand Forks, ND 58201-7575 |
| 1105308 | + | Lyons Children Irrevocable Trust, 6415 55th Ave SE, Bismarck, ND 58504-9410 |
| 1105274 | | MJM Investments, LLC, 541 16TH ST NE, West Fargo , ND 58078-7214 |
| 1105273 | | Main Street Investment, 2865 Lilac LN N, Fargo, ND 58102-1706 |
| 1105309 | + | Mark Merck, 555 12th Street Ste 900, Oakland, CA 94607-3637 |
| 1105310 | + | Matthew Bitterman, 4406 Daniel Street, Bismarck, ND 58504-8855 |
| 1105311 | + | Michael Kempel, 2809 Lilac Lane N, Fargo, ND 58102-1706 |
| 1105312 | + | Michael Kuntz, 275 Elks Dr, Grand Forks, ND 58201-7575 |
| 1105313 | + | Michael Schuster, 5079 Woodhaven Dr S, Fargo, ND 58104-4288 |
| 1105314 | + | Mike Quast, 4703 Harbor Trail SE, Mandan, ND 58554-7928 |
| 1105276 | | Nova DC, LLC, 3081 125TH AVE NW, Watford City, ND 58854-9602 |
| 1105315 | + | Rachel Ness, 4763 Douglas Drive S, Fargo, ND 58104-4402 |
| 1105278 | + | Sarah J. Wencil, Office of the U.S. Trustee, Suite 1015 U.S. Courthouse, 300 South Fourth Street, Minneapolis, MN 55415-1320 |
| 1105316 | + | Scott Ellefson, 63 W Mirror Ridge Circle, The Woodlands, TX 77382-2513 |
| 1105317 | + | Scott Howe, 7725 Ridgeland Dr, Bismarck, ND 58503-6235 |

Case 24-30422   Doc 15   Filed 09/26/24   Entered 09/26/24 23:29:55   Desc Imaged
Certificate of Notice   Page 2 of 5

| District/off: 0868-3 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Sep 24, 2024 | Form ID: 309F2 | Total Noticed: 62 |

| | | |
|---|---|---|
| 1105277 | | Secure Income Fund, LLC, 2865 LILAC LN N, Fargo, ND 58102-1706 |
| 1105318 | + | Shawn Hegvick, 4439 Oakcreek Dr S, Fargo, ND 58104-6619 |
| 1105322 | + | The Entrust Group, F/B/O Mike Holland, 555 12th Street Ste 900, Oakland, ND 94607-3637 |
| 1105319 | + | The Entrust Group, f/b/o Brian Carlson, 555 12th Street Ste 900, Oakland, CA 94607-3637 |
| 1105320 | + | The Entrust Group, f/b/o Lynn Carlson, 555 12th Street Ste 900, Oakland, ND 94607-3637 |
| 1105321 | + | The Entrust Group, f/b/o Matthew Retterath, 555 12th Street Ste 900, Oakland, CA 94607-3637 |
| 1105323 | + | The Entrust Group, f/b/o Scott Gorder, 555 12th Street Ste 900, Oakland, CA 94607-3637 |
| 1105324 | + | Trevor Kittelson, 705 6th Ave NE, Hillsboro, ND 58045-4633 |
| 1105325 | + | Val Marinov, 3549 Grandwood Dr N, Fargo, ND 58102-4860 |
| 1105326 | + | W&S Investment LLC, 4401 19th Street SE, Mandan, ND 58554-4830 |
| 1105327 | + | Wendy Baukol, 555 12th Street Ste 900, Oakland, CA 94607-3637 |

TOTAL: 56

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| aty | Email/Text: mac@mbvesq.com | Sep 24 2024 18:46:00 | Maurice VerStandig, The Dakota Bankruptcy Firm, 1630 1st Avenue N, Suite B PMB 24, Fargo, ND 58102 |
| 1105261 | Email/Text: bankruptcy@capcu.org | Sep 24 2024 18:46:00 | CCU, 204 W THAYER AVE, Bismarck 58501-3772 |
| 1105260 | + Email/Text: bankruptcy@capcu.org | Sep 24 2024 18:46:00 | Capital Credit Union, 204 W THAYER AVE, Bismarck , ND 58501-3794 |
| 1105262 | Email/Text: sfoss@fibt.com | Sep 24 2024 18:46:00 | First International Bank & Trust, 100 N MAIN, PO BOX 607, Watford City, ND 58854 |
| 1105265 | Email/Text: sbse.cio.bnc.mail@irs.gov | Sep 24 2024 18:46:00 | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 1105275 | + Email/Text: ecftax@nd.gov | Sep 24 2024 18:46:00 | North Dakota Office of State Tax Commiss, 600 E. Boulevard Ave. Dept. 127, Bismarck, ND 58505-0602 |

TOTAL: 6

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 1105288 | *+ | Amber Carlson, 712 124th Ave NE, Finley, ND 58230-9402 |
| 1105302 | *+ | Jeremy Carlson, 2865 Lilac Lane N, Fargo, ND 58102-1706 |
| 1105298 | ##+ | Donna Fricke, 918 Senate Dr, Bismarck, ND 58501-1963 |

TOTAL: 0 Undeliverable, 2 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 26, 2024                              Signature:      /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 24, 2024 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Maurice VerStandig | on behalf of Debtor Jamieson CAPEX Fund  LLC mac@mbvesq.com, mac@dakotabankruptcy.com;verstandig.mauricer104982@notify.bestcase.com;verstandiglaw@recap.email |
| Robert B. Raschke | USTPRegion12.SX.ECF@usdoj.gov |
| Sarah J. Wencil | on behalf of U.S. Trustee Robert B. Raschke sarah.j.wencil@usdoj.gov |
| Thomas Kapusta | tkapusta@aol.com |

