3:12 PM
09/18/24
Accrual Basis

# Jamieson CAPEX Fund, LLC
## Balance Sheet
### As of December 31, 2023

|  | Dec 31, 23 |
|---|---:|
| **ASSETS** | |
| **Current Assets** | |
| **Checking/Savings** | |
| Escrow-FIBT Note #224441 | 18,939.27 |
| First Western #80034085 | 554.66 |
| Western | 4,876.81 |
| **Total Checking/Savings** | 24,370.74 |
| **Other Current Assets** | |
| Due from AMS Holdings, LLC | 267,935.00 |
| Due from Greenfield Commons, LL | 150,000.00 |
| Due From JAMCO | 57,308.33 |
| Due from NSOP | 490,000.00 |
| Due from Paramount Prop. Mngt | 468,563.49 |
| Due from Secure Income Fund | 291,150.00 |
| Escrow - 116 N. 5th St, Bis, ND | 20,000.00 |
| Escrow - Aspen | 5,000.00 |
| Venture Real Estate Trust | 7,500.00 |
| **Total Other Current Assets** | 1,757,456.82 |
| **Total Current Assets** | 1,781,827.56 |
| **Fixed Assets** | |
| 820 3rd Street North | 190,121.02 |
| Macy's | |
| Macy's - Origination Fees | 9,282.00 |
| Macy's Building | 1,650,000.00 |
| **Total Macy's** | 1,659,282.00 |
| Mineral Interests | 39,000.00 |
| North Fargo Land | 337,824.35 |
| Pebble Beach | 315,000.00 |
| **Total Fixed Assets** | 2,541,227.37 |
| **Other Assets** | |
| 630 Main Partners, LLC | |
| 630 Main Partners, LLC - Capita | 375,000.00 |
| 630 Main Partners, LLC - Other | 20,000.00 |
| **Total 630 Main Partners, LLC** | 395,000.00 |
| Arbor Courts Townhomes, LLC | |
| Arbor Courts - Schedule K-1 | -369,711.00 |
| Arbor Courts Townhomes, LLC - Ot... | 1,115,531.78 |
| **Total Arbor Courts Townhomes, LLC** | 745,820.78 |
| Commons of 56th, LLC | |
| Commons of 56th - Distribution | -24,870.21 |
| Commons of 56th, LLC - Schedule | -692,098.00 |
| Commons of 56th, LLC - Other | 369,197.85 |
| **Total Commons of 56th, LLC** | -347,770.36 |
| Greenfield Commons, LLC | |
| Greenfield - Const. Interest | -8,000.00 |
| Greenfield Commons, LLC K-1 | -222,536.00 |
| Greenfield Commons, LLC - Other | 200,001.00 |
| **Total Greenfield Commons, LLC** | -30,535.00 |

3:12 PM
09/18/24
Accrual Basis

# Jamieson CAPEX Fund, LLC
## Balance Sheet
### As of December 31, 2023

|  | Dec 31, 23 |
|---|---:|
| **Liberty Development, LLC** |  |
|   Liberty Development, LLC - Dist | -100,000.00 |
|   Liberty Development, LLC - K-1 | 68,687.00 |
|   Liberty Development, LLC - Other | 271,089.82 |
| **Total Liberty Development, LLC** | 239,776.82 |
| **Pioneer Place, LLC** |  |
|   pioneer Place, LLC - K-1 | -253,307.00 |
|   Pioneer Place, LLC - Other | 550,000.00 |
| **Total Pioneer Place, LLC** | 296,693.00 |
| **Sheyenne 32 East, LLC** |  |
|   Sheyenne 32 East - Const Intere | -20,000.00 |
|   Sheyenne 32 East, LLC - K-1 | -338,718.00 |
|   Sheyenne 32 East, LLC - Other | 1,000,000.00 |
| **Total Sheyenne 32 East, LLC** | 641,282.00 |
| **Sheyenne 32 South, LLC** |  |
|   Sheyenne 32 South - Const. Inte | -17,000.00 |
|   Sheyenne 32 South - K-1 | 14,788.00 |
|   Sheyenne 32 South, LLC - Other | 300,000.00 |
| **Total Sheyenne 32 South, LLC** | 297,788.00 |
| **SHP Holdings, LLC (Sheyenne Pla** | 100,000.00 |
| **Triangle Townhomes, LLC** |  |
|   Triangle - Schedule K-1 | -76,605.00 |
|   Triangle Townhomes, LLC - Other | 292,526.25 |
| **Total Triangle Townhomes, LLC** | 215,921.25 |
| **Total Other Assets** | 2,553,976.49 |
| **TOTAL ASSETS** | **6,877,031.42** |
| **LIABILITIES & EQUITY** |  |
|   Liabilities |  |
|     Current Liabilities |  |
|       Other Current Liabilities |  |
|         Due to Amber Carlson | 125,000.00 |
|         Due to Brad Sunderland | 100,000.00 |
|         Due to Jamieson Capital | -5,468.20 |
|         Due to Jamieson Medical | 185,480.00 |
|         Due to Jamieson Natural | 706,000.00 |
|         Due to Jamieson Natural Resourc | -95,000.00 |
|         Due to Jeff Johnson | 300,000.00 |
|         Due to Jeremy Carlson | 83,034.43 |
|         Due to Legacy | 118,750.00 |
|         Due to Nova DC, LLC | 502,000.00 |
|         Due to Secure Income Fund | 579,565.94 |
| **Total Other Current Liabilities** | 2,599,362.17 |
| **Total Current Liabilities** | 2,599,362.17 |

