**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NORTH DAKOTA**

| | |
|---|---|
| In Re:<br>Jamieson CAPEX Fund, LLC,<br><center>Debtor</center> | Court File No.: 24-30422<br><br>Chapter 11 Case |

**NOTICE OF APPEARANCE AND REQUEST FOR NOTICES**

PLEASE TAKE NOTICE that, pursuant to Rule 2002(g) and (i) and 9010(b) the following attorney for Jamieson Natural Resources Fund, LLC ("JNR Fund"), hereby notes her appearance and requests that all parties serve all notices and papers, including but not limited to pleadings, motions, applications, memoranda and other documents required or permitted to be served or filed in the above-captioned case, upon her at the following:

> Katrina A. Turman Lang
> Wold Johnson, P.C.
> 500 2nd Ave. N., Suite 400
> P.O. Box 1680
> Fargo, ND 58107
> klang@woldlaw.com

This request for notice is intended, without limitation, to constitute such request for service as is required by Bankruptcy Rule 2002(i) and 3017(a), and a request for court designated service as set forth in Bankruptcy Rules 3019, 3020(b)(1), 4001(a)(1), 6006(c), 9007, 9013, and 9019. This request for notice is for service of papers only, and is not intended to waive JNR Fund's right to have orders in non-core matters and certain core matters entered only after <u>de novo</u> review by a district court judge; (ii) JNR Fund's right to trial by jury in any proceeding so triable herein, or in any case, controversy or proceeding related hereto; (iii) JNR Fund's right to have the reference withdrawn by the District Court

in any matter subject to mandatory or discretionary withdrawal; or (iv) any other rights, claims, actions, defenses, set-offs or recoupments to which JNR Fund may be entitled under agreements, in law or in equity, all of which rights, claims, actions, defenses, set-offs and recoupments are expressly reserved.

Dated this 1st day of October, 2024.   **WOLD JOHNSON, P.C.**

/s/ Katrina A. Turman Lang
Katrina A. Turman Lang (#06119)
500 2nd Ave. N., Ste 400
PO Box 1680
Fargo, ND  58107
Telephone:  (701) 235-5515
Fax:  (701) 232-2585
Email: klang@woldlaw.com
Attorneys for Jamieson Natural
Resources Fund, LLC

2

| | |
|---|---|
| STATE OF NORTH DAKOTA) | AFFIDAVIT OF SERVICE |
| ) ss. | |
| COUNTY OF CASS ) | |

    Melanie Walker, being first duly sworn upon oath, deposes and says that she is of legal age; that on October 1, 2024, she served the attached:

## NOTICE OF APPEARANCE

RE:    Jamieson CAPEX Fund, LLC
        Bankruptcy Chapter 11 Case No. 24-30422

To be served electronically on all ECF Filing Participants.

        /s/ Melanie Walker
        MELANIE WALKER

Subscribed and sworn to before me on October 1, 2024.

        /s/ Katrina A. Turman Lang
        NOTARY PUBLIC
(S E A L)        My Commission Expires: 11/30/2025