IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NORTH DAKOTA

| | | |
|---|---|---|
| In re: | ) | Case No. 24-30422 |
| | ) | (Chapter 11) |
| JAMIESON CAPEX FUND, LLC. | ) | |
| | ) | |
| Debtor. | ) | |
| _____ | ) | |

## MOTION TO EXTEND TIME TO FILE STATEMENT OF FINANCIAL AFFAIRS

Comes now Jamieson CAPEX Fund, LLC ("CAPEX" or the "Debtor"), by and through undersigned proposed counsel, pursuant to Federal Rule of Bankruptcy Procedure 9006(b), and moves to extend, by one week, the deadline to file a statement of financial affairs herein, and in support thereof states as follows:

The Debtor filed full schedules with its petition for relief but is yet to docket a statement of financial affairs. While information has been gathered and a preliminary draft has been prepared, the process has been slowed by undersigned counsel being largely offline with COVID. It is reasonably anticipated a final draft should be able to be completed and filed in the coming days; it is equally anticipated the filing will prove relatively mundane and the added time is not being sought because of any esoteric complexities or anomalies.

Insofar as the meeting of creditors in this case is not being held until October 24, 2024, DE #13, and the extension sought herein would only be through October 14, 2024 (notwithstanding that date being a federal holiday), all parties in interest would have ample time to review the statement of financial affairs in advance of the meeting of creditors. This should, in turn, ensure no prejudice is occasioned by the brief delay sought herein.

1

WHEREFORE, the Debtor respectfully prays the deadline to file a statement of financial affairs be extended to and through October 14, 2024 (notwithstanding that date being a holiday), and for such other and further relief as may be just and proper.

Respectfully Submitted,

Dated: October 7, 2024　　　　　By:　/s/ Maurice B. VerStandig
Maurice B. VerStandig, Esq.
The Dakota Bankruptcy Firm
1630 1st Avenue N
Suite B PMB 24
Fargo, North Dakota 58102-4246
Phone: (701) 394-3215
mac@dakotabankruptcy.com
*Proposed Counsel for the Debtor*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 7th day of October, 2024, a copy of the foregoing was served electronically upon filing via the ECF system.

/s/ Maurice B. VerStandig
Maurice B. VerStandig