USPS FIRST CLASS MAILING RECIPIENTS
Parties with names struck through or labeled CM/ECF SERVICE are not served via First Class USPS Mail Service.

| CASE INFO | DEBTOR | EXCLUDE |
|---|---|---|
| LABEL MATRIX FOR LOCAL NOTICING<br>NCRS ADDRESS DOWNLOAD<br>CASE 24-30422<br>DISTRICT OF NORTH DAKOTA<br>THU OCT 17 9-11-0 PST 2024 | JAMIESON CAPEX FUND  LLC<br>2865 LILAC LN N<br>FARGO  ND 58102-1706 | ~~(U)JAMIESON NATURAL RESOURCES FUND  LL~~ |
| ~~EXCLUDE~~<br>~~US BANKRUPTCY COURT~~<br>~~655 1ST AVENUE NORTH  SUITE 210~~<br>~~FARGO  ND 58102-4932~~ | AMBER CARLSON<br>712 124TH AVE NE<br>FINLEY  ND 58230-9402 | ARTHUR MERCANTILE  LLC<br>PO BOX 8<br>ARTHUR  ND 58006-0008 |
| ASPIRE<br>5195 45TH ST S<br>FARGO  ND 58104-3339 | BRAD SUNDERLAND<br>2102 GREAT NORTHERN DRIVE<br>FARGO  ND 58102-3249 | BRIAN KOUNOVSKY<br>3680 54TH STREET S<br>FARGO  ND 58104-7480 |
| BRYAN BARTZ<br>555 12TH STREET<br>SUITE 900<br>OAKLAND  CA 94607-3637 | CCU<br>204 W THAYER AVE<br>BISMARCK  58501-3772 | CAPITAL CREDIT UNION<br>204 W THAYER AVE<br>BISMARCK  ND 58501-3794 |
| COLE BACHMEIER<br>5893 AUTUMN DRIVE S<br>FARGO  ND 58104-7654 | COLLEEN CARLSON<br>6130 12TH STREET SE<br>BISMARCK  ND 58504-3131 | DALE LIAN<br>2861 LILAC LANE N<br>FARGO  ND 58102-1706 |
| DAVID GRIFFIN<br>555 12TH STREET SUITE 900<br>OAKLAND  CA 94607-3637 | DEREK KANE<br>5832 CRESTED BUTTE RD<br>BISMARCK  ND 58503-7302 | DEREK SUNDERLAND<br>4632 TIMBERLINE DR<br>FARGO  ND 58104-6654 |
| DONNA FRICKE<br>918 SENATE DR<br>BISMARCK  ND 58501-1963 | ERIC HEGERLE<br>2312 5TH STREET S<br>FARGO  ND 58103 | (P)FIRST INTERNATIONAL BANK  TRUST<br>ATTN ATTN LEGAL<br>3001 25TH STREET SOUTH<br>FARGO ND 58103-6160 |
| FIRST WESTERN BANK  TRUST<br>900 SOUTH BROADWAY<br>MINOT  ND 58701-4658 | FRED  KAREN BROWERS<br>38568 296TH AVE<br>WAUBUN  MN 56589-9370 | INTERNAL REVENUE SERVICE<br>PO BOX 7346<br>PHILADELPHIA  PA 19101-7346 |
| JACK CHRISTIANSON<br>508 66TH AVE NORTH<br>MOFFIT  ND 58560 | JAMIESON CAPITAL<br>1420 9TH ST E STE 401<br>WEST FARGO  ND 58078-3381 | JAMIESON LEGACY FUND<br>555 12TH STREET STE 900<br>OAKLAND  CA 94607-3637 |

