IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NORTH DAKOTA

| | | |
|---|---|---|
| In re: | ) | Case No. 24-30422 |
| | ) | (Chapter 11) |
| JAMIESON CAPEX FUND, LLC | ) | |
| | ) | |
| Debtor. | ) | |
| _____ | ) | |

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 17th day of October, 2024, I caused a copy of this Honorable Court's Order Setting Telephonic Status Conference in a Case Filed Under Subchapter V, DE #14, to be served, via First Class Mail, postage prepaid, on all parties on the attached mailing matrix.

Respectfully Submitted,

Dated: October 17, 2024    By:    /s/ Maurice B. VerStandig
Maurice B. VerStandig, Esq.
The Dakota Bankruptcy Firm
1630 1st Avenue N
Suite B PMB 24
Fargo, North Dakota 58102-4246
Phone: (701) 394-3215
mac@dakotabankruptcy.com
*Counsel for the Debtor*