USPS FIRST CLASS MAILING RECIPIENTS:
Parties with names struck through or labeled CM/ECF SERVICE were not served via First Class USPS Mail Service.

| CASE INFO | DEBTOR | EXCLUDE |
|---|---|---|
| LABEL MATRIX FOR LOCAL NOTICING<br>NCRS ADDRESS DOWNLOAD<br>CASE 24-30422<br>DISTRICT OF NORTH DAKOTA<br>THU OCT 17 9-11-0 PST 2024 | JAMIESON CAPEX FUND  LLC<br>2865 LILAC LN N<br>FARGO  ND 58102-1706 | ~~(U)JAMIESON NATURAL RESOURCES FUND  LL~~ |

~~EXCLUDE~~

~~US BANKRUPTCY COURT~~
~~655 1ST AVENUE NORTH  SUITE 210~~
~~FARGO  ND 58102-4932~~

AMBER CARLSON
712 124TH AVE NE
FINLEY  ND 58230-9402

ARTHUR MERCANTILE  LLC
PO BOX 8
ARTHUR  ND 58006-0008

ASPIRE
5195 45TH ST S
FARGO  ND 58104-3339

BRAD SUNDERLAND
2102 GREAT NORTHERN DRIVE
FARGO  ND 58102-3249

BRIAN KOUNOVSKY
3680 54TH STREET S
FARGO  ND 58104-7480

BRYAN BARTZ
555 12TH STREET
SUITE 900
OAKLAND  CA 94607-3637

CCU
204 W THAYER AVE
BISMARCK  58501-3772

CAPITAL CREDIT UNION
204 W THAYER AVE
BISMARCK  ND 58501-3794

COLE BACHMEIER
5893 AUTUMN DRIVE S
FARGO  ND 58104-7654

COLLEEN CARLSON
6130 12TH STREET SE
BISMARCK  ND 58504-3131

DALE LIAN
2861 LILAC LANE N
FARGO  ND 58102-1706

DAVID GRIFFIN
555 12TH STREET SUITE 900
OAKLAND  CA 94607-3637

DEREK KANE
5832 CRESTED BUTTE RD
BISMARCK  ND 58503-7302

DEREK SUNDERLAND
4632 TIMBERLINE DR
FARGO  ND 58104-6654

DONNA FRICKE
918 SENATE DR
BISMARCK  ND 58501-1963

ERIC HEGERLE
2312 5TH STREET S
FARGO  ND 58103

(P)FIRST INTERNATIONAL BANK  TRUST
ATTN ATTN LEGAL
3001 25TH STREET SOUTH
FARGO ND 58103-6160

FIRST WESTERN BANK  TRUST
900 SOUTH BROADWAY
MINOT  ND 58701-4658

FRED  KAREN BROWERS
38568 296TH AVE
WAUBUN  MN 56589-9370

INTERNAL REVENUE SERVICE
PO BOX 7346
PHILADELPHIA  PA 19101-7346

JACK CHRISTIANSON
508 66TH AVE NORTH
MOFFIT  ND 58560

JAMIESON CAPITAL
1420 9TH ST E STE 401
WEST FARGO  ND 58078-3381

JAMIESON LEGACY FUND
555 12TH STREET STE 900
OAKLAND  CA 94607-3637

```
USPS FIRST CLASS MAILING RECIPIENTS:
Parties with names struck through or labeled CM/ECF SERVICE are not served via First Class USPS Mail Service.
```

```
JAMIESON MEDICAL                        JAMIESON NATURAL                        JAMIESON NATURAL RESOURCES FUND  LLC
2865 LILAC LN N                         PO BOX 285                              PO BOX 285
FARGO 58102-1706                        WEST FARGO    ND 58078-0285             WEST FARGO    ND 58078-0285


JAMIESON NATURAL RESOURCES FUND  LLC    JASON BOUTWELL                          JEFF JOHNSON
CO KATRINA A TURMAN LANG                87 N WOODCREST DR N                     4001 15TH AVE NW
500 2ND AVE N  SUITE 400                FARGO   ND 58102-2154                   FARGO   ND 58102-2832
PO BOX 1680
FARGO   ND 58107-1680


JEREMY CARLSON                          JIM STEWART                             JOHN BIWER
2865 LILAC LANE N                       154 S WOODCREST DR                      331 ST CHARLES PLACE
FARGO   ND 58102-1706                   FARGO   ND 58102-2145                   WEST FARGO   ND 58078


KLHJ LAND LLC                           KARA JOHNSON                            KATRINA A TURMAN LANG
4001 15TH AVE NW                        555 12TH STREET STE 900                 WOLD JOHNSON  PC
