IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NORTH DAKOTA

| | | |
|---|---|---|
| In re: | ) | Case No. 24-30422 |
| | ) | (Chapter 11) |
| JAMIESON CAPEX FUND, LLC. | ) | |
| | ) | |
| Debtor. | ) | |
| | ) | |

### NOTICE OF APPEARANCE

Please note the appearance of Christianna A. Cathcart as counsel for Jamieson CAPEX Fund, LLC., the debtor herein, and serve all pleadings and court papers upon undersigned counsel.

Respectfully Submitted,

Dated: November 6, 2024    By:    /s/ Christianna A. Cathcart
Christianna A. Cathcart, Esq.
The Dakota Bankruptcy Firm
1630 1st Avenue N
Suite B PMB 24
Fargo, North Dakota 58102-4246
Phone: (701) 970-2770
christianna@dakotabankruptcy.com
*Counsel for Jamieson CAPEX Fund, LLC*

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 6th day of November, 2024, a copy of the foregoing was served electronically upon filing via the ECF system.

/s/ Christianna A. Cathcart
Christianna A. Cathcart, Esq.

1