UNITED STATES BANKRUPTCY COURT
DISTRICT OF NORTH DAKOTA

In re:

| | |
|---|---|
| Jamieson CAPEX Fund, LLC | Bankr. No. 24-30422 |
| Debtor. | Chapter 11 |

### NOTICE OF NON-CONCLUDED MEETING

Pursuant to Section 341 and Federal Rule 2203 the meeting of creditors has not been concluded. A meeting time and set for adjournment has not been scheduled at this time.

Dated: November 8, 2024

MARY R. JENSEN
ACTING U.S. TRUSTEE REGION 12

 /s/ Sarah J. Wencil
Sarah J. Wencil
Office of the U.S. Trustee
Suite 1015 U.S. Courthouse
300 South Fourth St.
Minneapolis, MN 55415
Telephone: (612) 334-1366
Sarah.J.Wencil@usdoj.gov

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NORTH DAKOTA

In re:

| | |
|---|---|
| **Jamieson CAPEX Fund, LLC** | **Bankr. No. 24-30422** |
| **Debtor.** | **Chapter 11** |

## CERTIFICATE OF SERVICE

Sarah J. Wencil, an employee of the U.S. Trustee office, hereby certifies that a true and correct copy of the Notice was electronically transmitted via CM/ECF.

Dated:   November 8, 2024

/s/ Sarah J. Wencil
Sarah J. Wencil