IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NORTH DAKOTA

| | | |
|---|---|---|
| In re: | ) | Case No. 24-30422 |
| | ) | (Chapter 11) |
| JAMIESON CAPEX FUND, LLC | ) | |
| | ) | |
| Debtor. | ) | |
| _____ | ) | |

**NOTICE OF MOTION TO PAY RETAINER AND**
**MONTHLY SUPPLEMENTS TO SUBCHAPTER V TRUSTEE**

NOTICE IS HEREBY GIVEN that Jamieson CAPEX Fund, LLC ("CAPEX" or the "Debtor") has filed a motion to (i) pay a $3,000.00 retainer to the Subchapter V trustee herein (the "Trustee") and (ii) pay the Trustee an additional $1,000.00 per month (to be held in trust, alongside the retainer, pending approval of any fee applications). A copy of the motion is being served herewith.

NOTICE IS FURTHER GIVEN that written objections to the motion, if any, shall be filed with the Clerk of the United States Bankruptcy Court for the District of North Dakota, 655 1st Ave. N. Suite 210, Fargo, ND 58102-4932 within fourteen (14) days from the date of the service of this notice. Any objections not filed and served may be deemed waived.

*[Signature on Following Page]*

1

                                      Respectfully Submitted,

Dated: November 19, 2024        By:    /s/ Maurice B. VerStandig
                                                        Maurice B. VerStandig, Esq.
                                                        The Dakota Bankruptcy Firm
                                                        1630 1st Avenue N
                                                        Suite B PMB 24
                                                        Fargo, North Dakota 58102-4246
                                                        Phone: (701) 394-3215
                                                        mac@dakotabankruptcy.com
                                                        *Counsel for the Debtor*

## CERTIFICATE OF SERVICE

    I HEREBY CERTIFY that on this 19th day of November, 2024, a copy of the foregoing was served electronically upon filing via the ECF system.

                                                               /s/ Maurice B. VerStandig
                                                               Maurice B. VerStandig