## **EXHIBIT F**

**List of Amounts Owed to the Debtor**

| Debtor Name | Amount Owed |
|---|---|
| State of North Dakota | $ 150,000.00 |
| State of North Dakota | $ 469,000.00 |
| AMS Holding, LLC | $ 267,935.00 |
| JAMCO, LLC | $ 57,308.33 |