**Fill in this information to identify the case:**

Debtor Name: Jamieson CAPEX Fund, LLC

United States Bankruptcy Court for the: _____ District of North Dakota
(State)

Case number: 24-30422

---

Official Form 426

# Periodic Report Regarding Value, Operations, and Profitability of Entities in Which the Debtor's Estate Holds a Substantial or Controlling Interest

12/17

This is the *Periodic Report* as of 11/21/24 on the value, operations, and profitability of those entities in which a Debtor holds, or two or more Debtors collectively hold, a substantial or controlling interest (a "Controlled Non-Debtor Entity"), as required by Bankruptcy Rule 2015.3. For purposes of this form, "Debtor" shall include the estate of such Debtor.

[Name of Debtor] holds a substantial or controlling interest in the following entities:

| Name of Controlled Non-Debtor Entity | | Interest of the Debtor | | Tab # |
|---|---|---|---|---|
| A. Triangle Townhomes, LLC | D. Pioneer Place, LLC | A. N/A | D. N/A | |
| B. Liberty Development, LLC | E. 630 Main Partners, LLC | B. N/A | E. N/A | |
| C. Commons of 56th, LLC | | C. N/A | | |

This *Periodic Report* contains separate reports (*Entity Reports*) on the value, operations, and profitability of each Controlled Non-Debtor Entity.

Each *Entity Report* consists of five exhibits.

*Exhibit A* contains the most recently available: balance sheet, statement of income (*loss*), statement of cash flows, and a statement of changes in shareholders' or partners' equity (*deficit*) for the period covered by the *Entity Report*, along with summarized footnotes.

*Exhibit B* describes the Controlled Non-Debtor Entity's business operations.

*Exhibit C* describes claims between the Controlled Non-Debtor Entity and any other Controlled Non-Debtor Entity.

*Exhibit D* describes how federal, state or local taxes, and any tax attributes, refunds, or other benefits, have been allocated between or among the Controlled Non-Debtor Entity and any Debtor or any other Controlled Non-Debtor Entity and includes a copy of each tax sharing or tax allocation agreement to which the Controlled Non-Debtor Entity is a party with any other Controlled Non-Debtor Entity.

*Exhibit E* describes any payment, by the Controlled Non-Debtor Entity, of any claims, administrative expenses or professional fees that have been or could be asserted against any Debtor, or the incurrence of any obligation to make such payments, together with the reason for the entity's payment thereof or incurrence of any obligation with respect thereto.

**This *Periodic Report* must be signed by a representative of the trustee or debtor in possession.**

Debtor Name   Jamieson CAPEX Fund, LLC                    Case number  24-30422

The undersigned, having reviewed the *Entity Reports* for each Controlled Non-Debtor Entity, and being familiar with the Debtor's financial affairs, verifies under the penalty of perjury that to the best of his or her knowledge, (i) this *Periodic Report* and the attached *Entity Reports* are complete, accurate, and truthful to the best of his or her knowledge, and (ii) the Debtor did not cause the creation of any entity with actual deliberate intent to evade the requirements of Bankruptcy Rule 2015.3

**For non-individual Debtors:**

✗ _____
B4591E17F99C42C...
Signature of Authorized Individual

Jeremy Carlson
_____
Printed name of Authorized Individual

11/21/2024
Date _____
     MM /  DD  / YYYY

**For individual Debtors:**

✗ _____          ✗ _____
Signature of Debtor 1                              Signature of Debtor 2

_____              _____
Printed name of Debtor 1                          Printed name of Debtor 2

Date _____                              Date _____
     MM /  DD  / YYYY                                  MM /  DD  / YYYY

Debtor Name  Jamieson CAPEX Fund, LLC                    Case number 24-30422

**Exhibit A: Financial Statements for** A. Triangle Townhomes, LLC, B. Liberty Development, C. Commons of 56, D. Pioneer Place, E. 630 Main Partners

The debtor respectfully submits that the financial statements required under Exhibit A, including the balance sheets, statement of income (loss), statement of cash flow, and statement of changes in shareholders' or partners' equity (deficit) for the Controlled Non-Debtor Entities – Triangle Homes, Liberty Development, Commons of 56, Pioneer Place, and 630 Main Partners – are not currently in the debtor's possession or control.

While the debtor acknowledges that such records may exist, access to these documents is presently unavailable due to restrictions or limitations beyond the debtor's control. Efforts are ongoing to obtain the necessary information, and the debtor will amend this Periodic Report to include the required information should it become accessible.

Debtor Name   Jamieson CAPEX Fund, LLC                                  Case number  24-30422

**Exhibit A-1: Balance Sheet for** A. Triangle Townhomes, B. Liberty Development, C. Commons of 56, D. Pioneer Place, E. 630 Main Partners

The debtor does not currently have access to the balance sheets for the above-mentioned Controlled Non-Debtor Entities. While the balance sheets may exists, they are not in the debtor's possession or control at this time.

Efforts are ongoing to obtain these financial documents. Upon obtaining access to then necessary records, the debtor will amend this Periodic Report to include the required balance sheets.

