# UST EXHIBIT 3

**STATE OF NORTH DAKOTA**

**SECURITIES DEPARTMENT**

| | |
|---|---|
| In the Matter of Jamieson CAPEX Fund, LLC, Jamieson Natural Resources Fund, LLC, Nova DC, LLC, Secure Income Fund, LLC, and Jamieson Legacy Fund, LLC, North Dakota limited liability companies, <br><br> Respondents. | **ADMINISTRATIVE CONSENT ORDER** |

1. On July 15, 2022, a Stop Order was issued by the Securities Commissioner concerning the suspension of the offer and sale of the federal covered securities of the Respondents, Jamieson CAPEX Fund, LLC, Jamieson Medical, LLC, Jamieson Natural Resources Fund, LLC, Nova DC, LLC, Secure Income Fund, LLC, Jamieson Legacy Fund, LLC, Mainstreet Investment Partners, LLC, and National Sports Capital, LLC, North Dakota limited liability companies headquartered in Fargo, North Dakota, originally organized and managed by Respondent Jeremy L. Carlson.

2. Respondents have not offered for sale and sold securities to investors in North Dakota since the entry of said Stop Order and all of the Form D filings, filed through the SEC EDGAR system and notice filed with the state, as referenced in paragraphs 4 and 5 of said Stop Order, have expired.

3. The following Respondents have reorganized under new management and have expressed a desire to withdraw their respective Requests for Hearing and resolve pending administrative claims under this Consent Order: Jamieson CAPEX Fund, LLC, Jamieson Legacy Fund, LLC, Jamieson Natural Resources Fund, LLC, Nova DC, LLC, and Secure Income Fund, LLC, (collectively "Respondent private funds")

4. Respondent private funds acknowledge the North Dakota Securities Commissioner had authority to issue the Stop Order suspending the offer and sale of the securities of the Respondent private funds, pursuant to N.D.C.C. §10-04-08.4(6).

5. The North Dakota Securities Department has jurisdiction over the subject matter of these proceedings and the Respondent private funds named herein.

6. Respondent private funds acknowledge their right to a hearing on this matter and waive this right to a hearing and to present arguments to the Commissioner.

7. Respondent private funds agree to resolve this matter with the Commissioner by this Consent Order.

8. In consideration of the settlement, the North Dakota Securities Department will conclude the investigation and any civil or administrative actions that could be commenced pursuant to state securities law for the specific violations resolved herein, solely as it relates to Respondent private funds. Nothing in this Order shall be construed to create, waive, release, or limit any private right of action, including any claims investors have or may have on an individual or class basis under state or federal laws against any person or entity. The North Dakota Securities Department will not seek additional monetary penalties or remedies from Respondent private funds, related to the specific violations identified in the Stop Order.

9. The following Order is necessary and appropriate in the public interest for the protection of investors.

10. This Consent Order shall be effective upon signature of the Commissioner.

**NOW, THEREFORE, IT IS ORDERED**, pursuant to N.D.C.C. §§ 10-04-08.4(6) and 10-04-16, that the Respondent private funds shall immediately stop offering for sale or selling the membership interests in the funds or any other securities, or effecting transactions in securities, in North Dakota, unless and until such securities have been registered with the Department or are exempt from registration under N.D.C.C. Chapter 10-04.

**IN TESTIMONY WHEREOF**, witness my hand and seal this 11th day of December, 2023.



Karen J. Tyler, Securities Commissioner
North Dakota Securities Department
600 East Boulevard Ave.
State Capitol – Fourteenth Floor
Bismarck, ND 58505-0510
(701) 328-2910

**CONSENT TO ENTRY OF ADMINISTRATIVE ORDER BY RESPONDENTS**

Respondent private funds each hereby acknowledge that it has been served with a copy of this Order, has read the foregoing Order, is aware of its right to a hearing and appeal in this matter, and has waived the same.

Respondent private funds each admit the jurisdiction of the North Dakota Securities Department, and consent to entry of this Order by the North Dakota Securities Commissioner as settlement of the issues contained in this Order.

Dated this 2nd day of November, 2023.

    Jamieson CAPEX Fund, LLC

    By: *Ben Koley*

    Title: *Brian Kamovsky*

Dated this ____ day of _____, 2023.

    Jamieson Legacy Fund, LLC

    By: _____

    Title: _____

Dated this ____ day of _____, 2023.

    Jamieson Natural Resources Fund, LLC

    By: _____

    Title: _____

Dated this ____ day of _____, 2023.

    Nova DC, LLC

    By: _____

    Title: _____

Dated this \_\_\_\_ day of _____, 2023.

                                      Jamieson CAPEX Fund, LLC

                                      By: _____

                                      Title: _____

Dated this *23* day of *October*, 2023.

                                      Jamieson Legacy Fund, LLC

                                      By: *Bill Condon*

                                      Title: *President*

Dated this \_\_\_\_ day of _____, 2023.

                                      Jamieson Natural Resources Fund, LLC

                                      By: _____

                                      Title: _____

Dated this \_\_\_\_ day of _____, 2023.

                                      Nova DC, LLC

                                      By: _____

                                      Title: _____

Dated this _____ day of _____, 2023.

                                         Jamieson CAPEX Fund, LLC

                                         By: _____

                                         Title: _____

Dated this _____ day of _____, 2023.

                                         Jamieson Legacy Fund, LLC

                                         By: _____

                                         Title: _____

Dated this __1__ day of __November__, 2023.

                                         Jamieson Natural Resources Fund, LLC

                                       By: *Wesley Sellm* (signature)

                                       Title: President

Dated this _____ day of _____, 2023.

                                         Nova DC, LLC

                                       By: _____

                                       Title: _____

Dated this \_\_\_\_ day of _____, 2023.

        Jamieson CAPEX Fund, LLC

        By: _____

        Title: _____

Dated this \_\_\_\_ day of _____, 2023.

        Jamieson Legacy Fund, LLC

        By: _____

        Title: _____

Dated this \_\_\_\_ day of _____, 2023.

        Jamieson Natural Resources Fund, LLC

        By: _____

        Title: _____

Dated this _21_ day of _November_, 2023.

        Nova DC, LLC

        By: _/s/ [signature]_

        Title: _President_

Dated this 10th day of October, 2023.

Secure Income Fund, LLC

By: *[signature]*

Title: President