# Exhibit 7

Fill in this information to identify the case:

Debtor name    Jamieson CAPEX Fund, LLC

United States Bankruptcy Court for the:    DISTRICT OF NORTH DAKOTA

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals     12/15

**Part 1:**    **Summary of Assets**

1. **Schedule A/B: Assets–Real and Personal Property** (Official Form 206A/B)

    1a. **Real property:**
    Copy line 88 from *Schedule A/B*................................................................................................ $     0.00

    1b. **Total personal property:**
    Copy line 91A from *Schedule A/B*.............................................................................................. $     8,172,488.21

    1c. **Total of all property:**
    Copy line 92 from *Schedule A/B*................................................................................................ $     8,172,488.21

**Part 2:**    **Summary of Liabilities**

2. **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)
Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*.................... $     0.00

3. **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

    3a. **Total claim amounts of priority unsecured claims:**
    Copy the total claims from Part 1 from line 5a of *Schedule E/F*............................................................. $     0.00

    3b. **Total amount of claims of nonpriority amount of unsecured claims:**
    Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*............................................... +$     3,122,538.90

4. **Total liabilities** ................................................................................................................
Lines 2 + 3a + 3b     $     3,122,538.90

**Fill in this information to identify the case:**

Debtor name    Jamieson CAPEX Fund, LLC

United States Bankruptcy Court for the:    DISTRICT OF NORTH DAKOTA

Case number (if known)

☐ Check if this is an amended filing

# Official Form 206A/B
## Schedule A/B: Assets - Real and Personal Property    12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

**Part 1:**    **Cash and cash equivalents**

1. **Does the debtor have any cash or cash equivalents?**

   ☐ No.   Go to Part 2.
   ☒ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
|---|---|---|---|

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | Town & Country Credit Union | Savings | 922 | $5.00 |
| 3.2. | Town & Country Credit Union | Checking | 922 | $9,565.32 |
| 3.3. | Capital Credit Union | Checking | | Unknown |

4. **Other cash equivalents** *(Identify all)*

5. **Total of Part 1.**

   Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

| $9,570.32 |
|---|

**Part 2:**    **Deposits and Prepayments**

6. **Does the debtor have any deposits or prepayments?**

   ☒ No.   Go to Part 3.
   ☐ Yes Fill in the information below.

**Part 3:**    **Accounts receivable**

10. **Does the debtor have any accounts receivable?**

   ☐ No.   Go to Part 4.
   ☒ Yes Fill in the information below.

Software Copyright (c) 1996-2024 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

| Debtor | Jamieson CAPEX Fund, LLC | Case number *(If known)* | |
|---|---|---|---|
| | Name | | |

**11.** **Accounts receivable**

| | | | | | | |
|---|---|---|---|---|---|---|
| 11b. Over 90 days old: | 150,000.00 | - | 0.00 | =.... | | $150,000.00 |
| | face amount | | doubtful or uncollectible accounts | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| 11b. Over 90 days old: | 469,000.00 | - | 0.00 | =.... | | $469,000.00 |
| | face amount | | doubtful or uncollectible accounts | | | |

**12.** **Total of Part 3.**

Current value on lines 11a + 11b = line 12.  Copy the total to line 82.

$619,000.00

**Part 4:** **Investments**

**13. Does the debtor own any investments?**

☐ No.   Go to Part 5.
☒ Yes Fill in the information below.

| | | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|

**14.** **Mutual funds or publicly traded stocks not included in Part 1**
Name of fund or stock:

**15.** **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**

| | Name of entity: | % of ownership | | |
|---|---|---|---|---|
| 15.1. | 630 Main Partners, LLC | % | N/A | $395,000.00 |
| 15.2. | Commons of 56th, LLC | % | | $0.00 |
| 15.3. | Greenfield Commons, LLC | % | | $0.00 |
| 15.4. | Liberty Development, LLC | % | | $239,776.82 |
| 15.5. | Pioneer Place, LLC | % | | $296,693.00 |
| 15.6. | Sheyenne 32 East, LLC | % | | $641,282.00 |
| 15.7. | Sheyenne 32 South, LLC | % | | $297,788.00 |

Software Copyright (c) 1996-2024 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

| Debtor | Jamieson CAPEX Fund, LLC | Case number *(If known)* | |
|---|---|---|---|
| | Name | | |

| 15.8. | SHP Holding, LLC (Sheyanne Place) | % | | $100,000.00 |
|---|---|---|---|---|
| 15.9. | Triangle Townhomes, LLC | % | | $215,921.25 |
| 15.10. | NSOP | % | | $490,000.00 |
| 15.11. | Secure Income Fund | % | | $291,150.00 |

**16.** **Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**
Describe:

**17.** **Total of Part 4.**

Add lines 14 through 16.   Copy the total to line 83.

