# Exhibit 8

Page 1

1

2

3

4

5                    AUDIO RECORDING

6               U.S. BANKRUPTCY COURT

7          DISTRICT OF NORTH DAKOTA (FARGO)

8            BANKRUPTCY PETITION #24-30422

9           IN RE: JAMIESON CAPEX FUND, LLC

10                  OCTOBER 24, 2024

11

12

13

14

15

16

17

18

19

20

21

22

23

24   TRANSCRIBED BY: MELISSA EICKEN

25



1          TRUSTEE WENCIL:  Okay.  Then we are on the

2    record for the Section 341 Meeting for the Subchapter

3    5th District of North Dakota Chapter 11 case of

4    Jamieson CAPEX Fund, LLC.  Bankruptcy case number

5    24-30422.  This meeting is being held on October 24th,

6    2024 at 1:30 p.m.  This meeting is being held

7    telephonically.  Appearing for the U.S. Trustee is

8    Trial Attorney Sarah J. Wencil and representing the

9    Subchapter 5 Trustee.  I'm sorry, is the Subchapter 5

10   trustee on the line?

11          MR. KAPUSTA:  Tom --

12          TRUSTEE WENCIL:  You may be on mute.  Well,

13   we'll go down --

14          MR. KAPUSTA:  Yes.  Tom Kapusta, Subchapter

15   5 Trustee, appearing.  Yes.  I had to find my mute

16   button.

17          TRUSTEE WENCIL:  Thank you, Mr. Kapusta.

18   And representing the debtor here today?

19          MR. VERSTANDIG:  Maurice VerStandig and

20   Christianna Cathcart on behalf of the debtor.

21          TRUSTEE WENCIL:  Thank you.  And

22   representing the debtor here today to testify, could

23   you please state and --

24          JEREMY CARLSON:  Jeremy Carlson.

25          TRUSTEE WENCIL:  Could you please spell

888-893-3767          Lexitas operates in all 50 states and is licensed where required Nevada Registration #116F.
www.lexitaslegal.com                              California Firm Registration #179

LEXITAS

1  your name, too.

2          JEREMY CARLSON:  My name -- Jeremy -- you

3  want me to spell my name?  Yep.  J-E-R-E-M-Y,

4  C-A-R-L-S-O-N.

5          TRUSTEE WENCIL:  And Mr. Carlson, what's

6  your position with the debtor?

7          JEREMY CARLSON:  President.

8          TRUSTEE WENCIL:  Okay.  And other

9  appearances today.  We'll start with Jamieson Natural

10 Resources.

11         MS. LANG:  Katrina Lang appearing for

12 Jamieson Natural Resources Fund, LLC.

13         TRUSTEE WENCIL:  Thank you.  Any other

14 creditors who'd like to make an appearance here today?

15         AMBER CARLSON:  Amber Carlson.

16         TRUSTEE WENCIL:  Thank you.  Anyone else?

17 Okay.  Mr. Carlson, could you raise your right hand

18 and indicate when you have?

19         JEREMY CARLSON:  Right hand is risen.

20         TRUSTEE WENCIL:  Do you swear to tell the

21 truth, the whole truth, and nothing but the truth here

22 today?

23         JEREMY CARLSON:  I do.

24         TRUSTEE WENCIL:  And I can't see you over

25 the telephone.  So I ask this of all of the debtor

Case 24-30422    Doc 44-8    Filed 11/22/24    Entered 11/22/24 09:05:51    Desc Exhibit
Audio Transcription
Transcript Oct 24 Section 341    Page 5 of 69

October 24, 2024

Page 4

1    representatives.  Are you under any substance or

2    medication or subject to any disability that prevents

3    you from testifying accurately today?

4                    JEREMY CARLSON:  No.

5                    TRUSTEE WENCIL:  And are you familiar with

6    the schedules and statements in this case?

7                    JEREMY CARLSON:  I think so, yes.

8                    TRUSTEE WENCIL:  Do you think so?  Do you

9    need more time to review them?

10                   JEREMY CARLSON:  Nope.  I'm aware of all of

11   them.

12                   TRUSTEE WENCIL:  Okay.  Are you aware you

13   signed a certificate swearing to the accuracy of those

14   documents under penalty of perjury?

15                   JEREMY CARLSON:  Yes.

16                   TRUSTEE WENCIL:  And to the best of your

17   knowledge, are the schedules and statements accurate?

18                   JEREMY CARLSON:  Correct.  Yes.

19                   TRUSTEE WENCIL:  And to the best of your

20   knowledge, are all of the assets of the debtor listed?

21                   JEREMY CARLSON:  Yes.

22                   TRUSTEE WENCIL:  To the best of your

23   knowledge, are all of the liabilities of the debtor

24   listed?

25                   JEREMY CARLSON:  Yes.

888-893-3767                Lexitas operates in all 50 states and is licensed where required Nevada Registration #116F.
www.lexitaslegal.com                                California Firm Registration #179

LEXITAS

Page 5

1          TRUSTEE WENCIL:  And do you have any

2   knowledge of any false, omitted or misrepresented

3   information on either of the schedules or the

4   statements?

5          JEREMY CARLSON:  No.

6          TRUSTEE WENCIL:  And when was the debtor

7   LLC set up?

8          JEREMY CARLSON:  I want to say it was the

9   end of 2015 or the beginning of 2016.

10          TRUSTEE WENCIL:  And is this a North Dakota

11   LLC?

12          JEREMY CARLSON:  Yes.

13          TRUSTEE WENCIL:  And Mr. Carlson, have you

14   always been the president of the debtor?

15          JEREMY CARLSON:  I was the president all

16   the way up until the middle of 2023 and was just

17   recently voted back in about three months ago.  So

18   there was about a eight-month time frame that I was

19   not the president.

20          TRUSTEE WENCIL:  Okay.  Who was the

21   president during that time?

22          JEREMY CARLSON:  Brian Kounozsky.

23          TRUSTEE WENCIL:  How do you spell

24   Kounozsky?

25          JEREMY CARLSON:  K-O-U-N-O-Z-S-K-Y.

Page 6

1        TRUSTEE WENCIL:  And what is the nature of

2  the debtor's business?

3        JEREMY CARLSON:  Real estate investments

4  and development.

5        TRUSTEE WENCIL:  Okay.  Does the debtor

6  invest in existing -- in existing developments or does

7  the debtor actually oversee actual building projects?

8        JEREMY CARLSON:  We take -- we don't

9  oversee the construction of the project, but we

10  oversee some of the projects that we have invested in.

11        TRUSTEE WENCIL:  Okay.  But you're just

12  doing the investment, you're not acting as a general

13  contractor kind of work?

14        JEREMY CARLSON:  Nope.  So we'll identify

15  prospective pieces of property, and then take them

16  from raw land to a development whether that be a mixed

17  use building, commercial space, residential or

18  townhome space.  That's what we were doing.  Or that's

19  what we do.

20        TRUSTEE WENCIL:  Okay.  Has the debtor

21  ever -- the debtor itself ever engaged in any property

22  management of those development -- once the projects

23  are developed?

24        JEREMY CARLSON:  Nope.

25        TRUSTEE WENCIL:  And is there a entity that

888-893-3767          Lexitas operates in all 50 states and is licensed where required Nevada Registration #116F.

www.lexitaslegal.com                              California Firm Registration #179

LEXITAS

1 does property management for the debtor's projects, a

2 specific entity or does it depend?

3          JEREMY CARLSON:  It depends.  We have

4 multiple third-party management companies that manage

5 the properties.

6          TRUSTEE WENCIL:  And the address on the

7 petition is 2865 Lilac Lane North in Fargo, North

8 Dakota; is this your personal address?

9          JEREMY CARLSON:  Correct.

10          TRUSTEE WENCIL:  And how did the debtor end

11 up in Chapter 11?

12          JEREMY CARLSON:  The -- the entity was

13 my -- the entity itself was under a review -- a

14 related entity called Jamieson Capital Financial that

15 supported Jamieson CAPEX Investment was under review

16 by the State of North Dakota Securities Department

17 or -- or the IRA that it was business that the James

18 Capital Financial had created and over that time frame

19 during the security department investigation over a

20 two-year period, there were multiple investments that

21 were sent to the state that were return of promissory

22 notes that were supposed to go to Jamieson CAPEX, and

23 because of state withholding of the money the CAPEX

24 Fund has no capital to -- to continue -- or to -- to

25 operate.  So the State of North Dakota is holding on

888-893-3767          Lexitas operates in all 50 states and is licensed where required Nevada Registration #116F.
www.lexislegal.com                                    California Firm Registration #179

LEXITAS

1  about $800,000 of Jamieson CAPEX Fund.

2            TRUSTEE WENCIL:  Okay.  And why were those

3  promissory notes transferred to North Dakota?

4            JEREMY CARLSON:  The state securities

5  department said that the -- the borrower had to pay

6  back the money to the -- the State of North Dakota

7  for -- during the investigation, and the state has

8  not -- has yet to release those funds.

9            TRUSTEE WENCIL:  Okay.  And who -- when you

10 say borrower, who is the borrower?

11            JEREMY CARLSON:  There were multiple single

12 purpose entities that borrowed money from the CAPEX

13 Fund on promissory notes.  Those notes came due during

14 the investigation, and the borrower was told by the

15 state to pay the money back to the state instead of to

16 Jamieson CAPEX Fund.

17            TRUSTEE WENCIL:  Okay.  Did the state issue

18 an order regarding this?

19            JEREMY CARLSON:  To each one of the

20 borrowers?  No.

21            TRUSTEE WENCIL:  An order directing the

22 parties to turn over the promissory notes, was there

23 any order from the -- or directive, written directive?

24            JEREMY CARLSON:  Not to do that, no.  No

25 written directive.

888-893-3767          Lexitas operates in all 50 states and is licensed where required Nevada Registration #116F.
www.lexitaslegal.com                      California Firm Registration #179

LEXITAS

Case 24-30422   Doc 44-8   Filed 11/22/24   Entered 11/22/24 09:05:51   Desc Exhibit
Transcript Oct 24 Section 341   Page 10 of 69
Audio Transcription

October 24, 2024

Page 9

1          TRUSTEE WENCIL:  Okay.  So how did they get

2  ahold of the promissory notes?

3          JEREMY CARLSON:  We had -- during the

4  administrative action, over the previous two years, we

5  gave the state all the documentation of all of the

6  investments that were made, including those promissory

7  notes, and those promissory notes came due during that

8  two-year administrative review.

9          TRUSTEE WENCIL:  Okay.  And then of -- so

10  on those promissory notes of -- I -- I take it the

11  debtor was the lender?

12          JEREMY CARLSON:  Say that again.

13          TRUSTEE WENCIL:  Was the -- on these

14  promissory notes --

15          JEREMY CARLSON:  The promissory notes --

16          TRUSTEE WENCIL:  -- was the debtor the

17  lender?

18          JEREMY CARLSON:  Correct.

19          TRUSTEE WENCIL:  Okay.  And then multiple

20  entities owed the debtor money?

21          JEREMY CARLSON:  Correct.

22          TRUSTEE WENCIL:  Okay.  Do you have copies

23  of those promissory notes?

24          JEREMY CARLSON:  Yep.

25          TRUSTEE WENCIL:  Okay.  Can you provide our

October 24, 2024

Page 10

```
1  office with copies of them?

2              JEREMY CARLSON:  Yep.  Our attorney has

3  them.

4              TRUSTEE WENCIL:  Okay.  Does the debtor

5  have any employees?

6              JEREMY CARLSON:  No.

7              TRUSTEE WENCIL:  Has the debtor ever had

8  any employees?

9              JEREMY CARLSON:  No.

10             TRUSTEE WENCIL:  Presently, how much money

11 does the debtor have in its bank account?

12             JEREMY CARLSON:  Well, I just sent the

13 statements.  I want to say less than 10,000.

14             TRUSTEE WENCIL:  Okay.  And do you

15 understand that all of the debtor's transactions

16 during this case must go through the debtor in

17 possession bank account which has been identified as

18 the Town & Country account?

19             JEREMY CARLSON:  That's the only account we

20 have.

21             TRUSTEE WENCIL:  Okay.  And on the

22 statement of financial affairs, I'm looking at number

23 11, the accounts receivables.  The one for $150,000

24 that's over 90 days old, what is that accounts

25 receivable for?
```

LEXITAS

Page 11

1              JEREMY CARLSON:  I'm looking at that.  I'm

2     guessing that's the money that's being held by the

3     state that was a promissory note that was put out to

4     single purpose entity that did the development in

5     Bismarck, North Dakota.  That promissory note came due

6     and the state directed the borrower to send the funds

7     to the state.

8              TRUSTEE WENCIL:  Okay.  And who was that

9     borrower?

10             JEREMY CARLSON:  Greenfield Commons.  Or I

11    think -- no.  Sorry.  It wasn't Greenfield Commons.

12    Yeah.  Either Greenfield Commons or they called it, at

13    the time, Area 56, I think.  No.  I think it was

14    Greenfield Commons.  It was Greenfield Commons, yes.

15             TRUSTEE WENCIL:  Okay.  And then the one

16    for over 90 days for $469,000?

17             JEREMY CARLSON:  69,000, same.  It was a

18    loan that was made, borrowed to Paramount Properties,

19    LLC.  That loan -- the promissory note came due during

20    the administrative action, and the borrower was told

21    by the state to send the money to the state.

22             TRUSTEE WENCIL:  Okay.  Okay.  Then we'll

23    talk, I guess, about those other -- some of the other

24    entities that are listed under 15.  630 Main Partners,

25    LLC, the interest is listed for $395,000.  What is

888-893-3767
www.lexitaslegal.com
Lexitas operates in all 50 states and is licensed where required Nevada Registration #116F.
California Firm Registration #179
LEXITAS

Case 24-30422   Doc 44-8   Filed 11/22/24   Entered 11/22/24 09:05:51   Desc Exhibit
Transcript Oct 24 Section 341   Page 13 of 69

Audio Transcription

October 24, 2024

Page 12

1   this project?

2          JEREMY CARLSON:  That is a mixed use

3   development that we have invested in as a passive

4   investor in Bismarck, North Dakota.

5          TRUSTEE WENCIL:  Okay.  And is $395,000, is

6   that how much was invested or -- the value of the

7   debtor --

8          JEREMY CARLSON:  That was the original

9   investment amount, correct.  No.  That's the original

10  investment amount.

11         TRUSTEE WENCIL:  Okay.  And does this

12  entity, 630 Main Partners, is that completed at this

13  time?

14         JEREMY CARLSON:  Yep.

15         TRUSTEE WENCIL:  Does it generate income to

16  the debtor?

17         JEREMY CARLSON:  No.

18         TRUSTEE WENCIL:  Okay.  What's the status

19  of the property then?  Is it -- is it for sale or --

20         JEREMY CARLSON:  No.  It's -- it -- it is a

21  single purpose entity that operates, and it's -- I

22  think the residential -- the main residential area is

23  about 95 percent occupied.  The 10,000 square feet of

24  commercial space is about 15 percent occupied.  So

25  it's making its payments.  There's just not enough

888-893-3767          Lexitas operates in all 50 states and is licensed where required Nevada Registration #116F.
www.lexitaslegal.com                  California Firm Registration #179

LEXITAS

Audio Transcription                          October 24, 2024

Page 13

1  capital or -- or revenue to make any distributions to

2  the underlying investors.

