# Exhibit 9

Case 24-30422   Doc 44-9   Filed 11/22/24   Entered 11/22/24 09:05:51   Desc Exhibit
Transcript Section 341 Nov 7   Page 2 of 39
Audio Transcription
November 07, 2024

Page 1

```
 1

 2

 3

 4

 5

 6                AUDIO RECORDING

 7             U.S. BANKRUPTCY COURT

 8        DISTRICT OF NORTH DAKOTA (FARGO)

 9          BANKRUPTCY PETITION #24-30422

10        IN RE: JAMIESON CAPEX FUND, LLC

11              NOVEMBER 7, 2024

12

13

14

15

16

17

18

19

20

21

22

23   TRANSCRIBED BY: MELISSA EICKEN

24

25
```

Lexitas operates in all 50 states and is licensed where required Nevada Registration #116F.
California Firm Registration #179



1           TRUSTEE WENCIL:  We are on the record now.

2  This is the continued 341 Meeting for the bankruptcy

3  case of Jamieson CAPEX Fund, LLC.  Bankruptcy case

4  number 24-30422.  This meeting is being continued from

5  October 24th, 2024.  And at this meeting it's Sarah

6  Wencil for the U.S. Trustee.  Thomas Kapusta for the

7  Subchapter 5 Trustee.  Maurice VerStandig and

8  Christianna Cathcart appearing to represent the

9  debtor.  Katrina Truman Lang is here on behalf of the

10  Jamieson Natural Resources Fund.  And has anyone else

11  appeared other than -- well, Mr. Carlson's here for

12  the debtor.  Has any other creditor or interested

13  party appeared?

14           Okay.  And then Mr. Carlson is also here to

15  represent the debtor.

16           And Mr. Carlson, do you understand that

17  you're still under oath from the prior October 24th

18  hearing.

19           JEREMY CARLSON:  I do.

20           TRUSTEE WENCIL:  Okay.  Thank you.  And

21  then when we left off, I believe we had opened the

22  floor for Ms. Truman Lang to ask questions.

23           And Ms. Lang, do you have questions for the

24  debtor?

25           MS. LANG:  I do.  Mr. Carlson, what was the



Page 3

1   purpose of Jamieson Natural Resources Fund?

2            JEREMY CARLSON:  It was to raise capital

3   and go do deals in whether that would have been

4   lending deals or mineral deals or mineral interest

5   deals, lease hold interest, working interest.  The

6   whole goal for that fund is to -- just like all the

7   funds is to return -- to create a return for the

8   investors.

9            MS. LANG:  But that fund specifically is

10  for mineral related investments; is it not?

11           JEREMY CARLSON:  It was set up to do the --

12  it wasn't limited to that.

13           MS. LANG:  So in the marketing materials

14  that you presented, when you were seeking investments,

15  the Jamieson Natural Resources Fund's objectives

16  specifically states that it's a nontreated pooled

17  investment and oil-related venture for an extended

18  period of time.  We currently focus on acquired land

19  leases with ASE for wells attached to them; does that

20  sound correct to you?

21           JEREMY CARLSON:  Yes, it does.

22           MS. LANG:  Would any member of Jamieson

23  Natural Resources Fund would have -- would they have

24  all received information on the fund objective?

25           MR. VERSTANDIG:  I'm going to interject

1  here.  I'm not sure what this has to do with the

2  debtor or this case and absent some nexus to Jamieson

3  CAPEX, I'm not sure it's an appropriate form to ask

4  questions of Mr. Carlson.

5          MS. LANG:  Well, Jamieson Natural Resources

6  Fund has a promissory note with CAPEX, so.  I'm trying

7  to understand the purpose of that, so I'm trying to

8  understand why individuals would have invested in

9  Jamieson Natural Resources Fund and what they were

10  investing in, and if you have knowledge that those

11  funds were then being lent to other funds.  So this is

12  a 341 meeting.  I'm allowed to ask questions about the

13  debt here.

14          MR. VERSTANDIG:  Right.  But you're not

15  asking questions about the debt.  You're asking

16  questions about the formation of an entity that

17  happens to be a creditor.  If there's questions about

18  the note, then I certainly have no problem with that.

19  But it seems like these are questions that are

20  directed at Mr. Carlson because he happens to have

21  held a capacity in connection with the formation of a

22  creditor and the questions are idiosyncratically

23  centered on the formation of the creditor.  Again, if

24  they were based on the extension of credit, the

25  disposition of funds used in the credit transaction

Case 24-30422   Doc 44-9   Filed 11/22/24   Entered 11/22/24 09:05:51   Desc Exhibit
Audio Transcription   Page 6 of 39
Transcript Section 341 Nov 7
November 07, 2024

Page 5

1   representations made around the time that money was

2   borrowed, I think that would be closer to the relevant

3   purview of a 341 Meeting.

4           MS. LANG:  Mr. Carlson, who was the

5   president of Jamieson Natural Resources Fund at the

6   time --

7           JEREMY CARLSON:  Myself.

8           MS. LANG:  -- funds were lent?

9           JEREMY CARLSON:  Myself.

10          MS. LANG:  And you were also the president

11  of -- of CAPEX at that time?

12          JEREMY CARLSON:  Correct.

13          MS. LANG:  Was there any other officers of

14  Jamieson Natural Resources at the time the promissory

15  note was entered into?

16          JEREMY CARLSON:  I think at the time Brian

17  Kounozsky was involved, and I think Mike Rydell

18  (phonetic) if I remember correctly at -- somewhere

19  during that time frame as well.

20          MS. LANG:  And they would have been

21  involved in Jamieson CAPEX or Jamieson Natural

22  Resources Fund?

23          JEREMY CARLSON:  That was Jamieson Natural

24  Resources.  Those were the board members of Jamieson

25  Natural Resources.



1    MS. LANG:  And who made the day-to-day

2    operating decisions for Jamieson Natural Resources

3    Fund?

4    JEREMY CARLSON:  That would have been

5    myself.

6    MS. LANG:  As president?

7    JEREMY CARLSON:  As president, yep.

8    MS. LANG:  Did the company hold regular

9    meetings?

10    JEREMY CARLSON:  We had our annual meeting.

11    We would hold -- the board would hold meetings

12    annually.  We never had --

13    MS. LANG:  And --

14    JEREMY CARLSON:  It was -- go ahead.

15    MS. LANG:  So the board held annual

16    meetings.  Did you keep minutes at these meetings?

17    MR. VERSTANDIG:  This is a question of the

18    corporate -- hold on, Mr. Carlson.  This is a question

19    of the corporate governance of a creditor.  I'm going

20    to direct Mr. Carlson not to answer that question.

21    MS. LANG:  Well, he was the corporate

22    officer of the company.

23    MR. VERSTANDIG:  Yes.  But he's not here in

24    his capacity as an officer of Jamieson Natural

25    Resources Fund.  He's here in his capacity as the

Case 24-30422   Doc 44-9   Filed 11/22/24   Entered 11/22/24 09:05:51   Desc Exhibit
Transcript Section 341 Nov 7   Page 8 of 39
Audio Transcription                                          November 07, 2024

Page 7

1   debtor/representative of Jamieson CAPEX.

2           MS. LANG:  He's the only one that would

3   have knowledge of Jamieson Natural Resources Fund at

4   this time.  So I think the questions are fair.

5           MR. VERSTANDIG:  You're welcome to ask him.

6   I'm directing him not to answer questions about the

7   corporate governance of a creditor.

8           MS. LANG:  Why would Jamieson Natural

9   Resources Fund have lent money to CAPEX?

10          JEREMY CARLSON:  Why?

11          MR. VERSTANDIG:  (Inaudible) answer that

12  question, Mr. Carlson.

13          JEREMY CARLSON:  Sure.

14          MS. LANG:  This a promissory note.  Why --

15  why would Jamieson Natural Resources Fund lend money

16  under the promissory note that we are a creditor?

17  What was the purpose of that loan?

18          JEREMY CARLSON:  So the purpose -- there

19  were many times, if -- are you familiar?  Do you have

20  any experience in the oil industry, Katrina?

