| | |
|---|---|
| **From:** | Christianna Cathcart |
| **To:** | Atkinson, Nissa L. (USTP) |
| **Cc:** | tkapusta@aol.com; Wencil, Sarah J. (USTP); Mac VerStandig |
| **Subject:** | [EXTERNAL] Jamieson CAPEX |
| **Date:** | Thursday, November 21, 2024 6:06:14 PM |
| **Attachments:** | PN Held by NDSC.pdf |
| | 24.11.21. CAPEX. Bank Account (July-October).pdf |

Good evening,

As of now, the following information has been gathered in response to the requested clarifications and documents

1. **Part 4 of Schedule B:**
   - **15.2 and 15.3**: We will amend the schedules to accurately reflect the debtor's contributions.
   - **15.5**: It has been clarified that there was only one note, specifically the sub-note listed on the schedule for $300,000. The $1,000,000 referenced was an original investment, not a note.
   - **15.10**: We are still waiting for additional information. Once received, we will amend the schedule to include the correct details.
2. **Nova and MJM Investments:**
   - Jeremy has requested the additional documents. However, due to the rocky relationships and strained dynamics between the parties involved, obtaining these materials has been challenging and slower than anticipated.
3. **Mineral Interest**
   - Mr. Carlson has been gathering the necessary information to provide an explanation regarding the mineral interest. He has indicated that he should have an update by tomorrow. Once the information is available, we will ensure the schedules reflect it appropriately.
4. **Promissory Notes Held by NDSC:**
   - Please find attached the available documents for your review.
5. **Bank Statements:**
   - Bank statements starting in July are attached. We will provide the complete 2024 statements as soon as Mr. Carlson obtains them.

Mr. Carlson is not in possession of many of the requested materials, and due to rocky relationships with third parties, gathering the necessary information has proven to be a complex and sensitive process. However, we are committed to resolving these challenges and anticipate having the remaining documents shortly.

Best regards,

Christianna Cathcart, Esq.
The Dakota Bankruptcy Firm

1630 1st Avenue N
Suite B PMB 24
Fargo, North Dakota 58102-4246
Phone: (855) 987-DEBT
Local: (701) 970-2770
christianna@dakotabankruptcy.com
http://www.dakotabankruptcy.com

**PRIVILEGED COMMUNICATION/PRIVACY NOTICE**
Information contained in this transmission is attorney-client privileged and confidential.  It is solely intended for use by the individual or entity named above.  If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited.  If you have received this communication in error, please immediately notify us by telephone and delete this communication.

**TAX ADVICE NOTICE**
Any tax advice included in this communication may not contain a full description of all relevant facts or a complete analysis of all relevant tax issues or authorities.  This communication is solely for the intended recipient's benefit and may not be relied upon by any other person or entity.