# Exhibit 12

Docusign Envelope ID: 62A9C3C0-1FD6-4E16-AD85-734DA7B5B4A3
Rev 5/21

# United States Bankruptcy Court
# District of North Dakota

IN RE:

Jamieson CAPEX Fund, LLC

Debtor(s)

Bankruptcy No: 24-30422
Chapter: 11

## AMENDMENT COVER SHEET

**Schedules and Statements Amended (check all that apply):**

- ☐ Voluntary Petition
- ☐ Summary of Assets and Liabilities
- ☐ Schedule A/B – Property
- ☐ Schedule C
- ☐ Schedule D
- ☐ Schedule E/F
- ☐ Schedule G
- ☐ Schedule H
- ☐ Schedule I
- ☐ Schedule J
- ☐ Declaration Concerning Schedules
- ☑ Statement of Financial Affairs
- ☐ Attorney's Disclosure of Compensation
- ☐ Statement of Intention
- ☐ Statement of Current Monthly Income
- ☐ Other_____

If amending schedules D or E/F, the amendment is to:

- ☐ Add new creditor(s) (Notice to Creditors of Amended Schedules must be served and filed)
- ☐ Correct or delete information.

Describe changes: (ex. "Added creditor XYZ to Schedule E/F")

Updated Question 7 to include additional legal actions involving CAPEX within the last year, specifically the Jeff Johnson, Trevor Kittelson, Aspire Bank, and Western State Bank cases.

## DECLARATION

I certify under penalty of perjury that the foregoing is true and correct, and that the attached amendments are true and correct.

Dated: 11/13/2024

DocuSigned by:
_____
B4591E17F99C42C...
Debtor 1 (Signature)

_____
Debtor 2 (Signature)

PRINT    RESET

| **Fill in this information to identify the case:** | | |
|---|---|---|
| Debtor name | Jamieson CAPEX Fund, LLC | |
| United States Bankruptcy Court for the: | DISTRICT OF NORTH DAKOTA | |
| Case number (if known) | 3:24-bk-30422 | ☒ Check if this is an amended filing |

## Official Form 207
### Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy    04/22

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

### Part 1:    Income

1. **Gross revenue from business**

   ☐ None.

   | Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
   |---|---|---|
   | From the beginning of the fiscal year to filing date:<br>From 01/01/2024 to Filing Date | ☒ Operating a business<br>☐ Other _____ | $0.00 |
   | For prior year:<br>From 01/01/2023 to 12/31/2023 | ☒ Operating a business<br>☐ Other _____ | $-24,291.00 |
   | For year before that:<br>From 01/01/2022 to 12/31/2022 | ☒ Operating a business<br>☐ Other _____ | $-505,574.00 |

2. **Non-business revenue**
   Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

   ☒ None.

   | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
   |---|---|

### Part 2:    List Certain Transfers Made Before Filing for Bankruptcy

3. **Certain payments or transfers to creditors within 90 days before filing this case**
   List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

   ☒ None.

   | Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
   |---|---|---|---|

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
   List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $7,575. (This amount

| Debtor | Jamieson CAPEX Fund, LLC | Case number (if known) 3:24-bk-30422 |
|---|---|---|

may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☒ None.

| Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|

5. **Repossessions, foreclosures, and returns**
   List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

☐ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|
| First International Bank & Trust<br>100 N MAIN, PO BOX 607<br>Watford City, ND 58854 | Portion of Columbia Mall | January 23, 2024 | Unknown |

6. **Setoffs**
   List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

☒ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

**Part 3:** **Legal Actions or Assignments**

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
   List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☐ None.

| | Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.1. | Jeff Johnson vs. Jamieson Capital Financial, LLC, et al.<br>09-2023-CV-02126 | Civil | East Central Judicial District<br>P.O. Box 2806<br>Fargo, ND 58108 | ☒ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.2. | Trevor Kittelson vs. Jamieson Capital Financial, LLC, et al.<br>09-2023-CV-02114 | Civil | East Central Judicial District<br>P.O. Box 2806<br>Fargo, ND 58108 | ☒ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.3. | Aspire Bank ,et al. vs. Jamieson CAPEX Fund, LLC ,et al.<br>09-2023-CV-01293 | Civil | East Central Judicial District<br>P.O. Box 2806<br>Fargo, ND 58108 | ☐ Pending<br>☐ On appeal<br>☒ Concluded |
| 7.4. | Mark Merck vs. Jamieson CAPEX Fund, LLC, et al.<br>09-2023-CV-00886 | Civil | East Central Judicial District<br>P.O. Box 2806<br>Fargo, ND 58108 | ☐ Pending<br>☐ On appeal<br>☒ Concluded |

| Debtor | Jamieson CAPEX Fund, LLC | | Case number *(if known)* 3:24-bk-30422 |
|---|---|---|---|

| | Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.5. | Western State Bank vs. Jeremy L Carlson, et al.<br>09-2022-CV-03810 | Civil | East Central Judicial District<br>P.O. Box 2806<br><br>Fargo, ND 58108 | ☐ Pending<br>☐ On appeal<br>☒ Concluded |

**8. Assignments and receivership**
List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

☒ None

### Part 4:   Certain Gifts and Charitable Contributions

9. **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

    ☒ None

    | Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
    |---|---|---|---|

### Part 5:   Certain Losses

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

    ☒ None

    | Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property)*. | Dates of loss | Value of property lost |
    |---|---|---|---|

### Part 6:   Certain Payments or Transfers

11. **Payments related to bankruptcy**
    List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

    ☐ None.

    | | Who was paid or who received the transfer?<br>Address | If not money, describe any property transferred | Dates | Total amount or value |
    |---|---|---|---|---|
    | 11.1. | The Dakota Bankruptcy Firm<br>1630 1st Avenue N<br>Suite B PMB 24<br>Fargo, ND 58102 | | 09/19/2024 | $15,000.00 |
    | | **Email or website address**<br>https://www.dakotabankruptcy.com | | | |
    | | **Who made the payment, if not debtor?** | | | |

12. **Self-settled trusts of which the debtor is a beneficiary**
    List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
    Do not include transfers already listed on this statement.

Official Form 207     Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy     page **3**

| Debtor | Jamieson CAPEX Fund, LLC | Case number (if known) | 3:24-bk-30422 |
|---|---|---|---|

☒ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

13. **Transfers not already listed on this statement**
List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

☒ None.

| Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

**Part 7: Previous Locations**

14. **Previous addresses**
List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☒ Does not apply

| Address | Dates of occupancy From-To |
|---|---|

**Part 8: Health Care Bankruptcies**

15. **Health Care bankruptcies**
Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

☒ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

**Part 9: Personally Identifiable Information**

16. **Does the debtor collect and retain personally identifiable information of customers?**

☒ No.
☐ Yes. State the nature of the information collected and retained.

17. **Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☒ No. Go to Part 10.
☐ Yes. Does the debtor serve as plan administrator?

**Part 10: Certain Financial Accounts, Safe Deposit Boxes, and Storage Units**

Docusign Envelope ID: 14CB3F12-60B5-41DB-AE68-3ACAF50E3331
Case 24-30422    Doc 35    Filed 11/27/24    Entered 11/27/24 09:30:55    Desc Exhibit
Amended SOFA    Page 7 of 15

| Debtor | Jamieson CAPEX Fund, LLC | Case number (if known) | 3:24-bk-30422 |

18. **Closed financial accounts**

Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?

Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☐ None

| | Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|---|
| 18.1. | Capital Credit Union<br>204 W THAYER AVE<br>Bismarck, ND 58501-3772 | XXXX-0710 | ☐ Checking<br>☒ Savings<br>☐ Money Market<br>☐ Brokerage<br>☐ Other__ | Closed 09/01/23 | $2,518.43 |
| 18.2. | First International Bank & Trust<br>100 N MAIN, PO BOX 607<br>Watford City, ND 58854 | XXXX-8127 | ☒ Checking<br>☐ Savings<br>☐ Money Market<br>☐ Brokerage<br>☐ Other__ | 10/02/2024 | $0.00 |
| 18.3. | First Western Bank & Trust<br>900 South Broadway<br>Minot, ND 58701-4658 | XXXX-4085 | ☒ Checking<br>☐ Savings<br>☐ Money Market<br>☐ Brokerage<br>☐ Other__ | 09/04/2024 | $25,540.60 |
| 18.4. | First Western Bank & Trust<br>900 South Broadway<br>Minot, ND 58701-4658 | XXXX-9297 | ☒ Checking<br>☐ Savings<br>☐ Money Market<br>☐ Brokerage<br>☐ Other__ | 06/07/2023 | $7,610.10 |

