UNITED STATES BANKRUPTCY COURT
District of North Dakota Fargo

In re:
   Jamieson CAPEX Fund, LLC,
      Debtor(s).

Case No.: 24-30422
Chapter: 11

**PROOF OF SERVICE**

I, Tinamarie Feil, state as follows:

I am over the age of 18 and not a party to the above-captioned case. I am employed by BMC Group, Inc., an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Rules 9001(9) and 2002(g)(4) of the Federal Rules of Bankruptcy Procedure.

I declare that on 11/22/2024, as directed by Office of the United States Trustee, true and correct copy(s) of the following document(s) were served on the party(s) listed on the attached exhibit(s) via the mode(s) of service thereon indicated. Such service was performed under my direct supervision, by employees of BMC Group, Inc.

---

Motion to Convert Case From Chapter 11 to 7 Including: Notice of Motion served on 11/22/2024. , Motion for Removal of Debtor as Debtor in Possession Including: Notice of Motion served on 11/22/2024 Filed by U.S. Trustee Robert B. Raschke Last day to object is 12/13/2024.Last day to object is 12/6/2024. (Attachments: # 1 Exhibit In re Jamieson Capital Financial LLC and Jeremy Carlson, dated July 15, 2022 # 2 Exhibit Stop Order Suspending Sale of Securities (including Debtor), dated July 15, 2022. # 3 Exhibit Consent Order, dated December 11, 2023. # 4 Exhibit Cease and Desist Order; Order for Rescission dated December 22, 2023 # 5 Exhibit In re NSOP, et. al, dated April 24, 2023 # 6 Exhibit Administrative Consent Order, dated January 10, 2024 # 7 Exhibit Schedules # 8 Exhibit Transcript Oct 24 Section 341 # 9 Exhibit Transcript Section 341 Nov 7 # 10 Exhibit UST email # 11 Exhibit Original SOFA # 12 Exhibit Amended SOFA # 13 Exhibit Oct MOR) (Wencil, Sarah) (Entered: 11/22/2024)

---

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

11/22/2024

*Tinamarie Feil*

Tinamarie Feil
BMC Group, Inc.
Approved Bankruptcy Notice Provider
info@bmcgroup.com;
888.909.0100

