UNITED STATES BANKRUPTCY COURT
DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| IN RE:<br>JAMIESON CAPEX FUND, LLC | CASE NO: 24-30422<br>**DECLARATION OF MAILING**<br>**CERTIFICATE OF SERVICE**<br>Chapter: 11 |

On 11/27/2024, I did cause a copy of the following documents, described below,

Notice and Application for First Interim Trustee Fee Application 24-30422

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice.com, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R.Bankr.P. 9001(9) and 2002(g)(4). A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically with the documents described herein per the ECF/PACER system.

DATED: 11/27/2024

/s/ Thomas Kapusta
Thomas Kapusta
Subchapter V Trustee

PO Box 90624
Sioux Falls, SD  57109
605 376 6715
tkapusta@aol.com

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NORTH DAKOTA

IN RE:

JAMIESON CAPEX FUND, LLC

CASE NO: 24-30422

**CERTIFICATE OF SERVICE DECLARATION OF MAILING**

Chapter: 11

On 11/27/2024, a copy of the following documents, described below,

Notice and Application for First Interim Trustee Fee Application 24-30422

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 11/27/2024

Miles Wood
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
Thomas Kapusta

PO Box 90624
Sioux Falls, SD  57109

```
USPS FIRST CLASS MAILING RECIPIENTS
Parties with names struck through or labeled (V)(BOX SERVICE) were not served via First Class USPS Mail Service.
```

| CASE INFO | DEBTOR | EXCLUDE |
|---|---|---|
| LABEL MATRIX FOR LOCAL NOTICING<br>NCRS ADDRESS DOWNLOAD<br>CASE 24-30422<br>DISTRICT OF NORTH DAKOTA<br>WED NOV 27 8-28-26 PST 2024 | JAMIESON CAPEX FUND  LLC<br>2865 LILAC LN N<br>FARGO  ND 58102-1706 | ~~(U)JAMIESON NATURAL RESOURCES FUND  LL~~ |
| ~~EXCLUDE~~<br>~~US BANKRUPTCY COURT~~<br>~~655 1ST AVENUE NORTH  SUITE 210~~<br>~~FARGO  ND 58102-4932~~ | AMBER CARLSON<br>712 124TH AVE NE<br>FINLEY  ND 58230-9402 | ARTHUR MERCANTILE  LLC<br>PO BOX 8<br>ARTHUR  ND 58006-0008 |
| ASPIRE<br>5195 45TH ST S<br>FARGO   ND 58104-3339 | BRAD SUNDERLAND<br>2102 GREAT NORTHERN DRIVE<br>FARGO  ND 58102-3249 | BRIAN KOUNOVSKY<br>3680 54TH STREET S<br>FARGO  ND 58104-7480 |
| BRYAN BARTZ<br>555 12TH STREET<br>SUITE 900<br>OAKLAND  CA 94607-3637 | CCU<br>204 W THAYER AVE<br>BISMARCK   58501-3772 | CAPITAL CREDIT UNION<br>204 W THAYER AVE<br>BISMARCK   ND 58501-3794 |
| CHRISTIANNA A CATHCART<br>1630 1ST AVENUE N<br>SUITE B PMB 24<br>FARGO   NORTH DAKOTA 58102-4246 | COLE BACHMEIER<br>5893 AUTUMN DRIVE S<br>FARGO  ND 58104-7654 | COLLEEN CARLSON<br>6130 12TH STREET SE<br>BISMARCK   ND 58504-3131 |
| DALE LIAN<br>2861 LILAC LANE N<br>FARGO   ND 58102-1706 | DAVID GRIFFIN<br>555 12TH STREET SUITE 900<br>OAKLAND   CA 94607-3637 | DEREK KANE<br>5832 CRESTED BUTTE RD<br>BISMARCK   ND 58503-7302 |
| DEREK SUNDERLAND<br>4632 TIMBERLINE DR<br>FARGO  ND 58104-6654 | DONNA FRICKE<br>918 SENATE DR<br>BISMARCK   ND 58501-1963 | ERIC HEGERLE<br>2312 5TH STREET S<br>FARGO   ND 58103 |
| (P)FIRST INTERNATIONAL BANK  TRUST<br>ATTN ATTN LEGAL<br>3001 25TH STREET SOUTH<br>FARGO ND 58103-6160 | FIRST WESTERN BANK  TRUST<br>900 SOUTH BROADWAY<br>MINOT  ND 58701-4658 | FRED  KAREN BROWERS<br>38568 296TH AVE<br>WAUBUN  MN 56589-9370 |
| FRED AND KAREN BROWER<br>38568 296TH AVE<br>WAUBUN   MN 56589-9370 | INTERNAL REVENUE SERVICE<br>PO BOX 7346<br>PHILADELPHIA  PA 19101-7346 | JACK CHRISTIANSON<br>508 66TH AVE NORTH<br>MOFFIT  ND 58560 |

USPS FIRST CLASS MAILING RECIPIENTS:
Parties with names struck through or labeled (CM/ECF SERVICE) were not served via First Class USPS Mail Service.

