## MINUTES OF SPECIAL MEETING OF THE
## MEMBERS AND BOARD OF GOVERNORS OF
## JAMIESON CAPEX FUND, LLC

A special meeting of the Members of Jamieson CAPEX Fund, LLC, a North Dakota limited liability company (the "Company"), was called to order at 11:00am central time on March 6, 2023, both in person and via teleconference.

Member(s) Jeremy Carlson, see attached list were present in person. Member(s) see attached list were present via teleconference. Member(s) see attached list were not present.

Jeremy Carlson, President, presided as Chairman and acted as Secretary of the meeting and recorded the proceedings.

### Due Notice and Quorum

The Chairman stated that the Members holding the quorum of 1,037.935 Units were present in person or by proxy and that the meeting was properly and lawfully convened.

### Election of Board of Governors

The first item for members consideration was the election of a Board of Governors. Jeremy Carlson addressed the need for the election of a new Board of Governors to manage the Company, and the members of the Company concurred.

Pursuant to the Operating Agreement of the Company and North Dakota's Uniform Limited Liability Company Act, the members nominated Brian Kounovsky, Scott Gorder and David Griffin to serve as Governors of the Company. Jjohn Biwer seconded that motion. Upon that motion duly made and seconded, the following members were elected as Governors of the company by a vote of 1,037.935 Units in favor and 0 Units opposed, with 76.7244 Units not present and not voting:



### Selection of Officers

The first item for Governors consideration was the appointment of officers.

Pursuant to the Operating Agreement and North Dakota's Uniform Limited Liability Company Act, Members nominated Brian Kounovsky to serve as President of the Company, David Griffin to serve as Secretary of the Company, and Scott Gorder to serve as Treasurer of the Company. Mike Quast seconded that motion. Upon motion duly made and seconded, the following officers were appointed by a vote of 1,037.935 Governors in favor and 0 Governors opposed, with 76.7244 Governors not present and not voting:

Brian Kounovsky- President
David Griffin - Secretary
_ - Treasurer

### Adjournment

There being no further business to come before the meeting, the meeting was adjourned.

Respectfully submitted,

_____
Jeremy Carlson, Secretary of the Meeting

78532953 v1

2

| | CAPEX | | | |
|---|---|---|---|---|
| | Name | Present? | | |
| | Amber Carlson | N/A | | |
| 40 | Arthur Mercantile LLC (Brian Kournosky) | ✓ | | James & Jon |
| 24.18 | Bryan Bartz | ✓ | | |
| | Brian Carlson | | | 18.18 |
| | Cole Bachmeier | | | 14 |
| | Colleen Carlson | | | 20 |
| | Donna Fricke | | | 10 |
| 36 | David Griffin | ✓ | | |
| 10 | Derek Kane | ✓ | Teams | |
| 20 | Dale Lian | ✓ | Teams | |
| 20 | Derek Sunderland | ✓ | Teams | |
| 19.125 | Erik/Shelly Hegerle | ✓ | | |
| 57.12 | Jake Baukol | ✓ | Teams | |
| | Jason Boutwell | | | |
| 11 | John Biwer | ✓ | | |
| | Jeff Johnson | | | 20 |
| 16 20 | James Stewart | ✓ | | |
| 17.94 | Kara Johnson | ✓ | Teams | |
| 166.66 | Left Field Development LLC (Kuntz) | ✓ | Teams | |
| 14 | Lynn Carlson | ✓ | Teams | |
| | Lyon's Trust | | | |
| 50 | Lois and Jack Christianson | ✓ | | |
| | Matthew Bitterman | | | 3 |
| | Mike Holland | | | |
| 20 | Michael Kempel | ✓ | Teams | |
| 16.66 | Michael Kuntz | ✓ | | |
| 52.1 | Mark Merck | | | |
| 100 | Mike Quast | ✓ | Teams | |
| | Mathew Retterath | | | 4.54 |
| | Michael Schuster | | | 12 |
| | Rachel Ness | | | 9 |
| 78.6 | Rick Hegvik | ✓ | Teams | |
| 20 | Scott Ellefson | ✓ | Teams | |
| 18.18 | Scott Gorder | ✓ | Teams | |
| 8 | Scott Howe | ✓ | Teams | |
| | Trevor Kittelson | | | 10 |
| 60 | Val Marinov | ✓ | Teams | |
| 21 | W&S Investments, LLC | | | |
| 153.74 | Brower FEL | ✓ | | 1,037.935 |