## MINUTES OF SPECIAL MEETING OF THE
## MEMBERS AND BOARD OF GOVERNORS OF
## JAMIESON CAPEX FUND, LLC

A special meeting of the Members of Jamieson CAPEX Fund, LLC, a North Dakota limited liability company (the "Company"), was called to order at 2:30 pm central time on May, 22, 2024, via teleconference.

19 Members were present via teleconference. 21 Members were not present. Scott Gorder, presided as Chairman and acted as Secretary of the meeting and recorded the proceedings.

### Due Notice and Quorum

The Chairman stated that notice had been provided to all members 10 days in advance. The Chairman stated that Members holding a quorum of 51.74% of shares were present in person or by proxy and that the meeting was properly and lawfully convened.

### Election of President

The first item for the Members' consideration was the acceptance of resignation of Brian Kounovsky as President. The resignation was approved. Scott Gorder moved to nominate Jeremy Carlson for President of the Jamieson CAPEX Fund. Dave Griffin seconded the motion. The motion passed by a vote of 50.24% in favor, 1.5% opposed, and 48.26% not present and not voting.

### Adjournment

There being no further business to come before the meeting, the meeting was adjourned.

Respectfully submitted,

_____
Dave Griffin, Secretary of Jamieson CAPEX Fund