STATE OF NORTH DAKOTA  IN DISTRICT COURT

COUNTY OF CASS  EAST CENTRAL JUDICIAL DISTRICT

|  |  |
|---|---|
| MJM Investments, LLC,<br><br>       Plaintiff,<br><br>vs.<br><br>Arbor Courts Townhomes, LLC; Jamieson CAPEX Fund, LLC; and First Western Bank & Trust,<br><br>       Defendants. | Civ. No. 09-2023-CV-00617<br><br>**ORDER CONFIRMING SHERIFF SALE** |

[¶1]  Upon reading the Report of Sale on Foreclosure Subject to Senior Mortgages (Index ##39 & 40), and supporting filings and return of Jesse F. Jahner, Sheriff of Cass County, North Dakota, the person appointed by the Court to sell the property described in the Complaint and Judgment in the above-entitled action, and after examining the proceedings of said sale, the Court being satisfied that the same was in all respects made in conformity to the statutes of the State of North Dakota and the course and practice of this Court;

[¶2]  IT IS HEREBY ORDERED, that said Report and said sale be and the same hereby are in all things approved and confirmed, and the Clerk of this Court is hereby directed to make an entry on the journal that the Court, being fully advised, is satisfied of the legality of said sale, and it is further ordered that the Sheriff or his successors in office, make to MJM Investments, LLC, the purchaser at said sale, or its successors and assigns, a deed to said property, subject to the senior mortgages of First Western Bank & Trust described in the Judgment (Index # 34), at the expiration of the period of redemption, unless the property is redeemed in the manner provided by law.

page 2 of 2; 09-2023-CV-00617

**10/16/2023 4:14:16 PM**
BY THE COURT:

_Susan L. Bailey_

Hon. Susan L. Bailey
Judge of the District Court

4862-4361-5110, v. 1