| | |
|---|---|
| PAGE: 1 of 3   CFTRD   1702998 | |
| The Title Company-Commercial   12/13/2023 8:00 AM | |
| Recorded Electronically   $20.00 | |
| RECORDER'S OFFICE, CASS COUNTY, ND   12/13/2023 8:00 AM | |
| I CERTIFY THAT THIS INSTRUMENT WAS FILED FOR RECORD THIS DATE. | |
| DEBORAH A. MOELLER, COUNTY RECORDER | |
| by *Angela Bedford*, Dep.   **1702998** | |
| Recorded Electronically | |

[Official Seal: Recorder of Cass County, State of North Dakota]

| | |
|---|---|
| STATE OF NORTH DAKOTA | IN DISTRICT COURT |
| COUNTY OF CASS | EAST CENTRAL JUDICIAL DISTRICT |
| MJM Investments, LLC, | Civ. No. 09-2023-CV-00617 |
| Plaintiff, | |
| vs. | **SHERIFF'S CERTIFICATE OF REDEMPTION** |
| Arbor Courts Townhomes, LLC; Jamieson CAPEX Fund, LLC; and First Western Bank & Trust, | |
| Defendants. | |

[¶1]   I, Jesse F. Jahner, as Sheriff of Cass County, North Dakota, the person appointed by the Court to make the sale, do hereby certify that Brian Kounovsky, 3680 54th St S Fargo, ND 58104, the redemptioner, has deposited with me the sum of **$614,482.33** for full redemption of the following described :real estate located in the County of Cass and State of North Dakota, legally described as follows:

The Title Company-Commercial         12/13/2023 8:00 AM
Recorded Electronically                      $20.00

Lots 1 and 2, Block 1, Valley View Ninth Addition, a Replat of Lot 1, Block 7, Valley View Addition to the City of Fargo, Situate in the County of Cass, State of North Dakota

(the "Property").

[¶2]   Said Property was previously sold via Sheriff's sale to MJM Investments, LLC, 541 16th Street Northeast, West Fargo, North Dakota 58078-7210, the purchaser, as one tract, for the aggregate sum of $602,621.49 on the 11th day of October, 2023 at 10:00 a.m. (local time) at the front door of the Courthouse, in the City of Fargo, County of Cass, and State of North Dakota, as evidenced by that certain Sheriff's Certificate of Sale on Foreclosure Subject to Senior Mortgages, recorded October 12, 2023 as Document No. 1699465. The results of the October 11, 2023 Sheriff's sale were subsequently confirmed by the October 17, 2023 Order of the Court (Index # 43) in the above-entitled action.

[¶3]   And I further certify that the Property has been fully redeemed as provided by law.

*(Signature page follows).*

4877-8096-2452, v. 1

The Title Company-Commercial 12/13/2023 8:00 AM
Recorded Electronically $20.00

Dated: December 11th, 2023.

*Jesse F. Jahner*
Jesse F. Jahner
Sheriff of Cass County, ND

By: *Katie Fuller*
Deputy Sheriff

STATE OF NORTH DAKOTA   )
                        ) ss.
COUNTY OF CASS          )

On this 11th day of December, 2023, before me, a Notary Public in and for said County and State, personally appeared Katie Fuller ~~Sheriff~~/Deputy Sheriff, known to me to be the person who is described in and whose name is subscribed to this instrument, who acknowledged to me that he/she executed the same.

(SEAL)

SARAH OLSON
Notary Public
State of North Dakota
My Commission Expires Dec. 3, 2025

Notary Public, State of North Dakota

The legal description contained in this document was obtained from a previously recorded instrument.

This document was prepared by:
David C. Piper
OHNSTAD TWICHELL, P.C.
444 Sheyenne Street, Suite 102,
P.O. Box 458
West Fargo, ND 58078-0458
TEL (701) 282-3249
*Attorneys for Plaintiff*

3

4877-8096-2452, v. 1