IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NORTH DAKOTA

| | | |
|---|---|---|
| In re: | ) | Case No. 24-30422 |
| | ) | (Chapter 11) |
| JAMIESON CAPEX FUND, LLC. | ) | |
| | ) | |
| Debtor. | ) | |
|                                 | ) | |

## WITNESS AND EXHIBIT LIST

Comes now Jamieson CAPEX Fund, LLC, by and through undersigned counsel, and discloses the Debtor's intent to call the following witnesses, and introduce the following exhibits, at the December 9, 2024 hearing on the Motion to Reconsider Order (DE #34) filed by the United States Trustee:

**Witnesses Who May be Called**

a. Jeremy Carlson

b. Maurice VerStandig[1]

**Exhibits that May be Introduced into Evidence**

1. Declaration of M. VerStandig in Support of Opposition to Motion to Reconsider Order (DE #49-1)

2. Minutes of March 6, 2023 Meeting (DE #49-2)

3. Minutes of May 22, 2024 Meeting (DE #49-3)

4. Record of Loan Repayment (DE #49-4)

5. Order Confirming Sheriff Sale (DE #49-5)

---

[1] If Maurice VerStandig is called as a witness, Christianna Cathcart will direct his examination and, to the extent necessary and appropriate, interpose any objections on cross-examination.

1

**Exhibits for Which Judicial Notice May be Requested**

6. Plan of Reorganization (DE #37)

7. Amended Declaration of M. VerStandig (DE #29-1)

|  |  |  |
|---|---|---|
|  |  | Respectfully Submitted, |
| Dated: December 2, 2024 | By: | /s/ Maurice B. VerStandig |
|  |  | Maurice B. VerStandig, Esq. |
|  |  | The Dakota Bankruptcy Firm |
|  |  | 1630 1st Avenue N |
|  |  | Suite B PMB 24 |
|  |  | Fargo, North Dakota 58102-4246 |
|  |  | Phone: (701) 394-3215 |
|  |  | mac@dakotabankruptcy.com |
|  |  | *Counsel for the Debtor* |

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 2nd day of December, 2024, a copy of the foregoing was served electronically upon filing via the ECF system.

/s/ Maurice B. VerStandig
Maurice B. VerStandig