UNITED STATES BANKRUPTCY COURT
DISTRICT OF NORTH DAKOTA

In re:                                                                                              Bankruptcy No. 24-30422

Jamieson CAPEX Fund, LLC,

        Debtor.
_____/

**ORDER**

On November 19, 2024, Debtor filed a Motion to Pay Retainer and Monthly Supplements to Subchapter V Trustee.  Doc. 36.  Debtor served notice of the motion on interested parties. The Court received no objections. The Court finds cause for granting the motion. Therefore, IT IS ORDERED that the Motion to Pay Retainer and Monthly Supplements to Subchapter V Trustee is GRANTED.

Debtor's is authorized to pay an initial retainer of $3,000.00 to the Subchapter V Trustee, and Debtor is authorized, but not required, to pay the Subchapter V Trustee $1,000.00 per month, commencing December 15, 2024, for the pre-confirmation duration of this Chapter 11 case.  The Subchapter V Trustee shall hold all funds provided by Debtor in trust until the Subchapter V Trustee obtains court approval for compensation and expenses.

Dated this 4th day of December, 2024.

                                            /s/ Shon Hastings
                                            Shon Hastings, Judge
                                            United States Bankruptcy Court