IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NORTH DAKOTA

| | | |
|---|---|---|
| In re: | ) | Case No. 24-30422 |
| | ) | (Chapter 11) |
| JAMIESON CAPEX FUND, LLC. | ) | |
| | ) | |
| Debtor. | ) | |
| _____ | ) | |

**NOTICE OF APPLICATION TO APPROVE EMPLOYMENT OF
<u>MICHAEL T. SCHMITZ AS CHIEF RESTRUCTURING OFFICER</u>**

NOTICE IS HEREBY GIVEN that the above-referenced debtor has filed an application to employ Michael T. Schmitz as chief restructuring officer. A copy of the application is being filed of even date with this notice.

NOTICE IS FURTHER GIVEN that written objections to the application, if any, shall be filed with the Clerk of the United States Bankruptcy Court for the District of North Dakota, 655 1st Ave. N. Suite 210, Fargo, ND 58102-4932 within fourteen (14) days from the date of the service of this notice. Any objections not filed and served may be deemed waived.

*[Signature Block and Certificate of Service on Following Page]*

1

|  |  |  |
|---|---|---|
|  |  | Respectfully submitted, |
| Dated: December 6, 2024 | By: | /s/ Maurice B. VerStandig |
|  |  | Maurice B. VerStandig, Esq. |
|  |  | The Dakota Bankruptcy Firm |
|  |  | 1630 1st Avenue N |
|  |  | Suite B PMB 24 |
|  |  | Fargo, ND 58102-4246 |
|  |  | Phone: (301) 444-4600 |
|  |  | mac@dakotabankruptcy.com |
|  |  | *Counsel for the Debtor* |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 6th day of December, 2024, a copy of the foregoing was served electronically upon filing via the ECF system, with copies being sent to all parties receiving electronic notice herein including, *inter alia*, counsel for the United States Trustee.

/s/ Maurice B. VerStandig
Maurice B. VerStandig