United States Bankruptcy Court
District of North Dakota

| | |
|---|---|
| In re: | Case No. 24-30422-skh |
| Jamieson CAPEX Fund, LLC | Chapter 11 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0868-3 | User: admin | Page 1 of 2 |
| Date Rcvd: Dec 04, 2024 | Form ID: pdf2some | Total Noticed: 1 |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 06, 2024:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | Jamieson CAPEX Fund, LLC, 2865 Lilac LN N, Fargo, ND 58102-1706 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 06, 2024         Signature:         /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 4, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Christianna A. Cathcart | on behalf of Plaintiff Jamieson CAPEX Fund  LLC christianna@dakotabankruptcy.com |
| Christianna A. Cathcart | on behalf of Debtor Jamieson CAPEX Fund  LLC christianna@dakotabankruptcy.com |
| Katrina A. Turman Lang | on behalf of Creditor Jamieson Natural Resources Fund  LLC klang@woldlaw.com, melanie@turmanlaw.com |
| Maurice VerStandig | on behalf of Plaintiff Jamieson CAPEX Fund  LLC mac@mbvesq.com, mac@dakotabankruptcy.com;verstandig.mauricer104982@notify.bestcase.com;verstandiglaw@recap.email |
| Maurice VerStandig | on behalf of Debtor Jamieson CAPEX Fund  LLC mac@mbvesq.com, mac@dakotabankruptcy.com;verstandig.mauricer104982@notify.bestcase.com;verstandiglaw@recap.email |
| Robert B. Raschke | USTPRegion12.SX.ECF@usdoj.gov |
| Sarah J. Wencil | on behalf of U.S. Trustee Robert B. Raschke sarah.j.wencil@usdoj.gov |

District/off: 0868-3 | User: admin | Page 2 of 2
Date Rcvd: Dec 04, 2024 | Form ID: pdf2some | Total Noticed: 1

Thomas Kapusta
                tkapusta@aol.com

TOTAL: 8

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NORTH DAKOTA

In re:                                                                                          Bankruptcy No. 24-30422

Jamieson CAPEX Fund, LLC,

              Debtor.
_____/

**ORDER**

On November 19, 2024, Debtor filed a Motion to Pay Retainer and Monthly Supplements to Subchapter V Trustee. Doc. 36. Debtor served notice of the motion on interested parties. The Court received no objections. The Court finds cause for granting the motion. Therefore, IT IS ORDERED that the Motion to Pay Retainer and Monthly Supplements to Subchapter V Trustee is GRANTED.

Debtor's is authorized to pay an initial retainer of $3,000.00 to the Subchapter V Trustee, and Debtor is authorized, but not required, to pay the Subchapter V Trustee $1,000.00 per month, commencing December 15, 2024, for the pre-confirmation duration of this Chapter 11 case. The Subchapter V Trustee shall hold all funds provided by Debtor in trust until the Subchapter V Trustee obtains court approval for compensation and expenses.

Dated this 4th day of December, 2024.

/s/ Shon Hastings
Shon Hastings, Judge
United States Bankruptcy Court