IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NORTH DAKOTA

| | | |
|---|---|---|
| In re: | ) | Case No. 24-30422 |
| | ) | (Chapter 11) |
| JAMIESON CAPEX FUND, LLC. | ) | |
| | ) | |
| Debtor. | ) | |
| _____ | ) | |

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on December 11, 2024, I caused to be served (i) the proposed plan of reorganization in this case (DE #37) and (ii) this Honorable Court's scheduling order (DE #39), via US Mail, postage prepaid, on all parties on the matrix attached hereto as Exhibit A. I further certify that on the same date I caused the same documents, alongside (iii) a Class 1 ballot, to be served, also via US Mail, postage prepaid, on all parties on the matrix attached hereto as Exhibit B.

Respectfully Submitted,

Dated: December 12, 2024     By:     /s/ Maurice B. VerStandig
Maurice B. VerStandig, Esq.
The Dakota Bankruptcy Firm
1630 1st Avenue N
Suite B PMB 24
Fargo, North Dakota 58102-4246
Phone: (701) 394-3215
mac@dakotabankruptcy.com
*Counsel for the Debtor*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 12th day of December, 2024, a copy of the foregoing was served electronically upon filing via the ECF system.

/s/ Maurice B. VerStandig
Maurice B. VerStandig

1