USPS FIRST CLASS MAILING RECIPIENTS:
Parties with names struck through or labeled CM/ECF SERV were served via First Class USPS Mail Service.

ARTHUR MERCANTILE, LLC
PO BOX 8
ARTHUR, ND 58006-0008

BRIAN KOUNOVSKY
3680 54TH STREET S
FARGO, ND 58104-7480

BRYAN BARTZ
555 12TH STREET
SUITE 900
OAKLAND, CA 94607-3637

CHRISTOPHER M. MCSHANE
444 SHEYENNE STREET, SUITE 102
P.O. BOX 458
WEST FARGO 58078-0458

COLE BACHMEIER
5893 AUTUMN DRIVE S
FARGO, ND 58104-7654

COLLEEN CARLSON
6130 12TH STREET SE
BISMARCK, ND 58504-3131

DALE LIAN
2861 LILAC LANE N
FARGO, ND 58102-1706

DAVID GRIFFIN
555 12TH STREET SUITE 900
OAKLAND, CA 94607-3637

DEREK KANE
5832 CRESTED BUTTE RD
BISMARCK, ND 58503-7302

DEREK SUNDERLAND
4632 TIMBERLINE DR
FARGO, ND 58104-6654

DONNA FRICKE
918 SENATE DR
BISMARCK, ND 58501-1963

ERIC HEGERLE
2312 5TH STREET S
FARGO, ND 58103

INTERNAL REVENUE SERVICE
PO BOX 7346
PHILADELPHIA, PA 19101-7346

JACK CHRISTIANSON
508 66TH AVE NORTH
MOFFIT, ND 58560

JASON BOUTWELL
87 N WOODCREST DR N
FARGO, ND 58102-2154

JIM STEWART
154 S WOODCREST DR
FARGO, ND 58102-2145

JOHN BIWER
331 ST CHARLES PLACE
WEST FARGO, ND 58078

KLH&J LAND LLC
4001 15TH AVE NW
FARGO, ND 58102-2832

KARA JOHNSON
555 12TH STREET STE 900
OAKLAND, CA 94607-3637

KATRINA A. TURMAN LANG
WOLD JOHNSON, P.C.
500 2ND AVE. N., STE. 400
PO BOX 1680
FARGO, ND 58107-1680

LEFTFIELD DEVELOPMENT LLC
275 ELKS DR
GRAND FORKS, ND 58201-7575

LYONS CHILDREN IRREVOCABLE TRUST
6415 55TH AVE SE
BISMARCK, ND 58504-9410

MARK MERCK
555 12TH STREET STE 900
OAKLAND, CA 94607-3637

MATTHEW BITTERMAN
4406 DANIEL STREET
BISMARCK, ND 58504-8855

MICHAEL KEMPEL
2809 LILAC LANE N
FARGO, ND 58102-1706

MICHAEL KUNTZ
275 ELKS DR
GRAND FORKS, ND 58201-7575

MICHAEL SCHUSTER
5079 WOODHAVEN DR S
FARGO, ND 58104-4288

```
USPS FIRST CLASS MAILING RECIPIENTS:
Parties with names struck through or labeled CM/ECF SERVICE were served via First Class USPS Mail Service.
```

| | | |
|---|---|---|
| MIKE QUAST<br>4703 HARBOR TRAIL SE<br>MANDAN, ND 58554-7928 | NORTH DAKOTA OFFICE OF STATE TAX COMMISS<br>600 E. BOULEVARD AVE. DEPT. 127<br>BISMARCK, ND 58505-0602 | RACHEL NESS<br>4763 DOUGLAS DRIVE S<br>FARGO, ND 58104-4402 |
| SARAH J. WENCIL<br>OFFICE OF THE U.S. TRUSTEE<br>SUITE 1015 U.S. COURTHOUSE<br>300 SOUTH FOURTH STREET<br>MINNEAPOLIS, MN 55415-1320 | SCOTT ELLEFSON<br>63 W MIRROR RIDGE CIRCLE<br>THE WOODLANDS, TX 77382-2513 | SCOTT HOWE<br>7725 RIDGELAND DR<br>BISMARCK, ND 58503-6235 |
| SHAWN HEGVICK<br>4439 OAKCREEK DR S<br>FARGO, ND 58104-6619 | THE ENTRUST GROUP<br>F/B/O MIKE HOLLAND<br>555 12TH STREET STE 900<br>OAKLAND, ND 94607-3637 | THE ENTRUST GROUP<br>F/B/O BRIAN CARLSON<br>555 12TH STREET STE 900<br>OAKLAND, CA 94607-3637 |
| THE ENTRUST GROUP<br>F/B/O LYNN CARLSON<br>555 12TH STREET STE 900<br>OAKLAND, ND 94607-3637 | THE ENTRUST GROUP<br>F/B/O MATTHEW RETTERATH<br>555 12TH STREET STE 900<br>OAKLAND, CA 94607-3637 | THE ENTRUST GROUP<br>F/B/O SCOTT GORDER<br>555 12TH STREET STE 900<br>OAKLAND, CA 94607-3637 |
| TREVOR KITTELSON<br>705 6TH AVE NE<br>HILLSBORO, ND 58045-4633 | VAL MARINOV<br>3549 GRANDWOOD DR N<br>FARGO, ND 58102-4860 | W&S INVESTMENT LLC<br>4401 19TH STREET SE<br>MANDAN, ND 58554-4830 |
| WENDY BAUKOL<br>555 12TH STREET STE 900<br>OAKLAND, CA 94607-3637 | | |