USPS FIRST CLASS MAILING RECIPIENTS:
Parties with names struck through or labeled CM/ECF SERVICE were served via First Class USPS Mail Service.

| | | |
|---|---|---|
| AMBER CARLSON<br>712 124TH AVE NE<br>FINLEY, ND 58230-9402 | FRED AND KAREN BROWER<br>38568 296TH AVE<br>WAUBUN, MN 56589-9370 | JAMIESON LEGACY FUND<br>555 12TH STREET STE 900<br>OAKLAND, CA 94607-3637 |
| JAMIESON LEGACY FUND LLC<br>3309 HEARTWOOD DR SE<br>MANDAN, ND 58554-6232 | JEFF JOHNSON<br>4001 15TH AVE NW<br>FARGO, ND 58102-2832 | ASPIRE<br>5195 45TH ST S<br>FARGO , ND 58104-3339 |
| BRAD SUNDERLAND<br>2102 GREAT NORTHERN DRIVE<br>FARGO, ND 58102-3249 | CAPITAL CREDIT UNION<br>204 W THAYER AVE<br>BISMARCK , ND 58501-3794 | FIRST INTERNATIONAL BANK & TRUST<br>ATTN ATTN LEGAL<br>3001 25TH STREET SOUTH<br>FARGO ND 58103-6160 |
| FIRST WESTERN BANK & TRUST<br>900 SOUTH BROADWAY<br>MINOT, ND 58701-4658 | JAMIESON CAPITAL<br>1420 9TH ST E STE 401<br>WEST FARGO , ND 58078-3381 | JAMIESON MEDICAL<br>2865 LILAC LN N<br>FARGO 58102-1706 |
| JAMIESON NATURAL RESOURCES FUND, LLC<br>PO BOX 285<br>WEST FARGO , ND 58078-0285 | JAMIESON NATURAL RESOURCES FUND, LLC<br>C/O: KATRINA A. TURMAN LANG<br>500 2ND AVE. N., SUITE 400<br>P.O. BOX 1680<br>FARGO, ND 58107-1680 | JEREMY CARLSON<br>2865 LILAC LANE N<br>FARGO, ND 58102-1706 |
| MAIN STREET INVESTMENT<br>2865 LILAC LN N<br>FARGO, ND 58102-1706 | MJM INVESTMENTS, LLC<br>541 16TH ST NE<br>WEST FARGO , ND 58078-7214 | NOVA DC, LLC<br>3081 125TH AVE NW<br>WATFORD CITY, ND 58854-9602 |
| SECURE INCOME FUND, LLC<br>2865 LILAC LN N<br>FARGO, ND 58102-1706 | | |