**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NORTH DAKOTA**

In re:

**Jamieson CAPEX Fund, LLC**                              **Bankr. No. 24-30422**

**Debtor.**                                              **Chapter 11**

---

### MOTION TO APPEAR BY VIDEO CONFERENCE

---

    1.    Sarah J. Wencil, Trial Attorney for the U.S. Trustee (UST), respectively moves this Court to enter an order under Local Rule 5001-2 allowing her to appear by video conference on Thursday, December 19, 2024 at 9:00 a.m. on the UST's Motion to Convert Case or in the alternative, Motion to Replace the Debtor in Possession and Expand the Subchapter V Trustee's Powers.

    2.    The UST requests that the Court take into consideration savings in travel time and expenses.

    WHEREFORE, Counsel requests that she be allowed to appear by video conference.

Dated: December 12, 2024           MARY R. JENSEN
                                             ACTING U.S. TRUSTEE REGION 12

                                             /s/ Sarah J. Wencil
                                           Sarah J. Wencil
                                           Office of the U.S. Trustee
                                           Suite 1015 U.S. Courthouse
                                           300 South Fourth St.
                                           Minneapolis, MN 55415
                                           Telephone: (612) 334-1366
                                           Sarah.J.Wencil@usdoj.gov

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NORTH DAKOTA**

In re:

| | |
|---|---|
| **Jamieson CAPEX Fund, LLC** | **Bankr. No. 24-30422** |
| **Debtor.** | **Chapter 11** |

**CERTIFICATE OF SERVICE**

Sarah J. Wencil, an employee of the U.S. Trustee office, hereby certifies the filing of this document caused service via CM/ECF upon all CM/ECF recipients.

Dated:   December 12, 2024

                                              /s/ Sarah J. Wencil
                                              Sarah J. Wencil