# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NORTH DAKOTA

---

In re:

JAMIESON CAPEX FUND, LLC.

Debtor.

Case No. 24-30422
(Chapter 11)

**NOTICE OF MOTION FOR RELIEF FROM THE AUTOMATIC STAY**

---

A Motion For Relief From Stay has been filed by Jeff Johnson.

YOU ARE HEREBY NOTIFIED that unless you or another party in interest files an objection in writing to the relief requested in the motion **within fourteen (14) days from the date of the mailing of this notice** the Court may thereafter and without further notice enter an order granting the relief requested in the motion.

YOU ARE ALSO NOTIFIED that, if an objection in writing is timely filed, any party in interest may obtain a hearing on the objection. Written objections must be filed with both the Clerk of Bankruptcy Court, 655 – 1st Avenue North, Suite 210, Fargo, North Dakota 58102-4932 and the undersigned.

1

Dated: December 13, 2024.               Respectfully submitted,

*/s/ Christopher M. McShane*
Christopher M. McShane, ND ID # 06278
OHNSTAD TWICHELL, P.C.
444 Sheyenne Street, Suite 102
P.O. Box 458
West Fargo, ND 58078-0458
Tel: (701) 282-3249
Fax: (701) 282-0825
Email: cmcshane@ohnstadlaw.com
*Counsel for Defendant Jeff Johnson*

2

758740120
4898-1983-3094, v. 1