| Form **1065** | | U.S. Return of Partnership Income | | OMB No. 1545-0123 |
|---|---|---|---|---|
| Department of the Treasury Internal Revenue Service | | For calendar year 2021, or tax year beginning _____, 2021, ending _____, 20 ___. ▶ Go to *www.irs.gov/Form1065* for instructions and the latest information. | | **2021** |

| | | | |
|---|---|---|---|
| **A** Principal business activity  INVESTMENT | Name of partnership  JAMIESON CAPEX FUND LLC | | **D** Employer identification number  47-3653978 |
| **B** Principal product or service  INVESTMENT | Type or Print | Number, street, and room or suite no. If a P.O. box, see instructions.  3680 54TH STREET SOUTH | **E** Date business started  01-01-2016 |
| **C** Business code number  531390 | | City or town, state or province, country, and ZIP or foreign postal code  FARGO, ND 58104 | **F** Total assets (see instructions)  $ 8,048,556 |

**G** Check applicable boxes: (1) ☐ Initial return  (2) ☐ Final return  (3) ☐ Name change  (4) ☒ Address change  (5) ☐ Amended return
**H** Check accounting method: (1) ☐ Cash  (2) ☒ Accrual  (3) ☐ Other (specify) ▶
**I** Number of Schedules K-1. Attach one for each person who was a partner at any time during the tax year ▶ 43
**J** Check if Schedules C and M-3 are attached .................................................... ▶ ☐
**K** Check if partnership: (1) ☐ Aggregated activities for section 465 at-risk purposes  (2) ☐ Grouped activities for section 469 passive activity purposes

**Caution:** Include **only** trade or business income and expenses on lines 1a through 22 below. See the instructions for more information.

### Income

| | | | |
|---|---|---|---|
| 1a | Gross receipts or sales | 1a | |
| b | Returns and allowances | 1b | |
| c | Balance. Subtract line 1b from line 1a | 1c | |
| 2 | Cost of goods sold (attach Form 1125-A) | 2 | |
| 3 | Gross profit. Subtract line 2 from line 1c | 3 | |
| 4 | Ordinary income (loss) from other partnerships, estates, and trusts (attach statement) . Statement #1 | 4 | (125,794) |
| 5 | Net farm profit (loss) (attach Schedule F (Form 1040)) | 5 | |
| 6 | Net gain (loss) from Form 4797, Part II, line 17 (attach Form 4797) | 6 | |
| 7 | Other income (loss) (attach statement) . Statement #2 | 7 | 29,012 |
| 8 | **Total income (loss).** Combine lines 3 through 7 | 8 | (96,782) |

### Deductions (see instructions for limitations)

| | | | |
|---|---|---|---|
| 9 | Salaries and wages (other than to partners) (less employment credits) | 9 | |
| 10 | Guaranteed payments to partners | 10 | |
| 11 | Repairs and maintenance | 11 | |
| 12 | Bad debts | 12 | |
| 13 | Rent | 13 | |
| 14 | Taxes and licenses | 14 | |
| 15 | Interest (see instructions) | 15 | 262,562 |
| 16a | Depreciation (if required, attach Form 4562) | 16a | |
| b | Less depreciation reported on Form 1125-A and elsewhere on return | 16b | |
| | | 16c | |
| 17 | Depletion **(Do not deduct oil and gas depletion.)** | 17 | |
| 18 | Retirement plans, etc. | 18 | |
| 19 | Employee benefit programs | 19 | |
| 20 | Other deductions (attach statement) . Statement #4 | 20 | 182,348 |
| 21 | **Total deductions.** Add the amounts shown in the far right column for lines 9 through 20 | 21 | 444,910 |
| 22 | **Ordinary business income (loss).** Subtract line 21 from line 8 | 22 | (541,692) |

### Tax and Payment

| | | | |
|---|---|---|---|
| 23 | Interest due under the look-back method - completed long-term contracts (attach Form 8697) | 23 | |
| 24 | Interest due under the look-back method - income forecast method (attach Form 8866) | 24 | |
| 25 | BBA AAR imputed underpayment (see instructions) | 25 | |
| 26 | Other taxes (see instructions) | 26 | |
| 27 | **Total balance due.** Add lines 23 through 26 | 27 | |
| 28 | Payment (see instructions) | 28 | |
| 29 | **Amount owed.** If line 28 is smaller than line 27, enter amount owed | 29 | |
| 30 | **Overpayment.** If line 28 is larger than line 27, enter overpayment | 30 | |

**Sign Here**

Under penalties of perjury, I declare that I have examined this return, including accompanying schedules and statements, and to the best of my knowledge and belief, it is true, correct, and complete. Declaration of preparer (other than partner or limited liability company member) is based on all information of which preparer has any knowledge.

