**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NORTH DAKOTA**

| | |
|---|---|
| In Re:<br><br>Jamieson CAPEX Fund, LLC,<br><br>                      Debtor. | **Bankruptcy No.: 24-30422**<br><br>**Chapter 11** |

**NOTICE OF APPEARANCE AND DEMAND FOR SERVICE OF PAPERS**
**PURSUANT TO SECTION 1109(B) OF THE BANKRUPTCY CODE**
**AND BANKRUPTCY RULES 2002(I) AND 9010**

      **NOTICE IS HEREBY GIVEN** pursuant to section 1109(b) of Title 11 of the United States Code and Rule 9010 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules") that Berly D. Nelson appears for and on behalf of the **Commissioner of the North Dakota Securities Department, Timothy Karsky,** and the **State of North Dakota.**

      **NOTICE IS FURTHER GIVEN** that Berly D. Nelson requests that all notices given or required to be given in the captioned case (including, but not limited to, all papers filed and served in all adversary proceedings in this case, and all notices mailed only to the statutory committees or their authorized agents and to creditors and equity security holders who file with the Court a request that all notices be mailed to them) be served upon the following person at the following office, telephone number and facsimile number:

            **Berly D. Nelson, ND #05903**
            **Special Assistant Attorney General**
            **10 Roberts Street North**
            **Fargo, ND 58102-4982**
            **Phone: 701.232.8957**
            **Fax: 701.237.4049**
            **bnelson@serklandlaw.com**

      **NOTICE IS FURTHER GIVEN** that the foregoing request includes not only notices and papers referred to in Bankruptcy Rule 2002, but also includes, without limitation, orders and notices of any application, motion, petition, pleading, request, complaint or demand, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, hand delivery, telephone, telegraph, telex, facsimile or otherwise, that affects the captioned debtor or debtor-in-possession or the property of such debtor or debtor's estate.

Dated: December 19, 2024

/s/Berly D. Nelson
Berly D. Nelson (ND #05903)
Special Assistant Attorney General
10 Roberts Street North
Fargo, ND 58102-4982
Phone: 701.232.8957
Fax: 701.237.4049
bnelson@serklandlaw.com
***Attorneys for the Commissioner of the North Dakota Securities Department and the State of North Dakota***

2