

**TOWN & COUNTRY CREDIT UNION**

615 South Broadway
P.O. Box 2046
Minot, ND 58702-2046
800-872-6358

**STATEMENT OF ACCOUNT**
www.townandcountry.org

NOTICE: CLICK ON THE 'RECONCILIATION FORM & DISCLOSURES' IMAGE ABOVE FOR IMPORTANT INFORMATION REGARDING EACH LOAN MARKED *, AS WELL AS YOUR RIGHT TO DISPUTE ERRORS.

611E

Page: 1 of 3

JAMIESON CAPEX FUND LLC
3680 54TH ST S
FARGO ND 58104-7480

| Member Number | Statement Period |
|---|---|
| *******922 | 11/01/24-11/30/24 |

**Account Balances at a Glance**

| | |
|---|---|
| Total Savings: | 5.00 |
| Total Checking: | 9,565.54 |
| Total Certificates: | 0.00 |
| Total Clubs: | 0.00 |
| Total Closed End Loans: | 0.00 |
| Total Open End Loans | 0.00 |
| Total Line of Credit: | 0.00 |



**SHARE ID: 0001   ORGANIZATIONAL SAVINGS**

| Date | Post | Description | Deposit | Withdrawal | Balance |
|---|---|---|---|---|---|
| | | Balance Forward | | | 5.00 |
| Nov30 | | Ending Balance | | | 5.00 |



**TOWN & COUNTRY CREDIT UNION**
615 South Broadway
P.O. Box 2046
Minot, ND 58702-2046
800-872-6358

**STATEMENT OF ACCOUNT**
www.townandcountry.org

NOTICE: CLICK ON THE 'RECONCILIATION FORM & DISCLOSURES' IMAGE ABOVE FOR IMPORTANT INFORMATION REGARDING EACH LOAN MARKED *, AS WELL AS YOUR RIGHT TO DISPUTE ERRORS.

JAMIESON CAPEX FUND LLC
3680 54TH ST S
FARGO ND 58104-7480

611E

Page: 2 of 3

### SHARE ID: 0101  FREE CHECKING

| Date | Post | Description | Deposit | Withdrawal | Balance |
|---|---|---|---|---|---|
| | | Balance Forward | | | 9,565.46 |
| Nov30 | Nov30 | Deposit Dividend 0.010% | 0.08 | | 9,565.54 |
| | | Annual Percentage Yield Earned 0.010%  11/01/24 - 11/30/24 on Average Daily Balance of 9,565.46 | | | |
| Nov30 | | Ending Balance | | | 9,565.54 |

#### ACCOUNT DETAILS FOR: 0101 FREE CHECKING

| DESCRIPTION | QTY | AMOUNT | | 2024 |
|---|---|---|---|---|
| BEGINNING BALANCE | | 9,565.46 | DIVIDENDS PAID | 1.73 |
| TOTAL DEPOSITS | 1 | 0.08 | PENALTIES ASSESSED | 0.00 |
| TOTAL WITHDRAWALS | | 0.00 | IRS WITHHOLDING | 0.00 |
| ENDING BALANCE | | 9,565.54 | STATE WITHHOLDING | 0.00 |





**TOWN & COUNTRY CREDIT UNION**

615 South Broadway
P.O. Box 2046
Minot, ND 58702-2046
800-872-6358

**STATEMENT OF ACCOUNT**
www.townandcountry.org

**NOTICE:** CLICK ON THE 'RECONCILIATION FORM & DISCLOSURES' IMAGE ABOVE FOR IMPORTANT INFORMATION REGARDING EACH LOAN MARKED *, AS WELL AS YOUR RIGHT TO DISPUTE ERRORS.

JAMIESON CAPEX FUND LLC
3680 54TH ST S
FARGO ND 58104-7480

611E

Page: 3 of 3

### YEAR TO DATE TOTALS

|  | 2024 |
|---|---|
| DIVIDENDS PAID | 1.73 |

