## Mac VerStandig

| | |
|---|---|
| **From:** | Tyler J. Leverington <TLeverington@OhnstadLaw.com> |
| **Sent:** | Wednesday, October 23, 2024 4:54 PM |
| **To:** | Mac VerStandig |
| **Cc:** | Christianna Cathcart; Christopher M. McShane |
| **Subject:** | RE: In re Jamieson CAPEX Fund, LLC, Case No. 24-30422 (Bankr. D.N.D. 2024) |

Mac,

Thanks for reaching out; my team has reviewed and we will not be pursuing enforcement of any judgment against Capex in violation of the stay.

Thanks,

Tyler Leverington
Ohnstad Twichell, P.C.
444 Sheyenne Plaza Ste. 102
P.O. Box 458
West Fargo, ND 58078-0458
TEL (701) 282-3249
FAX (701) 282-0825
tleverington@ohnstadlaw.com
www.ohnstadlaw.com



This email communication may contain privileged and confidential information. It is intended only for the intended recipient(s) identified above. If you are not the intended recipient of this communication, you are hereby notified that any use, dissemination, distribution, downloading, or copying of this communication is strictly prohibited. If you have received this communication in error, please immediately notify the sender by e-mail or telephone at (701) 282-3249, delete the communication, and destroy all copies. I appreciate your cooperation.

---

**From:** Mac VerStandig <mac@dakotabankruptcy.com>
**Sent:** Monday, October 21, 2024 4:19 PM
**To:** Tyler J. Leverington <TLeverington@OhnstadLaw.com>
**Cc:** Christianna Cathcart <christianna@dakotabankruptcy.com>
**Subject:** RE: In re Jamieson CAPEX Fund, LLC, Case No. 24-30422 (Bankr. D.N.D. 2024)

Mr. Leverington,

It has come to my attention that on or about October 15, 2024, your firm caused to be filed a proposed form of judgment in the matter of Johnson v. Jamieson CAPEX Fund, LLC, et al.

As you are aware, Jamieson CAPEX Fund, LLC is a debtor in bankruptcy. Per my prior e-mail (below), proceeding with litigation against Jamieson CAPEX Fund, LLC is a violation of the automatic stay provided for in Section 362 of Title 11 of the United States Code. It is, accordingly, quite concerning to learn that such a violation has occurred, and I am hopeful

that you will promptly seek to remedy this by withdrawing the proposed form of judgment and ensuring the litigation proceed no further.

Please advise me, not later than the close of business tomorrow (Thursday), of what steps have been taken to remedy this violation of the automatic stay. Absent immediate and appropriate remedial actions, please appreciate that my client will necessarily be compelled to seek judicial recourse.

Regards,

Maurice "Mac" VerStandig, Esq.
The Dakota Bankruptcy Firm
1630 1st Avenue N
Suite B PMB 24
Fargo, North Dakota 58102-4246
Phone: (855) 987-DEBT
Local: (701) 394-3215
mac@dakotabankruptcy.com
http://www.dakotabankruptcy.com

**PRIVILEGED COMMUNICATION/PRIVACY NOTICE**
**I**nformation contained in this transmission is attorney-client privileged and confidential.  It is solely intended for use by the individual or entity named above.  If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited.  If you have received this communication in error, please immediately notify us by telephone and delete this communication.

**TAX ADVICE NOTICE**
Any tax advice included in this communication may not contain a full description of all relevant facts or a complete analysis of all relevant tax issues or authorities.  This communication is solely for the intended recipient's benefit and may not be relied upon by any other person or entity.

**From:** Mac VerStandig
**Sent:** Sunday, September 22, 2024 10:28 PM
**To:** tleverington@ohnstadlaw.com
**Cc:** Christianna Cathcart <christianna@dakotabankruptcy.com>
**Subject:** In re Jamieson CAPEX Fund, LLC, Case No. 24-30422 (Bankr. D.N.D. 2024)

Counsel,

Please be advised that earlier this evening, Jamieson CAPEX Fund, LLC filed a petition for Chapter 11 relief in the United States Bankruptcy Court for the District of North Dakota, thereby commencing the above-referenced matter.

Pursuant to Section 362 of Title 11 of the United States Code, the foregoing filing acts as a stay against, *inter alia*, the "continuation, including the issuance or employment of process, of a judicial, administrative, or other action or proceeding against the debtor that was or could have been commenced before the commencement of the case under this title, or to recover a claim against the debtor that arose before the commencement of the case."

If you have any questions, or wish to discuss any facet of this matter, please do not hesitate to contact me directly.

Regards,

2

Maurice "Mac" VerStandig, Esq.
The Dakota Bankruptcy Firm
1630 1st Avenue N
Suite B PMB 24
Fargo, North Dakota 58102-4246
Phone: (855) 987-DEBT
Local: (701) 394-3215
mac@dakotabankruptcy.com
http://www.dakotabankruptcy.com

**PRIVILEGED COMMUNICATION/PRIVACY NOTICE**
Information contained in this transmission is attorney-client privileged and confidential.  It is solely intended for use by the individual or entity named above.  If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited.  If you have received this communication in error, please immediately notify us by telephone and delete this communication.

**TAX ADVICE NOTICE**
Any tax advice included in this communication may not contain a full description of all relevant facts or a complete analysis of all relevant tax issues or authorities.  This communication is solely for the intended recipient's benefit and may not be relied upon by any other person or entity.

> **CAUTION:** This email originated from an outside source. Do not click links or open attachments unless you know they are safe.