IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NORTH DAKOTA

| | | |
|---|---|---|
| In re: | ) | Case No. 24-30422 |
| | ) | (Chapter 11) |
| JAMIESON CAPEX FUND, LLC. | ) | |
| | ) | |
| Debtor. | ) | |
| _____ | ) | |

## NOTICE OF OBJECTION TO CLAIM OF JEFF JOHNSON (#4)

NOTICE IS HEREBY GIVEN that the above-referenced debtor has filed an objection to the allowance of the proof of claim filed by Jeff Johnson in this case. A copy of the objection is served herewith.

NOTICE IS FURTHER GIVEN that written opposition to the objection, if any, shall be filed with the Clerk of the United States Bankruptcy Court for the District of North Dakota, 655 1st Ave. N. Suite 210, Fargo, ND 58102-4932 within thirty (30) days from the date of the service of this notice. Any objections not filed and served may be deemed waived.

Respectfully Submitted,

Dated: December 26, 2024      By:   /s/ Maurice B. VerStandig
Maurice B. VerStandig, Esq.
The Dakota Bankruptcy Firm
1630 1st Avenue N
Suite B PMB 24
Fargo, North Dakota 58102-4246
Phone: (701) 394-3215
mac@dakotabankruptcy.com
*Counsel for the Debtor*

*[Certificate of Service on Following Page]*

1

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 26th day of December, 2024, a copy of the foregoing was served electronically upon filing via the ECF system.

I FURTHER CERTIFY that on this 26th day of December, 2024, a copy of the foregoing was served via U.S. Mail, postage prepaid, upon:

Jeff Johnson
4001 15th Ave NW
Fargo, ND 58102

and

Christopher M. McShane
P.O. Box 458
West Fargo, ND 58078-0458

/s/ Maurice B. VerStandig
Maurice B. VerStandig