UNITED STATES BANKRUPTCY COURT
DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| In Re: | Bankruptcy No. 24-30422 |
| | Chapter 11 – Subchapter V |
| Jamieson CAPEX Fund, LLC, | |
| Debtor. | |
| _____/ | |

**NOTICE OF OBJECTION TO CLAIM**

<u>Debtor, Jamieson CAPEX Fund, LLC,</u> filed an objection to your claim (Doc. 77) in this bankruptcy case.

**Your claim may be reduced, modified, or eliminated. You should read these papers carefully and discuss them with your attorney if you have one.**

If you do not want the court to eliminate or change your claim, then on or before **Monday, January 27, 2025**, you or your attorney must file a written response to the objection explaining your position. Your attorney may file your response electronically in CM/ECF.

Alternatively, you may mail your response to the Court for filing.   Send it to:

U.S. Bankruptcy Court,
655 First Avenue North, Suite 210,
Fargo, North Dakota 58102.

If you mail your response to the Court for filing, you must mail it early enough so that the court will **receive** it on or before the date noted above.

You must also send a copy to:

Attorney Maurice VerStandig
The Dakota Bankruptcy Firm
1630 First Ave. N., Ste. B PMB 24
Fargo, ND 58102-3215

If you file an objection or response, you must also attend the hearing on the objection, scheduled to be held on <u>**Tuesday, January 28, 2025, at 10:30 A M.** in Courtroom #3, Second Floor, Quentin N. Burdick United States Courthouse, 655 First Avenue North, Fargo, North Dakota</u>.   If you or your attorney do not take these steps, the Court will assume you do not oppose the objection to your claim and cancel the hearing.

| | |
|---|---|
| Dated: December 26, 2024. | Kay M. Melquist, Clerk |
| | United States Bankruptcy Court |
| | Quentin N. Burdick United States Courthouse |
| | 655 1st Avenue North, Suite 210 |
| | Fargo, ND 58102-4932 |
| | By:*/s/ Sharon Horsager*_____ |
| | Sharon Horsager, Deputy Clerk |

Copy served electronically December 26, 20240, to Attorney Maurice VerStandig for service.