# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NORTH DAKOTA

___

| | |
|---|---|
| In re: | Case No. 24-30422 |
| | (Chapter 11) |
| JAMIESON CAPEX FUND, LLC. | |
| Debtor. | **MOTION TO APPEAR BY VIDEO CONFERENCE** |

___

Christopher M. McShane, Counsel for Jeff Johnson, respectively moves this court to enter an order under Local Rule 5001-2 allowing him to appear via video conference for **Final Hearing on Motion by Creditor, Jeff Johnson, for Relief from Automatic Stay filed December 12, 2024. (Doc. 56)** currently scheduled on Tuesday, December 31, 2024, at 10:00am.

The Court has already granted motions to appear telephonically at the December 31, 2024, hearing, allowing counsel for the debtor and the trustee to appear by video conference. Counsel for Creditor, Jeff Johnson, requests a similar accommodation because he will be out of state celebrating the New Year, but available to appear by video conference.

WHEREFORE, counsel requests that he be allowed to appear via video conference.

1

758740120
4902-8502-2730, v. 1

Dated: December 27, 2024.

                Respectfully submitted,

*/s/ Christopher M. McShane*
Christopher M. McShane, ND ID # 06278
OHNSTAD TWICHELL, P.C.
444 Sheyenne Street, Suite 102
P.O. Box 458
West Fargo, ND 58078-0458
Tel: (701) 282-3249
Fax: (701) 282-0825
Email: cmcshane@ohnstadlaw.com
*Counsel for Defendant Jeff Johnson*

2