# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NORTH DAKOTA

___

| | |
|---|---|
| In re: | Case No. 24-30422 |
| | (Chapter 11) |
| JAMIESON CAPEX FUND, LLC. | |
| Debtor. | **CERTIFICATE OF SERVICE** |

___

Christopher M. McShane, Counsel for Jeff Johnson, hereby certifies the filing of this document caused service via CM/ECF upon all CM/ECF 0 recipients

Dated: December 27, 2024.

> */s/ Christopher M. McShane*
> Christopher M. McShane

1

758740120
4902-8502-2730, v. 1