UNITED STATES BANKRUPTCY COURT
DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| In Re:<br><br>Jamieson CAPEX Fund, LLC,<br><br>                    Debtor.<br>_____/<br>IN THE MATTER OF:<br><br>Final Hearing on Motion by Creditor Jeff<br>Johnson for Relief from Automatic Stay<br>filed December 12, 2024. (Doc. 56)<br>_____/ | Bankruptcy No. 24-30422<br>Chapter 11 – Subchapter V |

ORDER GRANTING CONTINUANCE
AND RESCHEDULING HEARING

The parties filed a stipulated motion to continue the hearing scheduled for December 31, 2024. The Court finds cause for granting the continuance.

IT IS ORDERED that Creditor, Jeff Johnson's Motion for Relief from Automatic Stay (Doc. 56) shall be continued to **Tuesday, January 28, 2025, at 10:30 a.m.** in Courtroom #3, Second Floor, Quentin N. Burdick United States Courthouse, 655 First Avenue North, Fargo, North Dakota.

*The stay will remain in effect and is extended until the Court has an opportunity to consider the matter at the final hearing.*

Dated:  December 30, 2024.

Shon Hastings, Judge
United States Bankruptcy Court

Order served electronically December 30, 2024, to Electronic Mail Notice List for Case No. 24-30422.