IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NORTH DAKOTA

In re: ) Case No. 24-30422
) (Chapter 11)
JAMIESON CAPEX FUND, LLC. )
)
　　　　Debtor. )
)

### Class 1 Ballot for Accepting or Rejecting Plan of Reorganization

Jamieson CAPEX Fund, LLC has filed a plan of reorganization in this case.

**You should review the Plan before you vote. You may wish to seek legal advice concerning the Plan and your classification and treatment under the Plan. Your claim has been placed in Class 1 under the Plan. If you hold claims or equity interests in more than one class, you will receive a ballot for each class in which you are entitled to vote.**

**If your ballot is not received by Maurice B. VerStandig, Esq., 1630 1st Avenue N, Suite B PMB 24, Fargo, North Dakota, 58102, on or before January 8, 2025, and such deadline is not extended, your vote will not count as either an acceptance or rejection of the plan.**

**If the plan is confirmed by the Bankruptcy Court, it will be binding on you whether or not you vote.**

### Acceptance or Rejection of the Plan

The undersigned, the holder of a Class 1 claim against the Debtor:

*Check one box only*

　　☒ **Accepts the plan**

　　☐ **Rejects the plan**

**[Signature page follows]**

*1 of 2*

Dated: 12/16/24

Print or type name: Main Street Investment

Signature: [signature]

Title (if corporation or partnership): President

Address: 2865 Lilac Lane N
Fargo, ND 58102

Return this ballot to:

Maurice B. VerStandig, Esq.
THE DAKOTA BANKRUPTCY FIRM
1630 1st Avenue N
Suite B PMB 24
Fargo, North Dakota 58102-4246
mac@dakotabankruptcy.com