UNITED STATES BANKRUPTCY COURT

DISTRICT OF NORTH DAKOTA

**IN RE:**

**Jamieson CAPEX Fund, LLC**  CASE NO. 24-30422

**Debtor**  CHAPTER 11

MOTION TO APPEAR BY VIDEO CONFERENCE

Thomas J. Kapusta, Subchapter V Trustee, respectively moves this Court to enter an order under Local Rule 5001-2 allowing him to appear via video conference for the debtor confirmation hearing currently scheduled on Thursday, January 16, 2025, at 10:00am.

Travel to Fargo, North Dakota would be unduly burdensome and expensive.

WHEREFORE, Trustee requests that he be allowed to appear via video conference.

Dated: January 13, 2025

Signed: s/Thomas J. Kapusta

Thomas J. Kapusta
TK Enterprises, LLC
PO Box 90624
Sioux Falls, SD 57109
Phone: 605-376-6715
email: tkapusta@aol.com
Sub Chapter V Trustee

UNITED STATES BANKRUPTCY COURT

DISTRICT OF NORTH DAKOTA

**IN RE:**

| | |
|---|---|
| **Jamieson CAPEX Fund, LLC** | **CASE NO. 24-30422** |
| **Debtor** | **CHAPTER 11** |

## CERTIFICATE OF SERVICE

Thomas Kapusta, Subchapter V Trustee, hereby certifies the filing of this document caused service via CM/ECF upon all CM/ECF recipients.

Dated: January 13, 2025

/s/ Thomas Kapusta
Thomas Kapusta