UNITED STATES BANKRUPTCY COURT
DISTRICT OF NORTH DAKOTA

In re:

**Jamieson CAPEX Fund, LLC**　　　　　　　　　　**Bankr. No. 24-30422**

　　**Debtor.**　　　　　　　　　　　　　　　　**Chapter 11**

---

## MOTION TO APPEAR BY VIDEO CONFERENCE

　　1.　　Sarah J. Wencil, Trial Attorney for the U.S. Trustee (UST), respectively moves this Court to enter an order under Local Rule 5001-2 allowing her to appear by video conference on Thursday, January 16, 2024, on the confirmation of the Debtor's Amended Chapter 11 Small Business Plan (Doc. 88).

　　2.　　The UST has not filed an objection to confirmation and requests that the Court take into consideration savings in travel time and expenses.

　　WHEREFORE, Counsel requests that she be allowed to appear by video conference.

Dated: January 13, 2025　　　　　　　　MARY R. JENSEN
　　　　　　　　　　　　　　　　　　　　ACTING U.S. TRUSTEE REGION 12

　　　　　　　　　　　　　　　　　　　　 /s/ Sarah J. Wencil
　　　　　　　　　　　　　　　　　　　　Sarah J. Wencil
　　　　　　　　　　　　　　　　　　　　Office of the U.S. Trustee
　　　　　　　　　　　　　　　　　　　　Suite 1015 U.S. Courthouse
　　　　　　　　　　　　　　　　　　　　300 South Fourth St.
　　　　　　　　　　　　　　　　　　　　Minneapolis, MN 55415
　　　　　　　　　　　　　　　　　　　　Telephone: (612) 334-1366
　　　　　　　　　　　　　　　　　　　　Sarah.J.Wencil@usdoj.gov

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NORTH DAKOTA

In re:

**Jamieson CAPEX Fund, LLC**  **Bankr. No. 24-30422**

    **Debtor.**  **Chapter 11**

---

## CERTIFICATE OF SERVICE

---

Sarah J. Wencil, an employee of the U.S. Trustee office, hereby certifies the filing of this document caused service via CM/ECF upon all CM/ECF recipients.

Dated:   January 13, 2025

                                                /s/ Sarah J. Wencil
                                                Sarah J. Wencil