# The Dakota Bankruptcy Firm

**INVOICE**

1630 1st Avenue N
Suite B PMB 24
Fargo, North Dakota 58102

Invoice # 10981
Date: 01/18/2025

Jamieson CAPEX Fund, LLC

## 00470-Jamieson CAPEX Fund, LLC

### Case Administration

| Attorney | Type | Date | Quantity | Rate | Discount | Total |
|---|---|---|---|---|---|---|
| Christianna Cathcart | Service | 10/03/2024 | 3.30 | $200.00 | 100.0% | $0.00 |
| Work on drafting SOFA | | | | | | |
| Christianna Cathcart | Service | 10/07/2024 | 1.10 | $200.00 | - | $220.00 |
| Work on SOFA, including research of judgments | | | | | | |
| Christianna Cathcart | Service | 10/08/2024 | 0.80 | $200.00 | - | $160.00 |
| Email to Client and Review additional documentations needed | | | | | | |
| Christianna Cathcart | Service | 10/11/2024 | 2.10 | $200.00 | 80.0% | $84.00 |
| Forwarded the required documents to the U.S. Trustee and updated the SOFA. Email/Call to client | | | | | | |
| Maurice VerStandig | Expense | 10/17/2024 | 1.00 | $59.40 | - | $59.40 |
| Mailing: Service of status conference order via third party mailing vendor | | | | | | |
| Maurice VerStandig | Service | 10/17/2024 | 0.10 | $400.00 | - | $40.00 |
| Draft and file certificate of service for mailing of status conference notice | | | | | | |
| Maurice VerStandig | Service | 10/17/2024 | 0.20 | $400.00 | - | $80.00 |
| Call with J. Carlson to prepare for initial debtor interview | | | | | | |
| Maurice VerStandig | Service | 10/17/2024 | 0.60 | $400.00 | - | $240.00 |
| Attend initial debtor interview | | | | | | |
| Maurice VerStandig | Service | 10/17/2024 | 0.10 | $400.00 | - | $40.00 |
| Call with Subchapter V trustee following IDI | | | | | | |
| Maurice VerStandig | Service | 11/07/2024 | 0.70 | $400.00 | - | $280.00 |
| Attend continued meeting of creditors | | | | | | |
| Maurice VerStandig | Service | 11/08/2024 | 0.10 | $400.00 | - | $40.00 |

Invoice # 10981 - 01/18/2025

| | | | | | | |
|---|---|---|---|---|---|---|
| | E-mail to S. Wencil re statement by client rep re income, made during meeting of creditors | | | | | |
| Maurice VerStandig | Service | 11/08/2024 | 0.20 | $400.00 | - | $80.00 |
| | Call with S. Wencil re US Trustee's reply to status report | | | | | |
| Maurice VerStandig | Service | 11/08/2024 | 0.30 | $400.00 | - | $120.00 |
| | Review US Trustee reply to status report | | | | | |
| Maurice VerStandig | Service | 11/09/2024 | 2.60 | $400.00 | 50.0% | $520.00 |
| | Review exhibits to UST reply brief (0.8); Begin assessing outline of surreply and researching relevant citations (.5); Commence drafting surreply (1.3) | | | | | |
| Maurice VerStandig | Service | 11/09/2024 | 0.20 | $400.00 | - | $80.00 |
| | Calls with J. Fasano (discussion ensued) and D. Evans (voicemail left) re potentially serving as CRO; Review follow up text message from D. Evans; Assess other potential candidates if CRO is needed | | | | | |
| Maurice VerStandig | Service | 11/10/2024 | 0.10 | $400.00 | - | $40.00 |
| | Calls with client re US Trustee's reply to status report | | | | | |
| Maurice VerStandig | Service | 11/10/2024 | 2.00 | $400.00 | - | $800.00 |
| | Continue drafting surreply to UST reply to status report (1.8); Review, revise and proofread same (.2); Draft amended disclosure (n/c); PDF and file surreply and amended disclosure (n/c) | | | | | |
| Maurice VerStandig | Service | 11/10/2024 | 0.10 | $400.00 | - | $40.00 |
| | E-mail to S. Diaz re potentially serving as CRO | | | | | |
| Maurice VerStandig | Service | 11/11/2024 | 0.40 | $400.00 | - | $160.00 |
| | Review state court litigation records | | | | | |
| Maurice VerStandig | Service | 11/11/2024 | 0.30 | $400.00 | - | $120.00 |
| | Call with D. Evans re potentially serving as CRO in case | | | | | |
| Maurice VerStandig | Service | 11/19/2024 | 0.50 | $400.00 | - | $200.00 |
| | Attend status conference via telephone | | | | | |
| Maurice VerStandig | Service | 11/19/2024 | 0.10 | $400.00 | - | $40.00 |
| | Draft and file motion to pay retainer to Subchapter V trustee | | | | | |
| Maurice VerStandig | Service | 11/22/2024 | 0.20 | $400.00 | - | $80.00 |
| | Call with J. Carlson re potential benefits of his resignation and candidates to step in as either new chief executive or CRO | | | | | |
| Maurice VerStandig | Service | 11/22/2024 | 0.30 | $400.00 | - | $120.00 |
| | Review UST motion to convert or dismiss | | | | | |
| Christianna Cathcart | Service | 11/22/2024 | 4.50 | $200.00 | 80.0% | $180.00 |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | | | | Conflicts of interest research, email to US Trustee/client, Review client's file for documents requested by trustee. |
| Maurice VerStandig | Service | 11/26/2024 | 0.30 | $400.00 | - | $120.00 |

