IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NORTH DAKOTA

| | | |
|---|---|---|
| In re: | ) | Case No. 24-30422 |
| | ) | (Chapter 11) |
| JAMIESON CAPEX FUND, LLC | ) | |
| | ) | |
| Reorganized Debtor. | ) | |
| _____ | ) | |

**NOTICE OF FIRST AND FINAL APPLICATION OF THE
DAKOTA BANKRUPTCY FIRM FOR ALLOWANCE OF
COMPENSATION AND REIMBURSEMENT OF EXPENSES INCURRED
IN CONNECTION WITH REPRESENTATION OF JAMIESON CAPEX FUND, LLC**

NOTICE IS HEREBY GIVEN that the Maurice B. VerStandig, Esq. and The Dakota Bankruptcy Firm, counsel for Jamieson CAPEX Fund, LLC in this case, have filed an application for final compensation. The applicants seek (i) final ratification of fees of $16,867.00; (ii) final ratification of expenses of $962.84; (iii) permission to draw down a pre-petition retainer in the amount of $9,172.00; and (iv) an allowed administrative expense claim in the amount of $8,657.84, being comprised of the foregoing fees and expenses less monies applied from the foregoing retainer.

NOTICE IS FURTHER GIVEN that written objections to the application, if any, shall be filed with the Clerk of the United States Bankruptcy Court for the District of North Dakota, 655 1st Ave. N. Suite 210, Fargo, ND 58102-4932 within twenty one (21) days from the date of the mailing of this notice. Any objections not filed and served may be deemed waived.

*[Signature on Following Page]*

1

                                                Respectfully submitted,

Dated: January 20, 2025      By:    /s/ Maurice B. VerStandig
                                            Maurice B. VerStandig, Esq.
                                            The Dakota Bankruptcy Firm
                                            1630 1st Avenue N
                                            Suite B PMB 24
                                            Fargo, North Dakota 58102-4246
                                            Phone: (701) 394-3215
                                            mac@dakotabankruptcy.com


## **CERTIFICATE OF SERVICE**

     I HEREBY CERTIFY that on this 20th day of January, 2025, a copy of the foregoing was served electronically upon filing via the ECF system, with copies being sent, on January 21, 2025, via First Class Mail, postage prepaid, to all parties on the attached mailing matrix (though the attached mailing matrix, underlying motion, and time records are *not* being sent via First Class Mail but, rather, may be reviewed on this Honorable Court's docket or requested from undersigned counsel), *except* no copy will be mailed to (i) this Honorable Court; or (ii) The Dakota Bankruptcy Firm.

                                                                    /s/ Maurice B. VerStandig
                                                                    Maurice B. VerStandig