```
Label Matrix for local noticing          Jamieson CAPEX Fund, LLC                 U.S. BANKRUPTCY COURT
0868-3                                   2865 Lilac LN N                          655 1ST AVENUE NORTH, SUITE 210
Case 24-30422                            Fargo, ND 58102-1706                     FARGO, ND 58102-4932
District of North Dakota
Fargo
Mon Jan 20 07:03:56 CST 2025

Amber Carlson                            Ana A. Neir                              Arthur Mercantile, LLC
712 124th Ave NE                         Special Assistant Attorney General       PO Box 8
Finley, ND 58230-9402                    10 Roberts St. N.                        Arthur, ND 58006-0008
                                         Fargo, ND 58102-4982


Aspire                                   Berly D. Nelson                          Brad Sunderland
5195 45TH ST S                           Special Assistant Attorney General       2102 Great Northern Drive
Fargo , ND 58104-3339                    10 Roberts St. N.                        Fargo, ND 58102-3249
                                         Fargo, ND 58102-4982


Brian Kounovsky                          Bryan Bartz                              CCU
3680 54th Street S                       555 12th Street                          204 W THAYER AVE
Fargo, ND 58104-7480                     Suite 900                                Bismarck  58501-3772
                                         Oakland, CA 94607-3637


Capital Credit Union                     Christianna A. Cathcart                  Christopher M. McShane
204 W THAYER AVE                         1630 1st Avenue N                        444 Sheyenne Street, Suite 102
Bismarck , ND 58501-3794                 Suite B PMB 24                           P.O. Box 458
                                         Fargo, North Dakota 58102-4246           West Fargo 58078-0458


Cole Bachmeier                           Colleen Carlson                          Dale Lian
5893 Autumn Drive S                      6130 12th Street SE                      2861 Lilac Lane N
Fargo, ND 58104-7654                     Bismarck, ND 58504-3131                  Fargo, ND 58102-1706


David Griffin                            Derek Kane                               Derek Sunderland
555 12th Street Suite 900                5832 Crested Butte Rd                    4632 Timberline Dr
Oakland, CA 94607-3637                   Bismarck, ND 58503-7302                  Fargo, ND 58104-6654


Donna Fricke                             Eric Hegerle                             (p)FIRST INTERNATIONAL BANK & TRUST
918 Senate Dr                            2312 5th Street S                        ATTN ATTN LEGAL
Bismarck, ND 58501-1963                  Fargo, ND 58103                          3001 25TH STREET SOUTH
                                                                                  FARGO ND 58103-6160


First Western Bank & Trust               Fred & Karen Browers                     Fred and Karen Brower
900 South Broadway                       38568 296th Ave                          38568 296th Ave
Minot, ND 58701-4658                     Waubun, MN 56589-9370                    Waubun, MN 56589-9370


Internal Revenue Service                 Jack Christianson                        Jamieson Capital
PO Box 7346                              508 66th Ave North                       1420 9TH ST E STE 401
Philadelphia, PA 19101-7346              Moffit, ND 58560                         West Fargo , ND 58078-3381
```

