

615 South Broadway
P.O. Box 2046
Minot, ND 58702-2046
800-872-6358

**STATEMENT OF ACCOUNT**
www.townandcountry.org

NOTICE: CLICK ON THE 'RECONCILIATION FORM & DISCLOSURES' IMAGE ABOVE FOR IMPORTANT INFORMATION REGARDING EACH LOAN MARKED *, AS WELL AS YOUR RIGHT TO DISPUTE ERRORS.

611E

Page: 1 of 3

JAMIESON CAPEX FUND LLC
3680 54TH ST S
FARGO ND 58104-7480

| Member Number | Statement Period |
|---|---|
| ******922 | 12/01/24-12/31/24 |

**Account Balances at a Glance**

| | |
|---|---|
| Total Savings: | 5.00 |
| Total Checking: | 9,565.62 |
| Total Certificates: | 0.00 |
| Total Clubs: | 0.00 |
| Total Closed End Loans: | 0.00 |
| Total Open End Loans | 0.00 |
| Total Line of Credit: | 0.00 |



Mobile Wallet THE SAFEST WAY TO PAY

Digitally store your Town & Country credit and debit cards on your mobile device to complete a secure transaction in seconds.

Visit townandcountry.org/mobile-wallet for more details.
Your mobile carrier's message and data rates may apply.

TOWN & COUNTRY CREDIT UNION

Insured by NCUA

**SHARE ID: 0001   ORGANIZATIONAL SAVINGS**

| Date | Post | Description | Deposit | Withdrawal | Balance |
|---|---|---|---|---|---|
|  |  | Balance Forward |  |  | 5.00 |
| Dec31 |  | Ending Balance |  |  | 5.00 |



**TOWN & COUNTRY CREDIT UNION**

615 South Broadway
P.O. Box 2046
Minot, ND 58702-2046
800-872-6358

**STATEMENT OF ACCOUNT**
www.townandcountry.org

NOTICE: CLICK ON THE 'RECONCILIATION FORM & DISCLOSURES' IMAGE ABOVE FOR IMPORTANT INFORMATION REGARDING EACH LOAN MARKED *, AS WELL AS YOUR RIGHT TO DISPUTE ERRORS.

JAMIESON CAPEX FUND LLC
3680 54TH ST S
FARGO ND 58104-7480

611E

Page: 2 of 3

### SHARE ID: 0101  FREE CHECKING

| Date | Post | Description | Deposit | Withdrawal | Balance |
|---|---|---|---|---|---|
|  |  | Balance Forward |  |  | 9,565.54 |
| Dec31 | Dec31 | Deposit Dividend 0.010% Annual Percentage Yield Earned 0.010%  12/01/24 - 12/31/24 on Average Daily Balance of 9,565.54 | 0.08 |  | 9,565.62 |
| Dec31 |  | Ending Balance |  |  | 9,565.62 |

### ACCOUNT DETAILS FOR: 0101 FREE CHECKING

| DESCRIPTION | QTY | AMOUNT |  | 2024 |
|---|---|---|---|---|
| BEGINNING BALANCE |  | 9,565.54 | DIVIDENDS PAID | 1.81 |
| TOTAL DEPOSITS | 1 | 0.08 | PENALTIES ASSESSED | 0.00 |
| TOTAL WITHDRAWALS |  | 0.00 | IRS WITHHOLDING | 0.00 |
| ENDING BALANCE |  | 9,565.62 | STATE WITHHOLDING | 0.00 |





**TOWN & COUNTRY CREDIT UNION**

615 South Broadway
P.O. Box 2046
Minot, ND 58702-2046
800-872-6358

**STATEMENT OF ACCOUNT**
www.townandcountry.org

NOTICE: CLICK ON THE 'RECONCILIATION FORM & DISCLOSURES' IMAGE ABOVE FOR IMPORTANT INFORMATION REGARDING EACH LOAN MARKED *, AS WELL AS YOUR RIGHT TO DISPUTE ERRORS.

JAMIESON CAPEX FUND LLC
3680 54TH ST S
FARGO ND 58104-7480

611E

Page: 3 of 3

| YEAR TO DATE TOTALS | 2024 |
|---|---|
| DIVIDENDS PAID | 1.81 |

