


615 South Broadway
P.O. Box 2046
Minot, ND 58702-2046
800-872-6358

# STATEMENT OF ACCOUNT

www.townandcountry.org

NOTICE: CLICK ON THE 'RECONCILIATION FORM & DISCLOSURES' IMAGE ABOVE FOR IMPORTANT INFORMATION REGARDING EACH LOAN MARKED *, AS WELL AS YOUR RIGHT TO DISPUTE ERRORS.



611E

JAMIESON CAPEX FUND LLC
3680 54TH ST S
FARGO ND 58104-7480

| Member Number | Statement Period |
|---|---|
| *******922 | 12/01/24-12/31/24 |

**Account Balances at a Glance**

| | |
|---|---|
| Total Savings: | 5.00 |
| Total Checking: | 9,565.62 |
| Total Certificates: | 0.00 |
| Total Clubs: | 0.00 |
| Total Closed End Loans: | 0.00 |
| Total Open End Loans | 0.00 |
| Total Line of Credit: | 0.00 |

**Mobile Wallet** *THE SAFEST WAY TO PAY*



***Digitally store your Town & Country credit and debit cards on your mobile device to complete a secure transaction in seconds.***

TOWN & COUNTRY CREDIT UNION

***Visit townandcountry.org/mobile-wallet for more details.***

Your mobile carrier's message and data rates may apply.

Insured by NCUA

**SHARE ID: 0001 ORGANIZATIONAL SAVINGS**

| Date | Post | Description | Deposit | Withdrawal | Balance |
|---|---|---|---|---|---|
| | | Balance Forward | | | 5.00 |
| Dec31 | | Ending Balance | | | 5.00 |



615 South Broadway
P.O. Box 2046
Minot, ND 58702-2046
800-872-6358

# STATEMENT OF ACCOUNT

www.townandcountry.org

NOTICE: CLICK ON THE 'RECONCILIATION FORM & DISCLOSURES' IMAGE ABOVE FOR IMPORTANT INFORMATION REGARDING EACH LOAN MARKED *, AS WELL AS YOUR RIGHT TO DISPUTE ERRORS.



JAMIESON CAPEX FUND LLC
3680 54TH ST S
FARGO ND 58104-7480

611E

## SHARE ID: 0101 FREE CHECKING

| Date | Post | Description | Deposit | Withdrawal | Balance |
|---|---|---|---|---|---|
| | | **Balance Forward** | | | **9,565.54** |
| Dec31 | Dec31 | **Deposit Dividend 0.010%**<br>Annual Percentage Yield Earned 0.010% 12/01/24 - 12/31/24<br>on Average Daily Balance of 9,565.54 | 0.08 | | 9,565.62 |
| Dec31 | | **Ending Balance** | | | **9,565.62** |

## ACCOUNT DETAILS FOR: 0101 FREE CHECKING

| DESCRIPTION | QTY | AMOUNT |
|---|---|---|
| BEGINNING BALANCE | | 9,565.54 |
| TOTAL DEPOSITS | 1 | 0.08 |
| TOTAL WITHDRAWALS | | 0.00 |
| ENDING BALANCE | | 9,565.62 |

| | 2024 |
|---|---|
| DIVIDENDS PAID | 1.81 |
| PENALTIES ASSESSED | 0.00 |
| IRS WITHHOLDING | 0.00 |
| STATE WITHHOLDING | 0.00 |





615 South Broadway
P.O. Box 2046
Minot, ND 58702-2046
800-872-6358

**STATEMENT OF ACCOUNT**

www.townandcountry.org

**NOTICE:** CLICK ON THE 'RECONCILIATION FORM & DISCLOSURES' IMAGE ABOVE FOR IMPORTANT INFORMATION REGARDING EACH LOAN MARKED *, AS WELL AS YOUR RIGHT TO DISPUTE ERRORS.



JAMIESON CAPEX FUND LLC
3680 54TH ST S
FARGO ND 58104-7480

611E

**YEAR TO DATE TOTALS**

| | 2024 |
|---|---|
| DIVIDENDS PAID | 1.81 |