TOTAL: 4

| Information to identify the case: | | |
|---|---|---|
| Debtor | Jamieson CAPEX Fund, LLC<br>Name | EIN: 47–3653978 |
| United States Bankruptcy Court | District of North Dakota | Date case filed for chapter: 11   9/22/24 |
| Case number: | 24–30422 | |

Official Form 309F2 (For Corporations or Partnerships under Subchapter V)

# Notice of Chapter 11 Bankruptcy Case    10/20

**For the debtor listed above, a case has been filed under chapter 11 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtor or the debtor's property. For example, while the stay is in effect, creditors cannot sue, assert a deficiency, repossess property, or otherwise try to collect from the debtor. Creditors cannot demand repayment from the debtor by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees.

Confirmation of a chapter 11 plan may result in a discharge of debt. A creditor who wants to have a particular debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office within the deadline specified in this notice. (See line 12 below for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at https://pacer.uscourts.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**Do not file this notice with any proof of claim or other filing in the case.**

| | | | |
|---|---|---|---|
| 1. | **Debtor's full name** | Jamieson CAPEX Fund, LLC | |
| 2. | **All other names used in the last 8 years** | | |
| 3. | **Address** | 2865 Lilac LN N<br>Fargo, ND 58102–1706 | |
| 4. | **Debtor's attorney**<br>Name and address | Maurice VerStandig<br>The Dakota Bankruptcy Firm<br>1630 1st Avenue N<br>Suite B PMB 24<br>Fargo, ND 58102 | Contact phone 701–394–3215<br><br>Email: mac@mbvesq.com |
| 5. | **Bankruptcy trustee**<br>Name and address | Thomas Kapusta<br>PO Box 90624<br>Sioux Falls, SD 57109 | Contact phone 605–376–6715<br><br>Email: tkapusta@aol.com |
| 6. | **Bankruptcy clerk's office**<br>Documents in this case may be filed at this address. You may inspect all records filed in this case at this office or online at https://pacer.uscourts.gov. | 655 1ST AVENUE NORTH, SUITE 210<br>FARGO, ND 58102 | Hours open:<br>8:00am–4:30pm Mon–Fri<br><br>Contact phone (701) 297–7100<br><br>Date: 9/24/24 |

**For more information, see page 2 >**

Official Form 309F2 (For Corporations or Partnerships under Subchapter V)    Notice of Chapter 11 Bankruptcy Case    page 1

Debtor  **Jamieson CAPEX Fund, LLC**                                                                      Case number  **24−30422**

| 7. | **Meeting of creditors**  The debtor's representative must attend the meeting to be questioned under oath. Creditors may attend, but are not required to do so. | **October 24, 2024 at 01:30 PM**  The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. | Location:  **Teleconference *ONLY*, Toll Free: 866−821−5980, Participant# 9065076** |
|---|---|---|---|
| 8. | **Proof of claim deadline** | **Deadline for filing proof of claim:** | |
| | | **For all creditors (except a governmental unit):** | 12/2/24 |
| | | **For a governmental unit:** | 3/21/25 |
| | | A proof of claim is a signed statement describing a creditor's claim. A proof of claim form may be obtained at www.uscourts.gov or any bankruptcy clerk's office.  Your claim will be allowed in the amount scheduled unless:  • your claim is designated as *disputed*, *contingent*, or *unliquidated*;  • you file a proof of claim in a different amount; or  • you receive another notice.  If your claim is not scheduled or if your claim is designated as *disputed*, *contingent*, or *unliquidated*, you must file a proof of claim or you might not be paid on your claim and you might be unable to vote on a plan. You may file a proof of claim even if your claim is scheduled.  You may review the schedules at the bankruptcy clerk's office or online at https://pacer.uscourts.gov.  Secured creditors retain rights in their collateral regardless of whether they file a proof of claim. Filing a proof of claim submits a creditor to the jurisdiction of the bankruptcy court, with consequences a lawyer can explain. For example, a secured creditor who files a proof of claim may surrender important nonmonetary rights, including the right to a jury trial. | |
| 9. | **Exception to discharge deadline**  The bankruptcy clerk's office must receive a complaint and any required filing fee by the following deadline. | If § 523(c) applies to your claim and you seek to have it excepted from discharge, you must start a judicial proceeding by filing a complaint by the deadline stated below.  **Deadline for filing the complaint:** | 12/23/24 |
| 10. | **Creditors with a foreign address** | If you are a creditor receiving notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |
| 11. | **Filing a Chapter 11 bankruptcy case** | Chapter 11 allows debtors to reorganize or liquidate according to a plan. A plan is not effective unless the court confirms it. You may receive a copy of the plan and a disclosure statement telling you about the plan, and you may have the opportunity to vote on the plan. You will receive notice of the date of the confirmation hearing, and you may object to confirmation of the plan and attend the confirmation hearing. The debtor will generally remain in possession of the property and may continue to operate the debtor's business. | |
| 12. | **Discharge of debts** | Confirmation of a chapter 11 plan may result in a discharge of debts, which may include all or part of your debt. See 11 U.S.C. § 1141(d). A discharge means that creditors may never try to collect the debt from the debtor except as provided in the plan. If you want to have a particular debt owed to you excepted from the discharge and § 523(c) applies to your claim, you must start a judicial proceeding by filing a complaint and paying the filing fee in the bankruptcy clerk's office by the deadline. | |