3:12 PM
09/18/24
Accrual Basis

# Jamieson CAPEX Fund, LLC
## Balance Sheet
### As of December 31, 2023

|  | Dec 31, 23 |
|---|---:|
| **Long Term Liabilities** |  |
| Aspire Loan #71-163 | 113,262.26 |
| CCU - Pebble Beach Loan | 276,161.89 |
| CCU Loan #70120710L64 | 428,239.58 |
| Due to Bowers | 768,713.49 |
| Due to Main Street | 155,995.04 |
| Due to MJM Investments, LLC | 500,000.00 |
| FIBT Loan #224441 | 1,212,500.00 |
| **Total Long Term Liabilities** | 3,454,872.26 |
| **Total Liabilities** | 6,054,234.43 |
| **Equity** |  |
| Equity - Amber Carlson | 92,800.00 |
| Equity - Arthur Mercantile, LLC | 200,000.00 |
| Equity - Brian Carlson | 100,000.00 |
| Equity - Bryan Bartz | 133,000.00 |
| Equity - Cole Bachmeier | 70,000.00 |
| Equity - Colleen Carlson | 110,000.00 |
| Equity - Dale Lian | 100,000.00 |
| Equity - David Griffin | 180,000.00 |
| Equity - Derek Kane | 50,000.00 |
| Equity - Derek Sunderland | 100,000.00 |
| Equity - Donna Fricke | 55,000.00 |
| Equity - Eric & Shelly Hegerle | 114,750.00 |
| Equity - Hegvik | 318,000.00 |
| Equity - Jack & Lois Christians | 250,000.00 |
| Equity - Jason Boutwell | 57,440.00 |
| Equity - Jeff Johnson | 80,000.00 |
| Equity - Jeremy Carlson | 20,000.00 |
| Equity - Jim Stewart | 80,000.00 |
| Equity - John Biwer | 60,500.00 |
| Equity - Kara Johnson | 89,700.00 |
| Equity - Leftfield Development, | 99,195.00 |
| Equity - Lynn Carlson | 70,000.00 |
| Equity - Lyon's Trust | 65,000.00 |
| Equity - Mark Merck | 260,509.59 |
| Equity - Mathew Retterath | 25,000.00 |
| Equity - Matthew Bitterman | 15,000.00 |
| Equity - Michael Kempel | 100,000.00 |
| Equity - Michael Schuster | 60,000.00 |
| Equity - Mike Holland | 88,000.00 |
| Equity - Mike Kuntz | 100,000.00 |
| Equity - Mike Quast | 300,000.00 |
| Equity - Rachel Ness | 45,000.00 |
| Equity - Scott Ellefson | 100,000.00 |
| Equity - Scott Gorder | 100,000.00 |
| Equity - Scott Howe | 40,000.00 |
| Equity - Shawn & Ursala Hegvick | 61,500.00 |
| Equity - Trevor Kittelson | 50,000.00 |
| Equity - Val Marinov | 300,000.00 |
| Equity - W&S Investments, LLC | 101,601.70 |
| Equity - Wendy Baukol | 215,600.00 |
| Retained Earnings | -3,616,248.02 |
| Net Income | -18,551.28 |
| **Total Equity** | 822,796.99 |
| **TOTAL LIABILITIES & EQUITY** | **6,877,031.42** |