USPS FIRST CLASS MAILING RECIPIENTS
Parties with names struck through or labeled CM/ECF SERVICE are not Served via First Class USPS Mail Service.

```
JAMIESON MEDICAL                    JAMIESON NATURAL                    JAMIESON NATURAL RESOURCES FUND  LLC
2865 LILAC LN N                     PO BOX 285                          PO BOX 285
FARGO 58102-1706                    WEST FARGO    ND 58078-0285         WEST FARGO    ND 58078-0285


JAMIESON NATURAL RESOURCES FUND  LLC   JASON BOUTWELL                   JEFF JOHNSON
CO KATRINA A TURMAN LANG            87 N WOODCREST DR N                 4001 15TH AVE NW
500 2ND AVE N  SUITE 400            FARGO   ND 58102-2154               FARGO   ND 58102-2832
PO BOX 1680
FARGO   ND 58107-1680


JEREMY CARLSON                      JIM STEWART                         JOHN BIWER
2865 LILAC LANE N                   154 S WOODCREST DR                  331 ST CHARLES PLACE
FARGO   ND 58102-1706               FARGO   ND 58102-2145               WEST FARGO   ND 58078


KLHJ LAND LLC                       KARA JOHNSON                        KATRINA A TURMAN LANG
4001 15TH AVE NW                    555 12TH STREET STE 900             WOLD JOHNSON  PC
FARGO   ND 58102-2832               OAKLAND   CA 94607-3637             500 2ND AVE N  STE 400
                                                                        PO BOX 1680
                                                                        FARGO   ND 58107-1680


LEFTFIELD DEVELOPMENT LLC           LYONS CHILDREN IRREVOCABLE TRUST    MJM INVESTMENTS  LLC
275 ELKS DR                         6415 55TH AVE SE                    541 16TH ST NE
GRAND FORKS   ND 58201-7575         BISMARCK   ND 58504-9410            WEST FARGO   ND 58078-7214


MAIN STREET INVESTMENT              MARK MERCK                          MATTHEW BITTERMAN
2865 LILAC LN N                     555 12TH STREET STE 900             4406 DANIEL STREET
FARGO   ND 58102-1706               OAKLAND   CA 94607-3637             BISMARCK   ND 58504-8855


MICHAEL KEMPEL                      MICHAEL KUNTZ                       MICHAEL SCHUSTER
2809 LILAC LANE N                   275 ELKS DR                         5079 WOODHAVEN DR S
FARGO   ND 58102-1706               GRAND FORKS   ND 58201-7575         FARGO   ND 58104-4288


MIKE QUAST                          NORTH DAKOTA OFFICE OF STATE TAX    NOVA DC  LLC
4703 HARBOR TRAIL SE                COMMISS                             3081 125TH AVE NW
MANDAN   ND 58554-7928              600 E BOULEVARD AVE DEPT 127        WATFORD CITY   ND 58854-9602
                                    BISMARCK   ND 58505-0602


RACHEL NESS                         SARAH J WENCIL                      SCOTT ELLEFSON
4763 DOUGLAS DRIVE S                OFFICE OF THE US TRUSTEE            63 W MIRROR RIDGE CIRCLE
FARGO   ND 58104-4402               SUITE 1015 US COURTHOUSE            THE WOODLANDS   TX 77382-2513
                                    300 SOUTH FOURTH STREET
                                    MINNEAPOLIS   MN 55415-1320
```

USPS FIRST CLASS MAILING RECIPIENTS
Parties with names struck through or labeled CM/ECF SERVICE are Served via First Class USPS Mail Service.

| | | |
|---|---|---|
| SCOTT HOWE<br>7725 RIDGELAND DR<br>BISMARCK   ND 58503-6235 | SECURE INCOME FUND   LLC<br>2865 LILAC LN N<br>FARGO   ND 58102-1706 | SHAWN HEGVICK<br>4439 OAKCREEK DR S<br>FARGO   ND 58104-6619 |
| THE ENTRUST GROUP<br>FBO MIKE HOLLAND<br>555 12TH STREET STE 900<br>OAKLAND   ND 94607-3637 | THE ENTRUST GROUP<br>FBO BRIAN CARLSON<br>555 12TH STREET STE 900<br>OAKLAND   CA 94607-3637 | THE ENTRUST GROUP<br>FBO LYNN CARLSON<br>555 12TH STREET STE 900<br>OAKLAND   ND 94607-3637 |
| THE ENTRUST GROUP<br>FBO MATTHEW RETTERATH<br>555 12TH STREET STE 900<br>OAKLAND   CA 94607-3637 | THE ENTRUST GROUP<br>FBO SCOTT GORDER<br>555 12TH STREET STE 900<br>OAKLAND   CA 94607-3637 | TREVOR KITTELSON<br>705 6TH AVE NE<br>HILLSBORO   ND 58045-4633 |
| VAL MARINOV<br>3549 GRANDWOOD DR N<br>FARGO   ND 58102-4860 | WS INVESTMENT LLC<br>4401 19TH STREET SE<br>MANDAN   ND 58554-4830 | WENDY BAUKOL<br>555 12TH STREET STE 900<br>OAKLAND   CA 94607-3637 |
| MAURICE VERSTANDIG<br>THE DAKOTA BANKRUPTCY FIRM<br>1630 1ST AVENUE N<br>SUITE B PMB 24<br>FARGO   ND 58102-4246 | ROBERT B RASCHKE<br>ASSISTANT US TRUSTEE<br>SUITE 1015 US COURTHOUSE<br>300 SOUTH FOURTH STREET<br>MINNEAPOLIS   MN 55415-1320 | THOMAS KAPUSTA<br>PO BOX 90624<br>SIOUX FALLS   SD 57109-0624 |