FARGO  ND 58102-2832                    OAKLAND   CA 94607-3637                 500 2ND AVE N  STE 400
                                                                                PO BOX 1680
                                                                                FARGO  ND 58107-1680


LEFTFIELD DEVELOPMENT LLC               LYONS CHILDREN IRREVOCABLE TRUST        MJM INVESTMENTS  LLC
275 ELKS DR                             6415 55TH AVE SE                        541 16TH ST NE
GRAND FORKS   ND 58201-7575             BISMARCK   ND 58504-9410                WEST FARGO    ND 58078-7214


MAIN STREET INVESTMENT                  MARK MERCK                              MATTHEW BITTERMAN
2865 LILAC LN N                         555 12TH STREET STE 900                 4406 DANIEL STREET
FARGO   ND 58102-1706                   OAKLAND   CA 94607-3637                 BISMARCK   ND 58504-8855


MICHAEL KEMPEL                          MICHAEL KUNTZ                           MICHAEL SCHUSTER
2809 LILAC LANE N                       275 ELKS DR                             5079 WOODHAVEN DR S
FARGO   ND 58102-1706                   GRAND FORKS   ND 58201-7575             FARGO   ND 58104-4288


MIKE QUAST                              NORTH DAKOTA OFFICE OF STATE TAX        NOVA DC  LLC
4703 HARBOR TRAIL SE                    COMMISS                                 3081 125TH AVE NW
MANDAN   ND 58554-7928                  600 E BOULEVARD AVE DEPT 127            WATFORD CITY   ND 58854-9602
                                        BISMARCK   ND 58505-0602


RACHEL NESS                             SARAH J WENCIL                          SCOTT ELLEFSON
4763 DOUGLAS DRIVE S                    OFFICE OF THE US TRUSTEE                63 W MIRROR RIDGE CIRCLE
FARGO   ND 58104-4402                   SUITE 1015 US COURTHOUSE                THE WOODLANDS   TX 77382-2513
                                        300 SOUTH FOURTH STREET
                                        MINNEAPOLIS   MN 55415-1320
```

USPS FIRST CLASS MAILING RECIPIENTS:
Parties with names struck through or labeled CM/ECF SERVICE are not served via First Class USPS Mail Service.

SCOTT HOWE
7725 RIDGELAND DR
BISMARCK   ND 58503-6235

SECURE INCOME FUND  LLC
2865 LILAC LN N
FARGO   ND 58102-1706

SHAWN HEGVICK
4439 OAKCREEK DR S
FARGO   ND 58104-6619

THE ENTRUST GROUP
FBO MIKE HOLLAND
555 12TH STREET STE 900
OAKLAND   ND 94607-3637

THE ENTRUST GROUP
FBO BRIAN CARLSON
555 12TH STREET STE 900
OAKLAND   CA 94607-3637

THE ENTRUST GROUP
FBO LYNN CARLSON
555 12TH STREET STE 900
OAKLAND   ND 94607-3637

THE ENTRUST GROUP
FBO MATTHEW RETTERATH
555 12TH STREET STE 900
OAKLAND   CA 94607-3637

THE ENTRUST GROUP
FBO SCOTT GORDER
555 12TH STREET STE 900
OAKLAND   CA 94607-3637

TREVOR KITTELSON
705 6TH AVE NE
HILLSBORO   ND 58045-4633

VAL MARINOV
3549 GRANDWOOD DR N
FARGO   ND 58102-4860

WS INVESTMENT LLC
4401 19TH STREET SE
MANDAN   ND 58554-4830

WENDY BAUKOL
555 12TH STREET STE 900
OAKLAND   CA 94607-3637

MAURICE VERSTANDIG
THE DAKOTA BANKRUPTCY FIRM
1630 1ST AVENUE N
SUITE B PMB 24
FARGO   ND 58102-4246

ROBERT B RASCHKE
ASSISTANT US TRUSTEE
SUITE 1015 US COURTHOUSE
300 SOUTH FOURTH STREET
MINNEAPOLIS   MN 55415-1320

THOMAS KAPUSTA
PO BOX 90624
SIOUX FALLS   SD 57109-0624