Debtor Name   Jamieson CAPEX Fund, LLC                               Case number 24-30422

**Exhibit A-2: Statement of Income (*Loss*) for** A. Triangle Townhomes, B. Liberty Development, C. Commons of 56, D. Pioneer Place, E. 630 Main Partners

The debtor does not currently have access to the Statement of Income (Loss) for the Controlled Non-Debtor Entities listed above. While such financial statements may exist, they are not in the debtor's possession or control at this time.

Efforts are ongoing to obtain the necessary documentation. Once access to the Statements of Income (Loss) is secured, the debtor will supplement this Periodic Report with the required financial information.

Docusign Envelope ID: F440E0F4-674A-4A21-985C-E50F689B5E90

Debtor Name   Jamieson CAPEX Fund, LLC                                   Case number 24-30422

**Exhibit A-3: Statement of Cash Flows for A. Triangle Townhomes, B. Liberty Development, C. Commons of 56, D. Pioneer Place, E. 630 Main Partners**

The debtor does not currently have access to the Statement of Cash Flows for the Controlled Non-Debtor Entities listed above. While such statements may exist, they are not in the debtor's possession or control at this time.

Efforts are being made to obtain the necessary financial records, and the debtor will supplement this Periodic Report to include the Statements of Cash Flows once they become available

Debtor Name  Jamieson CAPEX Fund, LLC        Case number 24-30422

**Exhibit A-4: Statement of Changes in Shareholders'/Partners' Equity (*Deficit*) for  A. Triangle Townhomes, B. Liberty Development, C. Commons of 56, D. Pioneer Place, E. 630 Main Partners**

The debtor does not currently have access to the Statements of Changes in Shareholders' or Partners' Equity (Deficit) for the Controlled Non-Debtor Entities listed above. While such statements may exist, they are not in the debtor's possession or control at this time.

Efforts are ongoing to obtain the necessary documentation, and the debtor will supplement this Periodic Report to include the Statements of Changes in Equity (Deficit) upon receipt of the relevant financial information

Debtor Name  Jamieson CAPEX Fund, LLC                            Case number 24-30422

| | Exhibit B: Description of Operations for A. Triangle Townhomes, B. Liberty Development, C. Commons of 56, D. Pioneer Place, E. 630 Main Partners |
|---|---|

**Nature and Extent of the Debtor's Interest in the Controlled Non-Debtor Entity:**

The debtor holds a substantial and controlling interest in the following Controlled Non-Debtor Entities: Triangle Townhomes, Liberty Development, Commons of 56, Pioneer Place, 630 Main Partners.

The debtor's interest in these entities includes ownership of a significant equity stake, which provides control over major business decisions, operations, and financial matters. The debtor's involvement extends to oversight of strategic initiatives and ensuring alignment with overarching organizational goals.

Business conducted and intended to be conducted by the Controlled Non-Debtor Entity:

A. Triangle Townhomes

   i. Dominant Business Segment: Residential Real Estate Development

   ii. Description: Triangle Townhomes focuses on leasing and managing multi-family residential units in Fargo. Its primary operations involve maintaining rental properties and ensuring client satisfaction.

B. Liberty Development

   i. Dominant Business Segment: Commercial Real Estate Development

   ii. Description: Liberty Development specializes in acquiring, developing and leasing commercial properties.

C. Commons of 56

   i. Dominant Business Segment: Mixed-Use Development

   ii. Description: Commons of 56 integrate residential and retail spaces, focusing on creating vibrant, community-centric developments. Its business operations include property management and the long-term leasing of retail spaces to local businesses.

D. Pioneer Place

   i. Dominant Business Segment: Mixed-Use Development

   ii. Description: Pioneer Place is a mixed-use building that serves the community with retail and commercial spaces, as well as 51 residential units.

E. 630 Main Partners

   i. Dominant Business Segment: Mixed-Use Commercial Real Estate

   ii. Description: 630 Main Partners engages in managing and leasing commercial real estate properties.

Debtor Name   Jamieson CAPEX Fund, LLC                              Case number  24-30422

### Exhibit C: Description of Intercompany Claims

The debtor is currently reviewing the financial records of the Controlled Non-Debtor Entities to determine the existence and nature of any intercompany claims. Based on the information available, the debtor is unable to provide a complete accounting of intercompany claims at this time. Efforts to collect and verify this information are ongoing, and the debtor will amend this report as necessary to include a detailed description of any identified claims.

Debtor Name   Jamieson CAPEX Fund, LLC                              Case number 24-30422

### Exhibit D: Allocation of Tax Liabilities and Assets

The debtor is currently reviewing available records to determine the allocation of tax liabilities, refunds, attributes, and benefits, as well as the existence of any tax sharing or allocation agreements involving the Controlled Non-Debtor Entities listed above. Due to incomplete information, the debtor is unable to provide a comprehensive report at this time. This Exhibit will be amended as necessary when additional details become available.

Debtor Name  Jamieson CAPEX Fund, LLC                              Case number  24-30422

| Exhibit E: Description of Controlled Non-Debtor Entity's payments of Administrative Expenses, or Professional Fees otherwise payable by a Debtor |
|---|

As of the reporting period, the Controlled Non-Debtor Entities listed above have not made any payments of administrative expenses, professional fees, or other obligations that would otherwise be payable by the debtor. If any such payments are identified in the future, this Exhibit will be supplemented accordingly.