$2,967,611.07

**Part 5:** **Inventory, excluding agriculture assets**

**18. Does the debtor own any inventory (excluding agriculture assets)?**

☒ No.   Go to Part 6.
☐ Yes Fill in the information below.

**Part 6:** **Farming and fishing-related assets (other than titled motor vehicles and land)**

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

☒ No.   Go to Part 7.
☐ Yes Fill in the information below.

**Part 7:** **Office furniture, fixtures, and equipment; and collectibles**

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☒ No.   Go to Part 8.
☐ Yes Fill in the information below.

**Part 8:** **Machinery, equipment, and vehicles**

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

☒ No.   Go to Part 9.
☐ Yes Fill in the information below.

**Part 9:** **Real property**

**54. Does the debtor own or lease any real property?**

☒ No.   Go to Part 10.
☐ Yes Fill in the information below.

**Part 10:** **Intangibles and intellectual property**

**59. Does the debtor have any interests in intangibles or intellectual property?**

☒ No.   Go to Part 11.
☐ Yes Fill in the information below.

Software Copyright (c) 1996-2024 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

| Debtor | Jamieson CAPEX Fund, LLC | | Case number *(If known)* | |
|---|---|---|---|---|
| | Name | | | |

---

## Part 11: All other assets

**70. Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No.  Go to Part 12.
☒ Yes Fill in the information below.

| | | | | | Current value of debtor's interest |
|---|---|---|---|---|---|

**71. Notes receivable**
Description (include name of obligor)

| | | | | |
|---|---|---|---|---|
| Greenfield Commons, LLC | 150,000.00 <br> Total face amount | - | 0.00 <br> doubtful or uncollectible amount | = | $150,000.00 |
| AMS Holding, LLC | 267,935.00 <br> Total face amount | - | 0.00 <br> doubtful or uncollectible amount | = | $267,935.00 |
| JAMCO, LLC | 57,308.33 <br> Total face amount | - | 0.00 <br> doubtful or uncollectible amount | = | $57,308.33 |
| Paramount Property Management, LLC | 468,563.49 <br> Total face amount | - | 0.00 <br> doubtful or uncollectible amount | = | $468,563.49 |

**72. Tax refunds and unused net operating losses (NOLs)**
Description (for example, federal, state, local)

**73. Interests in insurance policies or annuities**

**74. Causes of action against third parties (whether or not a lawsuit has been filed)**

| Claim against First International Bank & Trust | | $1,000,000.00 |
|---|---|---|
| **Nature of claim** | Tort | |
| **Amount requested** | $0.00 | |

| Claim against North Dakota | | $2,600,000.00 |
|---|---|---|
| **Nature of claim** | Tort | |
| **Amount requested** | $0.00 | |

**75. Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

**76. Trusts, equitable or future interests in property**

| Aspen [Escrow] | $5,000.00 |
|---|---|
| 116 N 5th St. Bis, ND [Escrow] | $20,000.00 |

---

Official Form 206A/B    Schedule A/B Assets - Real and Personal Property    page 4

| Debtor | Jamieson CAPEX Fund, LLC | Case number *(If known)* | |
|---|---|---|---|
| | Name | | |

| Venture Real Estate Trust | $7,500.00 |
|---|---|

77. **Other property of any kind not already listed** *Examples:* Season tickets,
country club membership

78. **Total of Part 11.**

Add lines 71 through 77. Copy the total to line 90.

| $4,576,306.82 |
|---|

79. **Has any of the property listed in Part 11 been appraised by a professional within the last year?**
☒ No
☐ Yes