3              TRUSTEE WENCIL:  Okay.  So when it's making

4  payments, where is the money going now to?  Who is

5  overseeing that?

6              JEREMY CARLSON:  The -- any -- basically,

7  it's making enough money to pay the bank -- bank

8  mortgage and any expenses that any normal operating

9  expenses that it has.

10             TRUSTEE WENCIL:  Okay.  Do any entities

11  that your relatives have an interest in this entity as

12  well, in addition to the debtor?

13             JEREMY CARLSON:  Can you ask that question

14  again?  Do any of the entities -- relate to any --

15             TRUSTEE WENCIL:  Yeah.  Are there any other

16  investors include entities that you or a relative have

17  an interest in?

18             JEREMY CARLSON:  Say that one more time.

19  I'm not following you.

20             TRUSTEE WENCIL:  Okay.  Do you have -- or

21  any of your relatives have any entities that have also

22  invested in this 630 Main Partners, LLC?

23             JEREMY CARLSON:  No.  No.

24             TRUSTEE WENCIL:  Okay.  And Commons Of

25  56th, LLC, what is this project?

888-893-3767              Lexitas operates in all 50 states and is licensed where required Nevada Registration #116F.
www.lexitaslegal.com                          California Firm Registration #179

LEXITAS

Case 24-30422   Doc 44-8   Filed 11/22/24   Entered 11/22/24 09:05:51   Desc Exhibit
Transcript Oct 24 Section 341   Page 15 of 69

Audio Transcription
October 24, 2024

Page 14

 1          JEREMY CARLSON:  It's a group of town homes

 2   that we took from raw land to a development of town

 3   homes that's being third-party managed, and again, the

 4   cash flow on there, there was no additional cash flow

 5   to make any distributions as covering servicing the

 6   debt along with any operating expenses being managed

 7   by a third party.

 8          TRUSTEE WENCIL:  Okay.  And that was valued

 9   at zero.  Does that mean you don't anticipate there

10   will ever be any value?

11          JEREMY CARLSON:  I mean, it's -- the

12   principal paydown is the equity in it.  So over time

13   it will develop value.

14          TRUSTEE WENCIL:  Okay.  Do you know what

15   the value of that Commons Of 56 is, total value?

16          JEREMY CARLSON:  I -- total that we

17   invested would probably be somewhere around

18   2.4 million, somewhere around there, if it was around

19   200 -- around $200,000 per unit.

20          TRUSTEE WENCIL:  The debtor invested

21   2.4 million?

22          JEREMY CARLSON:  No.  We put down -- I

23   think it was a total of a couple hundred thousand

24   dollars into that property when we -- when we

25   developed the property.  I don't remember exactly

888-893-3767                Lexitas operates in all 50 states and is licensed where required Nevada Registration #116F.
www.lexitaslegal.com                           California Firm Registration #179

LEXITAS

Case 24-30422   Doc 44-8   Filed 11/22/24   Entered 11/22/24 09:05:51   Desc Exhibit
Transcript Oct 24 Section 341   Page 16 of 69

Audio Transcription                                                    October 24, 2024

Page 15

1  offhand.  The -- the current property is 12 -- 12 town

2  homes that are being managed by Red River Management.

3  There hasn't been any additional cash flow off of

4  those properties to support anything other than the --

5  like I said, the common expenses along with the bank

6  mortgage.

7          TRUSTEE WENCIL:  Okay.  Do you know what

8  the bank mortgage is?  Approximately?

9          JEREMY CARLSON:  Approximately it's

10 probably about 2.2 million, somewhere around there.

11 2.1.  2.2, somewhere around there.  We were 10 -- I

12 think we maybe put about 10 percent down.

13         TRUSTEE WENCIL:  Okay.  And Greenfield

14 Commons, LLC, what is this project?

15         JEREMY CARLSON:  Mixed use development in

16 Bismarck, North Dakota.  We are a passive investor

17 into that property as well.  We just had a call last

18 night on that property and got an update that there's

19 a potential cash call in the -- in the very near

20 future for that property.  So, again, that property

21 itself is covering current bank mortgage and a

22 majority of the operating expenses but not a hundred

23 percent.  I think the -- the numbers I got from the

24 call last night were, they're up to 95 percent

25 occupancy for the apartments and about 65 percent



Case 24-30422   Doc 44-8   Filed 11/22/24   Entered 11/22/24 09:05:51   Desc Exhibit
Transcript Oct 24 Section 341   Page 17 of 69                October 24, 2024

Audio Transcription

Page 16

1   occupancy on the commercial.

2            TRUSTEE WENCIL:  Okay.  And do you know

3   what the total value of that project was?

4            JEREMY CARLSON:  I -- we are a -- a

5   minority shareholder.  I think it was close to 12

6   million.  Between 11 and 12 million.

7            TRUSTEE WENCIL:  Okay.  What was --

8            JEREMY CARLSON:  The total project.

9            TRUSTEE WENCIL:  What did the debtor put

10  into that project?

11           JEREMY CARLSON:  Whatever the dollar amount

12  is that's -- 380 -- what does it say on the sheet?  I

13  don't have the sheet that you're referencing in front

14  of me.

15           TRUSTEE WENCIL:  It says zero.

16           JEREMY CARLSON:  Well, there's -- yes.  I

17  think we put somewhere around that $380,000 in there.

18  And if not, I mean, the -- if you were to take the

19  equity that's based on the property, it's not worth

20  anything.

21           TRUSTEE WENCIL:  Okay.  And Liberty

22  Development, LLC, what is this project?

23           JEREMY CARLSON:  That was a triple net

24  lease building by -- that we developed with some

25  partners -- well, as Liberty Development, we were a

888-893-3767          Lexitas operates in all 50 states and is licensed where required Nevada Registration #116F.
www.lexitaslegal.com                        California Firm Registration #179

LEXITAS

Page 17

1   minority shareholder in that development, and it was a

2   triple net lease building with Enterprise Rent-A-Car

3   as the tenant.

4              TRUSTEE WENCIL:  Okay.  In this $239,000,

5   is that the debtor's contribution that's what's listed

6   on the sheet?

7              JEREMY CARLSON:  Correct.  Correct.

8              TRUSTEE WENCIL:  And do you know what the

9   total value of the property is, approximately?

10             JEREMY CARLSON:  I do not.  I do not.

11             TRUSTEE WENCIL:  Do you know, is there a

12  mortgage on the property?

13             JEREMY CARLSON:  Yes.

14             TRUSTEE WENCIL:  Do you know how much that

15  is?

16             JEREMY CARLSON:  I know there's not been

17  any distributions made.

18             TRUSTEE WENCIL:  Do you know about how much

19  the mortgage is?

20             JEREMY CARLSON:  I -- I don't recall.  I

21  don't recall.

22             TRUSTEE WENCIL:  Okay.  And Pioneer Place,

23  LLC, listed as $296,000.  What was this project?

24             JEREMY CARLSON:  The 296 was sub debt that

25  we put into -- you said Pioneer Place; correct?

888-893-3767                    Lexitas operates in all 50 states and is licensed where required Nevada Registration #116F.
www.lexitaslegal.com                              California Firm Registration #179

LEXITAS

Audio Transcription

October 24, 2024

Page 18

```
 1                 TRUSTEE WENCIL:  It says, Pioneer Place,

 2    LLC.

 3                 JEREMY CARLSON:  Pioneer Place, LL -- well,

 4    it -- I -- so we have two investments into Pioneer

 5    Place.  One is through a holding company that was sub

 6    debted around this 296.  It's actually 300,000.  We

 7    have an additional investment into that building of a

 8    million dollars.  So the one you're referencing I

 9    think is the sub debt piece.

10                 TRUSTEE WENCIL:  Okay.  Is that the sub

11    debt on the same property?

12                 JEREMY CARLSON:  Yes.

13                 TRUSTEE WENCIL:  Okay.  And what -- what

14    entity did the million dollars go into?

15                 JEREMY CARLSON:  Pioneer Place.

16                 TRUSTEE WENCIL:  Okay.  And when did the

17    debtor put that million dollars in?

18                 JEREMY CARLSON:  2018.

19                 TRUSTEE WENCIL:  Okay.

20                 JEREMY CARLSON:  2019.  Somewhere around

21    there.

22                 TRUSTEE WENCIL:  Okay.  So the debtor put

23    in about 1.3 million total?

24                 JEREMY CARLSON:  Correct.

25                 TRUSTEE WENCIL:  And when you said the
```

888-893-3767          Lexitas operates in all 50 states and is licensed where required Nevada Registration #116F.
www.lexitaslegal.com                         California Firm Registration #179

LEXITAS

Case 24-30422   Doc 44-8   Filed 11/22/24   Entered 11/22/24 09:05:51   Desc Exhibit
Transcript Oct 24 Section 341   Page 20 of 69
Audio Transcription
October 24, 2024

Page 19

1   million dollars went into Pioneer Place, is that an

2   LLC or the -- the one listed as Pioneer Place?

3              JEREMY CARLSON:  Yes.  They were both

4   separate LLCs.  Yep.  That might be mislisted, but the

5   296 was into Pioneer Place Holdings, LLC.

6              TRUSTEE WENCIL:  Okay.

7              JEREMY CARLSON:  The other one was into

8   Pioneer Place, LLC.  The million dollars went into

9   Pioneer Place, LLC.  It's a mixed use building in

10   downtown West Fargo.

11              TRUSTEE WENCIL:  Okay.  And that may need

12   to amend the schedule.

13              JEREMY CARLSON:  Yeah.  I think we -- yeah.

14              TRUSTEE WENCIL:  To add that one.

15              JEREMY CARLSON:  Somehow holdings got

16   withheld.

17              MR. VERSTANDIG:  We'll take a look and make

18   sure that's accurate, and we'll -- to the extent of

19   the, quote/unquote, investment is a loan that's either

20   not convertible or has been converted, it may be more

21   properly classified as a receivable, but if it's a

22   receivable, we still need to list it there.

23              TRUSTEE WENCIL:  Okay.  Yeah.  There's some

24   receivables listed in another part, too.  But that

25   doesn't -- it doesn't list a Pioneer Place.  Okay.

888-893-3767          Lexitas operates in all 50 states and is licensed where required Nevada Registration #116F.
www.lexitaslegal.com                         California Firm Registration #179

LEXITAS

Case 24-30422    Doc 44-8    Filed 11/22/24    Entered 11/22/24 09:05:51    Desc Exhibit
Transcript Oct 24 Section 341    Page 21 of 69
Audio Transcription
October 24, 2024

Page 20

1   And then Cheyenne 32 East, LLC.  $641,000 is listed.

2   What is this project?

3               JEREMY CARLSON:  That is a mixed use

4   development in West Fargo, North Dakota.  We had with

5   the dollar amount that you have on there is correct,

6   what, 691?

7               TRUSTEE WENCIL:  It's 41.  641,000.

8               JEREMY CARLSON:  641.  Yep.  That's our

9   investment into that mixed use project.

10              TRUSTEE WENCIL:  Okay.  And when was that

11  investment?

12              JEREMY CARLSON:  2021, I think.  2020.  I

13  think it was 2020.

14              TRUSTEE WENCIL:  Okay.  Is that project

15  completed?

16              JEREMY CARLSON:  Completed, a hundred

17  percent occupied.

18              TRUSTEE WENCIL:  Does it generate income?

19              JEREMY CARLSON:  It does generate income to

20  cover, again, operating expenses mortgage liability.

21  They're having a -- they're currently in the midst of

22  a lawsuit for a roof defect, so.  Any of the

23  pre-capital that was there to make a distribution was

24  sent to attorneys to go after the contractors.  There

25  was a cash --

Case 24-30422   Doc 44-8   Filed 11/22/24   Entered 11/22/24 09:05:51   Desc Exhibit
Transcript Oct 24 Section 341   Page 22 of 69
Audio Transcription
October 24, 2024

Page 21

1              MR. VERSTANDIG:  (Inaudible).

2              JEREMY CARLSON:  We were not.  Go ahead.

3  Go ahead, Mac.

4              MR. VERSTANDIG:  No.  It was the Cheyenne

5  properties.  It's worth pointing out that at least one

6  and as many five of the other investors are also

7  debtors in bankruptcy.  These are, quote/unquote, epic

8  properties.

9              TRUSTEE WENCIL:  Okay.  And then Cheyenne

10 32 South, LLC, is listed as $297,000.  What is this

11 one?

12             JEREMY CARLSON:  That is a joint -- an

13 adjacent building to the south that is a mixed use

14 building that we made an investment into as well.

15             TRUSTEE WENCIL:  And 297, is that the

16 debtor's investment?

17             JEREMY CARLSON:  Yes.

18             TRUSTEE WENCIL:  Okay.  And then the next

19 one listed is SHP Holding, LLC, also subtitled

20 Cheyenne Place, and it's listed at $100,000.

21             JEREMY CARLSON:  Yep.  Cheyenne Place or

22 Cheyenne Plaza, yep.  We have an investment into that

23 mixed use building in West Fargo as well.

24             TRUSTEE WENCIL:  Okay.  Is that one all

25 occupied?

Case 24-30422   Doc 44-8   Filed 11/22/24   Entered 11/22/24 09:05:51   Desc Exhibit
Transcript Oct 24 Section 341   Page 23 of 69

Audio Transcription

October 24, 2024

Page 22

1          JEREMY CARLSON:  I -- I think so, yes.

2          TRUSTEE WENCIL:  Has the debtor received

3   any distribution for that one?

4          JEREMY CARLSON:  Nope.

5          TRUSTEE WENCIL:  Okay.  And then the next

6   one listed is Triangle Town Homes, LLC, at $215,000.

7   What is this project?

8          JEREMY CARLSON:  Yep.  It's a group of town

9   homes in South Fargo.

10          TRUSTEE WENCIL:  And have those been built?

11          JEREMY CARLSON:  They're built and a

12   hundred percent occupied.

13          TRUSTEE WENCIL:  Okay.  And 250,000, is

14   that the debtor's investment?

15          JEREMY CARLSON:  Correct.

16          TRUSTEE WENCIL:  And have those made any

17   distributions yet?

18          JEREMY CARLSON:  Nope.

19          TRUSTEE WENCIL:  And the next one is NSOP

20   for $490,000.  What is this one?

21          JEREMY CARLSON:  That was a note that -- a

22   promissory note.

23          TRUSTEE WENCIL:  Okay.  Between who?

24          JEREMY CARLSON:  Between Jamieson CAPEX and

25   NSOP.

888-893-3767          Lexitas operates in all 50 states and is licensed where required Nevada Registration #116F.
www.lexitaslegal.com          California Firm Registration #179

LEXITAS

Case 24-30422   Doc 44-8   Filed 11/22/24   Entered 11/22/24 09:05:51   Desc Exhibit
Transcript Oct 24 Section 341   Page 24 of 69
Audio Transcription
October 24, 2024

Page 23

1        TRUSTEE WENCIL:  And when was that note

2   made?

3        JEREMY CARLSON:  20 -- 2021 or 2022.

4        TRUSTEE WENCIL:  And have they been paid --

5   what was the amount of the original loan?

6        JEREMY CARLSON:  500,000 have been paid.

7        TRUSTEE WENCIL:  The 490,000 --

8        JEREMY CARLSON:  That will be reflected

9   on -- yeah.  Correct.  It originally was at 500.  Ten

10  grand was noted in one year, and then the note had

11  been paid off in full and will be reflected on the end

12  of the 2024 financials.