21          MS. LANG:  No.  Educate me.

22          JEREMY CARLSON:  Okay.  So there are --

23  just like in the real estate industry or in many

24  industries, there's ups and downs in the industry;

25  right?  When Jamieson Natural Resources had capital



Page 8

1   available and no deals to do, there were times where

2   we would be sitting on hundreds of thousands of

3   dollars in that investment.  It made no sense

4   whatsoever for the money to sit in the checking

5   account when we weren't able to fund lease, hold

6   interest deals, working interest deals, and the market

7   would stay -- of oil would have went from $80 or $120

8   to $35.  So just like you don't buy stock in the

9   stock market if there's no -- if the market is not

10  correct; right?  You want to buy low and sell high.

11  So there were many times over the time frame within

12  the natural resources fund where we had cash, and we

13  needed return.  The money to sit at the bank and get

14  .65 percent interest was not in the best interest for

15  the investors.  So we would make loans to -- whether

16  they be natural resources, we made outside loans to

17  other -- or sorry, from natural resources to the

18  Jamieson CAPEX Fund.  We made loans over to the Secure

19  Income Fund.  We raised money through the Secure

20  Income Fund for the benefit of Natural Resources Fund.

21  The money didn't just go in one direction from Natural

22  Resources Fund.  We made loans out of Natural

23  Resources Fund for -- to other entities that I was not

24  involved in.  But that I had underwritten and made a

25  decision that it was a worthwhile investment to lend

Case 24-30422   Doc 44-9   Filed 11/22/24   Entered 11/22/24 09:05:51   Desc Exhibit
Transcript Section 3411 Nov Audio Transcription Page 10 of 39

November 07, 2024

Page 9

1  the funds and that the -- the projects and/or borrower

2  was -- was worthy.  So there were many times that --

3  throughout that 2018 through today that the market did

4  not allow us to put the money into -- directly into

5  the oil field.  Whether that be working interest,

6  lease hold interest, mineral interest or any of those

7  where the market -- there were just none available.

8  So when you -- it would be in the best interest of the

9  investors to make an outside investment like that,

10  that were -- we were able to make, if the fund allowed

11  us to make.

12          MS. LANG:  Well, why wouldn't you just make

13  the distribution to the members?

14          JEREMY CARLSON:  Let --

15          MR. VERSTANDIG:  I'm going to make an

16  objection.  Hold on.  Hold on.  Hold on.  Hold on.

17  Mr. Carlson, unless I'm misunderstanding the question,

18  this is a question about why a creditor chose to not

19  distribute money to its own members.  And I don't see

20  what nexus that has to do with this case where that

21  internal governance, so I'm going to direct you not to

22  answer that question.

23          MS. LANG:  Did the members of Jamieson

24  Natural Resources Fund have knowledge for lending

25  money to CAPEX?



1           JEREMY CARLSON:  They were aware of the

2    balance sheets.  They all had the balance sheets.  And

3    that request, they were provided if somebody did not

4    have them.  So, yes, they -- it would be my

5    understanding that they were aware.

6           MS. LANG:  What was the original amount of

7    the note?  With Jamieson Natural Resources Fund?

8           JEREMY CARLSON:  I don't remember.

9    Offhand, I don't have that --

10          MS. LANG:  Does $4,409 sound right?

11          JEREMY CARLSON:  I don't know.  Katrina, if

12   you have it in front of me -- or in front of you, you

13   can give me the numbers.  I don't have the numbers in

14   front of me.  It was an open promissory note that we

15   had between the funds because money -- there was times

16   that, that Natural Resources needed money, and it

17   borrowed money, and we would go that direction.  And

18   then if that entity paid it back, then it would go the

19   other direction, so there was a free flow of money

20   between the two funds as investments to generate a

21   return for the underlying members.  But I don't -- I

22   can't answer that question.  I don't know it.

23          MS. LANG:  Okay.  The original amount of

24   the promissory note was $4,409.  Do you remember what

25   those funds were used for, for CAPEX?  What CAPEX

888-893-3767                Lexitas operates in all 50 states and is licensed where required Nevada Registration #116F.
www.lexitaslegal.com                              California Firm Registration #179

LEXITAS

Case 24-30422   Doc 44-9   Filed 11/22/24   Entered 11/22/24 09:05:51   Desc Exhibit
Transcript Section 34 Nov Transcription - Page 12 of 39                November 07, 2024

Audio Transcription

Page 11

1    would have used those funds for?

2              JEREMY CARLSON:  I don't.

3              MS. LANG:  This note also doesn't have any

4    repayment terms on it.  Do you think that's unusual?

5              JEREMY CARLSON:  I don't think it's unusual

6    in the fact that Natural Resources borrowed money to

7    CAPEX, CAPEX borrowed money to Natural Resources over

8    time.  Over that -- the same time in -- over the last

9    five, seven years.  So we would balance the books at

10   the end of the year.

11             MS. LANG:  But there's no balance here.

12   It's about a $700,000 deficit according to your

13   bankruptcy schedule.  So how does a -- a loan for

14   $4,409 get to over $700,000 with no additional

15   documentation?

16             JEREMY CARLSON:  I think the promissory

17   note that you have in front of you has got a schedule on

18   the back of the QuickBook entries for the years that

19   money had moved back and forth.  That's how we kept --

20   that's how our CPA kept track of it.  That wasn't

21   mine.  That was the CPA's decision to -- how to handle

22   everything.

23             MS. LANG:  Who is your CPA?

24             JEREMY CARLSON:  It's Kyle Pender.

25             MS. LANG:  Why were there additional

Case 24-30422   Doc 44-9   Filed 11/22/24   Entered 11/22/24 09:05:51   Desc Exhibit
Transcript Section 341 Nov Transcription   Page 13 of 39

November 07, 2024

Audio Transcription

Page 12

1   advances from the $4,409.

2          JEREMY CARLSON:  I told you before.  There

3   was over certain periods of time Natural Resources

4   would have capital that wouldn't be able to be placed

5   into working mineral lease hold interest, hard mineral

6   interest.  There just weren't any opportunities, so.

7   Over time, there were opportunities to borrow the

8   money to -- at 6 percent rate instead of the money

9   sitting in a checking account getting zero or savings

10  account getting less than -- to a half point of

11  interest.

12          MS. LANG:  And you were aware that the

13  operating agreement required withdrawals of over the

14  thousand dollars to be signed by the president and

15  another member?

16          MR. VERSTANDIG:  Again, I think this sounds

17  like a question about the corporate governance of a

18  creditor.  So I'm going to suggest Mr. Carlson not

19  respond to that.

20          MS. LANG:  Did the members of CAPEX have

21  knowledge of the amount of loans it was receiving --

22          JEREMY CARLSON:  Yes.

23          MS. LANG:  -- from other entities?

24          JEREMY CARLSON:  Yes.

25          MS. LANG:  Why didn't you ask the members

888-893-3767          Lexitas operates in all 50 states and is licensed where required Nevada Registration #116F.
www.lexitalegal.com                          California Firm Registration #179

LEXITAS

Case 24-30422   Doc 44-9   Filed 11/22/24   Entered 11/22/24 09:05:51   Desc Exhibit
Transcript Section 341 Nov Transcription   Page 14 of 39

Audio Transcription                                    November 07, 2024

Page 13

1   of CAPEX to make capital contributions instead of

2   borrowing all this money from other funds?

3           JEREMY CARLSON:  Because the funds were

4   available, and it was -- it was a win for both -- both

5   entities.

6           MS. LANG:  How is it a win when one entity

7   is now defunct and one entity is owed over $700,000?

8           JEREMY CARLSON:  At the time it was a win.

9   Over the last two years, if we would have been able to

10  operate at the capacity we were supposed to be able to

11  operate at, it wouldn't be at that level, Katrina.

12          MS. LANG:  You were really just

13  transferring money between these funds when there were

14  cash flow issues; weren't you?

15          JEREMY CARLSON:  No.

16          MS. LANG:  Then why wasn't CAPEX covering

17  its own expenses?