19. **Safe deposit boxes**

List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

☒ None

| Depository institution name and address | Names of anyone with access to it<br>Address | Description of the contents | Does debtor still have it? |
|---|---|---|---|

20. **Off-premises storage**

List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☒ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|

**Part 11:** Property the Debtor Holds or Controls That the Debtor Does Not Own

21. **Property held for another**
List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

☒ None

### Part 12: Details About Environment Information

For the purpose of Part 12, the following definitions apply:
  *Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

  *Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

  *Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22. **Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

    ☒ No.
    ☐ Yes. Provide details below.

    | Case title<br>Case number | Court or agency name and address | Nature of the case | Status of case |
    |---|---|---|---|

23. **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

    ☒ No.
    ☐ Yes. Provide details below.

    | Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
    |---|---|---|---|

24. **Has the debtor notified any governmental unit of any release of hazardous material?**

    ☒ No.
    ☐ Yes. Provide details below.

    | Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
    |---|---|---|---|

### Part 13: Details About the Debtor's Business or Connections to Any Business

25. **Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

    ☐ None

    | | Business name address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
    |---|---|---|---|
    | 25.1. | Greenfield Commons, LLC<br>400 10TH ST SE<br>Minot, ND 58702 | OWNERSHIP, OPERATION AND MANAGEMENT OF REAL ESTATE | **EIN:** 831734753<br><br>**From-To** |
    | 25.2. | Arbor Courts Townhomes, LLC<br>2865 Lilac Lane North<br>West Fargo, ND 58078 | INVESTMENT, MANAGEMENT & OWNERSHIP OF REAL ESTATE | **EIN:** 475601702<br><br>**From-To** |

Docusign Envelope ID: 14CB3F12-60B5-41DB-AE68-2ACAF50F3331
Case 24-30422  Doc 135   Filed 11/27/24   Entered 11/27/24 15:30:51   Desc Exhibit
                          Amended SOFA   Page 9 of 15

| Debtor | Jamieson CAPEX Fund, LLC | | Case number (if known) | 3:24-bk-30422 |

| 25.3. | Commons of 56th, LLC<br>2865 LILAC LN N<br>Fargo, ND 58102-1706 | REAL ESTATE OWNERSHIP, MANAGEMENT | EIN:<br>From-To | 823350973 |
|---|---|---|---|---|
| 25.4. | Pioneer Place, LLC<br>400 10TH ST SE PO BOX 879<br>Minot, ND 58702-0879 | OWN, OPERATE, MANAGE REAL ESTATE | EIN:<br>From-To | 813072228 |
| 25.5. | Sheyenne 32 East, LLC<br>400 10TH ST SE<br>Minot, ND 58701-4908 | ACQUISTION/OWNERSHIP/OPERATION/MANAGEMENT OF REAL ESTATE | EIN:<br>From-To | 831633121 |
| 25.6. | Sheyenne 32 South, LLC<br>400 10TH ST SE PO BOX 879<br>Minot, ND 58702-0879 | ACQUISITION/OWNERSHIP/OPERATION & MANAGEMENT OF REAL ESTATE | EIN:<br>From-To | 832166349 |
| 25.7. | Triangle Townhomes LLC<br>2865 Lilac Lane N<br>Grand Forks, ND 58201 | ACQUIRE, OWN, HOLD PROJECT KNOWN AS SHEYENNE PLAZA | EIN:<br>From-To | 811399191 |
| 25.8. | 630 Main Partners<br>630 East Main Ave<br>Bismarck, ND 58501 | REAL ESTATE | EIN:<br>From-To | 831023904 |
| 25.9. | Liberty Development, LLC<br>400 10th Street SE<br>Minot, ND 58701 | REAL ESTATE | EIN:<br>From-To | 811565620 |