## Exhibit A - Certificate of Service
## Jamieson CAPEX Fund, LLC 24-30422

| List ID | Name and Address of Served Party | Mode of Service |
|---|---|---|
| 20104 | Amber Carlson , 712 124th Ave NE, Finley, ND, 58230-9402 | First Class |
| 20104 | Arthur Mercantile, LLC , PO Box 8, Arthur, ND, 58006-0008 | First Class |
| 20104 | Aspire , 5195 45TH ST S, Fargo, ND, 58104-3339 | First Class |
| 20104 | Brad Sunderland , 2102 Great Northern Drive, Fargo, ND, 58102-3249 | First Class |
| 20104 | Brian Kounovsky , 3680 54th Street S, Fargo, ND, 58104-7480 | First Class |
| 20104 | Bryan Bartz , 555 12th Street, Suite 900, Oakland, CA, 94607-3637 | First Class |
| 20104 | Capital Credit Union , 204 W THAYER AVE, Bismarck, ND, 58501-3794 | First Class |
| 20104 | CCU , 204 W THAYER AVE, Bismarck, ND, 58501-3794 | First Class |
| 20104 | Christianna A. Cathcart, The Dakota Bankruptcy Firm, 1630 First Ave N, Ste. B PMB 24, Fargo, ND, 58102-4246, United States of America, christianna@dakotabankruptcy.com | First Class |
| 20104 | Christianna A. Cathcart , 1630 1st Avenue N, Suite B PMB 24, Fargo, ND, 58102-4246, United States of America | First Class |
| 20104 | Christianna A. Cathcart , The Dakota Bankruptcy Firm, 1630 First Ave N, Ste. B PMB 24, Fargo, ND, 58102-4246, United States of America | First Class |
| 20104 | Cole Bachmeier , 5893 Autumn Drive S, Fargo, ND, 58104-7654 | First Class |
| 20104 | Colleen Carlson , 6130 12th Street SE, Bismarck, ND, 58504-3131 | First Class |
| 20104 | Dale Lian , 2861 Lilac Lane N, Fargo, ND, 58102-1706 | First Class |
| 20104 | David Griffin , 555 12th Street Suite 900, Oakland, CA, 94607-3637 | First Class |
| 20104 | Derek Kane , 5832 Crested Butte Rd, Bismarck, ND, 58503-7302 | First Class |
| 20104 | Derek Sunderland , 4632 Timberline Dr, Fargo, ND, 58104-6654 | First Class |
| 20104 | Donna Fricke , 918 Senate Dr, Bismarck, ND, 58501-1963 | First Class |
| 20104 | Eric Hegerle , 2312 5th Street S, Fargo, ND, 58103 | First Class |
| 20104 | FIRST INTERNATIONAL BANK & TRUST, ATTN ATTN LEGAL, 3001 25TH STREET SOUTH, FARGO, ND, 58103-6160 | First Class |
| 20104 | First Western Bank & Trust , 900 South Broadway, Minot, ND, 58701-4658 | First Class |
| 20104 | Fred & Karen Browers , 38568 296th Ave, Waubun, MN, 56589-9370 | First Class |
| 20104 | Fred and Karen Brower , 38568 296th Ave, Waubun, MN, 56589-9370 | First Class |
| 20104 | Internal Revenue Service , PO Box 7346, Philadelphia, PA, 19101-7346 | First Class |
| 20104 | Jack Christianson , 508 66th Ave North, Moffit, ND, 58560 | First Class |
| 20104 | Jamieson CAPEX Fund, LLC, 2865 Lilac LN N, CASS-ND, Fargo, ND, 58102-1706, United States of America | First Class |
| 20104 | Jamieson CAPEX Fund, LLC , 2865 LILAC LN N, Fargo, ND, 58102-1706, United States of America | First Class |
| 20104 | Jamieson Capital , 1420 9TH ST E STE 401, West Fargo, ND, 58078-3381 | First Class |
| 20104 | Jamieson Legacy Fund , 555 12th Street Ste 900, Oakland, CA, 94607-3637 | First Class |
| 20104 | Jamieson Legacy Fund LLC , 3309 Heartwood Dr SE, Mandan, ND, 58554-6232 | First Class |
| 20104 | Jamieson Medical , 2865 LILAC LN N, Fargo, ND, 58102-1706, United States of America | First Class |
| 20104 | Jamieson Natural , PO BOX 285, West Fargo, ND, 58078-0285 | First Class |
| 20104 | Jamieson Natural Resources Fund, LLC , PO BOX 285, West Fargo, ND, 58078-0285 | First Class |
| 20104 | Jamieson Natural Resources Fund, LLC , c/o: Katrina A. Turman Lang, 500 2nd Ave. N., Suite 400, P.O. Box 1680, Fargo, ND, 58107-1680 | First Class |
| 20104 | Jamieson Natural Resources Fund, LLC | None |
| 20104 | Jason Boutwell , 87 N Woodcrest Dr N, Fargo, ND, 58102-2154 | First Class |
| 20104 | Jeff Johnson , 4001 15th Ave NW, Fargo, ND, 58102-2832 | First Class |
| 20104 | Jeremy Carlson , 2865 Lilac Lane N, Fargo, ND, 58102-1706 | First Class |
| 20104 | Jim Stewart , 154 S Woodcrest Dr, Fargo, ND, 58102-2145 | First Class |
| 20104 | John Biwer , 331 St Charles Place, West Fargo, ND, 58078 | First Class |
| 20104 | Kara Johnson , 555 12th Street Ste 900, Oakland, CA, 94607-3637 | First Class |
| 20104 | Katrina A. Turman Lang , Wold Johnson, P.C., 500 2nd Ave. N., Ste. 400, PO Box 1680, Fargo, ND, 58107-1680 | First Class |
| 20104 | KLH&J Land LLC , 4001 15th Ave NW, Fargo, ND, 58102-2832 | First Class |
| 20104 | Leftfield Development LLC , 275 Elks Dr, Grand Forks, ND, 58201-7575 | First Class |
| 20104 | Lyons Children Irrevocable Trust , 6415 55th Ave SE, Bismarck, ND, 58504-9410 | First Class |
| 20104 | Main Street Investment , 2865 LILAC LN N, Fargo, ND, 58102-1706, United States of America | First Class |
| 20104 | Mark Merck , 555 12th Street Ste 900, Oakland, CA, 94607-3637 | First Class |
| 20104 | Matthew Bitterman , 4406 Daniel Street, Bismarck, ND, 58504-8855 | First Class |
| 20104 | Maurice VerStandig, The Dakota Bankruptcy Firm, 1630 1st Avenue N, Suite B PMB 24, Fargo, ND, 58102, United States of America, mac@mbvesq.com | First Class |