| | | |
|---|---|---|
| JAMIESON CAPITAL<br>1420 9TH ST E STE 401<br>WEST FARGO   ND 58078-3381 | JAMIESON LEGACY FUND<br>555 12TH STREET STE 900<br>OAKLAND   CA 94607-3637 | JAMIESON LEGACY FUND LLC<br>3309 HEARTWOOD DR SE<br>MANDAN   ND 58554-6232 |
| JAMIESON MEDICAL<br>2865 LILAC LN N<br>FARGO 58102-1706 | JAMIESON NATURAL<br>PO BOX 285<br>WEST FARGO   ND 58078-0285 | JAMIESON NATURAL RESOURCES FUND   LLC<br>PO BOX 285<br>WEST FARGO   ND 58078-0285 |
| JAMIESON NATURAL RESOURCES FUND   LLC<br>CO KATRINA A TURMAN LANG<br>500 2ND AVE N   SUITE 400<br>PO BOX 1680<br>FARGO   ND 58107-1680 | JASON BOUTWELL<br>87 N WOODCREST DR N<br>FARGO   ND 58102-2154 | JEFF JOHNSON<br>4001 15TH AVE NW<br>FARGO   ND 58102-2832 |
| JEREMY CARLSON<br>2865 LILAC LANE N<br>FARGO   ND 58102-1706 | JIM STEWART<br>154 S WOODCREST DR<br>FARGO   ND 58102-2145 | JOHN BIWER<br>331 ST CHARLES PLACE<br>WEST FARGO   ND 58078 |
| KLHJ LAND LLC<br>4001 15TH AVE NW<br>FARGO   ND 58102-2832 | KARA JOHNSON<br>555 12TH STREET STE 900<br>OAKLAND   CA 94607-3637 | KATRINA A TURMAN LANG<br>WOLD JOHNSON   PC<br>500 2ND AVE N   STE 400<br>PO BOX 1680<br>FARGO   ND 58107-1680 |
| LEFTFIELD DEVELOPMENT LLC<br>275 ELKS DR<br>GRAND FORKS   ND 58201-7575 | LYONS CHILDREN IRREVOCABLE TRUST<br>6415 55TH AVE SE<br>BISMARCK   ND 58504-9410 | MJM INVESTMENTS   LLC<br>541 16TH ST NE<br>WEST FARGO   ND 58078-7214 |
| MAIN STREET INVESTMENT<br>2865 LILAC LN N<br>FARGO   ND 58102-1706 | MARK MERCK<br>555 12TH STREET STE 900<br>OAKLAND   CA 94607-3637 | MATTHEW BITTERMAN<br>4406 DANIEL STREET<br>BISMARCK   ND 58504-8855 |
| MICHAEL KEMPEL<br>2809 LILAC LANE N<br>FARGO   ND 58102-1706 | MICHAEL KUNTZ<br>275 ELKS DR<br>GRAND FORKS   ND 58201-7575 | MICHAEL SCHUSTER<br>5079 WOODHAVEN DR S<br>FARGO   ND 58104-4288 |
| MIKE QUAST<br>4703 HARBOR TRAIL SE<br>MANDAN   ND 58554-7928 | NORTH DAKOTA OFFICE OF STATE TAX<br>COMMISS<br>600 E BOULEVARD AVE DEPT 127<br>BISMARCK   ND 58505-0602 | NOVA DC   LLC<br>3081 125TH AVE NW<br>WATFORD CITY   ND 58854-9602 |

```
USPS FIRST CLASS MAILING RECIPIENTS:
Parties with names struck through or labeled CM/ECF SERVICE have been served via First Class USPS Mail Service.

RACHEL NESS                         SARAH J WENCIL                      SCOTT ELLEFSON
4763 DOUGLAS DRIVE S                OFFICE OF THE US TRUSTEE            63 W MIRROR RIDGE CIRCLE
FARGO   ND 58104-4402               SUITE 1015 US COURTHOUSE            THE WOODLANDS   TX 77382-2513
                                    300 SOUTH FOURTH STREET
                                    MINNEAPOLIS   MN 55415-1320


SCOTT HOWE                          SECURE INCOME FUND   LLC            SHAWN HEGVICK
7725 RIDGELAND DR                   2865 LILAC LN N                     4439 OAKCREEK DR S
BISMARCK   ND 58503-6235            FARGO   ND 58102-1706               FARGO   ND 58104-6619


THE ENTRUST GROUP                   THE ENTRUST GROUP                   THE ENTRUST GROUP
FBO MIKE HOLLAND                    FBO BRIAN CARLSON                   FBO LYNN CARLSON
555 12TH STREET STE 900             555 12TH STREET STE 900             555 12TH STREET STE 900
OAKLAND   ND 94607-3637             OAKLAND   CA 94607-3637             OAKLAND   ND 94607-3637


THE ENTRUST GROUP                   THE ENTRUST GROUP                   TREVOR KITTELSON
FBO MATTHEW RETTERATH               FBO SCOTT GORDER                    705 6TH AVE NE
555 12TH STREET STE 900             555 12TH STREET STE 900             HILLSBORO   ND 58045-4633
OAKLAND   CA 94607-3637             OAKLAND   CA 94607-3637


VAL MARINOV                         WS INVESTMENT LLC                   WENDY BAUKOL
3549 GRANDWOOD DR N                 4401 19TH STREET SE                 555 12TH STREET STE 900
FARGO   ND 58102-4860               MANDAN   ND 58554-4830              OAKLAND   CA 94607-3637


CHRISTIANNA A CATHCART              MAURICE VERSTANDIG                  ROBERT B RASCHKE
THE DAKOTA BANKRUPTCY FIRM          THE DAKOTA BANKRUPTCY FIRM          ASSISTANT US TRUSTEE
1630 FIRST AVE N                    1630 1ST AVENUE N                   SUITE 1015 US COURTHOUSE
STE B PMB 24                        SUITE B PMB 24                      300 SOUTH FOURTH STREET
FARGO   ND 58102-4246               FARGO   ND 58102-4246               MINNEAPOLIS   MN 55415-1320


THOMAS KAPUSTA
PO BOX 90624
SIOUX FALLS   SD 57109-0624
```