▶ BRIAN KOUNOVSKY
Signature of partner or limited liability company member   Date

May the IRS discuss this return with the preparer shown below? See instructions.  ☒ Yes  ☐ No

**Paid Preparer Use Only**

| Print/Type preparer's name | Preparer's signature | Date | Check ☐ if self-employed | PTIN |
|---|---|---|---|---|
| Kyle Pender CPA | Kyle Pender CPA | 10-13-2023 | | P00730600 |

Firm's name ▶ Montgomery & Pender, P.C.  Firm's EIN ▶ 45-0455434
Firm's address ▶ 5630 34th Ave S Ste 120
Fargo, ND 58104  Phone no. (701)281-8001

**For Paperwork Reduction Act Notice, see separate instructions.**  Form **1065** (2021)
EEA

Form 1065 (2021)  JAMIESON CAPEX FUND LLC  47-3653978  Page 2

| **Schedule B** | **Other Information** |
|---|---|

| | | Yes | No |
|---|---|---|---|
| **1** | What type of entity is filing this return? Check the applicable box: | | |
| **a** | ☐ Domestic general partnership  **b** ☐ Domestic limited partnership | | |
| **c** | ☒ Domestic limited liability company  **d** ☐ Domestic limited liability partnership | | |
| **e** | ☐ Foreign partnership  **f** ☐ Other ▶ | | |
| **2** | At the end of the tax year: | | |
| **a** | Did any foreign or domestic corporation, partnership (including any entity treated as a partnership), trust, or tax-exempt organization, or any foreign government own, directly or indirectly, an interest of 50% or more in the profit, loss, or capital of the partnership? For rules of constructive ownership, see instructions. If "Yes," attach Schedule B-1, Information on Partners Owning 50% or More of the Partnership . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | X |
| **b** | Did any individual or estate own, directly or indirectly, an interest of 50% or more in the profit, loss, or capital of the partnership? For rules of constructive ownership, see instructions. If "Yes," attach Schedule B-1, Information on Partners Owning 50% or More of the Partnership . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | X |
| **3** | At the end of the tax year, did the partnership: | | |
| **a** | Own directly 20% or more, or own, directly or indirectly, 50% or more of the total voting power of all classes of stock entitled to vote of any foreign or domestic corporation? For rules of constructive ownership, see instructions. If "Yes," complete (i) through (iv) below . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | X |

| (i) Name of Corporation | (ii) Employer Identification Number (if any) | (iii) Country of Incorporation | (iv) Percentage Owned in Voting Stock |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |

| | | Yes | No |
|---|---|---|---|
| **b** | Own directly an interest of 20% or more, or own, directly or indirectly, an interest of 50% or more in the profit, loss, or capital in any foreign or domestic partnership (including an entity treated as a partnership) or in the beneficial interest of a trust? For rules of constructive ownership, see instructions. If "Yes," complete (i) through (v) below . . . . . . . . . . . . | | X |

| (i) Name of Entity | (ii) Employer Identification Number (if any) | (iii) Type of Entity | (iv) Country of Organization | (v) Maximum Percentage Owned in Profit, Loss, or Capital |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |

| | | Yes | No |
|---|---|---|---|
| **4** | Does the partnership satisfy **all four** of the following conditions? | | |
| **a** | The partnership's total receipts for the tax year were less than $250,000. | | |
| **b** | The partnership's total assets at the end of the tax year were less than $1 million. | | |
| **c** | Schedules K-1 are filed with the return and furnished to the partners on or before the due date (including extensions) for the partnership return. | | |
| **d** | The partnership is not filing and is not required to file Schedule M-3 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | X |
| | If "Yes," the partnership is not required to complete Schedules L, M-1, and M-2; item F on page 1 of Form 1065; or item L on Schedule K-1. | | |
| **5** | Is this partnership a publicly traded partnership, as defined in section 469(k)(2)? . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | X |
| **6** | During the tax year, did the partnership have any debt that was canceled, was forgiven, or had the terms modified so as to reduce the principal amount of the debt? . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | X |
| **7** | Has this partnership filed, or is it required to file, Form 8918, Material Advisor Disclosure Statement, to provide information on any reportable transaction? . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | X |
| **8** | At any time during calendar year 2021, did the partnership have an interest in or a signature or other authority over a financial account in a foreign country (such as a bank account, securities account, or other financial account)? See instructions for exceptions and filing requirements for FinCEN Form 114, Report of Foreign Bank and Financial Accounts (FBAR). If "Yes," enter the name of the foreign country ▶ | | X |
| **9** | At any time during the tax year, did the partnership receive a distribution from, or was it the grantor of, or transferor to, a foreign trust? If "Yes," the partnership may have to file Form 3520, Annual Return To Report Transactions With Foreign Trusts and Receipt of Certain Foreign Gifts. See instructions . . . . . . . . . . . . . . . . . . . . . | | X |
| **10a** | Is the partnership making, or had it previously made (and not revoked), a section 754 election? . . . . . . . . . . . . . . . . . . . . | | X |
| | See instructions for details regarding a section 754 election. | | |
| **b** | Did the partnership make for this tax year an optional basis adjustment under section 743(b) or 734(b)? If "Yes," attach a statement showing the computation and allocation of the basis adjustment. See instructions . . . . . . . . . . . . . . . . . | | X |

EEA  Form **1065** (2021)

Form 1065 (2021)   JAMIESON CAPEX FUND LLC   47-3653978   Page 3

**Schedule B**   **Other Information** *(continued)*

| | | Yes | No |
|---|---|---|---|
| c | Is the partnership required to adjust the basis of partnership assets under section 743(b) or 734(b) because of a substantial built-in loss (as defined under section 743(d)) or substantial basis reduction (as defined under section 734(d))? If "Yes," attach a statement showing the computation and allocation of the basis adjustment. See instructions . . . . . . . | | X |
| 11 | Check this box if, during the current or prior tax year, the partnership distributed any property received in a like-kind exchange or contributed such property to another entity (other than disregarded entities wholly owned by the partnership throughout the tax year) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . ▶ ☐ | | |
| 12 | At any time during the tax year, did the partnership distribute to any partner a tenancy-in-common or other undivided interest in partnership property? . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | X |
| 13 | If the partnership is required to file Form 8858, Information Return of U.S. Persons With Respect To Foreign Disregarded Entities (FDEs) and Foreign Branches (FBs), enter the number of Forms 8858 attached. See instructions . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . ▶ | | |
| 14 | Does the partnership have any foreign partners? If "Yes," enter the number of Forms 8805, Foreign Partner's Information Statement of Section 1446 Withholding Tax, filed for this partnership . . . . . . . . . . ▶ | | X |