Call with J. Kleisinger and A. Webb re serving as conflicts counsel, nature of case, funding mechanism for conflicts counsel, and timing moving forward

| Christianna Cathcart | Service | 11/26/2024 | 0.80 | $200.00 | - | $160.00 |

Review Documents, Email to Trustee adding missing documents.

| Christianna Cathcart | Service | 12/02/2024 | 2.90 | $200.00 | 80.0% | $116.00 |

Review Opp Motion, Conflicts research

| Christianna Cathcart | Service | 12/04/2024 | 2.20 | $200.00 | 100.0% | $0.00 |

Review CRO App, Draft employment app, Research.

| Christianna Cathcart | Service | 12/06/2024 | 2.40 | $200.00 | 50.0% | $240.00 |

Amend Schedules, Email to client, Email to US Trustee submitting missing docs.

| Maurice VerStandig | Service | 12/12/2024 | 0.50 | $400.00 | - | $200.00 |

Review stay relief motion from J. Johnson and accompanying memorandum of law

| Maurice VerStandig | Service | 12/12/2024 | 2.40 | $400.00 | 50.0% | $480.00 |

Research and begin drafting brief in opposition to motion to convert to Chapter 7 or place trustee in possession

| Maurice VerStandig | Service | 12/13/2024 | 1.80 | $400.00 | - | $720.00 |

Continue drafting opposition to motion to dispossess or convert; Review and revise same, proofreading and reorganizing arguments

| Christianna Cathcart | Service | 12/16/2024 | 0.10 | $200.00 | - | $20.00 |

A106 Communicate (with client) B110 Case Administration: Draft and send email to client providing details and updates regarding the upcoming hearing.

| Christianna Cathcart | Service | 12/18/2024 | 0.10 | $200.00 | - | $20.00 |

A106 Communicate (with client) B260 Board of Directors Matters: Drafted and sent email to client regarding scheduling a meeting with the Board for updates on ongoing matters.

| Christianna Cathcart | Service | 12/19/2024 | 0.80 | $200.00 | - | $160.00 |

A103 Draft/revise B110 Case Administration: Prepared November Monthly Operating Report (MOR) and Report for Controlled Non-Debtor Entities.

| Maurice VerStandig | Service | 12/21/2024 | 0.30 | $400.00 | - | $120.00 |

Detailed e-mail to J. Carlson and M. Schmitz updating as to case, including update on passage of objection deadline on application to employ CRO, filing of counterclaim in J. Johnson adversary, filing of answer in case against state, and pendency of stay relief motion

| Maurice VerStandig | Service | 12/21/2024 | 3.20 | $400.00 | - | $1,280.00 |

Research, outline, and begin drafting brief in opposition of stay relief motion of J. Johnson, with specific attention