| | | |
|---|---|---|
| Jamieson Legacy Fund<br>555 12th Street Ste 900<br>Oakland, CA 94607-3637 | Jamieson Legacy Fund LLC<br>3309 Heartwood Dr SE<br>Mandan, ND 58554-6232 | Jamieson Medical<br>2865 LILAC LN N<br>Fargo 58102-1706 |
| Jamieson Natural<br>PO BOX 285<br>West Fargo , ND 58078-0285 | Jamieson Natural Resources Fund, LLC<br>PO BOX 285<br>West Fargo , ND 58078-0285 | Jamieson Natural Resources Fund, LLC<br>c/o: Katrina A. Turman Lang<br>500 2nd Ave. N., Suite 400<br>P.O. Box 1680<br>Fargo, ND 58107-1680 |
| Jason Boutwell<br>87 N Woodcrest Dr N<br>Fargo, ND 58102-2154 | Jeff Johnson<br>4001 15th Ave NW<br>Fargo, ND 58102-2832 | Jeremy Carlson<br>2865 Lilac Lane N<br>Fargo, ND 58102-1706 |
| Jim Stewart<br>154 S Woodcrest Dr<br>Fargo, ND 58102-2145 | John Biwer<br>331 St Charles Place<br>West Fargo, ND 58078 | KLH&J Land LLC<br>4001 15th Ave NW<br>Fargo, ND 58102-2832 |
| Kara Johnson<br>555 12th Street Ste 900<br>Oakland, CA 94607-3637 | Katrina A. Turman Lang<br>Wold Johnson, P.C.<br>500 2nd Ave. N., Ste. 400<br>PO Box 1680<br>Fargo, ND 58107-1680 | Leftfield Development LLC<br>275 Elks Dr<br>Grand Forks, ND 58201-7575 |
| Lyons Children Irrevocable Trust<br>6415 55th Ave SE<br>Bismarck, ND 58504-9410 | MJM Investments, LLC<br>541 16TH ST NE<br>West Fargo , ND 58078-7214 | Main Street Investment<br>2865 Lilac LN N<br>Fargo, ND 58102-1706 |
| Mark Merck<br>555 12th Street Ste 900<br>Oakland, CA 94607-3637 | Matthew Bitterman<br>4406 Daniel Street<br>Bismarck, ND 58504-8855 | Michael Kempel<br>2809 Lilac Lane N<br>Fargo, ND 58102-1706 |
| Michael Kuntz<br>275 Elks Dr<br>Grand Forks, ND 58201-7575 | Michael Schuster<br>5079 Woodhaven Dr S<br>Fargo, ND 58104-4288 | Mike Quast<br>4703 Harbor Trail SE<br>Mandan, ND 58554-7928 |
| North Dakota Office of State Tax Commiss<br>600 E. Boulevard Ave. Dept. 127<br>Bismarck, ND 58505-0602 | Nova DC, LLC<br>3081 125TH AVE NW<br>Watford City, ND 58854-9602 | Rachel Ness<br>4763 Douglas Drive S<br>Fargo, ND 58104-4402 |
| Sarah J. Wencil<br>Office of the U.S. Trustee<br>Suite 1015 U.S. Courthouse<br>300 South Fourth Street<br>Minneapolis, MN 55415-1320 | Scott Ellefson<br>63 W Mirror Ridge Circle<br>The Woodlands, TX 77382-2513 | Scott Howe<br>7725 Ridgeland Dr<br>Bismarck, ND 58503-6235 |

Secure Income Fund, LLC
2865 LILAC LN N
Fargo, ND 58102-1706

Shawn Hegvick
4439 Oakcreek Dr S
Fargo, ND 58104-6619

The Entrust Group
F/B/O Mike Holland
555 12th Street Ste 900
Oakland, ND 94607-3637

The Entrust Group
f/b/o Brian Carlson
555 12th Street Ste 900
Oakland, CA 94607-3637

The Entrust Group
f/b/o Lynn Carlson
555 12th Street Ste 900
Oakland, ND 94607-3637

The Entrust Group
f/b/o Matthew Retterath
555 12th Street Ste 900
Oakland, CA 94607-3637

The Entrust Group
f/b/o Scott Gorder
555 12th Street Ste 900
Oakland, CA 94607-3637

Trevor Kittelson
705 6th Ave NE
Hillsboro, ND 58045-4633

Val Marinov
3549 Grandwood Dr N
Fargo, ND 58102-4860

W&S Investment LLC
4401 19th Street SE
Mandan, ND 58554-4830

Wendy Baukol
555 12th Street Ste 900
Oakland, CA 94607-3637

Christianna A. Cathcart
The Dakota Bankruptcy Firm
1630 First Ave N
Ste. B PMB 24
Fargo, ND 58102-4246

Maurice VerStandig
The Dakota Bankruptcy Firm
1630 1st Avenue N
Suite B PMB 24
Fargo, ND 58102-4246

Robert B. Raschke
Assistant U.S. Trustee
Suite 1015 U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415-1320

Thomas Kapusta
PO Box 90624
Sioux Falls, SD 57109-0624


The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).


First International Bank & Trust
100 N MAIN, PO BOX 607
Watford City, ND 58854


The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.


(u)Commissioner of the North Dakota Securitie

(u)Jamieson Natural Resources Fund, LLC

(u)State of North Dakota


(d)Jeff Johnson
4001 15th Ave NW
Fargo, ND 58102-2832

(u)Michael T. Schmitz

End of Label Matrix
Mailable recipients    74
Bypassed recipients     5
Total                  79