Software Copyright (c) 1996-2024 Best Case, LLC - www.bestcase.com

| Debtor | Jamieson CAPEX Fund, LLC | Case number *(If known)* | |
|---|---|---|---|
| | Name | | |

## Part 12: Summary

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $9,570.32 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $619,000.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $2,967,611.07 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $0.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $0.00 | |
| 88. **Real property.** *Copy line 56, Part 9* ...............................................................> | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $4,576,306.82 | |
| 91. **Total.** Add lines 80 through 90 for each column | $8,172,488.21 | + 91b. $0.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $8,172,488.21 |

Software Copyright (c) 1996-2024 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name ___Jamieson CAPEX Fund, LLC___

United States Bankruptcy Court for the: ___DISTRICT OF NORTH DAKOTA___

Case number (if known) _____

☐ Check if this is an amended filing

Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property          **12/15**

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

   ☒ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

   ☐ Yes. Fill in all of the information below.

---

Software Copyright (c) 1996-2024 Best Case, LLC - www.bestcase.com

**Fill in this information to identify the case:**

Debtor name    Jamieson CAPEX Fund, LLC

United States Bankruptcy Court for the:    DISTRICT OF NORTH DAKOTA

Case number (if known)

☐ Check if this is an amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

| Part 1: | List All Creditors with PRIORITY Unsecured Claims |
|---|---|

   1.   **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

       ☐ No. Go to Part 2.

       ☒ Yes. Go to line 2.

   2.   **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  | | Total claim | Priority amount |
|---|---|---|---|

**2.1**   Priority creditor's name and mailing address
Internal Revenue Service
PO Box 7346
Philadelphia, PA 19101-7346

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Total claim: $0.00    Priority amount: $0.00

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
☒ No
☐ Yes

**2.2**   Priority creditor's name and mailing address
North Dakota Office of State Tax Commiss
600 E. Boulevard Ave.
Dept. 127
Bismarck, ND 58505

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Total claim: $0.00    Priority amount: $0.00

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
☒ No
☐ Yes

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

   3.   **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

|  | Amount of claim |
|---|---|

**3.1**   Nonpriority creditor's name and mailing address
Amber Carlson
712 124th Ave NE
Finley, ND 58230

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Amount of claim: $125,000.00

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim:   Loan (No Recorded UCC)

Is the claim subject to offset?   ☒ No   ☐ Yes

Software Copyright (c) 1996-2024 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

| Debtor | Jamieson CAPEX Fund, LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

| 3.2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $0.00 |
|---|---|---|---|

Aspire
5195 45TH ST S
Fargo , ND 58104

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _____

**Basis for the claim:** Loan (No Recorded UCC)

**Last 4 digits of account number** 1163

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $100,000.00 |
|---|---|---|---|

Brad Sunderland
2102 Great Northern Drive
Fargo, ND 58102

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _____

**Basis for the claim:** _____

**Last 4 digits of account number** _____

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $0.00 |
|---|---|---|---|

Capital Credit Union
204 W THAYER AVE
Bismarck , ND 58501-3772

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** 01.14.21

**Basis for the claim:** Unsecured Loan

**Last 4 digits of account number** 0710

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $0.00 |
|---|---|---|---|

CCU
204 W THAYER AVE
Bismarck    58501-3772

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _____

**Basis for the claim:** Loan (Accompanying Deed of Trust Unrecorded)

**Last 4 digits of account number** _____

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $0.00 |
|---|---|---|---|

First International Bank & Trust
100 N MAIN, PO BOX 607
Watford City, ND 58854

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _____

**Basis for the claim:** Loan (No Recorded UCC)

**Last 4 digits of account number** 1642

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $0.00 |
|---|---|---|---|

First Western Bank & Trust
900 South Broadway
Minot, ND 58701-4658

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** 09.21.2021

**Basis for the claim:** Loan (No Recorded UCC)

**Last 4 digits of account number** 9123

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $768,713.49 |
|---|---|---|---|