13        TRUSTEE WENCIL:  Okay.  When was it paid

14  off?

15        JEREMY CARLSON:  On 20 -- end -- it was the

16  beginning of 2024, if I remember correctly.

17        TRUSTEE WENCIL:  Okay.  And where did the

18  money go when it was paid off?  What bank account?

19        JEREMY CARLSON:  It was paid -- it was --

20  so there's a corresponding Nova -- Nova DC borrowed

21  the money to Jamieson CAPEX, CAPEX borrowed the money

22  to NSOP, and NSOP paid directly back.  Nobody -- when

23  the state was involved, they skipped us as a -- as a

24  middleman and just paid NSOP to pay Nova DC directly.

25        TRUSTEE WENCIL:  So NSOP paid Nova back on

888-893-3767
www.lexitaslegal.com
Lexitas operates in all 50 states and is licensed where required Nevada Registration #116F.
California Firm Registration #179

LEXITAS

Case 24-30422   Doc 44-8   Filed 11/22/24   Entered 11/22/24 09:05:51   Desc Exhibit
Transcript Oct 24 Section 341   Page 25 of 69
Audio Transcription
October 24, 2024

Page 24

1    the debtors that should have gone to the debtor.

2                    JEREMY CARLSON:  Excuse me?

3                    TRUSTEE WENCIL:  NSOP, what is this entity?

4                    JEREMY CARLSON:  It was a development

5    entity.  Except for third party, non-affiliated,

6    non-associated, non-related.

7                    TRUSTEE WENCIL:  Okay.  Have you ever had

8    an interest in it?

9                    JEREMY CARLSON:  No.

10                   TRUSTEE WENCIL:  And then Nova DC, what is

11   that entity?

12                   JEREMY CARLSON:  That was a -- an -- an

13   additional investment fund that we created that was

14   investing in Bitcoin algorithms.  We were trading

15   algorithms on -- in Bitcoin.

16                   TRUSTEE WENCIL:  Okay.  And you have an

17   interest in Nova DC?

18                   JEREMY CARLSON:  I was the founder of it,

19   yes.  A small -- a small member.

20                   TRUSTEE WENCIL:  Okay.  And I think that

21   transaction will need to be disclosed on the statement

22   of financial affairs.  As an inside --

23                   MR. VERSTANDIG:  (Inaudible).

24                   TRUSTEE WENCIL:  Okay.  And then the next

25   one is Secure Income Fund for $291,000.  What is this?

888-893-3767          Lexitas operates in all 50 states and is licensed where required Nevada Registration #116F.
www.lexitaslegal.com                            California Firm Registration #179

LEXITAS

Case 24-30422   Doc 44-8   Filed 11/22/24   Entered 11/22/24 09:05:51   Desc Exhibit
Transcript Oct 24 Section 341   Page 26 of 69

Audio Transcription

October 24, 2024

Page 25

1            JEREMY CARLSON:  That is a -- a separate

2   entity that we raised money in for sub debt, and

3   Jamieson CAPEX had borrowed money from that entity.

4            TRUSTEE WENCIL:  The debtor borrowed money?

5            JEREMY CARLSON:  Correct.

6            TRUSTEE WENCIL:  Okay.  So why does Secure

7   Income Fund owe the debtor money; is that what the

8   debtor invested in?

9            JEREMY CARLSON:  So 297,000 -- you say

10  that -- that -- is that considered a liability or is

11  that a -- an asset on the balance sheet?

12            TRUSTEE WENCIL:  You listed as an asset --

13            JEREMY CARLSON:  I'm not --

14            TRUSTEE WENCIL:  -- of $291,000.

15            JEREMY CARLSON:  That is -- then that's

16  correct.

17            TRUSTEE WENCIL:  Okay.  The debtor put in

18  $291,000 into the Secure Income Fund?

19            JEREMY CARLSON:  Correct.

20            TRUSTEE WENCIL:  Okay.  And that fund still

21  owes the money?

22            JEREMY CARLSON:  Correct.

23            TRUSTEE WENCIL:  And when was that money

24  lent to the Secure Income Fund?

25            JEREMY CARLSON:  I -- 2019, I think.  2018,

Case 24-30422   Doc 44-8   Filed 11/22/24   Entered 11/22/24 09:05:51   Desc Exhibit
Transcript Oct 24 Section 341   Page 27 of 69

Audio Transcription
October 24, 2024

Page 26

1   2019.

2          TRUSTEE WENCIL:  Okay.  Do you believe that

3   money's still collectable by the debtor?

4          JEREMY CARLSON:  Yes.

5          TRUSTEE WENCIL:  Okay.  Now I'm going to

6   jump forward to the notes receivable that were

7   scheduled.  Greenfield Commons, it says it owed the

8   debtor $150,000.

9          JEREMY CARLSON:  That's the State of North

10  Dakota.

11         TRUSTEE WENCIL:  That's the one to North

12  Dakota.  Is that a duplication of the one that was

13  listed under accounts receivables?  At number 11 or an

14  additional one?

15         JEREMY CARLSON:  No.  It's a duplication.

16         TRUSTEE WENCIL:  Okay.  You two probably

17  amend for that.  And AMS --

18         MR. VERSTANDIG:  (Inaudible).

19         TRUSTEE WENCIL:  Okay.  AMS Holding, LLC,

20  is listed for $267,000.  Why do they owe the debtor

21  that amount?

22         JEREMY CARLSON:  That was money borrowed

23  directly to AMS Holdings.

24         TRUSTEE WENCIL:  Okay.  When was that lent

25  to AMS Holdings?

888-893-3767            Lexitas operates in all 50 states and is licensed where required Nevada Registration #116F.
www.lexitaslegal.com                     California Firm Registration #179

LEXITAS

Page 27

1                    JEREMY CARLSON:  Over about a three-year

2    time frame from 2018 to 2021.

3                    TRUSTEE WENCIL:  And what is AMS Holdings?

4                    JEREMY CARLSON:  It was a holding company

5    for real estate and mineral development.

6                    TRUSTEE WENCIL:  Is that collectable?

7                    JEREMY CARLSON:  Possibly.

8                    TRUSTEE WENCIL:  And why possibly?

9                    JEREMY CARLSON:  I am -- it's my

10   understanding that AMS Holdings does have assets.

11                   TRUSTEE WENCIL:  And do you personally have

12   any association with AMS Holding outside of this

13   debtor investment?

14                   JEREMY CARLSON:  No.  No.

15                   TRUSTEE WENCIL:  And then this JMCO

16   (phonetic) LLC, $57,000, what's that receivable for?

17                   JEREMY CARLSON:  That was money lent to

18   JMCO.  They do mineral development and that is -- I

19   think that's recoverable as well.

20                   TRUSTEE WENCIL:  And Paramount Property

21   Management, LLC, for 486,000.  What is this receivable

22   for?

23                   JEREMY CARLSON:  That is a loan that was

24   made to Paramount Properties for an -- the money is

25   also sitting at the state.

Page 28

1            TRUSTEE WENCIL:  Okay.  When did the debtor

2   make that loan?

3            JEREMY CARLSON:  Oh.  It was a promissory

4   note.  It would have been paid to the state in -- or

5   when -- did you ask when we made the investment or

6   when we -- when it was paid?

7            TRUSTEE WENCIL:  When did the debtor make

8   the investment?

9            JEREMY CARLSON:  Okay.  Hold on one second.

10  I can get you that date exactly.  That was 2018.  I

11  think it was January of 2018.  Sorry.  Sorry.  I was

12  off.  February 6th of 2018.

13            TRUSTEE WENCIL:  Okay.  Do you think that's

14  collectable?

15            JEREMY CARLSON:  It's sitting at the state.

16            TRUSTEE WENCIL:  Okay.  Okay.  And then

17  number 74, I'm going to go to the first one that's

18  listed there, the claim against First International

19  Bank & Trust for $1 million.  What's this claim for?

20            MR. VERSTANDIG:  It may be easier if I

21  explain it to (inaudible) action and Jeremy just

22  confirms.  These are both purely legal (inaudible)

23  that have (inaudible) actual (inaudible).

24            TRUSTEE WENCIL:  Okay.  Yeah.  That's fine,

25  Mac.

Case 24-30422   Doc 44-8   Filed 11/22/24   Entered 11/22/24 09:05:51   Desc Exhibit
Transcript Oct 24 Section 341   Page 30 of 69

October 24, 2024

Audio Transcription

Page 29

1          MR. VERSTANDIG:  Okay.  So the First

2  International Bank & Trust held the lien on the Macy's

3  building in Grand Forks.  The Macy's building is in

4  Grand Forks, was owned outright by the debtor.  It was

5  not through an intermediary entity.  When First

6  International Bank & Trust declared the loan to be in

7  default and prepared to foreclose, the debtor marketed

8  the building to third parties in (inaudible) bona fide

9  arm's length offer with an interest money deposit

10  attached that would have been $1 million over debt

11  service, meaning if the debtor could have closed on

12  the appeal, the loan would have been retired in full,

13  and the debtor would have made a $1 million profit.

14  There's a split in authority amongst various states.

15  In certain states that is regarded as tortious

16  interference to proceed with foreclosure.  In certain

17  states, it is not.  North Dakota has never had a cause

18  of action at least that's reached at an appellate

19  level, one way or another, but we intend to test the

20  cause of action in the bankruptcy.

21          TRUSTEE WENCIL:  Okay.  And you plan to

22  file that in the bankruptcy case?

23          MR. VERSTANDIG:  Yeah.  So that'll be the

24  same with the next one.  There's going to be two

25  adversaries, and they will be a significant part of

888-893-3767          Lexitas operates in all 50 states and is licensed where required Nevada Registration #116F.
www.lexitaslegal.com          California Firm Registration #179

LEXITAS

Case 24-30422   Doc 44-8   Filed 11/22/24   Entered 11/22/24 09:05:51   Desc Exhibit
Transcript Oct 24 Section 341   Page 31 of 69

Audio Transcription

October 24, 2024

Page 30

1    the Chapter 11 case.

2            TRUSTEE WENCIL:  Okay.  And when did the

3    foreclosure take place?

4            MR. VERSTANDIG:  That's a Jeremy question.

5            JEREMY CARLSON:  February of '24.

6            TRUSTEE WENCIL:  Okay.  And in -- is there

7    a reason why the debtor didn't, I guess, just bid at

8    the foreclosure sale?

9            JEREMY CARLSON:  We --

10           MR. VERSTANDIG:  (Inaudible) cause of

11   action.

12           TRUSTEE WENCIL:  I'm sorry, only one

13   person --

14           MR. VERSTANDIG:  Jeremy, go forward.  I

15   didn't mean to interrupt you.

16           JEREMY CARLSON:  No.  I was just going to

17   say that it was February, and we had -- we had reached

18   out to counsel at -- at the -- our counsel at the time

19   (inaudible) reached out to -- or myself and

20   Mr. Kounozsky had reached out to First International

21   Bank & Trust for them to delay it to allow us to -- to

22   get to close, and they were not interested in doing,

23   so.  So they continued to foreclosure.

24           TRUSTEE WENCIL:  Uh-huh.  Is there a reason

25   why the debtor didn't take the money we just talked

Case 24-30422   Doc 44-8   Filed 11/22/24   Entered 11/22/24 09:05:51   Desc Exhibit
Transcript Oct 24 Section 341   Page 32 of 69
Audio Transcription
October 24, 2024

Page 31

1  about that went to Nova DC and use that as part to

2  just make the bid?

3            JEREMY CARLSON:  No.  We didn't -- at the

4  time the -- we did not have the $500,000 to be able to

5  make the bid, if we could have had any money

6  whatsoever, and we didn't need any money to make a

7  bid.  We needed them to delay the foreclosure for an

8  additional 60 days to be able to execute on the

9  purchase agreement that was in place.

10           TRUSTEE WENCIL:  And was the debtor the

11  sole signatory on the mortgage as the mortgagee.  Was

12  the debtor the only --

13           JEREMY CARLSON:  Yes.

14           TRUSTEE WENCIL:  -- creditor?

15           JEREMY CARLSON:  Yep.  Jamieson CAPEX was,

16  yes.

17           TRUSTEE WENCIL:  Okay.  And then I'm going

18  to skip the claim against North Dakota for now, but

19  I'll jump down to the Aspen escrow $5,000.  What's

20  this for?

21           JEREMY CARLSON:  That was for -- we put

22  down escrow money for the Aspen for a property at this

23  market that we weren't able to close on.

24           TRUSTEE WENCIL:  Okay.  So is that -- are

25  those funds gone now or --



October 24, 2024

Page 32

1              JEREMY CARLSON:  Those are gone.

2              TRUSTEE WENCIL:  And then escrow at 116

3  North 5th Street in Biz.  Does that mean Bismarck or

4  is it actual Biz, North Dakota?

5              JEREMY CARLSON:  Yes.  That means Bismarck.

6              TRUSTEE WENCIL:  Okay.  That's 28,000.

7              JEREMY CARLSON:  Bismarck, North Dakota.

8              TRUSTEE WENCIL:  It should be Bismarck.

9  Okay.  That's $20,000.  What's the status of that

10  escrow?

11             JEREMY CARLSON:  That deal did not close

12  either.

13             TRUSTEE WENCIL:  Okay.  So is that money

14  gone?

15             JEREMY CARLSON:  That money is gone.

16             TRUSTEE WENCIL:  And Vinter Real Estate

17  Trust is $7,500.  What's the status of that escrow?

18             JEREMY CARLSON:  That -- same thing.  Deal

19  was not closed, and yes, escrow is nonrefundable.

20             TRUSTEE WENCIL:  Okay.  And then a couple

21  of things on the balance sheet, which I don't -- there

22  were mineral interest of $39,000.  What happened to

23  those?  Is that under the label of something else

24  we've discussed?

25             JEREMY CARLSON:  Okay.  So repeat that --

888-893-3767
www.lexitaslegal.com

Lexitas operates in all 50 states and is licensed where required Nevada Registration #116F.
California Firm Registration #179

LEXITAS

Case 24-30422   Doc 44-8   Filed 11/22/24   Entered 11/22/24 09:05:51   Desc Exhibit
Transcript Oct 24 Section 341   Page 34 of 69

October 24, 2024

Page 33

1   the mineral interest for 39,000 on the balance sheet.

2             TRUSTEE WENCIL:  Yes.  For December 31st

3   of 2023.

4             JEREMY CARLSON:  Those -- I'm not -- I'd

5   have to look into that.  I don't have that answer.

6             TRUSTEE WENCIL:  Okay.  Yeah.  You -- just

7   when you provide the other documents things.  Okay.

8   And then there's also North Fargo land for $337,000.

9   What happened to that land?

10            JEREMY CARLSON:  That land was foreclosed

11  by Capital Credit Union, and then sold by Capital

12  Credit Union two days later for double the mortgage

13  for two and a half -- it wasn't two and a half.  It

14  was over 850,000.

15            TRUSTEE WENCIL:  Okay.  337,000, is that

16  the value of the land?

17            JEREMY CARLSON:  That was the balance on

18  the -- yeah.  That was our -- our investment or the

19  balance on the mortgage, correct.