18          JEREMY CARLSON:  Whether we --

19          MR. VERSTANDIG:  I'm not sure I -- hold on.

20  I'm not sure I understand the question.  I'm not sure

21  I have an issue with it, but what do you mean by CAPEX

22  wasn't covering its own expenses?

23          MS. LANG:  Well, why was CAPEX borrowing so

24  much money from Jamieson Natural Resources fund?  Why

25  isn't it paying itself?

Case 24-30422   Doc 44-9   Filed 11/22/24   Entered 11/22/24 09:05:51   Desc Exhibit
Transcript Section 341 Nov Transcription   Page 15 of 39

Audio Transcription

November 07, 2024

Page 14

1          JEREMY CARLSON:  We borrowed money from

2   other creditors as well.  Sorry.  I --

3          MS. LANG:  Did you ever go to -- I'm sorry.

4          JEREMY CARLSON:  So are you aware of what

5   the Jamieson CAPEX Fund is -- are you aware of what

6   Jamieson CAPEX Fund does?  Or did?

7          MS. LANG:  Why don't you tell me.

8          JEREMY CARLSON:  Those are -- it was a real

9   estate development entity that invested into whether

10  the ground level, ground up, raw land, turning into

11  mixed use buildings, apartments, townhomes or into

12  passive investments that were already scheduled that

13  we weren't first the only developer in.  We might have

14  partnered up with other -- other development --

15  developing partners, so.

16          The reason why there were the -- the money

17  might have -- or was used or from Natural Resources

18  was -- was borrowed because we might have had an

19  opportunity in a piece of property that was $3 a

20  square foot could turn into $40 a square foot, and

21  there were -- there were times that there were better

22  opportunities in the CAPEX Fund, and in -- on the side

23  of real estate, there's plenty -- you have the ability

24  to use leverage, and whether that leverage would have

25  been from a -- a private lender or the bank, that's

888-893-3767
www.lexitaslegal.com

Lexitas operates in all 50 states and is licensed where required Nevada Registration #116F.
California Firm Registration #179

LEXITAS

1    what we did.

2              MS. LANG:  Could CAPEX have any investments

3    in minerals?

4              JEREMY CARLSON:  It does.

5              MS. LANG:  And what investments are those?

6    On your schedules?

7              JEREMY CARLSON:  The investments -- we have

8    some minerals that are tied directly -- we have a side

9    by side investment with Natural Resources and the

10   minerals in Utah.

11             MS. LANG:  Okay.  So those are with AMS

12   Holdings; correct?

13             JEREMY CARLSON:  Correct.

14             MS. LANG:  And those are -- are those

15   mining interests?

16             JEREMY CARLSON:  They're mineral interest.

17             MS. LANG:  They're mineral interest.

18             JEREMY CARLSON:  Yeah.  And --

19             MS. LANG:  Okay.  And do you know what --

20             JEREMY CARLSON:  -- interest.

21             MS. LANG:  Okay.  And do you know what the

22   status of those mineral interests are?

23             JEREMY CARLSON:  I do not.

24             MS. LANG:  Have you had any communications

25   with AMS?

888-893-3767
www.lexitaslegal.com

Lexitas operates in all 50 states and is licensed where required Nevada Registration #116F.
California Firm Registration #179

LEXITAS

Case 24-30422   Doc 44-9   Filed 11/22/24   Entered 11/22/24 09:05:51   Desc Exhibit
Transcript Section 341 Nov. Transcription 17 of 39

Audio Transcription

November 07, 2024

Page 16

1                JEREMY CARLSON:  Zero.

2                MS. LANG:  Do you believe those interests

3    can be liquidated?

4                JEREMY CARLSON:  I am -- I have no --

5    everything's -- everything can be liquidated for a

6    price.

7                MS. LANG:  Do you have any idea what the

8    value of those mineral interests in Utah are?

9                JEREMY CARLSON:  I do not.

10               MS. LANG:  Okay.  I'm just going to look

11   through a few things here.  I know we talked a little

12   bit about this at the last meeting, but on page 12 of

13   the petition and schedules, you list CAPEX owns

14   investments and various entities, and I'm just not

15   exactly clear from the last meeting if that's an

16   ownership interest or if that's a loan, like, for

17   example, 630 Main Partner, you list 395,000.  Does

18   that translate to like a membership interest in that

19   company, that CAPEX owns?

20               JEREMY CARLSON:  Yes.  Correct.

21               MS. LANG:  And do each one of these,

22   like -- we'll just stick with 630 Main.  Does 630 Main

23   Partners have an operating agreement?

24               JEREMY CARLSON:  Yes.

25               MS. LANG:  Okay.  So CAPEX is a member and

Case 24-30422  Doc 44-9  Filed 11/22/24  Entered 11/22/24 09:05:51  Desc Exhibit
Transcript Section 341 Nov Transcript Page 18 of 39          November 07, 2024

Audio Transcription

Page 17

1 would have whatever rights it has, you know, to

2 under -- I don't know if there's a buyer/seller ad but

3 under that operating agreement.

4           JEREMY CARLSON:  I would assume so.

5           MS. LANG:  And do you have copies of all

6 those operating agreements and documents?  For each

7 one of those entities that's listed (inaudible)

8 development, Pioneer Place.

9           JEREMY CARLSON:  Where I do.  If I don't, I

10 can -- I can get access to them, I'm sure.

11           MS. LANG:  And I guess, my question more

12 broadly is what is the -- like, does CAPEX intend to

13 try to liquidate its ownership in these companies?

14           JEREMY CARLSON:  No, it doesn't.

15           MS. LANG:  It plans to re-organize and

16 continue to hold them.

17           JEREMY CARLSON:  Correct.

18           MS. LANG:  And is -- is CAPEX currently

19 working with a lender or do -- I know it's not time

20 for your plan yet, but in broad strokes, do you have

21 an idea of how you intend to re-organize?

22           JEREMY CARLSON:  Yes.

23           MR. VERSTANDIG:  I'll interject here for a

24 second.  Counsel, I don't know if you saw the

25 pre-status hearing report that was filed, but I think

Case 24-30422   Doc 44-9   Filed 11/22/24   Entered 11/22/24 09:05:51   Desc Exhibit
Transcript Section 341 Nov Transcription Page 19 of 39

Audio Transcription

November 07, 2024

Page 18

1  that laid out what a plan is contemplated to include

2  in this case.

3          MS. LANG:  Okay.  Sorry.  Okay.  More to

4  come on that, I guess; is that fair to say?

5          MR. VERSTANDIG:  I mean, the plan will be

6  timely filed.  I'm not trying to hide the ball here or

7  stop Mr. Carlson from speaking about it, but.  Rather,

8  transparently, and we put this in our status report to

9  the Court.  The intention's to utilize the bankruptcy

10  to achieve a turnover of funds being held by the State

11  of North Dakota and to liquidate litigation rights

12  against the State of North Dakota and a third-party

13  lender.  A plan of re-organization is simply going to

14  propose that funds are recovered through litigation,

15  plus any funds realized through the ordinary operation

16  of CAPEX will be pivotal to creditors and conformity

17  to priority schemes set forth in the bankruptcy code

18  and CAPEX will continue to operate, so

19  re-organization, not liquidation.

20          MS. LANG:  So you need to follow the

21  absolute priority rule if Mr. Carlson -- if -- if

22  those members are going to retain their stock in the

23  company here?

24          MR. VERSTANDIG:  Counsel, I'm not

25  necessarily going to give legal insight, but suffice

888-893-3767
www.lexitaslegal.com

Lexitas operates in all 50 states and is licensed where required Nevada Registration #116F.
California Firm Registration #179

LEXITAS

Case 24-30422   Doc 44-9   Filed 11/22/24   Entered 11/22/24 09:05:51   Desc Exhibit
Transcript Section 341 Nov   Page 20 of 39
Audio Transcription

November 07, 2024

Page 19

1    it to say, if you believe the absolute priority rule

2    is applicable to a small business case, you're welcome

3    to make that argument at the time of confirmation.

4    I'm not sure that contention would hold water, but

5    that's probably a discussion for another day.