26. **Books, records, and financial statements**
    26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.
    ☐ None

| Name and address | Date of service<br>From-To |
|---|---|
| 26a.1. Kyle Pender<br>5630 34th Ave S Ste 120<br>Fargo, ND 58104 | 09/19/2024 |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.
☐ None

| Name and address | Date of service<br>From-To |
|---|---|
| 26b.1. Kyle Pender<br>5630 34th Ave S Ste 120<br>Fargo, ND 58104 | 09/19/2024 |

| Name and address | Date of service<br>From-To |
|---|---|
| 26b.2. Montogomery & Pender, P.C.<br>5630 34th Ave S Ste 120<br>Fargo, ND 58104 | 09/19/2024 |

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

Docusign Envelope ID: 44CB3F12-60B5-41DB-AF68-3ACAF50E3331
Case 24-30422 Doc 132 Filed 11/27/24 Entered 11/27/24 09:30:51 Desc Exhibit
Amended SOFA Page 10 of 15

| Debtor | Jamieson CAPEX Fund, LLC | Case number (if known) | 3:24-bk-30422 |
|---|---|---|---|

☐ None

| Name and address | | If any books of account and records are unavailable, explain why |
|---|---|---|
| 26c.1. | Kyle Pender<br>5630 34th Ave S Ste 120<br>Fargo, ND 58104 | |
| 26c.2. | Montgomery & Pender, P.C.<br>5630 34th Ave S Ste 120<br>Fargo, ND 58104 | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☒ None

**Name and address**

27. **Inventories**
    Have any inventories of the debtor's property been taken within 2 years before filing this case?

    ☒ No
    ☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|

28. List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Amber Carlson | 712 124th Ave NE<br>Finley, ND 58230 | Individual | 2.08 |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Arthur Mercantile LLC | PO Box 8<br>Arthur, ND 58006 | Partner | 4.49 |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Brian Carlson | 555 12th Street Ste 900<br>Oakland, CA 94607 | O | 2.24 |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Mike Quast | 4703 Harbor Trail SE<br>Fargo, ND 58102 | Individual | 6.73 |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Scott Ellefson | 63 W Mirror Ridge Circle<br>Spring, TX 77382 | Individual | 2.24 |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Shawn Hegvick | 4439 Oakcreek Drive South<br>Fargo, ND 58104 | Individual | 8.51 |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Jim Stewart | 154 S Woodcrest Drive<br>Fargo, ND 58104 | Individual | 1.79 |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Scott Howe | 7725 Ridgeland Dr<br>Bismarck, ND 58503 | Individual | 0.90 |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| W&S Investment LLC | 4401 19th Street SE<br>Mandan, ND 58554 | Partner | 2.28 |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Mike Holland | 555 12th Street Ste 900<br>Oakland, CA 94607 | O | 1.97 |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Dale Lian | 2861 Lilac Lane N<br>Fargo, ND 58102 | Individual | 2.24 |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Derek Kane | 5832 Crested Butte Rd<br>Bismarck, ND 58503 | Individual | 1.12 |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Derek Sunderland | 4632 Timberline Drive<br>Fargo, ND 58104 | Individual | 2.24 |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Donna Fricke | 918 Senate Dr<br>Bismarck, ND 58501 | Individual | 1.23 |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Jack Christianson | 508 66th Ave N<br>Moorhead, MN 56560 | Individual | 5.61 |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Jason Boutwell | 87 N Woodcrest Drive North<br>Fargo, ND 58102 | Individual | 1.29 |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| John Biwer | 311 St Charles Place<br>West Fargo, ND 58078 | Individual | 1.36 |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Matthew Retterath | 555 12th Street Ste 900<br>Oakland, CA 94607 | O | 0.56 |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Matthew Bitterman | 4406 Daniel Street<br>Bismarck, ND 58504 | Individual | 0.34 |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Michael Kempel | 2809 Lilac Lane N<br>Fargo, ND 58102 | Individual | 2.24 |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Michael Schuster | 5079 Woodhaven Dr S<br>Fargo, ND 58104 | Individual | 1.35 |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Rachel Ness | 4763 Douglas Drive S<br>Fargo, ND 58104 | Individual | 1.01 |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Scott Gorder | 555 12th Street Ste 900<br>Oakland, CA 94607 | O | 2.24 |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Trevor Kittelson | 705 6th Ave NE<br>Hillsboro, ND 58045 | Individual | 1.12 |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Cole Bachmeier | 5893 Autumn Drive S<br>Fargo, ND 58104 | Individual | 1.57 |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Colleen Carlson | 6130 12th Street SE<br>Bismarck, ND 58504 | Individual | 2.47 |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Eric Hegerle | 2312 15th Street S<br>Fargo, ND 58103 | Individual | 2.57 |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Lyons Trust | 6415 55th Ave SE<br>Bismarck, ND 58504 | T | 1.46 |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Michael Kuntz | 275 Elks Drive<br>Grand Forks, ND 58201 | Individual | 2.24 |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Val   Marinov | 3549 Grandwood Dr N<br>Fargo, ND 58102 | Individual | 6.73 |