| List ID | Name and Address of Served Party | Mode of Service |
|---|---|---|
| 20104 | Maurice VerStandig , The Dakota Bankruptcy Firm, 1630 1st Avenue N, Suite B PMB 24, Fargo, ND, 58102-4246, United States of America | First Class |
| 20104 | Michael Kempel , 2809 Lilac Lane N, Fargo, ND, 58102-1706 | First Class |
| 20104 | Michael Kuntz , 275 Elks Dr, Grand Forks, ND, 58201-7575 | First Class |
| 20104 | Michael Schuster , 5079 Woodhaven Dr S, Fargo, ND, 58104-4288 | First Class |
| 20104 | Mike Quast , 4703 Harbor Trail SE, Mandan, ND, 58554-7928 | First Class |
| 20104 | MJM Investments, LLC , 541 16TH ST NE, West Fargo, ND, 58078-7214 | First Class |
| 20104 | North Dakota Office of State Tax Commiss , 600 E. Boulevard Ave. Dept. 127, Bismarck, ND, 58505-0602 | First Class |
| 20104 | Nova DC, LLC , 3081 125TH AVE NW, Watford City, ND, 58854-9602 | First Class |
| 20104 | Rachel Ness , 4763 Douglas Drive S, Fargo, ND, 58104-4402 | First Class |
| 20104 | Scott Ellefson , 63 W Mirror Ridge Circle, The Woodlands, TX, 77382-2513 | First Class |
| 20104 | Scott Howe , 7725 Ridgeland Dr, Bismarck, ND, 58503-6235 | First Class |
| 20104 | Secure Income Fund, LLC , 2865 LILAC LN N, Fargo, ND, 58102-1706, United States of America | First Class |
| 20104 | Shawn Hegvick , 4439 Oakcreek Dr S, Fargo, ND, 58104-6619 | First Class |
| 20104 | The Entrust Group , f/b/o Brian Carlson, 555 12th Street Ste 900, Oakland, CA, 94607-3637 | First Class |
| 20104 | The Entrust Group , f/b/o Scott Gorder, 555 12th Street Ste 900, Oakland, CA, 94607-3637 | First Class |
| 20104 | The Entrust Group , f/b/o Matthew Retterath, 555 12th Street Ste 900, Oakland, CA, 94607-3637 | First Class |
| 20104 | The Entrust Group , F/B/O Mike Holland, 555 12th Street Ste 900, Oakland, ND, 94607-3637 | First Class |
| 20104 | The Entrust Group , f/b/o Lynn Carlson, 555 12th Street Ste 900, Oakland, ND, 94607-3637 | First Class |
| 20104 | Thomas Kapusta, PO Box 90624, Sioux Falls, SD, 57109, United States of America | First Class |
| 20104 | Thomas Kapusta , PO Box 90624, Sioux Falls, SD, 57109-0624, United States of America | First Class |
| 20104 | Trevor Kittelson , 705 6th Ave NE, Hillsboro, ND, 58045-4633 | First Class |
| 20104 | U.S. BANKRUPTCY COURT, 655 1ST AVENUE NORTH, SUITE 210, FARGO, ND, 58102-4932 | First Class |
| 20104 | Val Marinov , 3549 Grandwood Dr N, Fargo, ND, 58102-4860 | First Class |
| 20104 | W&S Investment LLC , 4401 19th Street SE, Mandan, ND, 58554-4830 | First Class |
| 20104 | Wendy Baukol , 555 12th Street Ste 900, Oakland, CA, 94607-3637 | First Class |