| 15 | Enter the number of Forms 8865, Return of U.S. Persons With Respect to Certain Foreign Partnerships, attached to this return . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . ▶   0 | | |
| 16a | Did you make any payments in 2021 that would require you to file Form(s) 1099? See instructions . . . . . . . . . . . . . . . . . | | X |
| b | If "Yes," did you or will you file required Form(s) 1099? . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | |
| 17 | Enter the number of Forms 5471, Information Return of U.S. Persons With Respect To Certain Foreign Corporations, attached to this return . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . ▶ | | |
| 18 | Enter the number of partners that are foreign governments under section 892 . . . . . . . . . . . . . ▶ | | |
| 19 | During the partnership's tax year, did the partnership make any payments that would require it to file Form 1042 and 1042-S under chapter 3 (sections 1441 through 1464) or chapter 4 (sections 1471 through 1474)? . . . . . . . . . . . . . . . | | X |
| 20 | Was the partnership a specified domestic entity required to file Form 8938 for the tax year? See the Instructions for Form 8938 . . | | X |
| 21 | Is the partnership a section 721(c) partnership, as defined in Regulations section 1.721(c)-1(b)(14)? . . . . . . . . . . . . . . . . . | | X |
| 22 | During the tax year, did the partnership pay or accrue any interest or royalty for which one or more partners are not allowed a deduction under section 267A? See instructions . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | X |
| | If "Yes," enter the total amount of the disallowed deductions . . . . . . . . . . . . . . . . . . ▶ $ | | |
| 23 | Did the partnership have an election under section 163(j) for any real property trade or business or any farming business in effect during the tax year? See instructions . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | X | |
| 24 | Does the partnership satisfy one or more of the following? See instructions . . . . . . . . . . . . . . . . . . . . | | X |
| a | The partnership owns a pass-through entity with current, or prior year carryover, excess business interest expense. | | |
| b | The partnership's aggregate average annual gross receipts (determined under section 448(c)) for the 3 tax years preceding the current tax year are more than $26 million and the partnership has business interest. | | |
| c | The partnership is a tax shelter (see instructions) and the partnership has business interest expense. If "Yes" to any, complete and attach Form 8990. | | |
| 25 | Is the partnership attaching Form 8996 to certify as a Qualified Opportunity Fund? . . . . . . . . . . . . . . . . . . . . . . . | | X |
| | If "Yes," enter the amount from Form 8996, line 15 . . . . . . . . . . . . . . . . . . . . . . . ▶ $ | | |
| 26 | Enter the number of foreign partners subject to section 864(c)(8) as a result of transferring all or a portion of an interest in the partnership or of receiving a distribution from the partnership . . . . . . . . . . . . . ▶ | | |
| | Complete Schedule K-3 (Form 1065), Part XIII, for each foreign partner subject to section 864(c)(8) on a transfer or distribution. | | |
| 27 | At any time during the tax year, were there any transfers between the partnership and its partners subject to the disclosure requirements of Regulations section 1.707-8? . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | X |
| 28 | Since December 22, 2017, did a foreign corporation directly or indirectly acquire substantially all of the properties constituting a trade or business of your partnership, and was the ownership percentage (by vote or value) for purposes of section 7874 greater than 50% (for example, the partners held more than 50% of the stock of the foreign corporation)? If "Yes," list the ownership percentage by vote and by value. See instructions. | | |
| | Percentage:   By Vote   By Value | | X |
| 29 | Is the partnership electing out of the centralized partnership audit regime under section 6221(b)? See instructions . . . . . . . . . | | X |
| | If "Yes," the partnership must complete Schedule B-2 (Form 1065). Enter the total from Schedule B-2, Part III, line 3 ▶ | | |
| | If "No," complete Designation of Partnership Representative below. | | |