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | | | | paid to (i) assembling authorities on inapplicability of adequate protection to unsecured creditors; (ii) inapplicability of Section 523(a) to legal entities; and (iii) inapplicability of annulment motions where underlying stay violation is knowing in nature |
| Maurice VerStandig | Service | 12/22/2024 | 1.10 | $400.00 | - | $440.00 |
| Continue drafting opposition to stay relief motion, including review of state court docket and insertion of citations and arguments addressing immediate issuance of an order for relief upon filing of a voluntary petition for bankruptcy relief | | | | | | |
| Maurice VerStandig | Service | 12/23/2024 | 0.50 | $400.00 | - | $200.00 |
| Review and revise opposition to motion for stay relief, placing document in final form; Cull and collate exhibits thereto; File opposition brief and exhibits | | | | | | |
| Maurice VerStandig | Service | 12/24/2024 | 0.40 | $400.00 | - | $160.00 |
| Detailed e-mail to M. Schmitz and J. Carlson re (i) grant of CRO application; (ii) withdrawal of motion to dispossess debtor or convert to chapter 7; (iii) timing strategy for FIBT action; (iv) deadlines correlative to plan voting and objections; (v) necessity of presence at confirmation hearing; (vi) tasks to be helmed by CRO; and (vii) CRO billing. Attach copies of prior day's filings. | | | | | | |
| Maurice VerStandig | Service | 12/26/2024 | 0.20 | $400.00 | - | $80.00 |
| E-mail to M. Schmitz re settlement discussions with counsel for J. Johnson, outlining disputes and potential parameters of settlement and advising settlement be taken | | | | | | |
| Maurice VerStandig | Service | 12/27/2024 | 0.30 | $400.00 | - | $120.00 |
| Call with M. Schmitz re settlement with J. Johnson, upcoming confirmation-centric deadlines, nature of debtor's assets, and potential avenues of monetary recovery | | | | | | |
| **Non-billable entries** | | | | | | |
| Christianna Cathcart | Service | 10/10/2024 | ~~0.20~~ | ~~$200.00~~ | - | ~~$40.00~~ |
| Review documents client sent, call with client re same | | | | | | |
| Christianna Cathcart | Service | 10/22/2024 | ~~0.20~~ | ~~$200.00~~ | - | ~~$40.00~~ |
| Gather documents for complaint | | | | | | |
| Christianna Cathcart | Service | 11/20/2024 | ~~1.00~~ | ~~$200.00~~ | - | ~~$200.00~~ |
| Call with client, Drafting MOR | | | | | | |
| Christianna Cathcart | Service | 11/21/2024 | ~~6.90~~ | ~~$200.00~~ | - | ~~$1,380.00~~ |
| Gathering documents/reviewing file for trustee, Call with client, Email to client, Drafting MOR | | | | | | |
| Christianna Cathcart | Service | 11/25/2024 | ~~4.20~~ | ~~$200.00~~ | - | ~~$840.00~~ |
| Conflicts of Interest Research, email to trustee documents, email to trustee. | | | | | | |
| Christianna Cathcart | Service | 12/20/2024 | ~~1.90~~ | ~~$200.00~~ | - | ~~$380.00~~ |
| A103 Draft/revise B110 Case Administration: Monthly Operating Report/Periodic Controlled Non-Debtor Entities | | | | | | |
| | | | | | **Line Item Discount Subtotal** | **-$3,860.00** |

Invoice # 10981 - 01/18/2025

| Time Keeper | Quantity | Rate | Discount | Total |
|---|---|---|---|---|
| Christianna Cathcart | 21.1 | $200.00 | -$2,860.00 | $1,360.00 |
| Maurice VerStandig | 20.1 | $400.00 | -$1,000.00 | $7,040.00 |
| | | | **Subtotal** | **$8,459.40** |