Fred & Karen Browers
38568 296th Ave
Waubun, MN 56589

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _____

**Basis for the claim:** _____

**Last 4 digits of account number** _____

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $0.00 |
|---|---|---|---|

Jamieson Capital
1420 9TH ST E STE 401
West Fargo , ND 58078-3381

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _____

**Basis for the claim:** Loan (No Recorded UCC)

**Last 4 digits of account number** _____

Is the claim subject to offset? ☒ No ☐ Yes

---

**Schedule E/F: Creditors Who Have Unsecured Claims**

Software Copyright (c) 1996-2024 Best Case, LLC - www.bestcase.com

| Debtor | Jamieson CAPEX Fund, LLC | | Case number *(if known)* | |
|---|---|---|---|---|
| | Name | | | |

---

**3.10** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $118,750.00

Jamieson Legacy Fund
555 12th Street Ste 900
Oakland, CA 94607

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** Unsecured Loan

**Last 4 digits of account number** _

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.11** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $185,480.00

Jamieson Medical
2865 LILAC LN N
Fargo 58102-1706

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** 2020.11.18

**Basis for the claim:** Loan (No Recorded UCC)

**Last 4 digits of account number** _

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.12** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $706,000.00

Jamieson Natural
PO BOX 285
West Fargo , ND 58078-0285

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** Loan (No Recorded UCC)

**Last 4 digits of account number** _

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.13** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $0.00

Jamieson Natural Resources Fund, LLC
PO BOX 285
West Fargo , ND 58078-0285

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** Loan (No Recorded UCC)

**Last 4 digits of account number** _

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.14** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $300,000.00

Jeff Johnson
4001 15th Ave NW
Fargo, ND 58102

☐ Contingent
☒ Unliquidated
☒ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** Loan (No Recorded UCC)

**Last 4 digits of account number** _

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.15** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $83,034.43

Jeremy Carlson
2865 Lilac Lane N
Fargo, ND 58102

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** Unpaid Fees

**Last 4 digits of account number** _

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.16** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $155,995.04

Main Street Investment
2865 Lilac LN N
Fargo, ND 58102-1706

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** Unsecured Loan

**Last 4 digits of account number** _

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.17** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $0.00

MJM Investments, LLC
541 16TH ST NE
West Fargo , ND 58078-7214

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** 19.08.01

**Basis for the claim:** Loan (No Recorded UCC)

**Last 4 digits of account number** _

Is the claim subject to offset? ☒ No ☐ Yes

---

Software Copyright (c) 1996-2024 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

| Debtor | Jamieson CAPEX Fund, LLC | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

| 3.18 | **Nonpriority creditor's name and mailing address**<br>Nova DC, LLC<br>3081 125TH AVE NW<br>Watford City, ND 58854-9602 | **As of the petition filing date, the claim is:** *Check all that apply.* | $0.00 |

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Unsecured Loan

Is the claim subject to offset? ☒ No ☐ Yes

| 3.19 | **Nonpriority creditor's name and mailing address**<br>Secure Income Fund, LLC<br>2865 LILAC LN N<br>Fargo, ND 58102-1706 | **As of the petition filing date, the claim is:** *Check all that apply.* | $579,565.94 |

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Unsecured Loan

Is the claim subject to offset? ☒ No ☐ Yes

---

## Part 3:    List Others to Be Notified About Unsecured Claims

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

**If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|

## Part 4:    Total Amounts of the Priority and Nonpriority Unsecured Claims

**5.   Add the amounts of priority and nonpriority unsecured claims.**

| | | | Total of claim amounts |
|---|---|---|---|
| **5a. Total claims from Part 1** | 5a. | $ | 0.00 |
| **5b. Total claims from Part 2** | 5b. + | $ | 3,122,538.90 |
| **5c. Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $ | 3,122,538.90 |

**Fill in this information to identify the case:**

Debtor name    Jamieson CAPEX Fund, LLC

United States Bankruptcy Court for the:    DISTRICT OF NORTH DAKOTA

Case number (if known)    _____

☐ Check if this is an amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases     12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.    **Does the debtor have any executory contracts or unexpired leases?**
☒ No. Check this box and file this form with the debtor's other schedules.　There is nothing else to report on this form.
☐ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|
| 2.1   State what the contract or lease is for and the nature of the debtor's interest | |
|    State the term remaining | |
|    List the contract number of any government contract | |
| 2.2   State what the contract or lease is for and the nature of the debtor's interest | |
|    State the term remaining | |
|    List the contract number of any government contract | |
| 2.3   State what the contract or lease is for and the nature of the debtor's interest | |
|    State the term remaining | |
|    List the contract number of any government contract | |
| 2.4   State what the contract or lease is for and the nature of the debtor's interest | |
|    State the term remaining | |
|    List the contract number of any government contract | |