20            TRUSTEE WENCIL:  Okay.  And what did the

21  debtor pay for that property originally?

22            JEREMY CARLSON:  420, I want to say.

23            TRUSTEE WENCIL:  Okay.  So was there any

24  deficiency?

25            JEREMY CARLSON:  Explain deficiency.  The

Case 24-30422   Doc 44-8   Filed 11/22/24   Entered 11/22/24 09:05:51   Desc Exhibit
Transcript Oct 24 Section 341   Page 35 of 69

Page 34

1  property was foreclosed on by the Capital Credit

2  Union.

3              TRUSTEE WENCIL:  Correct.  Did the --

4              JEREMY CARLSON:  If that's the deficiency

5  you're talking about.

6              TRUSTEE WENCIL:  Yeah.

7              JEREMY CARLSON:  No.  Are you saying what

8  the -- the mortgage -- or -- okay.

9              TRUSTEE WENCIL:  Right.

10              JEREMY CARLSON:  No.  No.  There was no

11  deficiency, I'm sorry.  I gotcha now.

12              TRUSTEE WENCIL:  Okay.  And then also a

13  Pebble Beach for $315,000.

14              JEREMY CARLSON:  That was put into

15  foreclosure by Capital Credit Union, and we were able

16  to sell it for 400 -- around 400 grand.  I wasn't

17  around.  I wasn't president at the time when that

18  transaction happened, but it was sold with no

19  deficiency, so if our mortgage -- did you say it was

20  320?

21              TRUSTEE WENCIL:  315, yeah.  And when was

22  that --

23              JEREMY CARLSON:  315.  I think it was sold

24  for about -- around that $400,000 in 2023, during my

25  hiatus as president.

888-893-3767                Lexitas operates in all 50 states and is licensed where required Nevada Registration #116F.
www.lexitaslegal.com                        California Firm Registration #179

LEXITAS

Case 24-30422   Doc 44-8   Filed 11/22/24   Entered 11/22/24 09:05:51   Desc Exhibit
Transcript Oct 24 Section 341   Page 36 of 69
Audio Transcription

October 24, 2024

Page 35

1                    TRUSTEE WENCIL:  Harbor Courts Townhomes,

2    LLC.

3                    JEREMY CARLSON:  Foreclosed.

4                    TRUSTEE WENCIL:  And when was that

5    foreclosed?

6                    JEREMY CARLSON:  I was not president at the

7    time.  It was during -- oh, God, when was it?  End

8    of 2023.  The last quarter of 2023, I think.

9                    TRUSTEE WENCIL:  Okay.  Do you know if that

10   generated a deficiency?

11                   JEREMY CARLSON:  No, it did not.

12                   TRUSTEE WENCIL:  Okay.  Then going back to

13   the North Dakota claim for $2.6-million, I guess my

14   understanding is, they took $800,000, and Mac, if you

15   can explain what the cause of action against North

16   Dakota --

17                   MR. VERSTANDIG:  Yeah.  It's going to be at

18   least two causes of action and possibly more.  The

19   first is going to be the simplest which will be a

20   claim for turnover under 542, the monies that are

21   being held.  This second cause of action, obviously,

22   subject to us continuing (inaudible) as we keep

23   working on the complaint is likely going to be for

24   fraudulent conveyance on the theory that the state

25   took money at a time it was not entitled to take money

Case 24-30422   Doc 44-8   Filed 11/22/24   Entered 11/22/24 09:05:51   Desc Exhibit
Transcript Oct 24 Section 341   Page 37 of 69
Audio Transcription
October 24, 2024

Page 36

1    and at a time when the debtor was insolvent since the

2    state was not entitled to take the money.  It was

3    necessarily not for a reasonable (inaudible) and there

4    were damages occasioned by the state's elicit

5    confiscate of money in the form of lost property

6    including the Macy's building that we talked about and

7    other projects where there should have been an equity

8    cushion but lack of access to funds and resources

9    deprived of the debtor of the ability to retire the

10   debt or meaning any of the debt into foreclosure.

11            TRUSTEE WENCIL:  Okay.  Those will be filed

12   in bankruptcy court.

13            MR. VERSTANDIG:  They will, and

14   transparently, one of the reasons the bankruptcy was

15   filed was to gain access to Section 106 and Section

16   542.  We need the sovereign immunity waiver, and we

17   need the turnover provision.

18            TRUSTEE WENCIL:  Okay.  And the North

19   Dakota action, this spread out of the action against

20   Jamieson Capital Financial, and Mr. Carlson; is that

21   correct, Mr. Carlson?

22            MR. VERSTANDIG:  That's correct.

23            TRUSTEE WENCIL:  Okay.  And is it correct

24   that North Dakota alleges that you and Jamieson

25   Capital Financial solicited, I guess, public offerings



1  and sales of interest without being appropriately

2  licensed or approved?

3       JEREMY CARLSON:  That was -- how do I

4  explain this?  We were the -- the Jamieson Capital

5  Financial was registered as a registered investment

6  advisory firm.  The investor -- the investors that

7  Jamieson Capital Financial managed were the

8  independent funds (inaudible) and Jamieson CAPEX's as

9  one of them.  That was the management agreement I had

10 with them after 12 months of review on my entity on

11 Jamieson Capital Financial.  The state changed its

12 claim to saying that I was wrongly registered.

13 Because they saw somewhat -- their accusations were

14 that they saw some financial transactions that were

15 troubling, and at that point in time they -- they made

16 that claim of, I would not -- I did not have the

17 proper registration.

18       TRUSTEE WENCIL:  Okay.

19       JEREMY CARLSON:  I don't know if I answered

20 that, though.  Short of (inaudible) but that came down

21 12 months down the road after their accusations or

22 their thoughts of turning over a rock and finding

23 something else.

24       TRUSTEE WENCIL:  Okay.  And did -- is it

25 correct that they impose or -- I guess, and maybe it

888-893-3767        Lexitas operates in all 50 states and is licensed where required Nevada Registration #116F.

www.lexitaslegal.com                    California Firm Registration #179

LEXITAS

Case 24-30422   Doc 44-8   Filed 11/22/24   Entered 11/22/24 09:05:51   Desc Exhibit
Transcript Oct 24 Section 341   Page 39 of 69
Audio Transcription                                                    October 24, 2024

Page 38

1   was a settlement that you and Jamieson Capital

2   Financial were going to repay a million dollars.

3            JEREMY CARLSON:  That was part of our

4   settlement agreement as of the end of January of 2024

5   that they gave me a fine of a -- potential fine of up

6   to $2 million, and that would last over two years, and

7   my ability to -- that fine would never actually be

8   paid to the state.  I just had to proceed

9   commercially, reasonable best efforts to repay the

10  investors their original investment for that two-year

11  time frame.  If I was able to commercially find

12  commercially reasonable lenders that would give me up

13  to the $2 million to repay my investors, then the fine

14  would disappear, and the language is that even if I

15  wasn't able -- if I was turned down by every bank and

16  every lending institution that -- after two -- and I

17  can show that I used reasonable best efforts that --

18  that fine would disappear after two years.

19            TRUSTEE WENCIL:  Okay.

20            JEREMY CARLSON:  My attorney is currently

21  working with the state on that.

22            TRUSTEE WENCIL:  Okay.  So has any of those

23  funds been repaid at this point by either you or

24  Jamieson Capital Financial?

25            JEREMY CARLSON:  No.

Case 24-30422   Doc 44-8   Filed 11/22/24   Entered 11/22/24 09:05:51   Desc Exhibit
Transcript Oct 24 Section 341   Page 40 of 69

October 24, 2024

Audio Transcription

Page 39

1    TRUSTEE WENCIL:  Okay.  And then on the

2  unsecured creditors, do you understand that the debtor

3  cannot repay any of those creditors until there's a

4  court order authorizing a payment or a plan

5  authorizing payments?

6    JEREMY CARLSON:  Yes.

7    TRUSTEE WENCIL:  Okay.  And then the first

8  creditor, Amber Carlson, is she a relative?  And she's

9  on the line today.

10    JEREMY CARLSON:  Yep.  She's my cousin.

11    TRUSTEE WENCIL:  Okay.  And did she make a

12  loan to the debtor?

13    JEREMY CARLSON:  She did.

14    TRUSTEE WENCIL:  Okay.  About what year?

15    JEREMY CARLSON:  '22, '21, '22.

16    TRUSTEE WENCIL:  Okay.

17    JEREMY CARLSON:  Somewhere in there.

18    TRUSTEE WENCIL:  And the next creditor is

19  Aspire, was listed at zero, and what was the business

20  of Aspire that got listed?

21    JEREMY CARLSON:  They were the mortgage --

22  they were the bank that held the mortgage at one of

23  the properties that CAPEX owned.

24    TRUSTEE WENCIL:  And what property was

25  that?

Case 24-30422   Doc 44-8   Filed 11/22/24   Entered 11/22/24 09:05:51   Desc Exhibit
Transcript Oct 24 Section 341   Page 41 of 69

October 24, 2024

Page 40

1            JEREMY CARLSON:  It was on -- it was a

2    townhome in North Fargo.  I can't remember the

3    address.  822 (inaudible) 822 -- is it 9th Street?

4    5th Street?  In North Fargo, and that property also

5    was put up for -- or was foreclosed on and was sold at

6    foreclosure.

7            TRUSTEE WENCIL:  Okay.  And what was the

8    mortgage on the property at the foreclosure?

9            JEREMY CARLSON:  Approximately 157 --

10   $180,000 or something like that.  I think it sold for

11   two -- 220.

12           TRUSTEE WENCIL:  Okay.

13           JEREMY CARLSON:  I think.

14           TRUSTEE WENCIL:  Well, what was the

15   debtor's purchase price?

16           JEREMY CARLSON:  The debtor's purchase

17   price, when we did the mortgage, I don't -- I do not

18   remember.  I'd have to go back and look.  I think we

19   bought the property for 200.

20           TRUSTEE WENCIL:  Okay.  Was there any --

21           JEREMY CARLSON:  It had a mortgage for,

22   like, 180 on it or something like that.

23           TRUSTEE WENCIL:  Okay.  So there was no

24   deficiency.

25           JEREMY CARLSON:  No.  No deficiency.  Nope.

888-893-3767          Lexitas operates in all 50 states and is licensed where required Nevada Registration #116F.
www.lexitaslegal.com                        California Firm Registration #179

LEXITAS

Case 24-30422   Doc 44-8   Filed 11/22/24   Entered 11/22/24 09:05:51   Desc Exhibit
Transcript Oct 24 Section 341   Page 42 of 69
Audio Transcription
October 24, 2024

Page 41

1       TRUSTEE WENCIL:  Okay.  And Brad Sunderland

2  for $100,000, what did he loan the debtor money for?

3       JEREMY CARLSON:  He -- he invested through

4  Main Street Investments $100,000.  He received a tax

5  credit, that amount of money that was -- that money

6  from Main Street Investment was borrowed to Jamieson

7  Capital or Jamieson CAPEX.  He had the ability to

8  convert that to equity at the repayment of the loan

9  and decided to keep it as a loan instead of converting

10 it to equity, so it was a non-conversion and that

11 would have been in 2022 or something like that.  2021.

12      TRUSTEE WENCIL:  Okay.  And Capital Credit

13 Union is also listed as zero, and what was the

14 debtor's business with Capital Credit Union?  I guess,

15 we talked about the Pebble Beach foreclosure.

16 Anything else?

17      JEREMY CARLSON:  That was Pebble Beach, and

18 then the North Fargo land, 32nd Avenue North, North

19 Fargo land.  Neither one had a deficiency.  One was

20 forced into foreclosure and sold at foreclosure, and

21 the other one -- or it was sold prior to foreclosure,

22 I would say.  I wasn't really involved in that Pebble

23 Beach transaction, but the other one was foreclosed

24 on.  Capital Credit Union took possession of the

25 property.  No deficiency.

888-893-3767           Lexitas operates in all 50 states and is licensed where required Nevada Registration #116F.
www.lexitaslegal.com                              California Firm Registration #179

LEXITAS

Case 24-30422   Doc 44-8   Filed 11/22/24   Entered 11/22/24 09:05:51   Desc Exhibit
Transcript Oct 24 Section 341   Page 43 of 69
Audio Transcription
October 24, 2024

Page 42

1          TRUSTEE WENCIL:  Okay.  And the First

2   International Bank & Trust, does that relate to the

3   foreclosure of the Macy's building?

4          JEREMY CARLSON:  The Macy's building.

5          TRUSTEE WENCIL:  Okay.  Anything else?

6          JEREMY CARLSON:  Correct.

7          TRUSTEE WENCIL:  And First Western Bank.

8          JEREMY CARLSON:  No.

9          TRUSTEE WENCIL:  Why was that listed for

10  nothing?  Zero.  What was the debtor's business with

11  First Western Bank?

12          JEREMY CARLSON:  The Harbor Courts

13  property.

14          TRUSTEE WENCIL:  Okay.  Okay.  Did any

15  other business with the -- or I'm sorry, I just asked

16  that one.  First Western Bank & Trust, what was -- why

17  was that one listed for zero?

18          JEREMY CARLSON:  The -- did you say Western

19  Bank, the previous one, and this one's First Western

20  or did you say First Western and the previous one and

21  the next one --

22          TRUSTEE WENCIL:  I'm sorry.

23          JEREMY CARLSON:  -- Western.

24          TRUSTEE WENCIL:  Yeah.  First national.

25          JEREMY CARLSON:  Was the previous question,

Case 24-30422   Doc 44-8   Filed 11/22/24   Entered 11/22/24 09:05:51   Desc Exhibit
Transcript Oct 24 Section 341   Page 44 of 69
Audio Transcription
October 24, 2024

Page 43

1   was that about Western --

2              TRUSTEE WENCIL:  No.  I'm repeating --

3              JEREMY CARLSON:  You asked about First

4   International Bank.  That was Macy's, and then Western

5   Bank was -- I don't think we had anything with Western

6   Bank.  So anything associated with First Western would

7   have been with Harbor Courts property.

8              TRUSTEE WENCIL:  Okay.  Thank you.  Yeah.

9   I think I just accidentally repeated myself.  And then

10  the Browers, Fred and Karen Brower, are listed for

11  $768,000.  What was that loan for?

12             JEREMY CARLSON:  What -- that was their --

13  their loan with an investment into the company or a

14  loan to the company.  There were proceedings that

15  present interest on that.

16             TRUSTEE WENCIL:  Okay.  When was that loan

17  made?

18             JEREMY CARLSON:  Prior -- so fall of 2017

19  or 2018, I'd have to look that up.

20             TRUSTEE WENCIL:  Okay.  And then the next

21  one listed as --

22             JEREMY CARLSON:  They -- go ahead.

23             TRUSTEE WENCIL:  No.  You can go ahead.

24  Finish your statement.

25             JEREMY CARLSON:  No.  I was going to say



Case 24-30422  Doc 44-8  Filed 11/22/24  Entered 11/22/24 09:05:51  Desc Exhibit
Transcript Oct 24 Section 341  Page 45 of 69
Audio Transcription

October 24, 2024

Page 44

1  they had been receiving their interest payments on

2  time monthly until the state's administrative action.