6              MS. LANG:  So the plan for re-organization

7    is to sue First International Bank for a million

8    dollars?  And to make a claim against the State of

9    North Dakota or to have the State of North Dakota turn

10   over the 2.6 million?

11             MR. VERSTANDIG:  That's the part of the

12   intent of the bankruptcy in this case, yes.

13             MS. LANG:  And is that the amount that --

14   the State of North Dakota holding the total amount

15   they're holding for all of the Jeremy Carlson ran

16   entities?

17             MR. VERSTANDIG:  Mr. Carlson, you're going

18   to need to answer that, because I want to be careful

19   not to get into factual (inaudible) but she indicated

20   the amount that we indicated is specific to CAPEX or

21   if it is a broader sum that applies to other entities

22   because that's certainly irrelevant and --

23             JEREMY CARLSON:  No.

24             MR. VERSTANDIG:  -- not a property

25   question.



1          JEREMY CARLSON:  I gotcha.  Yep.  No.  The

2  capital is -- the dollars that are being held at the

3  state are CAPEX's dollars.  The additional remedy --

4  or I don't even know what you would call it now -- to

5  get to that 2.6 million is -- is the damages that

6  through foreclosure and have lost capital and equity.

7          MS. LANG:  Okay.  I'm just looking through

8  the statement of financial affairs to see if I have

9  any other questions.  Okay.  I don't have anything

10  further.

11          TRUSTEE WENCIL:  Oh, thank you.  Does

12  anyone else have additional questions?  Okay.  I have

13  a few follow-up questions, Mr. Carlson.

14          JEREMY CARLSON:  Okay.

15          TRUSTEE WENCIL:  The JMCO, LLC, for the

16  receivable, did Brian Kounozsky have an interest in or

17  involvement with JMCO, LLC?

18          JEREMY CARLSON:  Yes.

19          TRUSTEE WENCIL:  And what is that interest?

20          JEREMY CARLSON:  I'd have to look.  I'm not

21  certain.

22          TRUSTEE WENCIL:  Okay.

23          JEREMY CARLSON:  I want to say it was

24  50 percent.

25          TRUSTEE WENCIL:  Okay.  And did you also

Case 24-30422  Doc 44-9  Filed 11/22/24  Entered 11/22/24 09:05:51  Desc Exhibit
Transcript Section 341 Nov Transcription  Page 22 of 39

November 07, 2024

Page 21

1   have an interest in JMCO, LLC?

2            JEREMY CARLSON:  I did.  Correct.

3            TRUSTEE WENCIL:  And what was your

4   interest?

5            JEREMY CARLSON:  50 percent.  If he was 50,

6   I was 50 or if he was 60, and I was 40.  It was

7   something like that.

8            TRUSTEE WENCIL:  Okay.  And do you and

9   Mr. Kounozsky have any other entities that you're both

10  jointly involved with?

11           JEREMY CARLSON:  He was -- yeah.  I think

12  we got Triangle Townhomes, 56th Street, Commons.

13  Brian was a member and a board member of the CAPEX

14  Fund.  So I think there's -- he was also involved, not

15  through CAPEX, but he was involved in some of the

16  other investments through the CAPEX side, for the

17  lights, building, Pioneer Place, Cheyenne 32 East.  I

18  don't know what his equity percentages might be on --

19  as an investor in those properties, but he's not an

20  investor through the CAPEX in those properties.  I'm

21  trying to -- is that what you're asking?

22           TRUSTEE WENCIL:  Yes.  Now, some of these

23  things are going back to when Ms. Truman Lang was

24  going through at number 15 on these Schedule B, the

25  page 12, 630 Main Partners, LLC, the debtor made an

888-893-3767          Lexitas operates in all 50 states and is licensed where required Nevada Registration #116F.
www.lexitaslegal.com                          California Firm Registration #179

LEXITAS

1  investment.  Are you or any other entity that you at

2  one time controlled or owned also other investors in

3  that property?

4          JEREMY CARLSON:  No.

5          TRUSTEE WENCIL:  Okay.  And on Commons

6  Of 56, LLC, have you or any other entity that you

7  control ever have any other interest in Commons Of 56,

8  LLC, other than the debtor?

9          MR. VERSTANDIG:  Sorry.  I think someone

10 has a grandfather clock that went off there.

11         JEREMY CARLSON:  Yeah.  That was mine.  Can

12 you repeat that?

13         TRUSTEE WENCIL:  Sure.

14         JEREMY CARLSON:  It kind of broke up.

15         TRUSTEE WENCIL:  Of Commons Of 56, LLC,

16 have you -- of the investors in that entity, do you --

17 have you or any entity that you own or control at any

18 time have any interest in Commons Of 56, LLC, other

19 than the debtor?

20         JEREMY CARLSON:  Say that one more time.

21 Either me or -- say that one more time.

22         TRUSTEE WENCIL:  Or any entity that you

23 have a relationship to have any interest in that

24 company?

25         JEREMY CARLSON:  No.

Case 24-30422   Doc 44-9   Filed 11/22/24   Entered 11/22/24 09:05:51   Desc Exhibit
Transcript Section 341 Nov Transcription   Page 24 of 39                    November 07, 2024

Page 23

1          TRUSTEE WENCIL:  Okay.  And how about

2   Greenfield Commons, LLC, other than the debtor, do you

3   or any entity of -- that you have a relationship to

4   have any interest in that business?

5          JEREMY CARLSON:  No.

6          TRUSTEE WENCIL:  And Liberty Development,

7   the same question.

8          JEREMY CARLSON:  No.

9          TRUSTEE WENCIL:  And Pioneer Place, LLC.

10          JEREMY CARLSON:  No.

11          TRUSTEE WENCIL:  And Cheyenne 32 East, LLC?

12          JEREMY CARLSON:  Nope.

13          TRUSTEE WENCIL:  And Cheyenne 32 South,

14   LLC?

15          JEREMY CARLSON:  No.

16          TRUSTEE WENCIL:  And SHP Holding, LLC?

17          JEREMY CARLSON:  No.

18          TRUSTEE WENCIL:  And Triangle Townhomes,

19   LLC?

20          JEREMY CARLSON:  I'm -- I'm an owner in

21   Triangle Townhomes.

22          TRUSTEE WENCIL:  Okay.  How about NSOP?

23          JEREMY CARLSON:  No.

24          TRUSTEE WENCIL:  Okay.  Did you help create

25   NSOP?



1          JEREMY CARLSON:  No.

2          TRUSTEE WENCIL:  Was that essentially

3  Mr. Kuntz, K-U-N-T-Z.  I -- or is it Kurz?

4          JEREMY CARLSON:  Kuntz.

5          TRUSTEE WENCIL:  Kuntz.

6          JEREMY CARLSON:  Do you understand, K --

7  Kuntz, K-U-N-T-Z.  Mr. Kuntz, yes.

8          TRUSTEE WENCIL:  Okay.  And he controlled

9  that entity?  Anyone else?

10          JEREMY CARLSON:  Correct.

11          TRUSTEE WENCIL:  Anyone else?  Do you have

12  any knowledge of anyone else besides Mr. Kuntz

13  controlled NSOP?

14          JEREMY CARLSON:  No.  No.

15          TRUSTEE WENCIL:  And Secure Income Fund?

16          JEREMY CARLSON:  What about Secure Income

17  Fund?  Am I involved in Secure Income Fund?

18          TRUSTEE WENCIL:  Yes.  Did you or any

19  entity have any involvement with Secure Income Fund?

20          JEREMY CARLSON:  No.  No.  Other than the

21  manager and president.

22          TRUSTEE WENCIL:  Okay.  Is that a fund that

23  you or the Jamieson Capital Fund formed?

24          JEREMY CARLSON:  Correct.

25          TRUSTEE WENCIL:  Okay.  Well, that's an

Lexitas operates in all 50 states and is licensed where required Nevada Registration #116F.
California Firm Registration #179
LEXITAS

Case 24-30422   Doc 44-9   Filed 11/22/24   Entered 11/22/24 09:05:51   Desc Exhibit
Transcript Section 341 Nov Audio Transcription   Page 26 of 39
November 07, 2024

Page 25

1  interest that you're connected to.  Any reason why you

2  said you weren't involved with it?