Docusign Envelope ID: 14CB3F12-60B5-41DB-AE68-3ACAF50E3331
Case 24-30422 Doc 132 Filed 11/27/24 Entered 11/27/24 09:30:55 Desc Exhibit
Amended SOFA Page 13 of 15
Case 24-30422 Doc 135-2 Filed 11/27/24 Entered 11/27/24 09:37:51 Desc Exhibit
Amended SOFA Page 13 of 15

| Debtor | Jamieson CAPEX Fund, LLC | Case number (if known) | 3:24-bk-30422 |
|---|---|---|---|

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Brian Kounovsky | 3680 54th Street S<br>Fargo, ND 58104 | Individual | 0.01 |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Leftfield Development LLC | 275 Elks Dr<br>Grand Forks, ND 58201 | Partner | 2.25 |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Jeremy Carlson | 2865 Lilac Lane N<br>Fargo, ND 58102 | Individual | 0.45 |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Lynn Carlson | 555 12th Street Ste 900<br>Oakland, CA 94607 | O | 1.57 |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Mark Merck | 555 12th Street Ste 900<br>Oakland, CA 94607 | O | 5.84 |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| David Griffin | 555 12th Street Ste 900<br>Oakland, CA 94604 | O | 4.04 |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Wendy Baukol | 555 12th Street Ste 900<br>Oakland, CA 94607 | O | 4.84 |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Bryan Bartz | 555 12th Street Ste 900<br>Oakland, CA 94607 | O | 2.98 |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Kara Johnson | 555 12th Street Ste 900<br>Oakland, CA 94607 | O | 2.01 |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Klhandj Land LLC | 4001 15th Ave NE<br>Fargo, ND 58102 | | 1.79 |

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

☐ No
☒ Yes. Identify below.

Docusign Envelope ID: 14CB3F12-60B5-41DB-AE68-2ACAF50E3331
Case 24-30422 Doc 132 Filed 11/12/24 Entered 11/12/24 15:30:51 Desc Exhibit Amended SOFA page 14 of 15

| Debtor | Jamieson CAPEX Fund, LLC | Case number (if known) | 3:24-bk-30422 |

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| Brian Kounovsky | 3680 54th Street S<br>Fargo, ND 58104 | President | 03/06/23-05/22/2024 |

**30. Payments, distributions, or withdrawals credited or given to insiders**
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☒ No
☐ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|

**31. Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

☒ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

**32. Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

☒ No
☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
|---|---|

## Part 14: Signature and Declaration

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on November 12, 2024

/s/ Jeremy Carlson                                    Jeremy Carlson
Signature of individual signing on behalf of the debtor    Printed name

Position or relationship to debtor    Manager

**Are additional pages to** *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* **(Official Form 207) attached?**
☒ No
☐ Yes

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NORTH DAKOTA

| | | |
|---|---|---|
| In re: | ) | Case No. 24-30422 |
| | ) | (Chapter 11) |
| JAMIESON CAPEX FUND, LLC | ) | |
| | ) | |
| Debtor. | ) | |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 13th day of November, 2024, I caused a copy of the Amended Statement of Financial Affairs was served electronically upon filing via the ECF system.

Dated: November 13, 2024　　　　　　　　/s/ Christianna A. Cathcart
　　　　　　　　　　　　　　　　　　　　Christianna A. Cathcart, Esq.

1