**Designation of Partnership Representative** (see instructions)
Enter below the information for the partnership representative (PR) for the tax year covered by this return.

Name of PR ▶ BRIAN KOUNOVSKY

| U.S. address of PR | 3680 54TH STREET SOUTH<br>FARGO ND 58104 | U.S. phone number of PR | (701)361-5948 |
|---|---|---|---|

If the PR is an entity, name of the designated individual for the PR ▶

| U.S. address of designated individual | | U.S. phone number of designated individual | |
|---|---|---|---|

EEA   Form **1065** (2021)

| | **Schedule K** | **Partners' Distributive Share Items** | | **Total amount** |
|---|---|---|---|---:|
| **Income (Loss)** | 1 | Ordinary business income (loss) (page 1, line 22) | 1 | (541,692) |
| | 2 | Net rental real estate income (loss) (attach Form 8825) | 2 | (592,772) |
| | 3a | Other gross rental income (loss) . . . . . . . . . . . . . . . . . . 3a | | |
| | b | Expenses from other rental activities (attach statement) . . . . . . . . . 3b | | |
| | c | Other net rental income (loss). Subtract line 3b from line 3a | 3c | |
| | 4 | Guaranteed payments:  a Services  4a     b Capital  4b | | |
| | | c Total. Add lines 4a and 4b | 4c | |
| | 5 | Interest income | 5 | 42,000 |
| | 6 | Dividends and dividend equivalents:   a Ordinary dividends | 6a | |
| | | b Qualified dividends  6b     c Dividend equivalents  6c | | |
| | 7 | Royalties | 7 | |
| | 8 | Net short-term capital gain (loss) (attach Schedule D (Form 1065)) | 8 | |
| | 9a | Net long-term capital gain (loss) (attach Schedule D (Form 1065)) | 9a | |
| | b | Collectibles (28%) gain (loss)  . . . . . . . . . . . . . . 9b | | |
| | c | Unrecaptured section 1250 gain (attach statement)  Statement #1V  9c  8,549 | | |
| | 10 | Net section 1231 gain (loss) (attach Form 4797) | 10 | 24,049 |
| | 11 | Other income (loss) (see instructions) Type ▶ | 11 | |
| **Deductions** | 12 | Section 179 deduction (attach Form 4562) | 12 | |
| | 13a | Contributions | 13a | |
| | b | Investment interest expense | 13b | |
| | c | Section 59(e)(2) expenditures:  (1) Type ▶    (2) Amount ▶ | 13c(2) | |
| | d | Other deductions (see instructions)   Type ▶  Statement #14 | 13d | 7,861 |
| **Self-Employment** | 14a | Net earnings (loss) from self-employment | 14a | (3,330) |
| | b | Gross farming or fishing income | 14b | |
| | c | Gross nonfarm income | 14c | (596) |
| **Credits** | 15a | Low-income housing credit (section 42(j)(5)) | 15a | |
| | b | Low-income housing credit (other) | 15b | |
| | c | Qualified rehabilitation expenditures (rental real estate) (attach Form 3468, if applicable) | 15c | |
| | d | Other rental real estate credits (see instructions)   Type ▶ | 15d | |
| | e | Other rental credits (see instructions)   Type ▶ | 15e | |
| | f | Other credits (see instructions)   Type ▶ | 15f | |
| **International Transactions** | 16 | Attach Schedule K-2 (Form 1065), Partners' Distributive Share Items-International, and check this box to indicate that you are reporting items of international tax relevance . . . . . . . . ☐ | | |
| **Alternative Minimum Tax (AMT) Items** | 17a | Post-1986 depreciation adjustment | 17a | 1 |
| | b | Adjusted gain or loss | 17b | (1) |
| | c | Depletion (other than oil and gas) | 17c | |
| | d | Oil, gas, and geothermal properties - gross income | 17d | |
| | e | Oil, gas, and geothermal properties - deductions | 17e | |
| | f | Other AMT items (attach statement) | 17f | |
| **Other Information** | 18a | Tax-exempt interest income | 18a | |
| | b | Other tax-exempt income | 18b | |
| | c | Nondeductible expenses | 18c | |
| | 19a | Distributions of cash and marketable securities | 19a | 92,746 |
| | b | Distributions of other property | 19b | |
| | 20a | Investment income | 20a | 42,164 |
| | b | Investment expenses | 20b | |
| | c | Other items and amounts (attach statement)   Statement #23 | | |
| | 21 | Total foreign taxes paid or accrued | 21 | |

## Analysis of Net Income (Loss)

| | | (i) Corporate | (ii) Individual (active) | (iii) Individual (passive) | (iv) Partnership | (v) Exempt Organization | (vi) Nominee/Other |
|---|---|---|---|---|---|---|---|
| 1 | Net income (loss). Combine Schedule K, lines 1 through 11. From the result, subtract the sum of Schedule K, lines 12 through 13d, and 21 ............. **1** (1,076,276) | | | | | | |
| 2 | Analysis by partner type: | | | | | | |
| a | General partners | | | | | | |
| b | Limited partners | | (629,664) | (104,796) | (333,732) | | (8,084) |

### Schedule L   Balance Sheets per Books

| | | Beginning of tax year | | End of tax year | |
|---|---|---|---|---|---|
| **Assets** | | (a) | (b) | (c) | (d) |
| 1 | Cash | | 140,725 | | 274,562 |
| 2a | Trade notes and accounts receivable | | | | |
| b | Less allowance for bad debts | | | | |
| 3 | Inventories | | | | |
| 4 | U.S. government obligations | | | | |
| 5 | Tax-exempt securities | | | | |
| 6 | Other current assets (attach statement) | Statement #27 | 448,850 | Statement #27 | 1,757,848 |
| 7a | Loans to partners (or persons related to partners) | | | | |
| b | Mortgage and real estate loans | | | | |
| 8 | Other investments (attach statement) | | | | |
| 9a | Buildings and other depreciable assets | | | | |
| b | Less accumulated depreciation | | | | |
| 10a | Depletable assets | | | | |
| b | Less accumulated depletion | | | | |
| 11 | Land (net of any amortization) | | 564,445 | | 2,961,127 |
| 12a | Intangible assets (amortizable only) | | | | |
| b | Less accumulated amortization | | | | |
| 13 | Other assets (attach statement) | Statement #29 | 4,301,745 | Statement #29 | 3,055,019 |
| 14 | Total assets | | 5,455,765 | | 8,048,556 |
| **Liabilities and Capital** | | | | | |
| 15 | Accounts payable | | | | |
| 16 | Mortgages, notes, bonds payable in less than 1 year | | | | |
| 17 | Other current liabilities (attach statement) | | | | |
| 18 | All nonrecourse loans | | 3,512,704 | | 6,381,767 |
| 19a | Loans from partners (or persons related to partners) | | | | |
| b | Mortgages, notes, bonds payable in 1 year or more | | | | |
| 20 | Other liabilities (attach statement) | | | | |
| 21 | Partners' capital accounts | | 1,943,061 | | 1,666,789 |
| 22 | Total liabilities and capital | | 5,455,765 | | 8,048,556 |