## 00471-Jamieson CAPEX Fund, LLC

## Plan and Disclosure Statement

| Attorney | Type | Date | Quantity | Rate | Total |
|---|---|---|---|---|---|
| Maurice VerStandig | Service | 11/18/2024 | 2.30 | $400.00 | $920.00 |
| Begin drafting plan of reorganization; Review of schedules and various client file entries in furtherance of same ||||||
| Maurice VerStandig | Service | 11/19/2024 | 1.00 | $400.00 | $400.00 |
| Continue work on drafting plan ||||||
| Maurice VerStandig | Expense | 12/11/2024 | 1.00 | $195.56 | $195.56 |
| Mailing: Service of plan, scheduling order and, where applicable. Class 1 ballot ||||||
| Maurice VerStandig | Service | 12/11/2024 | 0.30 | $400.00 | $120.00 |
| Coordinate service of plan, scheduling order and, where applicable, ballot ||||||
| Maurice VerStandig | Service | 12/12/2024 | 0.10 | $400.00 | $40.00 |
| Draft and file certificate of service for plan, scheduling order, and Class 1 ballots ||||||
| Maurice VerStandig | Service | 12/23/2024 | 0.30 | $400.00 | $120.00 |
| E-mail to J. Carlson re plan voting, identifying parties that may be inclined to vote in favor of the plan, noting the deadline for ballots to be cast, and discussing the subjective confirmation process in subchapter V; Review claims register and schedules in furtherance of same ||||||
| Maurice VerStandig | Service | 01/06/2025 | 0.20 | $400.00 | $80.00 |
| Call with J. Carlson re collecting ballots (no charge for unrelated portions of call) ||||||
| Maurice VerStandig | Service | 01/08/2025 | 0.20 | $400.00 | $80.00 |
| Draft amended plan, making change suggested by UST, altering prefatory sentence, and fixing typos ||||||
| Maurice VerStandig | Service | 01/08/2025 | 0.30 | $400.00 | $120.00 |
| Draft summary of ballots and review code sections on insider votes; Hold same for filing until expiration of voting period ||||||
| Maurice VerStandig | Service | 01/08/2025 | 0.20 | $400.00 | $80.00 |

Invoice # 10981 - 01/18/2025

| | | | | | |
|---|---|---|---|---|---|
| Review ballots as they are submitted and compile Excel sheet to track votes as they come in; Keep running pulse on proximity to requisite thresholds for plan acceptance; E-mail to - and calls with - J. Carlson re reaching out to friendly creditors to ensure ballots are cast (and emphasizing limits of what can be communicated to friendly parties); E-mail to M. Smitz re amendment and summary of ballots (This time entry is block billed because using a .1 allocation for each task would create an inequitably large obligation; no single task took more than six minutes but the tasks, in the aggregate, took at least ten minutes) | | | | | |
| Maurice VerStandig | Service | 01/12/2025 | 0.40 | $400.00 | $160.00 |
| Draft declaration in support of confirmation to be executed by CRO, review Section 1129 and 1191 criteria in process of same | | | | | |
| Maurice VerStandig | Service | 01/15/2025 | 0.10 | $400.00 | $40.00 |
| Review confirmation order | | | | | |

| Time Keeper | Quantity | Rate | Total |
|---|---|---|---|
| Maurice VerStandig | 5.4 | $400.00 | $2,160.00 |
| | | Subtotal | $2,355.56 |

## 00472-Jamieson CAPEX Fund, LLC

## Claims Administration

| Attorney | Type | Date | Quantity | Rate | Total |
|---|---|---|---|---|---|
| Christianna Cathcart | Service | 12/19/2024 | 2.00 | $200.00 | $400.00 |
| Claims Administration and Objections: Conducted research on the inapplicability of debt nondischargeability provisions to companies or corporate entities. | | | | | |
| Maurice VerStandig | Service | 12/26/2024 | 1.50 | $400.00 | $600.00 |
| Research and draft objection to claim of J. Johnson | | | | | |
| **Non-billable entries** | | | | | |
| Christianna Cathcart | Service | 11/05/2024 | ~~0.10~~ | ~~$200.00~~ | ~~$20.00~~ |
| Email proof of claim to creditors | | | | | |
| Christianna Cathcart | Service | 12/13/2024 | ~~3.60~~ | ~~$200.00~~ | ~~$720.00~~ |
| A103 Draft/revise B310 Claims Administration and Objections: Reviewed and revised opposition motion. | | | | | |

| Time Keeper | Quantity | Rate | Total |
|---|---|---|---|
| Christianna Cathcart | 2.0 | $200.00 | $400.00 |
| Maurice VerStandig | 1.5 | $400.00 | $600.00 |