**Fill in this information to identify the case:**

Debtor name ___Jamieson CAPEX Fund, LLC___

United States Bankruptcy Court for the: ___DISTRICT OF NORTH DAKOTA___

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 206H
## Schedule H: Your Codebtors
12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

☒ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.
☐ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |
| 2.1 | _____ | Street _____  City   State   Zip Code | _____ | ☐ D ☐ E/F ☐ G |
| 2.2 | _____ | Street _____  City   State   Zip Code | _____ | ☐ D ☐ E/F ☐ G |
| 2.3 | _____ | Street _____  City   State   Zip Code | _____ | ☐ D ☐ E/F ☐ G |
| 2.4 | _____ | Street _____  City   State   Zip Code | _____ | ☐ D ☐ E/F ☐ G |

# United States Bankruptcy Court
## District of North Dakota

In re    Jamieson CAPEX Fund, LLC                  Case No. _____

                                      Debtor(s)              Chapter     11

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
| --- | --- | --- | --- |
| Amber Carlson<br>712 124th Ave NE<br>Finley, ND 58230 | Member | | 2.08 |
| Arthur Mercantile, LLC<br>PO Box 8<br>Arthur, ND 58006 | Member | | 4.49 |
| Brian Kounovsky<br>3680 54th Street S<br>Fargo, ND 58104 | Member | | 0.01 |
| Bryan Bartz<br>555 12th Street Suite 900<br>Oakland, CA 94607 | Member | | 2.98 |
| Cole Bachmeier<br>5893 Autumn Drive S<br>Fargo, ND 58104 | Member | | 1.57 |
| Colleen Carlson<br>6130 12th Street SE<br>Bismarck, ND 58504 | Member | | 2.47 |
| Dale Lian<br>2861 Lilac Lane N<br>Fargo, ND 58102 | Member | | 2.24 |
| David Griffin<br>555 12th Street Suite 900<br>Oakland, CA 94604 | Member | | 4.04 |
| Derek Kane<br>5832 Crested Butte Rd<br>Bismarck, ND 58503 | Member | | 1.12 |
| Derek Sunderland<br>4632 Timberline Dr<br>Fargo, ND 58104 | Member | | 2.24 |
| Donna Fricke<br>918 Senate Dr<br>Bismarck, ND 58501 | Member | | 1.23 |
| Eric Hegerle<br>2312 5th Street S<br>Fargo, ND 58103 | Member | | 2.57 |

In re:    Jamieson CAPEX Fund, LLC _____      Case No. _____
                                              Debtor(s)

## LIST OF EQUITY SECURITY HOLDERS
### (Continuation Sheet)

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| Jack Christianson<br>508 66th Ave North<br>Moffit, ND 58560 | Member | | 5.61 |
| Jason Boutwell<br>87 N Woodcrest Dr N<br>Fargo, ND 58102 | Member | | 1.29 |
| Jeremy Carlson<br>2865 Lilac Lane N<br>Fargo, ND 58102 | Member | | 0.45 |
| Jim Stewart<br>154 S Woodcrest Dr<br>Fargo, ND 58104 | Member | | 1.79 |
| John Biwer<br>331 St Charles Place<br>West Fargo, ND 58078 | Member | | 1.36 |
| Kara Johnson<br>555 12th Street Ste 900<br>Oakland, CA 94607 | Member | | 2.01 |
| KLH&J Land LLC<br>4001 15th Ave NW<br>Fargo, ND 58102 | Member | | 1.79 |
| Leftfield Development LLC<br>275 Elks Dr<br>Grand Forks, ND 58201 | Member | | 2.25 |
| Lyons Children Irrevocable Trust<br>6415 55th Ave SE<br>Bismarck, ND 58504 | Member | | 1.46 |
| Mark Merck<br>555 12th Street Ste 900<br>Oakland, CA 94607 | Member | | 5.84 |
| Matthew Bitterman<br>4406 Daniel Street<br>Bismarck, ND 58504 | Member | | 0.34 |
| Michael Kempel<br>2809 Lilac Lane N<br>Fargo, ND 58102 | Member | | 2.24 |