3              TRUSTEE WENCIL:  Okay.  And then the next

4  one listed was Jamieson Capital; is that the same

5  Jamieson --

6              JEREMY CARLSON:  That's my --

7              TRUSTEE WENCIL:  -- Capital Financial.

8              JEREMY CARLSON:  Jamieson Capital

9  Financial.  Yep.

10             TRUSTEE WENCIL:  Okay.  Does the debtor

11  have any outstanding loans to Jamieson Capital

12  Financial that you are aware of?

13             JEREMY CARLSON:  No.  No.

14             TRUSTEE WENCIL:  Okay.  And then Jamieson

15  Legacy Fund for $118,000, is this a related entity?

16             JEREMY CARLSON:  It's a related entity.

17             TRUSTEE WENCIL:  And when was this loan

18  made?

19             JEREMY CARLSON:  20 -- 2021 or 2022.

20             TRUSTEE WENCIL:  Okay.  And 118,000, is

21  that the original amount or was it more?

22             JEREMY CARLSON:  That's the original.

23             TRUSTEE WENCIL:  Okay.  What kind of entity

24  is Jamieson Legacy Fund?

25             JEREMY CARLSON:  It was a fund to funds.

888-893-3767          Lexitas operates in all 50 states and is licensed where required Nevada Registration #116F.
www.lexitaslegal.com                      California Firm Registration #179

LEXITAS

Case 24-30422   Doc 44-8   Filed 11/22/24   Entered 11/22/24 09:05:51   Desc Exhibit
Transcript Oct 24 Section 341   Page 46 of 69
Audio Transcription

October 24, 2024

Page 45

1   It was a -- an -- so Jamieson Cap was actually a

2   20 percent investment for the legacy fund, 25 percent

3   of the Jamieson Legacy Fund went -- or as a dollar

4   went into the Jamieson Legacy Fund, 25 cents went to

5   CAPEX, 25 cents went to Nova DC, 25 cents went to

6   Jamieson Natural Resources, and 25 cents went to the

7   Secure Income Fund.

8            TRUSTEE WENCIL:  Okay.  So that money was

9   distributed to those entities.

10            JEREMY CARLSON:  Correct.

11            TRUSTEE WENCIL:  Okay.  And Jamieson

12   medical loan of $185,000, is that a related business?

13            JEREMY CARLSON:  Correct.

14            TRUSTEE WENCIL:  And what kind of business

15   was that?

16            JEREMY CARLSON:  That was medical cannabis

17   in the State of North Dakota.

18            TRUSTEE WENCIL:  Okay.  And when was that

19   loan made to the debtor?

20            JEREMY CARLSON:  2020.

21            TRUSTEE WENCIL:  Okay.  Is that the --

22            JEREMY CARLSON:  2020 or 2021.

23            TRUSTEE WENCIL:  Okay.  Is that the

24   original amount of 185,000?

25            JEREMY CARLSON:  Yep.  Correct.



1          TRUSTEE WENCIL:  And Jamieson Natural

2   Resources Fund is listed for $706,000; is this a

3   related entity?

4          JEREMY CARLSON:  Yep.

5          TRUSTEE WENCIL:  And what kind of entity?

6   What does this entity do?

7          JEREMY CARLSON:  That entity does -- made

8   investments into working interest and be sold interest

9   in the Bakken Oil Field in Western North Dakota.

10          TRUSTEE WENCIL:  And when was that loan

11   made to the debtor?

12          JEREMY CARLSON:  It was made over -- I'd

13   have to look at the schedule on the back of the

14   promissory note, but for multiple years.  Probably

15   from 2018 to 2022.  2017 to 2020 -- 2018 to 2022,

16   something like that.

17          TRUSTEE WENCIL:  Okay.  And what were those

18   funds used for?

19          JEREMY CARLSON:  It was sub debt.  The

20   funds were used as sub debt to place into real estate

21   projects or -- or developments.

22          TRUSTEE WENCIL:  Okay.  And then -- I'm

23   sorry, that was listed as Jamieson Natural.  The next

24   one listed is Jamieson Natural Resources Fund, LLC,

25   for zero.  Are these the same entities?

LEXITAS

Case 24-30422   Doc 44-8   Filed 11/22/24   Entered 11/22/24 09:05:51   Desc Exhibit
Transcript Oct 24 Section 341   Page 48 of 69

Page 47

1          JEREMY CARLSON:  They're the same.  They're

2     the same entities, yeah.

3          TRUSTEE WENCIL:  And then Jeff Johnson for

4     $300,000, what is this for?

5          JEREMY CARLSON:  The same -- same process

6     as Brad Sunderland.  He made an investment into Main

7     Street Investments, received tax credits.  That pool

8     of funds was then loaned to the Jamieson Capital -- or

9     Jamieson CAPEX Fund and that converse, Mr. Johnson had

10    the choice to convert it to equity or to keep it as

11    debt, and he kept it as debt.  We had made current

12    payments to him all the way up until the

13    administrative action with the State of North Dakota

14    on those loans -- on that loan.

15         TRUSTEE WENCIL:  Okay.  And your loan for

16    $83,000, when did you make that loan?

17         JEREMY CARLSON:  When did I make that loan?

18    Just over the years from 2015.  It became an

19    accumulated loan over many, many years.

20         TRUSTEE WENCIL:  Okay.  Were those written

21    down or just kept on the books?

22         JEREMY CARLSON:  Just kept on the books.

23    If we were short 5,000 to close the deal, I would just

24    put the money in.  If something needed to be paid on

25    time, and we didn't have the funds, I would just make

1   the payment.

2            TRUSTEE WENCIL:   Okay.  And Main Street

3   Investment for $155,000, you have an interest in this

4   business, I take it?

5            JEREMY CARLSON:   I was the founder of it.

6   I was not a -- I was a founding member of it, but I

7   wasn't -- I never made an investment into it.  I -- I

8   ran Main Street Investments as the operator.  The

9   155,000 I'm not quite sure that -- I think -- I think

10  we went over those books, and I think -- I'd have to

11  look into that.  But that was tied to -- I think that

12  was tied to Mike Quast transaction and got cleaned up.

13  But I'd have to look into that.

14            TRUSTEE WENCIL:   Okay.  And MJM Investments

15  is listed as zero.  Why is this business listed?

16            JEREMY CARLSON:   That was paid off in 2023

17  at zero.  It was sub debt that was borrowed by the

18  fund.

19            TRUSTEE WENCIL:   How much was it?

20            JEREMY CARLSON:   500,000.

21            TRUSTEE WENCIL:   Okay.  And when was it

22  paid off?

23            JEREMY CARLSON:   I want to say that

24  transaction happened -- I was not the president at the

25  time.  That was Brian Kounozsky as the president.  So

Case 24-30422   Doc 44-8   Filed 11/22/24   Entered 11/22/24 09:05:51   Desc Exhibit
Transcript Oct 24 Section 341   Page 50 of 69
Audio Transcription
October 24, 2024

Page 49

1    sometime in 2023.

2              TRUSTEE WENCIL:  Okay.  Is MJM Investment,

3    do you have any relationship with that company?

4              JEREMY CARLSON:  Nope.

5              TRUSTEE WENCIL:  And do you know what

6    happened to those funds?

7              JEREMY CARLSON:  As far as what do you mean

8    happened to those funds?  What we did when we borrowed

9    the money or how we paid it back?

10             TRUSTEE WENCIL:  What the debtor did with

11   the money when -- or -- yeah.

12             JEREMY CARLSON:  Oh.  It was used in

13   different investment projects at the time.

14             TRUSTEE WENCIL:  Okay.  And Nova DC, is

15   that listed for the $500,000 that was repaid to them?

16             JEREMY CARLSON:  Yeah.  Yeah.

17             TRUSTEE WENCIL:  And then the Secure Income

18   Fund also it says the debtor owes them $579,000.  What

19   is this for?

20             JEREMY CARLSON:  That is, again, 6 percent

21   sub debt that we had borrowed to -- to invest in

22   certain projects.

23             TRUSTEE WENCIL:  Okay.  And do you have a

24   relationship to Secure Income Fund?

25             JEREMY CARLSON:  My relationship would be

Case 24-30422   Doc 44-8   Filed 11/22/24   Entered 11/22/24 09:05:51   Desc Exhibit
Transcript Oct 24 Section 341   Page 51 of 69                    October 24, 2024

Audio-Transcription

Page 50

1   as the founder/creator of the entity and operator.

2              TRUSTEE WENCIL:  Okay.  Okay.  And then the

3   other thing, the foreclosures we discussed here today,

4   has there been any other foreclosures in the past five

5   years for the debtor?

6              JEREMY CARLSON:  Zero.

7              TRUSTEE WENCIL:  Okay.  And for the equity

8   security holders, do you keep a list of the additional

9   investments that each member made?

10             JEREMY CARLSON:  Yep.

11             TRUSTEE WENCIL:  Can you provide that to

12   our office?

13             JEREMY CARLSON:  Sure.

14             TRUSTEE WENCIL:  Okay.  Do you know if --

15   were the investments just taken generally into the

16   debtor or were they directed to specific projects?

17             JEREMY CARLSON:  Both.

18             TRUSTEE WENCIL:  Okay.

19             JEREMY CARLSON:  Well, I shouldn't say they

20   were directed.  They were always made directly

21   invested -- every investor directly invested into

22   Jamieson CAPEX Fund, LLC.  And then Jamieson CAPEX,

23   LLC, directed that investment.

24             TRUSTEE WENCIL:  Okay.  But the debtor

25   could use the money to the investments it selected.



Case 24-30422   Doc 44-8   Filed 11/22/24   Entered 11/22/24 09:05:51   Desc Exhibit
Transcript Oct 24 Section 341   Page 52 of 69

Audio Transcription

October 24, 2024

Page 51

 1            JEREMY CARLSON:  Correct.

 2            TRUSTEE WENCIL:  Okay.

 3            JEREMY CARLSON:  Yep.

 4            TRUSTEE WENCIL:  Okay.  I'll get that list.

 5  Does the debtor have any need to maintain any

 6  insurance for theft or anything?

 7            JEREMY CARLSON:  For -- did you say for

 8  theft?

 9            TRUSTEE WENCIL:  Yeah.  Or insurance for

10  securities?  Is there insurance required for the

11  debtor?

12            JEREMY CARLSON:  No.  No.

13            TRUSTEE WENCIL:  Okay.

14            JEREMY CARLSON:  No.

15            TRUSTEE WENCIL:  And do you understand that

16  each month the debtor must file an operating report?

17            JEREMY CARLSON:  Yep.

18            TRUSTEE WENCIL:  And do you understand that

19  report comes due on the 21st day after the end of each

20  month?

21            JEREMY CARLSON:  Yes.

22            TRUSTEE WENCIL:  Okay.  And do you

23  understand the U.S. Trustee can move to dismiss or

24  convert the case if those reports are delinquent?

25            JEREMY CARLSON:  Yes.

888-893-3767          Lexitas operates in all 50 states and is licensed where required Nevada Registration #116F.
www.lexitaslegal.com                        California Firm Registration #179

LEXITAS

October 24, 2024

Page 52

1          TRUSTEE WENCIL:  Okay.  And then do you

2  understand that by filing a Subchapter 5 case, the

3  debtor -- excuse me -- is required to pay any fees for

4  the Subchapter 5 Trustee that are allowed by the

5  Court?

6          JEREMY CARLSON:  Yes.

7          TRUSTEE WENCIL:  And do you understand you

8  must cooperate with the Subchapter 5 Trustee?

9          JEREMY CARLSON:  Yeah.

10          TRUSTEE WENCIL:  Okay.  And then our

11  analyst that you met with, she gave you a list of

12  documents that she wanted.  I'm going to amend the

13  first one for bank statements.  I'd like to have all

14  the bank statements for 2024.

15          JEREMY CARLSON:  Okay.

16          TRUSTEE WENCIL:  And then also, her

17  outstanding information, and also the various

18  documents I requested here, today, and the amendments,

19  I'll try to put those together today or tomorrow to

20  send to your attorney.  Do you believe you can get

21  that to us by November 8th?

22          JEREMY CARLSON:  What you requested today?

23          TRUSTEE WENCIL:  Yes.  And what she

24  requested last --

25          JEREMY CARLSON:  If I can get what you --

888-893-3767
www.lexitaslegal.com
Lexitas operates in all 50 states and is licensed where required Nevada Registration #116F.
California Firm Registration #179

LEXITAS

Case 24-30422   Doc 44-8   Filed 11/22/24   Entered 11/22/24 09:05:51   Desc Exhibit
Transcript Oct 24 Section 341   Page 54 of 69

Audio Transcription

October 24, 2024

Page 53

1   yeah.  Well, I -- what she requested was already sent

2   to Christianna.  She should have copies of the front

3   and back or the bank statements and anything that

4   you've asked for today, yes, we will have -- I will

5   have to you by November 8th.

6            TRUSTEE WENCIL:  Okay.  We can tie that

7   together, yeah.  Because she sent a follow-up e-mail

8   requesting some other documentations and other things,

9   and then we can set that date, and at this time I'm

10  going to ask, Mr. Kapusta, do you have any questions

11  for the debtor?

12           MR. KAPUSTA:  No.  You were very thorough,

13  so I don't have any questions.

14           TRUSTEE WENCIL:  Thank you.  And Ms.

15  Thurman-Lang, are you going to have questions here

16  today?

17           MS. LANG:  Your Honor, I do -- or sorry,

18  Trustee.  (Inaudible) I do have some questions.  If

19  the meeting would be postponed, that would actually be

20  better for me because I have to leave for an

21  appointment shortly here.

22           TRUSTEE WENCIL:  Okay.  Is everyone okay --

23           MS. LANG:  Do you anticipate continuing it?

24           TRUSTEE WENCIL:  Yeah.  Does anyone have a

25  problem if we continue the meeting to finish up these



Case 24-30422  Doc 44-8  Filed 11/22/24  Entered 11/22/24 09:05:51  Desc Exhibit
Transcript Oct 24 Section 341  Page 55 of 69
Audio 2 Transcription
October 24, 2024

Page 54

1    questions?

2         MR. VERSTANDIG:  From the debtor's point of

3    view -- and I don't mean to sound like we're

4    bargaining.  We're amenable to keeping it open and

5    continuing, if we do that now, meaning amend -- I also

6    have something in a few minutes to be honest.

7         TRUSTEE WENCIL:  Okay.  No.  That's fine.

8    I was going to say, does Thursday, November 7th at

9    1:30 work for a -- to continue this to?

10        MS. LANG:  That works for me.

11        MR. VERSTANDIG:  (Inaudible) counsel.

12        MS. LANG:  Ms. Wencil.

13        TRUSTEE WENCIL:  Okay.  Mr. VerStandig, is

14   that date okay?

15        MR. VERSTANDIG:  Yeah.  That works for us.

16        TRUSTEE WENCIL:  Okay.  Mr. Kapusta.

17        MR. KAPUSTA:  Yes, that's fine.

18        TRUSTEE WENCIL:  And Mr. Carlson, the most

19   important person, and your attorney, of course.

20        JEREMY CARLSON:  Yes.  That's fine with me.

21        TRUSTEE WENCIL:  Okay.  Great.  We'll

22   reconvene, then, on November 7th, Thursday, at 1:30

23   p.m.  Thank you for coming here.