3          JEREMY CARLSON:  Well, I created it, yeah,

4  but I'm not an owner in it.

5          TRUSTEE WENCIL:  How about any of the

6  others?  Did you create any of those that you stated

7  that you didn't have an interest in?

8          JEREMY CARLSON:  I have a small ownership

9  interest in CAPEX.  I have a small ownership interest

10 in the Nova DC Fund, and these were all based on

11 re-organizing the entities from the onset.

12         TRUSTEE WENCIL:  Okay.

13         JEREMY CARLSON:  Natural Resources, the

14 same.  I had to be the -- the original equity member

15 for all of those when I started them.  They were less

16 than maybe 1 percent ownership in all the funds that I

17 created.

18         TRUSTEE WENCIL:  Okay.  And all these

19 entities --

20         JEREMY CARLSON:  Something like that.

21         TRUSTEE WENCIL:  -- we went through, other

22 than the ones you stated, did you help create any of

23 those, like, 630 Main Partners, LLC?

24         JEREMY CARLSON:  No.  That was a passive

25 investment.  We were approached from outside third

November 07, 2024

Page 26

1  party.

2           TRUSTEE WENCIL:  Okay.  And then Commons

3  Of 56.

4           JEREMY CARLSON:  No.  We developed that

5  project.

6           TRUSTEE WENCIL:  Okay.  And then Greenfield

7  Commons.

8           JEREMY CARLSON:  Outside third party.

9           TRUSTEE WENCIL:  And Liberty Development.

10           JEREMY CARLSON:  Outside third party.

11           TRUSTEE WENCIL:  And Pioneer Place.

12           JEREMY CARLSON:  Outside third party.

13           TRUSTEE WENCIL:  And Cheyenne 32 East.

14           JEREMY CARLSON:  Outside third party.

15           TRUSTEE WENCIL:  And Cheyenne 32 South?

16           JEREMY CARLSON:  Outside third party.

17           TRUSTEE WENCIL:  And SHB Holding, LLC?

18           JEREMY CARLSON:  Outside third party.

19           TRUSTEE WENCIL:  Okay.  And at the last

20  meeting I -- were any of those outside third parties

21  equity members of the debtor out of all of these

22  companies we just discussed?

23           JEREMY CARLSON:  Say that one more time.

24  Were any of the outside third parties --

25           TRUSTEE WENCIL:  Well --

LEXITAS

Page 27

1              JEREMY CARLSON:  (Inaudible).

2              TRUSTEE WENCIL:  Were any of these

3    companies that we've just gone through and discussed

4    in that section, do any other equity holders of the

5    debtor, to the best of your knowledge, have any

6    interest in those companies?  Or LLCs?

7              JEREMY CARLSON:  Say that one more time.

8    I'm trying to -- I'm trying to follow your question

9    here.  One more time.

10             TRUSTEE WENCIL:  All right.

11             JEREMY CARLSON:  Is there anybody --

12             MR. VERSTANDIG:  The question is --

13             JEREMY CARLSON:  Give me an example.

14             TRUSTEE WENCIL:  I'll tell you what.  I'll

15   just go down the list again.  630 Main Partners, LLC,

16   do you have any knowledge whether any of the equity

17   holders of the debtor, CAPEX, also have a separate

18   interest in 630 Main Partners?

19             JEREMY CARLSON:  Oh.  That I do.  So

20   there's an investor in CAPEX by the name of Mike Quast

21   who is also an out -- so he owns membership units

22   through CAPEX in 630 Main, and he also owns direct

23   membership interest in 630 Main.

24             TRUSTEE WENCIL:  What was his last name?

25             JEREMY CARLSON:  But if you're asking, do

Case 24-30422    Doc 44-9    Filed 11/22/24    Entered 11/22/24 09:05:51    Desc Exhibit
Transcript Section 341 Nov Transcription    Page 29 of 39

November 07, 2024

Audio Transcription

Page 28

```
 1   any of the -- Quast, Q-U-A-S-T.

 2                 TRUSTEE WENCIL:  Okay.

 3                 JEREMY CARLSON:  But he's the -- that's the

 4   only member of the CAPEX Fund that has any outside

 5   investment or initial investment in any of those

 6   entities.  There isn't anybody else.

 7                 TRUSTEE WENCIL:  Okay.  And then MJM

 8   Investments, LLC, we discussed that at the last

 9   hearing.  Does the equity holder Mark Merrick

10   (phonetic) hold an interest in that entity?

11                 JEREMY CARLSON:  Yep.

12                 TRUSTEE WENCIL:  And what is that

13   interest --

14                 JEREMY CARLSON:  Yep.

15                 TRUSTEE WENCIL:  -- to the best of your

16   knowledge?

17                 JEREMY CARLSON:  What is that --

18                 TRUSTEE WENCIL:  Is it ownership interest?

19                 JEREMY CARLSON:  Say that one more time.

20   What is MJM in?

21                 TRUSTEE WENCIL:  No.  What --

22                 JEREMY CARLSON:  (Inaudible) he had a

23   loan -- he's borrowed money to the CAPEX Fund.

24                 TRUSTEE WENCIL:  Yes.  MJM loaned the

25   money, but Mark Merrick, he owns or controls MJM, LLC;
```



1 | is that correct?

2 |         JEREMY CARLSON:  Correct.  Correct.

3 |         TRUSTEE WENCIL:  Okay.  And since Jamieson

4 | CAPEX, LLC, was created, has it ever generated income?

5 |         JEREMY CARLSON:  No, not on -- not on --

6 | not on paper.

7 |         TRUSTEE WENCIL:  Okay.  And then just as a

8 | reminder, the U.S. Trustee sent a list of documents

9 | that are due tomorrow, and in addition, I'd like to

10 | see the 2020, 2021, and 2022 tax returns.  If you

11 | can't get those by tomorrow, that's fine.  But you can

12 | add that to the list.

13 |         JEREMY CARLSON:  Uh-huh.  I --

14 |         TRUSTEE WENCIL:  Okay.

15 |         JEREMY CARLSON:  I have those.

16 |         TRUSTEE WENCIL:  Again, does anyone have

17 | any further questions?  Okay.  I'm not going to --

18 |         JEREMY CARLSON:  No.

19 |         TRUSTEE WENCIL:  -- conclude the meeting

20 | today, so.  I'll put in the notice on the docket that

21 | it's not concluded, but at this time I'm not going to

22 | set a said continued hearing date.  So we are done for

23 | today.  Thank you, everyone.

24 |         UNIDENTIFIED MALE:  Thank you.

25 |         JEREMY CARLSON:  Thank you.

888-893-3767          Lexitas operates in all 50 states and is licensed where required Nevada Registration #116F.
www.lexitaslegal.com                       California Firm Registration #179

LEXITAS

1    (Audio ended.)

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

Lexitas operates in all 50 states and is licensed where required Nevada Registration #116F.
California Firm Registration #179

LEXITAS

Case 24-30422   Doc 44-9   Filed 11/22/24   Entered 11/22/24 09:05:51   Desc Exhibit
Transcript Section 341 Nov Transcription Page 32 of 39

Audio Transcription

November 07, 2024

Page 31

1                    CERTIFICATE OF REPORTER

2

3            I, Melissa J. Eicken, Certified Court

4    Reporter of Missouri, Certified Shorthand Reporter of

5    Illinois and Registered Professional Reporter, do

6    hereby certify that I was asked to prepare a

7    transcript of proceedings had in the above-mentioned

8    case, which proceedings were held with no court

9    reporter present utilizing an open microphone system

10   of preserving the record.

11           I further certify that the foregoing pages

12   constitute a true and accurate reproduction of the

13   proceedings as transcribed by me to the best of my

14   ability and may include inaudible sections or

15   misidentified speakers of said open microphone

16   recording.