### Schedule M-1   Reconciliation of Income (Loss) per Books With Income (Loss) per Return

**Note:** The partnership may be required to file Schedule M-3. See instructions.

| | | |
|---|---|---|
| 1 | Net income (loss) per books | (1,076,276) |
| 2 | Income included on Schedule K, lines 1, 2, 3c, 5, 6a, 7, 8, 9a, 10, and 11, not recorded on books this year (itemize): | |
| 3 | Guaranteed payments (other than health insurance) | |
| 4 | Expenses recorded on books this year not included on Schedule K, lines 1 through 13d, and 21 (itemize): | |
| a | Depreciation $ | |
| b | Travel and entertainment $ | |
| 5 | Add lines 1 through 4 | (1,076,276) |
| 6 | Income recorded on books this year not included on Schedule K, lines 1 through 11 (itemize): | |
| a | Tax-exempt interest $ | |
| 7 | Deductions included on Schedule K, lines 1 through 13d, and 21, not charged against book income this year (itemize): | |
| a | Depreciation $ | |
| 8 | Add lines 6 and 7 | |
| 9 | Income (loss) (Analysis of Net Income (Loss), line 1). Subtract line 8 from line 5 | (1,076,276) |

### Schedule M-2   Analysis of Partners' Capital Accounts

| | | | | | |
|---|---|---|---|---|---|
| 1 | Balance at beginning of year | 1,943,061 | 6 Distributions: a Cash | | 92,746 |
| 2 | Capital contributed: a Cash | 892,750 | b Property | | |
| | b Property | | 7 Other decreases (itemize): | | |
| 3 | Net income (loss) (see instructions) | (1,076,276) | | | |
| 4 | Other increases (itemize): | | | | |
| | | | 8 Add lines 6 and 7 | | 92,746 |
| 5 | Add lines 1 through 4 | 1,759,535 | 9 Balance at end of year. Subtract line 8 from line 5 | | 1,666,789 |

EEA                                                                                                             Form **1065** (2021)

| Form **8825** (Rev. November 2018) Department of the Treasury Internal Revenue Service | **Rental Real Estate Income and Expenses of a Partnership or an S Corporation** ▶ Attach to Form 1065 or Form 1120S. ▶ Go to *www.irs.gov/Form8825* for the latest information. | OMB No. 1545-0123 |
|---|---|---|

| Name | Employer identification number |
|---|---|
| JAMIESON CAPEX FUND LLC | 47-3653978 |

**1** Show the type and address of each property. For each rental real estate property listed, report the number of days rented at fair rental value and days with personal use. See instructions. See page 2 to list additional properties.

| | Physical address of each property - street, city, state, ZIP code | Type - Enter code 1-8; see page 2 for list | Fair Rental Days | Personal Use Days |
|---|---|---|---|---|
| **A** | | | | |
| **B** | | | | |
| **C** | | | | |
| **D** | | | | |