Invoice # 10981 - 01/18/2025

| | | | Subtotal | $1,000.00 |

## 00473-Jamieson CAPEX Fund, LLC

## Fee and Employment Applications

| Attorney | Type | Date | Quantity | Rate | Total |
|---|---|---|---|---|---|
| Maurice VerStandig | Service | 12/01/2024 | 3.50 | $400.00 | $1,400.00 |
| Draft brief in opposition to motion to reconsider, including review of case law on conflicts counsel and review of UST guidelines concerning use of conflicts counsel ||||||
| Maurice VerStandig | Service | 12/02/2024 | 2.70 | $400.00 | $1,080.00 |
| Continue drafting opposition to motion to reconsider employment, including review of case law on "wait and see" cases and examination of records underlying foreclosure of real estate asset and transfer of third party monies through CAPEX, with time spent proofreading for clarity and typos as well as recalibrating tone of brief ||||||
| Maurice VerStandig | Service | 01/13/2025 | 0.20 | $400.00 | $80.00 |
| E-mail to M. Schmitz and J. Carlson re mechanics for paying T. Kapusta retainer, including detailed discussion of Subchapter V trustee fees and role of trustee in case ||||||

| Time Keeper | Quantity | Rate | Total |
|---|---|---|---|
| Maurice VerStandig | 6.4 | $400.00 | $2,560.00 |
| | | Subtotal | $2,560.00 |

## 00491-Jamieson CAPEX Fund, LLC

## Adversary Suit Against Jeff Johnson

| Attorney | Type | Date | Quantity | Rate | Total |
|---|---|---|---|---|---|
| Maurice VerStandig | Service | 11/10/2024 | 0.90 | $400.00 | $360.00 |
| Draft adversary complaint against Jeff Johnson, including review of statutory language and review of state court docket (.9); E-mail draft to client for review and comment (de minimis time; subsumed within .9) ||||||
| Maurice VerStandig | Service | 11/16/2024 | 0.10 | $400.00 | $40.00 |
| Coordinate service of complaint and summons through third party mailing vendor ||||||
| Maurice VerStandig | Service | 11/16/2024 | 0.10 | $400.00 | $40.00 |
| E-mail to state court counsel for defendant, attaching courtesy copies of complaint and summons ||||||
| Maurice VerStandig | Expense | 11/17/2024 | 1.00 | $350.00 | $350.00 |

| | | | | | |
|---|---|---|---|---|---|
| Filing Fee: Adversary filing fee for suit against Jeff Johnson | | | | | |
| Maurice VerStandig | Service | 12/11/2024 | 0.40 | $400.00 | $160.00 |
| Review e-mail from opposing counsel attaching unfiled answer with counterclaim and assess various options for responding to counterclaim | | | | | |
| Maurice VerStandig | Service | 12/22/2024 | 1.50 | $400.00 | $600.00 |
| Draft motion to dismiss counterclaim (relying on significant amount of research and drafting from opposition to stay relief motion) | | | | | |
| Maurice VerStandig | Service | 12/22/2024 | 0.30 | $400.00 | $120.00 |
| Detailed e-mail to M. Schmitz and J. Carlson attaching draft motion to dismiss counterclaim and discussing Cantwell-Cleary issue and ethical/strategic rationale for not raising issue in brief | | | | | |
| Maurice VerStandig | Expense | 12/26/2024 | 1.00 | $4.96 | $4.96 |
| Mailing: Service of notice of Jeff Johnson claim objection (through third party mailing vendor) | | | | | |
| Maurice VerStandig | Service | 12/26/2024 | 0.10 | $400.00 | $40.00 |
| Review notice of claim objection issued by court and coordinate service of same | | | | | |
| Maurice VerStandig | Service | 12/26/2024 | 0.50 | $400.00 | $200.00 |
| Call with counsel for J. Johnson re potential settlement of adversary litigation, stay relief motion, and claim objection, including discussion of mechanics of settlement, how an amended claim may still be subject to potential objection, and timing of next steps | | | | | |
| Maurice VerStandig | Service | 12/30/2024 | 0.20 | $400.00 | $80.00 |
| Detailed e-mail to counsel for J. Johnson re terms of proposed settlement, next steps for formalizing same, and potential continuance of upcoming stay relief hearing | | | | | |
| **Non-billable entries** | | | | | |
| Maurice VerStandig | Service | 12/22/2024 | ~~0.80~~ | ~~$400.00~~ | ~~$320.00~~ |
| Research on ethical issue re whether or not there is a requirement to disclose Cantwell-Cleary case from Fourth Circuit in connection with 523(a) claim, including review of North Dakota Rule of Professional Conduct 3.3 | | | | | |