List of equity security holders consists of 4 total page(s)

In re:   Jamieson CAPEX Fund, LLC                                              Case No. _____
_____
                        Debtor(s)

# LIST OF EQUITY SECURITY HOLDERS
## (Continuation Sheet)

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| Michael Kuntz<br>275 Elks Dr<br>Grand Forks, ND 58201 | Member | | 2.24 |
| Michael Schuster<br>5079 Woodhaven Dr S<br>Fargo, ND 58104 | Member | | 1.35 |
| Mike Quast<br>4703 Harbor Trail SE<br>Mandan, ND 58554 | Member | | 6.73 |
| Rachel Ness<br>4763 Douglas Drive S<br>Fargo, ND 58104 | Member | | 1.01 |
| Scott Ellefson<br>63 W Mirror Ridge Circle<br>The Woodlands, TX 77382 | Member | | 2.24 |
| Scott Howe<br>7725 Ridgeland Dr<br>Bismarck, ND 58503 | Member | | 0.90 |
| Shawn Hegvick<br>4439 Oakcreek Dr S<br>Fargo, ND 58104 | Member | | 8.51 |
| The Entrust Group f/b/o Brian Carlson<br>555 12th Street Ste 900<br>Oakland, CA 94607 | Member | | 2.24 |
| The Entrust Group f/b/o Lynn Carlson<br>555 12th Street Ste 900<br>Oakland, ND 94607 | Member | | 1.57 |
| The Entrust Group f/b/o Matthew Retterath<br>555 12th Street Ste 900<br>Oakland, CA 94607 | Member | | 0.56 |
| The Entrust Group F/B/O Mike Holland<br>555 12th Street Ste 900<br>Oakland, ND 94607 | Member | | 1.97 |
| The Entrust Group f/b/o Scott Gorder<br>555 12th Street Ste 900<br>Oakland, CA 94607 | Member | | 2.24 |

List of equity security holders consists of 4 total page(s)

Software Copyright (c) 1996-2024 Best Case, LLC - www.bestcase.com                                              Best Case Bankruptcy

In re:  Jamieson CAPEX Fund, LLC

Debtor(s)

Case No. _____

# LIST OF EQUITY SECURITY HOLDERS
### (Continuation Sheet)

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| Trevor Kittelson<br>705 6th Ave NE<br>Hillsboro, ND 58045 | Member | | 1.12 |
| Val Marinov<br>3549 Grandwood Dr N<br>Fargo, ND 58102 | Member | | 6.73 |
| W&S Investment LLC<br>4401 19th Street SE<br>Mandan, ND 58554 | Member | | 2.28 |
| Wendy Baukol<br>555 12th Street Ste 900<br>Oakland, CA 94607 | Member | | 4.84 |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the Manager of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date  September 22, 2024

Signature /s/ Jeremy Carlson
Jeremy Carlson

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

List of equity security holders consists of 4 total page(s)
Software Copyright (c) 1996-2024 Best Case, LLC - www.bestcase.com

Best Case Bankruptcy

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
## District of North Dakota

In re    Jamieson CAPEX Fund, LLC                         Case No. _____

                                    Debtor(s)       Chapter      11

# DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.   Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

☐ **FLAT FEE**

For legal services, I have agreed to accept ...................................................... $ _____

Prior to the filing of this statement I have received ......................................... $ _____

Balance Due ..................................................................................................... $ _____

☒ **RETAINER**

For legal services, I have agreed to accept and received a retainer of........................... $           15,000.00*

The undersigned shall bill against the retainer at an hourly rate of................................ $     400.00 (partner) / $200.00 (associate)

[Or attach firm hourly rate schedule.] Debtor(s) have agreed to pay all Court approved fees and expenses exceeding the amount of the retainer.