24        MR. VERSTANDIG:  Thank you.

25        JEREMY CARLSON:  Thank you.

888-893-3767          Lexitas operates in all 50 states and is licensed where required Nevada Registration #116F.
www.lexitaslegal.com                    California Firm Registration #179

LEXITAS

1   MR. KAPUSTA:  Thank you.

2   MR. VERSTANDIG:  Bye-bye.

3   MS. LANG:  Thank you.

4   (Audio ended.)

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

888-893-3767          Lexitas operates in all 50 states and is licensed where required Nevada Registration #116F.
www.lexitaslegal.com                              California Firm Registration #179

LEXITAS

Case 24-30422   Doc 44-8   Filed 11/22/24   Entered 11/22/24 09:05:51   Desc Exhibit
Transcript Oct 24 Section 341   Page 57 of 69
Audio Transcription
October 24, 2024

Page 56

1                    CERTIFICATE OF REPORTER

2

3          I, Melissa J. Eicken, Certified Court

4   Reporter of Missouri, Certified Shorthand Reporter of

5   Illinois and Registered Professional Reporter, do

6   hereby certify that I was asked to prepare a

7   transcript of proceedings had in the above-mentioned

8   case, which proceedings were held with no court

9   reporter present utilizing an open microphone system

10  of preserving the record.

11         I further certify that the foregoing pages

12  constitute a true and accurate reproduction of the

13  proceedings as transcribed by me to the best of my

14  ability and may include inaudible sections or

15  misidentified speakers of said open microphone

16  recording.

17                    _Melissa Eicken_

18

19          Melissa J. Eicken, CCR, CSR, RPR

20

21

22

23

24  Date: November 17, 2024

25



Audio Transcription                                        October 24, 2024   Index: $1..6

| $ | | | |
|---|---|---|---|

**$1** 28:19 29:10,13

**$100,000** 21:20 41:2,4

**$118,000** 44:15

**$150,000** 10:23 26:8

**$155,000** 48:3

**$180,000** 40:10

**$185,000** 45:12

**$2** 38:6,13

**$2.6-million** 35:13

**$20,000** 32:9

**$200,000** 14:19

**$215,000** 22:6

**$239,000** 17:4

**$267,000** 26:20

**$291,000** 24:25 25:14,18

**$296,000** 17:23

**$297,000** 21:10

**$300,000** 47:4

**$315,000** 34:13

**$337,000** 33:8

**$380,000** 16:17

**$39,000** 32:22

**$395,000** 11:25 12:5

**$400,000** 34:24

**$469,000** 11:16

**$490,000** 22:20

**$5,000** 31:19

**$500,000** 31:4 49:15

**$57,000** 27:16

**$579,000** 49:18

**$641,000** 20:1

**$7,500** 32:17

**$706,000** 46:2

**$768,000** 43:11

**$800,000** 8:1 35:14

**$83,000** 47:16

| 1 | | | |
|---|---|---|---|

**1.3** 18:23

**10** 15:11,12

**10,000** 10:13 12:23

**106** 36:15

**11** 2:3 7:11 10:23 16:6 26:13 30:1

**116** 32:2

**118,000** 44:20

**12** 15:1 16:5,6 37:10,21

**15** 11:24 12:24

**155,000** 48:9

**157** 40:9

**17** 56:24

**180** 40:22

**185,000** 45:24

**1:30** 2:6 54:9,22

| 2 | | | |
|---|---|---|---|

**2.1** 15:11

**2.2** 15:10,11

**2.4** 14:18,21

**20** 23:3,15 44:19 45:2

**200** 14:19 40:19

**2015** 5:9 47:18

**2016** 5:9

**2017** 43:18 46:15

**2018** 18:18 25:25 27:2 28:10,11,12 43:19 46:15

**2019** 18:20 25:25 26:1

**2020** 20:12,13 45:20,22 46:15

**2021** 20:12 23:3 27:2 41:11 44:19 45:22

**2022** 23:3 41:11 44:19 46:15

**2023** 5:16 33:3 34:24 35:8 48:16 49:1

**2024** 2:6 23:12,16 38:4 52:14 56:24

**21** 39:15

**21st** 51:19

**22** 39:15

**220** 40:11

**24** 30:5

**24-30422** 2:5

**24th** 2:5

**25** 45:2,4,5,6

**250,000** 22:13

**28,000** 32:6

**2865** 7:7

**296** 17:24 18:6 19:5

**297** 21:15

**297,000** 25:9

| 3 | | | |
|---|---|---|---|

**300,000** 18:6

**315** 34:21,23

**31st** 33:2

**32** 20:1 21:10

**320** 34:20

**32nd** 41:18

**337,000** 33:15

**341** 2:2

**380** 16:12

**39,000** 33:1

| 4 | | | |
|---|---|---|---|

**400** 34:16

**41** 20:7

**420** 33:22

**486,000** 27:21

**490,000** 23:7

| 5 | | | |
|---|---|---|---|

**5** 2:9,15 52:2,4,8

**5,000** 47:23

**500** 23:9

**500,000** 23:6 48:20

**542** 35:20 36:16

**56** 11:13 14:15

**56th** 13:25

**5th** 2:3 32:3 40:4

| 6 | | | |
|---|---|---|---|

**6** 49:20

888-893-3767
www.lexitaslegal.com

Lexitas operates in all 50 states and is licensed where required Nevada Registration #116F.
California Firm Registration #179



**60**  31:8

**630**  11:24 12:12
13:22

**641**  20:8

**641,000**  20:7

**65**  15:25

**69,000**  11:17

**691**  20:6

**6th**  28:12

---

**7**

**74**  28:17

**7th**  54:8,22

---

**8**

**822**  40:3

**850,000**  33:14

**8th**  52:21 53:5

---

**9**

**90**  10:24 11:16

**95**  12:23 15:24

**9th**  40:3

---

**A**

**ability**  36:9 38:7
41:7 56:14

**above-mentioned**
56:7

**access**  36:8,15

**accidentally**  43:9

**account**  10:11,17,
18,19 23:18

**accounts**  10:23,24
26:13

**accumulated**
47:19

**accuracy**  4:13

**accurate**  4:17
19:18 56:12

**accurately**  4:3

**accusations**
37:13,21

**acting**  6:12

**action**  9:4 11:20
28:21 29:18,20
30:11 35:15,18,21
36:19 44:2 47:13

**actual**  6:7 28:23
32:4

**add**  19:14

**addition**  13:12

**additional**  14:4
15:3 18:7 24:13
26:14 31:8 50:8

**address**  7:6,8 40:3

**adjacent**  21:13

**administrative**
9:4,8 11:20 44:2
47:13

**adversaries**  29:25

**advisory**  37:6

**affairs**  10:22 24:22

**agreement**  31:9
37:9 38:4

**ahead**  21:2,3
43:22,23

**ahold**  9:2

**algorithms**  24:14,
15

**alleges**  36:24

**allowed**  52:4

**Amber**  3:15 39:8

**amenable**  54:4

**amend**  19:12
26:17 52:12 54:5

**amendments**
52:18

**amount**  12:9,10
16:11 20:5 23:5
26:21 41:5 44:21
45:24

**AMS**  26:17,19,23,
25 27:3,10,12

**analyst**  52:11

**anticipate**  14:9
53:23

**apartments**  15:25

**appeal**  29:12

**appearance**  3:14

**appearances**  3:9

**appearing**  2:7,15
3:11

**appellate**  29:18

**appointment**
53:21

**appropriately**  37:1

**approved**  37:2

**approximately**
15:8,9 17:9 40:9

**area**  11:13 12:22

**arm's**  29:9

**Aspen**  31:19,22

**Aspire**  39:19,20

**asset**  25:11,12

**assets**  4:20 27:10

**association**  27:12

**attached**  29:10

**attorney**  2:8 10:2
38:20 52:20 54:19

**attorneys**  20:24

**audio**  55:4

**authority**  29:14

**authorizing**  39:4,5

**Avenue**  41:18

**aware**  4:10,12
44:12

---

**B**

**back**  5:17 8:6,15
23:22,25 35:12
40:18 46:13 49:9
53:3

**Bakken**  46:9

**balance**  25:11
32:21 33:1,17,19

**bank**  10:11,17
13:7 15:5,8,21
23:18 28:19 29:2,
6 30:21 38:15
39:22 42:2,7,11,
16,19 43:4,5,6
52:13,14 53:3

**bankruptcy**  2:4
21:7 29:20,22
36:12,14

**bargaining**  54:4

**based**  16:19

**basically**  13:6

**Beach**  34:13
41:15,17,23

**beginning**  5:9
23:16

**behalf**  2:20

**bid**  30:7 31:2,5,7

**Bismarck**  11:5

888-893-3767
www.lexitalegal.com

Lexitas operates in all 50 states and is licensed where required Nevada Registration #116F.
California Firm Registration #179



12:4 15:16 32:3,5,
7,8

**Bitcoin** 24:14,15

**Biz** 32:3,4

**bona** 29:8

**books** 47:21,22
48:10

**borrowed** 8:12
11:18 23:20,21
25:3,4 26:22 41:6
48:17 49:8,21

**borrower** 8:5,10,
14 11:6,9,20

**borrowers** 8:20

**bought** 40:19

**Brad** 41:1 47:6

**Brian** 5:22 48:25

**Brower** 43:10

**Browers** 43:10

**building** 6:7,17
16:24 17:2 18:7
19:9 21:13,14,23
29:3,8 36:6 42:3,4

**built** 22:10,11

**business** 6:2 7:17
39:19 41:14
42:10,15 45:12,14
48:4,15

**button** 2:16

**Bye-bye** 55:2

**C**

**C-A-R-L-S-O-N**
3:4

**call** 15:17,19,24

**called** 7:14 11:12

**cannabis** 45:16

**Cap** 45:1

**CAPEX** 2:4 7:15,
22,23 8:1,12,16
22:24 23:21 25:3
31:15 39:23 41:7
45:5 47:9 50:22

**CAPEX's** 37:8

**capital** 7:14,18,24
13:1 33:11 34:1,
15 36:20,25 37:4,
7,11 38:1,24 41:7,
12,14,24 44:4,7,8,
11 47:8

**Carlson** 2:24 3:2,
5,7,15,17,19,23
4:4,7,10,15,18,21,
25 5:5,8,12,13,15,
22,25 6:3,8,14,24
7:3,9,12 8:4,11,
19,24 9:3,12,15,
18,21,24 10:2,6,9,
12,19 11:1,10,17
12:2,8,14,17,20
13:6,13,18,23
14:1,11,16,22
15:9,15 16:4,8,11,
16,23 17:7,10,13,
16,20,24 18:3,12,
15,18,20,24 19:3,
7,13,15 20:3,8,12,
16,19 21:2,12,17,
21 22:1,4,8,11,15,
18,21,24 23:3,6,8,
15,19 24:2,4,9,12,
18 25:1,5,9,13,15,
19,22,25 26:4,9,
15,22 27:1,4,7,9,
14,17,23 28:3,9,
15 30:5,9,16 31:3,
13,15,21 32:1,5,7,
11,15,18,25 33:4,
10,17,22,25 34:4,
7,10,14,23 35:3,6,
11 36:20,21 37:3,
19 38:3,20,25
39:6,8,10,13,15,

17,21 40:1,9,13,
16,21,25 41:3,17
42:4,6,8,12,18,23,
25 43:3,12,18,22,
25 44:6,8,13,16,
19,22,25 45:10,
13,16,20,22,25
46:4,7,12,19 47:1,
5,17,22 48:5,16,
20,23 49:4,7,12,
16,20,25 50:6,10,
13,17,19 51:1,3,7,
12,14,17,21,25
52:6,9,15,22,25
54:18,20,25

**case** 2:3,4 4:6
10:16 29:22 30:1
51:24 52:2 56:8

**cash** 14:4 15:3,19
20:25

**Cathcart** 2:20

**CCR** 56:19

**cents** 45:4,5,6

**certificate** 4:13
56:1

**Certified** 56:3,4

**certify** 56:6,11

**changed** 37:11

**Chapter** 2:3 7:11
30:1

**Cheyenne** 20:1
21:4,9,20,21,22

**choice** 47:10

**Christianna** 2:20
53:2

**claim** 28:18,19
31:18 35:13,20
37:12,16

**classified** 19:21

**cleaned** 48:12

**close** 16:5 30:22
31:23 32:11 47:23

**closed** 29:11
32:19

**collectable** 26:3
27:6 28:14

**commercial** 6:17
12:24 16:1

**commercially**
38:9,11,12

**common** 15:5

**Commons** 11:10,
11,12,14 13:24
14:15 15:14 26:7

**companies** 7:4

**company** 18:5
27:4 43:13,14
49:3

**complaint** 35:23

**completed** 12:12
20:15,16

**confirms** 28:22

**confiscate** 36:5

**considered** 25:10

**constitute** 56:12

**construction** 6:9

**continue** 7:24
53:25 54:9

**continued** 30:23

**continuing** 35:22
53:23 54:5

**contractor** 6:13

**contractors** 20:24

**contribution** 17:5

**converse** 47:9

**convert** 41:8
47:10 51:24

888-893-3767
www.lexitaslegal.com

Lexitas operates in all 50 states and is licensed where required Nevada Registration #116F.
California Firm Registration #179



**converted** 19:20

**convertible** 19:20

**converting** 41:9

**conveyance** 35:24

**cooperate** 52:8

**copies** 9:22 10:1
53:2

**correct** 4:18 7:9
9:18,21 12:9 17:7,
25 18:24 20:5
22:15 23:9 25:5,
16,19,22 33:19
34:3 36:21,22,23
37:25 42:6 45:10,
13,25 51:1

**correctly** 23:16

**counsel** 30:18
54:11

**Country** 10:18

**couple** 14:23
32:20

**court** 36:12 39:4
52:5 56:3,8

**Courts** 35:1 42:12
43:7

**cousin** 39:10

**cover** 20:20

**covering** 14:5
15:21

**created** 7:18 24:13

**credit** 33:11,12
34:1,15 41:5,12,
14,24

**creditor** 31:14
39:8,18

**creditors** 3:14
39:2,3

**credits** 47:7

**CSR** 56:19

**current** 15:1,21
47:11

**cushion** 36:8

---

**D**

**Dakota** 2:3 5:10
7:8,16,25 8:3,6
11:5 12:4 15:16
20:4 26:10,12
29:17 31:18 32:4,
7 35:13,16 36:19,
24 45:17 46:9
47:13

**damages** 36:4

**date** 28:10 53:9
54:14 56:24

**day** 51:19

**days** 10:24 11:16
31:8 33:12

**DC** 23:20,24
24:10,17 31:1
45:5 49:14

**deal** 32:11,18
47:23

**debt** 14:6 17:24
18:9,11 25:2
29:10 36:10
46:19,20 47:11
48:17 49:21

**debted** 18:6

**debtor** 2:18,20,22
3:6,25 4:20,23
5:6,14 6:5,7,20,21
7:10 9:11,16,20
10:4,7,11,16 12:7,
16 13:12 14:20
16:9 18:17,22
22:2 24:1 25:4,7,
8,17 26:3,8,20
27:13 28:1,7 29:4,

7,11,13 30:7,25
31:10,12 33:21
36:1,9 39:2,12
41:2 44:10 45:19
46:11 49:10,18
50:5,16,24 51:5,
11,16 52:3 53:11