17                    *Melissa Eicken* (signature)

18

19            Melissa J. Eicken, CCR, CSR, RPR

20

21

22

23

24   Date: November 17, 2024

25

**$**

**$120** 8:7

**$3** 14:19

**$35** 8:8

**$4,409** 10:10,24 11:14 12:1

**$40** 14:20

**$700,000** 11:12,14 13:7

**$80** 8:7

**1**

**1** 25:16

**12** 16:12 21:25

**15** 21:24

**2**

**2.6** 19:10 20:5

**2018** 9:3

**2020** 29:10

**2021** 29:10

**2022** 29:10

**2024** 2:5

**24-30422** 2:4

**24th** 2:5,17

**3**

**32** 21:17 23:11,13 26:13,15

**341** 2:2 4:12 5:3

**395,000** 16:17

**4**

**40** 21:6

**5**

**5** 2:7

**50** 20:24 21:5,6

**56** 22:6,7,15,18 26:3

**56th** 21:12

**6**

**6** 12:8

**60** 21:6

**630** 16:17,22 21:25 25:23 27:15,18,22,23

**65** 8:14

**A**

**ability** 14:23

**absent** 4:2

**absolute** 18:21 19:1

**access** 17:10

**account** 8:5 12:9, 10

**achieve** 18:10

**acquired** 3:18

**ad** 17:2

**add** 29:12

**addition** 29:9

**additional** 11:14, 25 20:3,12

**advances** 12:1

**affairs** 20:8

**agreement** 12:13 16:23 17:3

**agreements** 17:6

**ahead** 6:14

**allowed** 4:12 9:10

**amount** 10:6,23 12:21 19:13,14,20

**AMS** 15:11,25

**and/or** 9:1

**annual** 6:10,15

**annually** 6:12

**apartments** 14:11

**appeared** 2:11,13

**appearing** 2:8

**applicable** 19:2

**applies** 19:21

**approached** 25:25

**argument** 19:3

**ASE** 3:19

**assume** 17:4

**attached** 3:19

**audio** 30:1

**aware** 10:1,5 12:12 14:4,5

**B**

**back** 10:18 11:18, 19 21:23

**balance** 10:2 11:9, 11

**ball** 18:6

**bank** 8:13 14:25 19:7

**bankruptcy** 2:2,3 11:13 18:9,17

19:12

**based** 4:24 25:10

**behalf** 2:9

**benefit** 8:20

**bit** 16:12

**board** 5:24 6:11, 15 21:13

**books** 11:9

**borrow** 12:7

**borrowed** 5:2 10:17 11:6,7 14:1, 18 28:23

**borrower** 9:1

**borrowing** 13:2,23

**Brian** 5:16 20:16 21:13

**broad** 17:20

**broader** 19:21

**broadly** 17:12

**broke** 22:14

**building** 21:17

**buildings** 14:11

**business** 19:2 23:4

**buy** 8:8,10

**buyer/seller** 17:2

**C**

**call** 20:4

**capacity** 4:21 6:24,25 13:10

**CAPEX** 2:3 4:3,6 5:11,21 7:1,9 8:18 9:25 10:25 11:7 12:20 13:1,16,21, 23 14:5,6,22 15:2 16:13,19,25

888-893-3767
www.lexitaslegal.com

Lexitas operates in all 50 states and is licensed where required Nevada Registration #116F.
California Firm Registration #179

LEXITAS

17:12,18 18:16,18
19:20 21:13,15,
16,20 25:9 27:17,
20,22 28:4,23
29:4

**CAPEX's** 20:3

**capital** 3:2 7:25
12:4 13:1 20:2,6
24:23

**careful** 19:18

**Carlson** 2:14,16,
19,25 3:2,11,21
4:4,20 5:4,7,9,12,
16,23 6:4,7,10,14,
18,20 7:10,12,13,
18,22 9:14,17
10:1,8,11 11:2,5,
16,24 12:2,18,22,
24 13:3,8,15,18
14:1,4,8 15:4,7,
13,16,18,20,23
16:1,4,9,20,24
17:4,9,14,17,22
18:7,21 19:15,17,
23 20:1,13,14,18,
20,23 21:2,5,11
22:4,11,14,20,25
23:5,8,10,12,15,
17,20,23 24:1,4,6,
10,14,16,20,24
25:3,8,13,20,24
26:4,8,10,12,14,
16,18,23 27:1,7,
11,13,19,25 28:3,
11,14,17,19,22
29:2,5,13,15,18,
25

**Carlson's** 2:11

**case** 2:3 4:2 9:20
18:2 19:2,12

**cash** 8:12 13:14

**Cathcart** 2:8

**centered** 4:23

**checking** 8:4 12:9

**Cheyenne** 21:17
23:11,13 26:13,15

**chose** 9:18

**Christianna** 2:8

**claim** 19:8

**clear** 16:15

**clock** 22:10

**closer** 5:2

**code** 18:17

**Commons** 21:12
22:5,7,15,18 23:2
26:2,7

**communications**
15:24

**companies** 17:13
26:22 27:3,6

**company** 6:8,22
16:19 18:23 22:24

**conclude** 29:19

**concluded** 29:21

**confirmation** 19:3

**conformity** 18:16

**connected** 25:1

**connection** 4:21

**contemplated**
18:1

**contention** 19:4

**continue** 17:16
18:18

**continued** 2:2,4
29:22

**contributions**
13:1

**control** 22:7,17

**controlled** 22:2
24:8,13

**controls** 28:25

**copies** 17:5

**corporate** 6:18,19,
21 7:7 12:17

**correct** 3:20 5:12
8:10 15:12,13
16:20 17:17 21:2
24:10,24 29:1,2

**correctly** 5:18

**Counsel** 17:24
18:24

**Court** 18:9

**covering** 13:16,22

**CPA** 11:20,23

**CPA's** 11:21

**create** 3:7 23:24
25:6,22

**created** 25:3,17
29:4

**credit** 4:24,25

**creditor** 2:12 4:17,
22,23 6:19 7:7,16
9:18 12:18

**creditors** 14:2
18:16

---

**D**

**Dakota** 18:11,12
19:9,14

**damages** 20:5

**date** 29:22

**day** 19:5

**day-to-day** 6:1

**DC** 25:10

**deals** 3:3,4,5 8:1,6

**debt** 4:13,15

**debtor** 2:9,12,15,
24 4:2 21:25 22:8,
19 23:2 26:21
27:5,17

**debtor/
representative** 7:1

**decision** 8:25
11:21

**decisions** 6:2

**deficit** 11:12

**defunct** 13:7

**developed** 26:4

**developer** 14:13

**developing** 14:15

**development**
14:9,14 17:8 23:6
26:9

**direct** 6:20 9:21
27:22

**directed** 4:20

**directing** 7:6

**direction** 8:21
10:17,19

**directly** 9:4 15:8

**discussed** 26:22
27:3 28:8

**discussion** 19:5

**disposition** 4:25

**distribute** 9:19

**distribution** 9:13

**docket** 29:20

**documentation**
11:15

**documents** 17:6
29:8

**dollars** 8:3 12:14
19:8 20:2,3



**downs** 7:24

**due** 29:9

---

### E

**East** 21:17 23:11 26:13

**Educate** 7:21

**end** 11:10

**ended** 30:1

**entered** 5:15

**entities** 8:23 12:23 13:5 16:14 17:7 19:16,21 21:9 25:11,19 28:6

**entity** 4:16 10:18 13:6,7 14:9 22:1, 6,16,17,22 23:3 24:9,19 28:10

**entries** 11:18

**equity** 20:6 21:18 25:14 26:21 27:4, 16 28:9

**essentially** 24:2

**estate** 7:23 14:9, 23

**everything's** 16:5

**expenses** 13:17, 22

**experience** 7:20

**extended** 3:17

**extension** 4:24

---

### F

**fact** 11:6

**factual** 19:19

**fair** 7:4 18:4

**familiar** 7:19

**field** 9:5

**filed** 17:25 18:6

**financial** 20:8

**fine** 29:11

**floor** 2:22

**flow** 10:19 13:14

**focus** 3:18

**follow** 18:20 27:8

**follow-up** 20:13

**foot** 14:20

**foreclosure** 20:6

**form** 4:3

**formation** 4:16,21, 23

**formed** 24:23

**frame** 5:19 8:11

**free** 10:19

**front** 10:12,14 11:17

**fund** 2:3,10 3:1,6, 9,23,24 4:6,9 5:5, 22 6:3,25 7:3,9,15 8:5,12,18,19,20, 22,23 9:10,24 10:7 13:24 14:5,6, 22 21:14 24:15, 17,19,22,23 25:10 28:4,23