| | | | Properties | | | |
|---|---|---|---|---|---|---|
| | **Rental Real Estate Income** | | **A** | **B** | **C** | **D** |
| 2 | Gross rents | 2 | | | | |
| | **Rental Real Estate Expenses** | | | | | |
| 3 | Advertising | 3 | | | | |
| 4 | Auto and travel | 4 | | | | |
| 5 | Cleaning and maintenance | 5 | | | | |
| 6 | Commissions | 6 | | | | |
| 7 | Insurance | 7 | | | | |
| 8 | Legal and other professional fees | 8 | | | | |
| 9 | Interest (see instructions) | 9 | | | | |
| 10 | Repairs | 10 | | | | |
| 11 | Taxes | 11 | | | | |
| 12 | Utilities | 12 | | | | |
| 13 | Wages and salaries | 13 | | | | |
| 14 | Depreciation (see instructions) | 14 | | | | |
| 15 | Other (list) ▶ | 15 | | | | |
| 16 | Total expenses for each property. Add lines 3 through 15 | 16 | | | | |
| 17 | Income or (loss) from each property. Subtract line 16 from line 2 | 17 | | | | |

| | | | |
|---|---|---|---|
| 18a | Total gross rents. Add gross rents from line 2, columns A through H | 18a | |
| b | Total expenses. Add total expenses from line 16, columns A through H | 18b | ( ) |
| 19 | Net gain (loss) from Form 4797, Part II, line 17, from the disposition of property from rental real estate activities | 19 | |
| 20a | Net income (loss) from rental real estate activities from partnerships, estates, and trusts in which this partnership or S corporation is a partner or beneficiary (from Schedule K-1) | 20a | (592,772) |
| b | Identify below the partnerships, estates, or trusts from which net income (loss) is shown on line 20a. Attach a schedule if more space is needed. | | |

| **(1)** Name      CONTINUED ON PAGE 2 | **(2)** Employer identification number |
|---|---|
| TRIANGLE TOWNHOMES LLC | 81-1399191 |
| LIBERTY DEVELOPMENT LLC | 81-1565620 |
| COMMONS OF 56TH LLC | 82-3350973 |

| | | | |
|---|---|---|---|
| 21 | Net rental estate income (loss). Combine lines 18a through 20a. Enter the result here and on: • **Form 1065 or 1120S:** Schedule K, line 2 | 21 | (592,772) |

**For Paperwork Reduction Act Notice, see instructions.**                                                   Form **8825** (Rev. 11-2018)
EEA

Form 8825 (Rev. 11-2018) Page **2**

**1** Show the type and address of each property. For each rental real estate property listed, report the number of days rented at fair rental value and days with personal use. See instructions.

| | Physical address of each property - street, city, state, ZIP code | Type - Enter code 1-8; see below for list | Fair Rental Days | Personal Use Days |
|---|---|---|---|---|
| **E** | | | | |
| **F** | | | | |
| **G** | | | | |
| **H** | | | | |

**Properties**

| | Rental Real Estate Income | | E | F | G | H |
|---|---|---|---|---|---|---|
| **2** | Gross rents | 2 | | | | |
| | **Rental Real Estate Expenses** | | | | | |
| **3** | Advertising | 3 | | | | |
| **4** | Auto and travel | 4 | | | | |
| **5** | Cleaning and maintenance | 5 | | | | |
| **6** | Commissions | 6 | | | | |
| **7** | Insurance | 7 | | | | |
| **8** | Legal and other professional fees | 8 | | | | |
| **9** | Interest (see instructions) | 9 | | | | |
| **10** | Repairs | 10 | | | | |
| **11** | Taxes | 11 | | | | |
| **12** | Utilities | 12 | | | | |
| **13** | Wages and salaries | 13 | | | | |
| **14** | Depreciation (see instructions) | 14 | | | | |
| **15** | Other (list) ▶ | 15 | | | | |
| **16** | Total expenses for each property. Add lines 3 through 15 | 16 | | | | |
| **17** | Income or (loss) from each property. Subtract line 16 from line 2 | 17 | | | | |

**Allowable Codes for Type of Property**

1-Single Family Residence
2-Multi-Family Residence
3-Vacation or Short-Term Rental
4-Commercial
5-Land
6-Royalties
7-Self-Rental
8-Other (include description with the code on Form 8825 or on a separate statement)

EEA    **LINE 20b CONTINUATION**    Form **8825** (Rev. 11-2018)

**NAME**                          **EMPLOYER ID NUMBER**

SHEYENNE 32 EAST LLC              83-1633121
GREENFIELD COMMONS LLC            83-1734753
PIONEER PLACE LLC                 81-3072228
SHEYENNE 32 SOUTH LLC             83-2166349