| Time Keeper | Quantity | Rate | Total |
|---|---|---|---|
| Maurice VerStandig | 4.1 | $400.00 | $1,640.00 |
| | | Subtotal | $1,994.96 |

## 00493-Jamieson CAPEX Fund, LLC

## Suit Against North Dakota

| Attorney | Type | Date | Quantity | Rate | Total |
|---|---|---|---|---|---|

| | | | | | |
|---|---|---|---|---|---|
| Christianna Cathcart | Service | 10/23/2024 | 0.90 | $200.00 | $180.00 |
| Called Taylor to gather information for complaint. Email to client. Reviewed Information | | | | | |
| Maurice VerStandig | Service | 11/11/2024 | 1.10 | $400.00 | $440.00 |
| Review and revise draft complaint against North Dakota | | | | | |
| Maurice VerStandig | Expense | 11/18/2024 | 1.00 | $350.00 | $350.00 |
| Filing Fee: Filing fee for suit against North Dakota for turnover and recovery of a fraudulent conveyance | | | | | |
| Maurice VerStandig | Service | 11/25/2024 | 0.10 | $400.00 | $40.00 |
| Coordinate service of process; Draft affidavit of service and file same | | | | | |
| Maurice VerStandig | Service | 12/20/2024 | 0.30 | $400.00 | $120.00 |
| Introductory call with A. Neir re suit against state and status of bankruptcy case | | | | | |
| Maurice VerStandig | Service | 12/25/2024 | 0.20 | $400.00 | $80.00 |
| Review rules governing substitution of government actors; Draft notice of substitution of new securities commissioner in place of former securities commissioner; Hold for filing until after Christmas | | | | | |
| Maurice VerStandig | Service | 12/26/2024 | 0.30 | $400.00 | $120.00 |
| Review e-mail from opposing counsel re scheduling and court's order re pre-hearing meet-and-confer; Respond re availability for meet-and-confer call and with proposed deadlines for various scheduling order line items, alongside request to expand number of interrogatories in case in light of large number of affirmative defenses pleaded | | | | | |
| Maurice VerStandig | Service | 01/16/2025 | 0.30 | $400.00 | $120.00 |
| Attend scheduling hearing | | | | | |

| Time Keeper | Quantity | Rate | Total |
|---|---|---|---|
| Christianna Cathcart | 0.9 | $200.00 | $180.00 |
| Maurice VerStandig | 2.3 | $400.00 | $920.00 |
| | | Subtotal | $1,450.00 |

| | | | |
|---|---|---|---|
| | | Total | $17,819.92 |

## Detailed Statement of Account

**Current Invoice**

| Invoice Number | Due On | Amount Due | Payments Received | Balance Due |
|---|---|---|---|---|

| 10981 | 02/17/2025 | $17,819.92 | $0.00 | $17,819.92 |
|---|---|---|---|---|
| | | | **Outstanding Balance** | **$17,819.92** |
| | | | **Total Amount Outstanding** | **$17,819.92** |