2.   The source of the compensation paid to me was:

     ☒ Debtor      ☐ Other (specify):

3.   The source of compensation to be paid to me is:

     ☒ Debtor      ☐ Other (specify):

4.   ☒ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

     ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5.   In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

     a.   Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
     b.   Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
     c.   Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
     d.   [Other provisions as needed]
            Representation of the Debtor in this case, inclusive of any contested matters and adversary proceedings for which special counsel is not engaged.

6.   By agreement with the debtor(s), the above-disclosed fee does not include the following service:
            Representation of the Debtor in any matters external to this Honorable Court.

            *$5,288 was drawn from the retainer, shortly before filing, to cover pre-petition work and the filing fee, leaving $9,712.

In re    Jamieson CAPEX Fund, LLC                                          Case No. _____
_____
                        Debtor(s)

# DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)
## (Continuation Sheet)

| CERTIFICATION |
|---|
| I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding. |

September 22, 2024                                /s/ Maurice Verstandig
_____                _____
*Date*                                           Maurice Verstandig
                                                 *Signature of Attorney*
                                                 The Dakota Bankruptcy Firm
                                                 1630 1st Avenue N
                                                 Suite B PMB 24
                                                 Fargo, North Dakota 58102-4246

                                                  Fax:
                                                 mac@dakotabankruptcy.com
                                                 _____
                                                 *Name of law firm*

# United States Bankruptcy Court
## District of North Dakota

In re  Jamieson CAPEX Fund, LLC

Debtor(s)

Case No.

Chapter  11

# VERIFICATION OF CREDITOR MATRIX

I, the Manager of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:  September 22, 2024

/s/ Jeremy Carlson
Jeremy Carlson/Manager
Signer/Title

Amber Carlson
712 124th Ave NE
Finley, ND 58230


Aspire
5195 45TH ST S
Fargo , ND 58104


Brad Sunderland
2102 Great Northern Drive
Fargo, ND 58102


Capital Credit Union
204 W THAYER AVE
Bismarck , ND 58501-3772


CCU
204 W THAYER AVE
Bismarck  58501-3772


First International Bank & Trust
100 N MAIN, PO BOX 607
Watford City, ND 58854


First Western Bank & Trust
900 South Broadway
Minot, ND 58701-4658


Fred & Karen Browers
38568 296th Ave
Waubun, MN 56589


Internal Revenue Service
PO Box 7346
Philadelphia, PA 19101-7346


Jamieson Capital
1420 9TH ST E STE 401
West Fargo , ND 58078-3381


Jamieson Legacy Fund
555 12th Street Ste 900
Oakland, CA 94607


Jamieson Medical
2865 LILAC LN N
Fargo 58102-1706


Jamieson Natural
PO BOX 285
West Fargo , ND 58078-0285


Jamieson Natural Resources Fund, LLC
PO BOX 285
West Fargo , ND 58078-0285

```
Jeff Johnson
4001 15th Ave NW
Fargo, ND 58102


Jeremy Carlson
2865 Lilac Lane N
Fargo, ND 58102


Main Street Investment
2865 Lilac LN N
Fargo, ND 58102-1706


MJM Investments, LLC
541 16TH ST NE
West Fargo , ND 58078-7214


North Dakota Office of State Tax Commiss
600 E. Boulevard Ave. Dept. 127
Bismarck, ND 58505


Nova DC, LLC
3081 125TH AVE NW
Watford City, ND 58854-9602


Secure Income Fund, LLC
2865 LILAC LN N
Fargo, ND 58102-1706
```

# United States Bankruptcy Court
## District of North Dakota

In re   Jamieson CAPEX Fund, LLC                                          Case No.                           

                                                  Debtor(s)                           Chapter      11

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   Jamieson CAPEX Fund, LLC   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

☒ None [*Check if applicable*]

| | |
|---|---|
| September 22, 2024 | /s/ Maurice Verstandig |
| Date | Maurice Verstandig |
| | Signature of Attorney or Litigant |
| | Counsel for   Jamieson CAPEX Fund, LLC |
| | The Dakota Bankruptcy Firm |
| | 1630 1st Avenue N |
| | Suite B PMB 24 |
| | Fargo, North Dakota 58102-4246 |
| |  Fax: |
| | mac@dakotabankruptcy.com |