**debtor's** 6:2 7:1
10:15 17:5 21:16
22:14 40:15,16
41:14 42:10 54:2

**debtors** 21:7 24:1

**December** 33:2

**decided** 41:9

**declared** 29:6

**default** 29:7

**defect** 20:22

**deficiency** 33:24,
25 34:4,11,19
35:10 40:24,25
41:19,25

**delay** 30:21 31:7

**delinquent** 51:24

**department** 7:16,
19 8:5

**depend** 7:2

**depends** 7:3

**deposit** 29:9

**deprived** 36:9

**develop** 14:13

**developed** 6:23
14:25 16:24

**development** 6:4,
16,22 11:4 12:3
14:2 15:15 16:22,
25 17:1 20:4 24:4
27:5,18

**developments** 6:6
46:21

**directed** 11:6
50:16,20,23

**directing** 8:21

**directive** 8:23,25

**directly** 23:22,24
26:23 50:20,21

**disability** 4:2

**disappear** 38:14,
18

**disclosed** 24:21

**discussed** 32:24
50:3

**dismiss** 51:23

**distributed** 45:9

**distribution** 20:23
22:3

**distributions** 13:1
14:5 17:17 22:17

**District** 2:3

**documentation**
9:5

**documentations**
53:8

**documents** 4:14
33:7 52:12,18

**dollar** 16:11 20:5
45:3

**dollars** 14:24 18:8,
14,17 19:1,8 38:2

**double** 33:12

**downtown** 19:10

**due** 8:13 9:7 11:5,
19 51:19

**duplication** 26:12,
15

888-893-3767
www.lexitaslegal.com

Lexitas operates in all 50 states and is licensed where required Nevada Registration #116F.
California Firm Registration #179



## E

**e-mail** 53:7

**easier** 28:20

**East** 20:1

**efforts** 38:9,17

**Eicken** 56:3,19

**eight-month** 5:18

**elicit** 36:4

**employees** 10:5,8

**end** 5:9 7:10
23:11,15 35:7
38:4 51:19

**ended** 55:4

**engaged** 6:21

**Enterprise** 17:2

**entities** 8:12 9:20
11:24 13:10,14,
16,21 45:9 46:25
47:2

**entitled** 35:25 36:2

**entity** 6:25 7:2,12,
13,14 11:4 12:12,
21 13:11 18:14
24:3,5,11 25:2,3
29:5 37:10 44:15,
16,23 46:3,5,6,7
50:1

**epic** 21:7

**equity** 14:12 16:19
36:7 41:8,10
47:10 50:7

**escrow** 31:19,22
32:2,10,17,19

**estate** 6:3 27:5
32:16 46:20

**excuse** 24:2 52:3

**execute** 31:8

## F

**existing** 6:6

**expenses** 13:8,9
14:6 15:5,22
20:20

**explain** 28:21
33:25 35:15 37:4

**extent** 19:18

## F

**fall** 43:18

**false** 5:2

**familiar** 4:5

**Fargo** 7:7 19:10
20:4 21:23 22:9
33:8 40:2,4 41:18,
19

**February** 28:12
30:5,17

**fees** 52:3

**feet** 12:23

**fide** 29:8

**Field** 46:9

**file** 29:22 51:16

**filed** 36:11,15

**filing** 52:2

**financial** 7:14,18
10:22 24:22
36:20,25 37:5,7,
11,14 38:2,24
44:7,9,12

**financials** 23:12

**find** 2:15 38:11

**finding** 37:22

**fine** 28:24 38:5,7,
13,18 54:7,17,20

**finish** 43:24 53:25

**firm** 37:6

## F

**flow** 14:4 15:3

**follow-up** 53:7

**forced** 41:20

**foreclose** 29:7

**foreclosed** 33:10
34:1 35:3,5 40:5
41:23

**foreclosure** 29:16
30:3,8,23 31:7
34:15 36:10 40:6,
8 41:15,20,21
42:3

**foreclosures** 50:3,
4

**foregoing** 56:11

**Forks** 29:3,4

**form** 36:5

**forward** 26:6
30:14

**founder** 24:18
48:5

**founder/creator**
50:1

**founding** 48:6

**frame** 5:18 7:18
27:2 38:11

**fraudulent** 35:24

**Fred** 43:10

**front** 16:13 53:2

**full** 23:11 29:12

**fund** 2:4 3:12 7:24
8:1,13,16 24:13,
25 25:7,18,20,24
44:15,24,25 45:2,
3,4,7 46:2,24 47:9
48:18 49:18,24
50:22

**funds** 8:8 11:6
31:25 36:8 37:8

38:23 44:25
46:18,20 47:8,25
49:6,8

**future** 15:20

## G

**gain** 36:15

**gave** 9:5 38:5
52:11

**general** 6:12

**generally** 50:15

**generate** 12:15
20:18,19

**generated** 35:10

**give** 38:12

**God** 35:7

**gotcha** 34:11

**grand** 23:10 29:3,
4 34:16

**Great** 54:21

**Greenfield** 11:10,
11,12,14 15:13
26:7

**group** 14:1 22:8

**guess** 11:23 30:7
35:13 36:25 37:25
41:14

**guessing** 11:2

## H

**half** 33:13

**hand** 3:17,19

**happened** 32:22
33:9 34:18 48:24
49:6,8

**Harbor** 35:1 42:12
43:7



**held** 2:5,6 11:2
29:2 35:21 39:22
56:8

**hiatus** 34:25

**Hold** 28:9

**holders** 50:8

**holding** 7:25 18:5
21:19 26:19 27:4,
12

**holdings** 19:5,15
26:23,25 27:3,10

**homes** 14:1,3 15:2
22:6,9

**honest** 54:6

**Honor** 53:17

**hundred** 14:23
15:22 20:16 22:12

**I**

**identified** 10:17

**identify** 6:14

**Illinois** 56:5

**immunity** 36:16

**important** 54:19

**impose** 37:25

**inaudible** 21:1
24:23 26:18
28:21,22,23 29:8
30:10,19 35:22
36:3 37:8,20 40:3
53:18 54:11 56:14

**include** 13:16
56:14

**including** 9:6 36:6

**income** 12:15
20:18,19 24:25
25:7,18,24 45:7
49:17,24

**independent** 37:8

**information** 5:3
52:17

**inside** 24:22

**insolvent** 36:1

**institution** 38:16

**insurance** 51:6,9,
10

**intend** 29:19

**interest** 11:25
13:11,17 24:8,17
29:9 32:22 33:1
37:1 43:15 44:1
46:8 48:3

**interested** 30:22

**interference** 29:16

**intermediary** 29:5

**International**
28:18 29:2,6
30:20 42:2 43:4

**interrupt** 30:15

**invest** 6:6 49:21

**invested** 6:10
12:3,6 13:22
14:17,20 25:8
41:3 50:21

**investigation** 7:19
8:7,14

**investing** 24:14

**investment** 6:12
7:15 12:9,10 18:7
19:19 20:9,11
21:14,16,22 22:14
24:13 27:13 28:5,
8 33:18 37:5
38:10 41:6 43:13
45:2 47:6 48:3,7
49:2,13 50:23

**investments** 6:3
7:20 9:6 18:4 41:4

46:8 47:7 48:8,14
50:9,15,25

**investor** 12:4
15:16 37:6 50:21

**investors** 13:2,16
21:6 37:6 38:10,
13

**involved** 23:23
41:22

**IRA** 7:17

**issue** 8:17

**J**

**J-E-R-E-M-Y** 3:3

**James** 7:17

**Jamieson** 2:4 3:9,
12 7:14,15,22 8:1,
16 22:24 23:21
25:3 31:15 36:20,
24 37:4,7,8,11
38:1,24 41:6,7
44:4,5,8,11,14,24
45:1,3,4,6,11
46:1,23,24 47:8,9
50:22

**January** 28:11
38:4

**Jeff** 47:3

**Jeremy** 2:24 3:2,7,
19,23 4:4,7,10,15,
18,21,25 5:5,8,12,
15,22,25 6:3,8,14,
24 7:3,9,12 8:4,
11,19,24 9:3,12,
15,18,21,24 10:2,
6,9,12,19 11:1,10,
17 12:2,8,14,17,
20 13:6,13,18,23
14:1,11,16,22
15:9,15 16:4,8,11,
16,23 17:7,10,13,
16,20,24 18:3,12,

15,18,20,24 19:3,
7,13,15 20:3,8,12,
16,19 21:2,12,17,
21 22:1,4,8,11,15,
18,21,24 23:3,6,8,
15,19 24:2,4,9,12,
18 25:1,5,9,13,15,
19,22,25 26:4,9,
15,22 27:1,4,7,9,
14,17,23 28:3,9,
15,21 30:4,5,9,14,
16 31:3,13,15,21
32:1,5,7,11,15,18,
25 33:4,10,17,22,
25 34:4,7,10,14,
23 35:3,6,11 37:3,
19 38:3,20,25
39:6,10,13,15,17,
21 40:1,9,13,16,
21,25 41:3,17
42:4,6,8,12,18,23,
25 43:3,12,18,22,
25 44:6,8,13,16,
19,22,25 45:10,
13,16,20,22,25
46:4,7,12,19 47:1,
5,17,22 48:5,16,
20,23 49:4,7,12,
16,20,25 50:6,10,
13,17,19 51:1,3,7,
12,14,17,21,25
52:6,9,15,22,25
54:20,25

**JMCO** 27:15,18

**Johnson** 47:3,9

**joint** 21:12

**jump** 26:6 31:19

**K**

**K-O-U-N-O-Z-S-K-
Y** 5:25

**Kapusta** 2:11,14,
17 53:10,12
54:16,17 55:1



**Karen** 43:10

**Katrina** 3:11

**keeping** 54:4

**kind** 6:13 44:23
45:14 46:5

**knowledge** 4:17,
20,23 5:2

**Kounozsky** 5:22,
24 30:20 48:25

---

**L**

**label** 32:23

**lack** 36:8

**land** 6:16 14:2
33:8,9,10,16
41:18,19

**Lane** 7:7

**Lang** 3:11 53:17,
23 54:10,12 55:3

**language** 38:14

**lawsuit** 20:22

**lease** 16:24 17:2

**leave** 53:20

**legacy** 44:15,24
45:2,3,4

**legal** 28:22

**lender** 9:11,17

**lenders** 38:12

**lending** 38:16

**length** 29:9

**lent** 25:24 26:24
27:17

**level** 29:19

**liabilities** 4:23

**liability** 20:20
25:10

**Liberty** 16:21,25

**licensed** 37:2

**lien** 29:2

**Lilac** 7:7

**list** 19:22,25 50:8
51:4 52:11

**listed** 4:20,24
11:24,25 17:5,23
19:2,24 20:1
21:10,19,20 22:6
25:12 26:13,20
28:18 39:19,20
41:13 42:9,17
43:10,21 44:4
46:2,23,24 48:15
49:15

**LL** 18:3

**LLC** 2:4 3:12 5:7,
11 11:19,25
13:22,25 15:14
16:22 17:23 18:2
19:2,5,8,9 20:1
21:10,19 22:6
26:19 27:16,21
35:2 46:24 50:22,
23

**LLCS** 19:4

**loan** 11:18,19
19:19 23:5 27:23
28:2 29:6,12
39:12 41:2,8,9
43:11,13,14,16
44:17 45:12,19
46:10 47:14,15,
16,17,19

**loaned** 47:8

**loans** 44:11 47:14

**lost** 36:5

---

**M**

**Mac** 21:3 28:25

35:14

**Macy's** 29:2,3
36:6 42:3,4 43:4

**made** 9:6 11:18
17:17 21:14 22:16
23:2 27:24 28:5
29:13 37:15 43:17
44:18 45:19 46:7,
11,12 47:6,11
48:7 50:9,20

**main** 11:24 12:12,
22 13:22 41:4,6
47:6 48:2,8

**maintain** 51:5

**majority** 15:22

**make** 3:14 13:1
14:5 19:17 20:23
28:2,7 31:2,5,6
39:11 47:16,17,25

**making** 12:25
13:3,7

**manage** 7:4

**managed** 14:3,6
15:2 37:7

**management** 6:22
7:1,4 15:2 27:21
37:9

**market** 31:23

**marketed** 29:7

**Maurice** 2:19

**meaning** 29:11
36:10 54:5

**means** 32:5

**medical** 45:12,16

**medication** 4:2

**meeting** 2:2,5,6
53:19,25

**Melissa** 56:3,19

**member** 24:19
48:6 50:9

**met** 52:11

**microphone** 56:9,
15

**middle** 5:16

**middleman** 23:24

**midst** 20:21

**Mike** 48:12

**million** 14:18,21
15:10 16:6 18:8,
14,17,23 19:1,8
28:19 29:10,13
38:2,6,13

**mineral** 27:5,18
32:22 33:1

**minority** 16:5 17:1

**minutes** 54:6

**misidentified**
56:15

**mislisted** 19:4

**misrepresented**
5:2

**Missouri** 56:4

**mixed** 6:16 12:2
15:15 19:9 20:3,9
21:13,23

**MJM** 48:14 49:2

**money** 7:23 8:6,
12,15 9:20 10:10
11:2,21 13:4,7
23:18,21 25:2,3,4,
7,21,23 26:22
27:17,24 29:9
30:25 31:5,6,22
32:13,15 35:25
36:2,5 41:2,5 45:8
47:24 49:9,11
50:25

888-893-3767
www.lexitaslegal.com

Lexitas operates in all 50 states and is licensed where required Nevada Registration #116F.
California Firm Registration #179

LEXITAS

Case 24-30422    Doc 44-8    Filed 11/22/24    Entered 11/22/24 09:05:51    Desc Exhibit
Transcript Oct 24 Section 341 - page 65 of 69

Audio Transcript of October 24, 2024                    Index: money's..place

**money's** 26:3

**monies** 35:20

**month** 51:16,20

**monthly** 44:2

**months** 5:17
37:10,21

**mortgage** 13:8
15:6,8,21 17:12,
19 20:20 31:11
33:12,19 34:8,19
39:21,22 40:8,17,
21

**mortgagee** 31:11

**move** 51:23

**multiple** 7:4,20
8:11 9:19 46:14

**mute** 2:12,15

**N**

**national** 42:24

**Natural** 3:9,12
45:6 46:1,23,24

**nature** 6:1

**necessarily** 36:3

**needed** 31:7 47:24

**net** 16:23 17:2

**night** 15:18,24

**non-affiliated** 24:5

**non-associated**
24:6

**non-conversion**
41:10

**non-related** 24:6

**nonrefundable**
32:19

**normal** 13:8

**North** 2:3 5:10 7:7,
16,25 8:3,6 11:5
12:4 15:16 20:4
26:9,11 29:17
31:18 32:3,4,7
33:8 35:13,15
36:18,24 40:2,4
41:18 45:17 46:9
47:13