**Fund's** 3:15

**funds** 3:7 4:11,25 5:8 9:1 10:15,20, 25 11:1 13:2,3,13 18:10,14,15 25:16

---

### G

**generate** 10:20

**generated** 29:4

**give** 10:13 18:25 27:13

**goal** 3:6

**gotcha** 20:1

**governance** 6:19 7:7 9:21 12:17

**grandfather** 22:10

**Greenfield** 23:2 26:6

**ground** 14:10

**guess** 17:11 18:4

---

### H

**half** 12:10

**handle** 11:21

**hard** 12:5

**hearing** 2:18 17:25 28:9 29:22

**held** 4:21 6:15 18:10 20:2

**hide** 18:6

**high** 8:10

**hold** 3:5 6:8,11,18 8:5 9:6,16 12:5 13:19 17:16 19:4 28:10

**holder** 28:9

**holders** 27:4,17

**holding** 19:14,15 23:16 26:17

**Holdings** 15:12

**hundreds** 8:2

---

### I

**idea** 16:7 17:21

**idiosyncratically** 4:22

**inaudible** 7:11 17:7 19:19 27:1 28:22

**include** 18:1

**income** 8:19,20 24:15,16,17,19 29:4

**individuals** 4:8

**industries** 7:24

**industry** 7:20,23, 24

**information** 3:24

**initial** 28:5

**insight** 18:25

**intend** 17:12,21

**intent** 19:12

**intention's** 18:9

**interest** 3:4,5 8:6, 14 9:5,6,8 12:5,6, 11 15:16,17,20 16:16,18 20:16,19 21:1,4 22:7,18,23 23:4 25:1,7,9 27:6,18,23 28:10, 13,18

**interested** 2:12

**interests** 15:15,22 16:2,8

**interject** 3:25 17:23

**internal** 9:21

**International** 19:7

**invested** 4:8 14:9

**investing** 4:10

**investment** 3:17 8:3,25 9:9 15:9 22:1 25:25 28:5



**investments** 3:10, 14 10:20 14:12 15:2,5,7 16:14 21:16 28:8

**investor** 21:19,20 27:20

**investors** 3:8 8:15 9:9 22:2,16

**involved** 5:17,21 8:24 21:10,14,15 24:17 25:2

**involvement** 20:17 24:19

**irrelevant** 19:22

**issue** 13:21

**issues** 13:14

### J

**Jamieson** 2:3,10 3:1,15,22 4:2,5,9 5:5,14,21,23,24 6:2,24 7:1,3,8,15, 25 8:18 9:23 10:7 13:24 14:5,6 24:23 29:3

**Jeremy** 2:19 3:2, 11,21 5:7,9,12,16, 23 6:4,7,10,14 7:10,13,18,22 9:14 10:1,8,11 11:2,5,16,24 12:2, 22,24 13:3,8,15, 18 14:1,4,8 15:4, 7,13,16,18,20,23 16:1,4,9,20,24 17:4,9,14,17,22 19:15,23 20:1,14, 18,20,23 21:2,5, 11 22:4,11,14,20, 25 23:5,8,10,12, 15,17,20,23 24:1, 4,6,10,14,16,20, 24 25:3,8,13,20,

24 26:4,8,10,12, 14,16,18,23 27:1, 7,11,13,19,25 28:3,11,14,17,19, 22 29:2,5,13,15, 18,25

**JMCO** 20:15,17 21:1

**jointly** 21:10

### K

**K-U-N-T-Z** 24:3,7

**Kapusta** 2:6

**Katrina** 2:9 7:20 10:11 13:11

**kind** 22:14

**knowledge** 4:10 7:3 9:24 12:21 24:12 27:5,16 28:16

**Kounozsky** 5:17 20:16 21:9

**Kuntz** 24:3,4,5,7, 12

**Kurz** 24:3

**Kyle** 11:24

### L

**laid** 18:1

**land** 3:18 14:10

**Lang** 2:9,22,23,25 3:9,13,22 4:5 5:4, 8,10,13,20 6:1,6, 8,13,15,21 7:2,8, 14,21 9:12,23 10:6,10,23 11:3, 11,23,25 12:12, 20,23,25 13:6,12, 16,23 14:3,7 15:2, 5,11,14,17,19,21,

24 16:2,7,10,21, 25 17:5,11,15,18 18:3,20 19:6,13 20:7 21:23

**lease** 3:5 8:5 9:6 12:5

**leases** 3:19

**left** 2:21

**legal** 18:25

**lend** 7:15 8:25

**lender** 14:25 17:19 18:13

**lending** 3:4 9:24

**lent** 4:11 5:8 7:9

**level** 13:11 14:10

**leverage** 14:24

**Liberty** 23:6 26:9

**lights** 21:17

**limited** 3:12

**liquidate** 17:13 18:11

**liquidated** 16:3,5

**liquidation** 18:19

**list** 16:13,17 27:15 29:8,12

**listed** 17:7

**litigation** 18:11,14

**LLC** 2:3 20:15,17 21:1,25 22:6,8,15, 18 23:2,9,11,14, 16,19 25:23 26:17 27:15 28:8,25 29:4

**LLCS** 27:6

**loan** 7:17 11:13 16:16 28:23

**loaned** 28:24

**loans** 8:15,16,18, 22 12:21

**lost** 20:6

**low** 8:10

### M

**made** 5:1 6:1 8:3, 16,18,22,24 21:25

**Main** 16:17,22 21:25 25:23 27:15,18,22,23

**make** 8:15 9:9,10, 11,12,15 13:1 19:3,8

**MALE** 29:24

**manager** 24:21

**Mark** 28:9,25

**market** 8:6,9 9:3,7

**marketing** 3:13

**materials** 3:13

**Maurice** 2:7

**meeting** 2:2,4,5 4:12 5:3 6:10 16:12,15 26:20 29:19

**meetings** 6:9,11, 16

**member** 3:22 12:15 16:25 21:13 25:14 28:4

**members** 5:24 9:13,19,23 10:21 12:20,25 18:22 26:21

**membership** 16:18 27:21,23

**Merrick** 28:9,25

**Mike** 5:17 27:20

888-893-3767
www.lexitaslegal.com

Lexitas operates in all 50 states and is licensed where required Nevada Registration #116F.
California Firm Registration #179



**million** 19:7,10
20:5

**mine** 11:21 22:11

**mineral** 3:4,10 9:6
12:5 15:16,17,22
16:8

**minerals** 15:3,8,10

**mining** 15:15

**minutes** 6:16

**misunderstanding**
9:17

**mixed** 14:11

**MJM** 28:7,20,24,
25

**money** 5:1 7:9,15
8:4,13,19,21 9:4,
19,25 10:15,16,
17,19 11:6,7,19
12:8 13:2,13,24
14:1,16 28:23,25

**moved** 11:19

### N

**natural** 2:10 3:1,
15,23 4:5,9 5:5,
14,21,23,25 6:2,
24 7:3,8,15,25
8:12,16,17,20,21,
22 9:24 10:7,16
11:6,7 12:3 13:24
14:17 15:9 25:13