**note** 11:3,5,19
22:21,22 23:1,10
28:4 46:14

**noted** 23:10

**notes** 7:22 8:3,13,
22 9:2,7,10,14,15,
23 26:6

**Nova** 23:20,24,25
24:10,17 31:1
45:5 49:14

**November** 52:21
53:5 54:8,22
56:24

**NSOP** 22:19,25
23:22,24,25 24:3

**number** 2:4 10:22
26:13 28:17

**numbers** 15:23

**O**

**occasioned** 36:4

**occupancy** 15:25
16:1

**occupied** 12:23,24
20:17 21:25 22:12

**October** 2:5

**offer** 29:9

**offerings** 36:25

**offhand** 15:1

**office** 10:1 50:12

**Oil** 46:9

**omitted** 5:2

**one's** 42:19

**open** 54:4 56:9,15

**operate** 7:25

**operates** 12:21

**operating** 13:8
14:6 15:22 20:20
51:16

**operator** 48:8 50:1

**order** 8:18,21,23
39:4

**original** 12:8,9
23:5 38:10 44:21,
22 45:24

**originally** 23:9
33:21

**outright** 29:4

**outstanding** 44:11
52:17

**oversee** 6:7,9,10

**overseeing** 13:5

**owe** 25:7 26:20

**owed** 9:20 26:7

**owes** 25:21 49:18

**owned** 29:4 39:23

**P**

**p.m.** 2:6 54:23

**pages** 56:11

**paid** 23:4,6,11,13,
18,19,22,24,25
28:4,6 38:8 47:24
48:16,22 49:9

**Paramount** 11:18
27:20,24

**part** 19:24 29:25
31:1 38:3

**parties** 8:22 29:8

**partners** 11:24
12:12 13:22 16:25

**party** 14:7 24:5

**passive** 12:3
15:16

**past** 50:4

**pay** 8:5,15 13:7
23:24 33:21 52:3

**paydown** 14:12

**payment** 39:4 48:1

**payments** 12:25
13:4 39:5 44:1
47:12

**Pebble** 34:13
41:15,17,22

**penalty** 4:14

**percent** 12:23,24
15:12,23,24,25
20:17 22:12 45:2
49:20

**period** 7:20

**perjury** 4:14

**person** 30:13
54:19

**personal** 7:8

**personally** 27:11

**petition** 7:7

**phonetic** 27:16

**piece** 18:9

**pieces** 6:15

**Pioneer** 17:22,25
18:1,3,4,15 19:1,
2,5,8,9,25

**place** 17:22,25
18:1,3,5,15 19:1,

888-893-3767
www.lexitaslegal.com

Lexitas operates in all 50 states and is licensed where required Nevada Registration #116F.
California Firm Registration #179



Case 24-30422    Doc 44-8    Filed 11/22/24    Entered 11/22/24 09:05:51    Desc Exhibit
Transcript Oct 24 Section 341    Page 66 of 69

Audio Transcription                                                                October 24, 2024 Index: plan..reports

2,5,8,9,25 21:20,
21 30:3 31:9
46:20

**plan** 29:21 39:4

**Plaza** 21:22

**point** 37:15 38:23
54:2

**pointing** 21:5

**pool** 47:7

**position** 3:6

**possession** 10:17
41:24

**possibly** 27:7,8
35:18

**postponed** 53:19

**potential** 15:19
38:5

**pre-capital** 20:23

**prepare** 56:6

**prepared** 29:7

**present** 43:15
56:9

**Presently** 10:10

**preserving** 56:10

**president** 3:7
5:14,15,19,21
34:17,25 35:6
48:24,25

**prevents** 4:2

**previous** 9:4
42:19,20,25

**price** 40:15,17

**principal** 14:12

**prior** 41:21 43:18

**problem** 53:25

**proceed** 29:16
38:8

**proceedings**
43:14 56:7,8,13

**process** 47:5

**Professional** 56:5

**profit** 29:13

**project** 6:9 12:1
13:25 15:14 16:3,
8,10,22 17:23
20:2,9,14 22:7

**projects** 6:7,10,22
7:1 36:7 46:21
49:13,22 50:16

**promissory** 7:21
8:3,13,22 9:2,6,7,
10,14,15,23 11:3,
5,19 22:22 28:3
46:14

**proper** 37:17

**properly** 19:21

**properties** 7:5
11:18 15:4 21:5,8
27:24 39:23

**property** 6:15,21
7:1 12:19 14:24,
25 15:1,17,18,20
16:19 17:9,12
18:11 27:20 31:22
33:21 34:1 36:5
39:24 40:4,8,19
41:25 42:13 43:7

**prospective** 6:15

**provide** 9:25 33:7
50:11

**provision** 36:17

**public** 36:25

**purchase** 31:9
40:15,16

**purely** 28:22

**purpose** 8:12 11:4
12:21

**put** 11:3 14:22
15:12 16:9,17
17:25 18:17,22
25:17 31:21 34:14
40:5 47:24 52:19

**Q**

**quarter** 35:8

**Quast** 48:12

**question** 13:13
30:4 42:25

**questions** 53:10,
13,15,18 54:1

**quote/unquote**
19:19 21:7

**R**

**raise** 3:17

**raised** 25:2

**ran** 48:8

**raw** 6:16 14:2

**reached** 29:18
30:17,19,20

**real** 6:3 27:5 32:16
46:20

**reason** 30:7,24

**reasonable** 36:3
38:9,12,17

**reasons** 36:14

**recall** 17:20,21

**receivable** 10:25
19:21,22 26:6
27:16,21

**receivables** 10:23
19:24 26:13

**received** 22:2 41:4
47:7

**receiving** 44:1

**recently** 5:17

**reconvene** 54:22

**record** 2:2 56:10

**recording** 56:16

**recoverable** 27:19

**Red** 15:2

**referencing** 16:13
18:8

**reflected** 23:8,11

**regarded** 29:15

**registered** 37:5,12
56:5

**registration** 37:17

**relate** 13:14 42:2

**related** 7:14 44:15,
16 45:12 46:3

**relationship** 49:3,
24,25

**relative** 13:16 39:8

**relatives** 13:11,21

**release** 8:8

**remember** 14:25
23:16 40:2,18

**Rent-a-car** 17:2

**repaid** 38:23 49:15

**repay** 38:2,9,13
39:3

**repayment** 41:8

**repeat** 32:25

**repeated** 43:9

**repeating** 43:2

**report** 51:16,19

**reporter** 56:1,4,5,9

**reports** 51:24



**representatives**
4:1

**representing** 2:8,
18,22

**reproduction**
56:12

**requested** 52:18,
22,24 53:1

**requesting** 53:8

**required** 51:10
52:3

**residential** 6:17
12:22

**resources** 3:10,12
36:8 45:6 46:2,24

**retire** 36:9

**retired** 29:12

**return** 7:21

**revenue** 13:1

**review** 4:9 7:13,15
9:8 37:10

**risen** 3:19

**River** 15:2

**road** 37:21

**rock** 37:22

**roof** 20:22

**RPR** 56:19

___

**S**

**sale** 12:19 30:8

**sales** 37:1

**Sarah** 2:8

**schedule** 19:12
46:13

**scheduled** 26:7

**schedules** 4:6,17

5:3

**Section** 2:2 36:15

**sections** 56:14

**Secure** 24:25
25:6,18,24 45:7
49:17,24

**securities** 7:16 8:4
51:10

**security** 7:19 50:8

**selected** 50:25

**sell** 34:16

**send** 11:6,21
52:20

**separate** 19:4 25:1

**service** 29:11

**servicing** 14:5

**set** 5:7 53:9

**settlement** 38:1,4

**shareholder** 16:5
17:1

**sheet** 16:12,13
17:6 25:11 32:21
33:1

**short** 37:20 47:23

**Shorthand** 56:4

**shortly** 53:21

**show** 38:17

**SHP** 21:19

**signatory** 31:11

**signed** 4:13

**significant** 29:25

**simplest** 35:19

**single** 8:11 11:4
12:21

**sitting** 27:25 28:15

**skip** 31:18

**skipped** 23:23

**small** 24:19

**sold** 33:11 34:18,
23 40:5,10 41:20,
21 46:8

**sole** 31:11

**solicited** 36:25

**sound** 54:3

**south** 21:10,13
22:9

**sovereign** 36:16

**space** 6:17,18
12:24

**speakers** 56:15

**specific** 7:2 50:16

**spell** 2:25 3:3 5:23

**split** 29:14

**spread** 36:19

**square** 12:23

**start** 3:9

**state** 2:23 7:16,21,
23,25 8:4,6,7,15,
17 9:5 11:3,6,7,21
23:23 26:9 27:25
28:4,15 35:24
36:2 37:11 38:8,
21 45:17 47:13

**state's** 36:4 44:2

**statement** 10:22
24:21 43:24

**statements** 4:6,17
5:4 10:13 52:13,
14 53:3

**states** 29:14,15,17

**status** 12:18 32:9,
17

**Street** 32:3 40:3,4
41:4,6 47:7 48:2,8

**Subchapter** 2:2,9,
14 52:2,4,8

**subject** 4:2 35:22

**substance** 4:1

**subtitled** 21:19

**Sunderland** 41:1
47:6

**support** 15:4

**supported** 7:15

**supposed** 7:22

**swear** 3:20

**swearing** 4:13

**system** 56:9

___

**T**

**talk** 11:23

**talked** 30:25 36:6
41:15

**talking** 34:5

**tax** 41:4 47:7

**telephone** 3:25

**telephonically** 2:7

**Ten** 23:9

**tenant** 17:3

**test** 29:19

**testify** 2:22

**testifying** 4:3

**that'll** 29:23

**theft** 51:6,8

**theory** 35:24

**thing** 32:18 50:3

**things** 32:21 33:7
53:8

**third-party** 7:4
14:3

888-893-3767
www.lexitalegal.com
Lexitas operates in all 50 states and is licensed where required Nevada Registration #116F.
California Firm Registration #179


**thoughts** 37:22

**thousand** 14:23

**three-year** 27:1

**Thurman-lang** 53:15

**Thursday** 54:8,22

**tie** 53:6

**tied** 48:11,12

**time** 4:9 5:18,21 7:18 11:13 12:13 13:18 14:12 27:2 30:18 31:4 34:17 35:7,25 36:1 37:15 38:11 44:2 47:25 48:25 49:13 53:9

**today** 2:18,22 3:9, 14,22 4:3 39:9 50:3 52:18,19,22 53:4,16

**told** 8:14 11:20

**Tom** 2:11,14

**tomorrow** 52:19

**tortious** 29:15

**total** 14:15,16,23 16:3,8 17:9 18:23

**town** 10:18 14:1,2 15:1 22:6,8

**townhome** 6:18 40:2

**Townhomes** 35:1

**trading** 24:14

**transaction** 24:21 34:18 41:23 48:12,24

**transactions** 10:15 37:14

**transcribed** 56:13

**transcript** 56:7

**transferred** 8:3

**transparently** 36:14

**Trial** 2:8

**Triangle** 22:6

**triple** 16:23 17:2

**troubling** 37:15

**true** 56:12

**Trust** 28:19 29:2,6 30:21 32:17 42:2, 16

**trustee** 2:1,7,9,10, 12,15,17,21,25 3:5,8,13,16,20,24 4:5,8,12,16,19,22 5:1,6,10,13,20,23 6:1,5,11,20,25 7:6,10 8:2,9,17,21 9:1,9,13,16,19,22, 25 10:4,7,10,14, 21 11:8,15,22 12:5,11,15,18 13:3,10,15,20,24 14:8,14,20 15:7, 13 16:2,7,9,15,21 17:4,8,11,14,18, 22 18:1,10,13,16, 19,22,25 19:6,11, 14,23 20:7,10,14, 18 21:9,15,18,24 22:2,5,10,13,16, 19,23 23:1,4,7,13, 17,25 24:3,7,10, 16,20,24 25:4,6, 12,14,17,20,23 26:2,5,11,16,19, 24 27:3,6,8,11,15, 20 28:1,7,13,16, 24 29:21 30:2,6, 12,24 31:10,14, 17,24 32:2,6,8,13, 16,20 33:2,6,15,

20,23 34:3,6,9,12, 21 35:1,4,9,12 36:11,18,23 37:18,24 38:19,22 39:1,7,11,14,16, 18,24 40:7,12,14, 20,23 41:1,12 42:1,5,7,9,14,22, 24 43:2,8,16,20, 23 44:3,7,10,14, 17,20,23 45:8,11, 14,18,21,23 46:1, 5,10,17,22 47:3, 15,20 48:2,14,19, 21 49:2,5,10,14, 17,23 50:2,7,11, 14,18,24 51:2,4,9, 13,15,18,22,23 52:1,4,7,8,10,16, 23 53:6,14,18,22, 24 54:7,13,16,18, 21

**truth** 3:21

**turn** 8:22

**turned** 38:15

**turning** 37:22

**turnover** 35:20 36:17

**two-year** 7:20 9:8 38:10

**U**

**U.S.** 2:7 51:23

**Uh-huh** 30:24

**underlying** 13:2

**understand** 10:15 39:2 51:15,18,23 52:2,7

**understanding** 27:10 35:14

**Union** 33:11,12

34:2,15 41:13,14, 24

**unit** 14:19

**unsecured** 39:2

**update** 15:18

**utilizing** 56:9

**V**

**valued** 14:8

**Verstandig** 2:19 19:17 21:1,4 24:23 26:18 28:20 29:1,23 30:4,10, 14 35:17 36:13,22 54:2,11,13,15,24 55:2

**view** 54:3

**Vinter** 32:16

**voted** 5:17

**W**

**waiver** 36:16

**wanted** 52:12

**Wencil** 2:1,8,12, 17,21,25 3:5,8,13, 16,20,24 4:5,8,12, 16,19,22 5:1,6,10, 13,20,23 6:1,5,11, 20,25 7:6,10 8:2, 9,17,21 9:1,9,13, 16,19,22,25 10:4, 7,10,14,21 11:8, 15,22 12:5,11,15, 18 13:3,10,15,20, 24 14:8,14,20 15:7,13 16:2,7,9, 15,21 17:4,8,11, 14,18,22 18:1,10, 13,16,19,22,25 19:6,11,14,23



20:7,10,14,18
21:9,15,18,24
22:2,5,10,13,16,
19,23 23:1,4,7,13,
17,25 24:3,7,10,
16,20,24 25:4,6,
12,14,17,20,23
26:2,5,11,16,19,
24 27:3,6,8,11,15,
20 28:1,7,13,16,
24 29:21 30:2,6,
12,24 31:10,14,
17,24 32:2,6,8,13,
16,20 33:2,6,15,
20,23 34:3,6,9,12,
21 35:1,4,9,12
36:11,18,23
37:18,24 38:19,22
39:1,7,11,14,16,
18,24 40:7,12,14,
20,23 41:1,12
42:1,5,7,9,14,22,
24 43:2,8,16,20,
23 44:3,7,10,14,
17,20,23 45:8,11,
14,18,21,23 46:1,
5,10,17,22 47:3,
15,20 48:2,14,19,
21 49:2,5,10,14,
17,23 50:2,7,11,
14,18,24 51:2,4,9,
13,15,18,22 52:1,
7,10,16,23 53:6,
14,22,24 54:7,12,
13,16,18,21

**West** 19:10 20:4
21:23

**Western** 42:7,11,
16,18,19,20,23
43:1,4,5,6 46:9

**whatsoever** 31:6

**who'd** 3:14

**withheld** 19:16

**withholding** 7:23

**work** 6:13 54:9

**working** 35:23
38:21 46:8

**works** 54:10,15

**worth** 16:19 21:5

**written** 8:23,25
47:20

**wrongly** 37:12

---

### Y

**year** 23:10 39:14

**years** 9:4 38:6,18
46:14 47:18,19
50:5

888-893-3767
www.lexitaslegal.com
Lexitas operates in all 50 states and is licensed where required Nevada Registration #116F.
California Firm Registration #179

**LEXITAS**