**necessarily** 18:25

**needed** 8:13 10:16

**nexus** 4:2 9:20

**nontreated** 3:16

**North** 18:11,12
19:9,14

**note** 4:6,18 5:15
7:14,16 10:7,14,

24 11:3,17

**notice** 29:20

**Nova** 25:10

**NSOP** 23:22,25
24:13

**number** 2:4 21:24

**numbers** 10:13

### O

**oath** 2:17

**objection** 9:16

**objective** 3:24

**objectives** 3:15

**October** 2:5,17

**Offhand** 10:9

**officer** 6:22,24

**officers** 5:13

**oil** 7:20 8:7 9:5

**oil-related** 3:17

**onset** 25:11

**open** 10:14

**opened** 2:21

**operate** 13:10,11
18:18

**operating** 6:2
12:13 16:23 17:3,
6

**operation** 18:15

**opportunities**
12:6,7 14:22

**opportunity** 14:19

**ordinary** 18:15

**original** 10:6,23
25:14

**owed** 13:7

**owned** 22:2

**owner** 23:20 25:4

**ownership** 16:16
17:13 25:8,9,16
28:18

**owns** 16:13,19
27:21,22 28:25

### P

**paid** 10:18

**paper** 29:6

**part** 19:11

**parties** 26:20,24

**Partner** 16:17

**partnered** 14:14

**partners** 14:15
16:23 21:25 25:23
27:15,18

**party** 2:13 26:1,8,
10,12,14,16,18

**passive** 14:12
25:24

**paying** 13:25

**Pender** 11:24

**percent** 8:14 12:8
20:24 21:5 25:16

**percentages**
21:18

**period** 3:18

**periods** 12:3

**petition** 16:13

**phonetic** 5:18
28:10

**piece** 14:19

**Pioneer** 17:8
21:17 23:9 26:11

**pivotal** 18:16

**Place** 17:8 21:17
23:9 26:11

**plan** 17:20 18:1,5,
13 19:6

**plans** 17:15

**plenty** 14:23

**point** 12:10

**pooled** 3:16

**pre-status** 17:25

**presented** 3:14

**president** 5:5,10
6:6,7 12:14 24:21

**price** 16:6

**prior** 2:17

**priority** 18:17,21
19:1

**private** 14:25

**problem** 4:18

**project** 26:5

**projects** 9:1

**promissory** 4:6
5:14 7:14,16
10:14,24 11:16

**properties** 21:19,
20

**property** 14:19
19:24 22:3

**propose** 18:14

**provided** 10:3

**purpose** 3:1 4:7
7:17,18

**purview** 5:3

**put** 9:4 18:8 29:20

888-893-3767
www.lexitaslegal.com
Lexitas operates in all 50 states and is licensed where required Nevada Registration #116F.
California Firm Registration #179


## Q

**Q-U-A-S-T** 28:1

**Quast** 27:20 28:1

**question** 6:17,18, 20 7:12 9:17,18, 22 10:22 12:17 13:20 17:11 19:25 23:7 27:8,12

**questions** 2:22,23 4:4,12,15,16,17, 19,22 7:4,6 20:9, 12,13 29:17

**Quickbook** 11:18

## R

**raise** 3:2

**raised** 8:19

**ran** 19:15

**rate** 12:8

**raw** 14:10

**re-organization** 18:13,19 19:6

**re-organize** 17:15, 21

**re-organizing** 25:11

**real** 7:23 14:8,23

**realized** 18:15

**reason** 14:16 25:1

**receivable** 20:16

**received** 3:24

**receiving** 12:21

**record** 2:1

**recovered** 18:14

**regular** 6:8

**related** 3:10

**relationship** 22:23 23:3

**relevant** 5:2

**remedy** 20:3

**remember** 5:18 10:8,24

**reminder** 29:8

**repayment** 11:4

**repeat** 22:12

**report** 17:25 18:8

**represent** 2:8,15

**representations** 5:1

**request** 10:3

**required** 12:13

**resources** 2:10 3:1,15,23 4:5,9 5:5,14,22,24,25 6:2,25 7:3,9,15,25 8:12,16,17,20,22, 23 9:24 10:7,16 11:6,7 12:3 13:24 14:17 15:9 25:13

**respond** 12:19

**retain** 18:22

**return** 3:7 8:13 10:21

**returns** 29:10

**rights** 17:1 18:11

**rule** 18:21 19:1

**Rydell** 5:17

## S

**Sarah** 2:5

**savings** 12:9

**schedule** 11:13,17 21:24

**scheduled** 14:12

**schedules** 15:6 16:13

**schemes** 18:17

**section** 27:4

**Secure** 8:18,19 24:15,16,17,19

**seeking** 3:14

**sell** 8:10

**sense** 8:3

**separate** 27:17

**set** 3:11 18:17 29:22

**SHB** 26:17

**sheets** 10:2

**SHP** 23:16

**side** 14:22 15:8,9 21:16

**signed** 12:14

**simply** 18:13

**sit** 8:4,13

**sitting** 8:2 12:9

**small** 19:2 25:8,9

**sound** 3:20 10:10

**sounds** 12:16

**South** 23:13 26:15

**speaking** 18:7

**specific** 19:20

**specifically** 3:9,16

**square** 14:20

**started** 25:15

**state** 18:10,12 19:8,9,14 20:3

**stated** 25:6,22

**statement** 20:8

**states** 3:16

**status** 15:22 18:8

**stay** 8:7

**stick** 16:22

**stock** 8:8,9 18:22

**stop** 18:7

**Street** 21:12

**strokes** 17:20

**Subchapter** 2:7

**sue** 19:7

**suffice** 18:25

**suggest** 12:18

**sum** 19:21

**supposed** 13:10

## T

**talked** 16:11

**tax** 29:10

**terms** 11:4

**things** 16:11 21:23

**third-party** 18:12

**Thomas** 2:6

**thousand** 12:14

**thousands** 8:2

**tied** 15:8

**time** 3:18 5:1,6,11, 14,16,19 7:4 8:11 11:8 12:3,7 13:8 17:19 19:3 22:2, 18,20,21 26:23 27:7,9 28:19 29:21

**timely** 18:6

888-893-3767
www.lexitalegal.com

Lexitas operates in all 50 states and is licensed where required Nevada Registration #116F.
California Firm Registration #179

LEXITAS

**times**  7:19 8:1,11
9:2 10:15 14:21

**today**  9:3 29:20,23

**told**  12:2

**tomorrow**  29:9,11

**total**  19:14

**townhomes**  14:11
21:12 23:18,21

**track**  11:20

**transaction**  4:25

**transferring**  13:13

**translate**  16:18

**transparently**  18:8

**Triangle**  21:12
23:18,21

**Truman**  2:9,22
21:23

**Trustee**  2:1,6,7,20
20:11,15,19,22,25
21:3,8,22 22:5,13,
15,22 23:1,6,9,11,
13,16,18,22,24
24:2,5,8,11,15,18,
22,25 25:5,12,18,
21 26:2,6,9,11,13,
15,17,19,25 27:2,
10,14,24 28:2,7,
12,15,18,21,24
29:3,7,8,14,16,19

**turn**  14:20 19:9

**turning**  14:10

**turnover**  18:10

**U**

**U.S.**  2:6 29:8

**Uh-huh**  29:13

**underlying**  10:21

**understand**  2:16

4:7,8 13:20 24:6

**understanding**
10:5

**underwritten**  8:24

**UNIDENTIFIED**
29:24

**units**  27:21

**unusual**  11:4,5

**ups**  7:24

**Utah**  15:10 16:8

**utilize**  18:9

**V**

**venture**  3:17

**Verstandig**  2:7
3:25 4:14 6:17,23
7:5,11 9:15 12:16
13:19 17:23 18:5,
24 19:11,17,24
22:9 27:12

**W**

**water**  19:4

**wells**  3:19

**Wencil**  2:1,6,20
20:11,15,19,22,25
21:3,8,22 22:5,13,
15,22 23:1,6,9,11,
13,16,18,22,24
24:2,5,8,11,15,18,
22,25 25:5,12,18,
21 26:2,6,9,11,13,
15,17,19,25 27:2,
10,14,24 28:2,7,
12,15,18,21,24
29:3,7,14,16,19

**whatsoever**  8:4

**win**  13:4,6,8

**withdrawals**  12:13

**working**  3:5 8:6
9:5 12:5 17:19

**worthwhile**  8:25

**worthy**  9:2

**Y**

**year**  11:10

**years**  11:9,18 13:9

888-893-3767          Lexitas operates in all 50 states and is licensed where required Nevada Registration #116F.
www.lexitaslegal.com                    California Firm Registration #179

LEXITAS