UNITED STATES BANKRUPTCY COURT

DISTRICT OF NORTH DAKOTA

IN RE:

| | |
|---|---|
| Jamieson CAPEX Fund, LLC | CASE NO. 24-30422 |
| Debtor | CHAPTER 11 |

FINAL APPLICATION OF THOMAS J. KAPUSTA FOR SUBCHAPTER V TRUSTEE FEES AND EXPENSES

Thomas J. Kapusta, in his capacity as the Sub Chapter V Trustee d/b/a TK Enterprises, LLC ("Applicant"), pursuant to 11 U.S.C. §§ 330 and 331, hereby requests that the Court approve its Application and enter an Order thereby awarding certain Sub Chapter V Trustee fees and expenses incurred in connection with this case. In support thereof, Applicant respectfully represents:

1. Applicant is the Sub Chapter V Trustee of record for the Chapter 11 proceeding and has acted as such since being appointed same on September 24, 2024.

2. Thomas J. Kapusta is manager and sole member of TK Enterprises, LLC. Thomas J. Kapusta has over 40 years of experience as a practicing attorney in multiple jurisdictions.

3. Applicant has expended time in the form of professional services in support of this Chapter 11 Sub Chapter V proceeding. This time has been itemized on records reflecting the work performed by the Applicant during the period covered by this Final Application. Attached hereto as Exhibit "A" are the time records/invoicing (Invoice 140B) related to the services, setting forth the date of each service, a description of the service rendered,

and the time spent rendering such service at a rate of $285.00 per hour plus expenses noted, and the resulting fee charge on account of the service listed.

4. Applicant has listed on Exhibit "A" any expenses incurred directly in connection with Applicant's duties as Sub Chapter V Trustee of this proceeding and were necessary to Applicant's services.

5. This final application includes fees ($997.50) and expenses in the aggregate amount of $1,137.50 including expenses in the amount of $140.00 for the period of November 27, 2024, through January 27, 2025, that have not been previously applied for or approved for payment.

6. Work on this case during the time concerned has involved services from the Applicant related to the: (i) review, evaluation and verification of the Debtor's Schedules and Statements as required under 11 U.S.C. §521; (ii) meeting with the United States Trustee's office and court including the Initial Debtor Interview; the first meeting of creditors; working with Debtor Counsel and with Debtor and debtors creditors, (iii) reviewing any Debtor monthly operating reports; (iv) and general work including financial analysis, review of motions and responding to inquiries, meeting with applicable creditors and debtor counsel regarding the Chapter 11 Sub Chapter V proceeding.

7. The undersigned trustee represents to the Court that the services and expenses provided during the period covered by this Final Fee Application were ordinary and necessary given the nature of this Chapter 11 Sub Chapter V proceeding, and that no work was excessive or detrimental to the Bankruptcy Estate.

8. Applicant further requests that the Court, pursuant to 11 U.S.C. §, 330 and 331 approve the allowance of fees and expenses as sought in this Final Fee Application and authorize the Applicant to receive such fees and expenses immediately from Debtor as approved by the Court.

WHEREFORE, Applicant prays that the Court, pursuant to 11 U.S.C. § 330 and 331, enter an Order approving the Final Application for Fee and Expenses of the Applicant, and award compensation for services rendered and expenses in the total amount of $1,137.50 for the period covered in the Final Application, and allow the Applicant to immediately be paid by Debtor the approved amount, and for any and all other relief deemed just and equitable in the premises.

Dated: January 27, 2025

Signed: /s/ Thomas J. Kapusta

Thomas J. Kapusta, Sub Chapter V Trustee
TK Enterprises, LLC
PO Box 90624
Sioux Falls, SD 57109
Phone: 605-376-6715
Email: tkapusta@aol.com

**Thomas J Kapusta**
**TK Enterprises, LLC**
**Subchapter V Trustee**
PO Box 90624
Sioux Falls, SD 57109
Phone: 605-376-6715
tkapusta@aol.com

**EXHIBIT A**

Bill To: Jamieson CAPEX Fund LLC Maurice VerStandig The Dakota Bankruptcy Firm 1630 1st Avenue N Suite B PMB 24 Fargo, ND 58102
Address: See above

Phone: 701-394-3215
Email: mac@mbvesq.com

Invoice #: 140B
Invoice Date: January 27 2025

Case Name: Jamieson CAPEX Fund LLC
Case #: 24-30422

| Date | Services | Time Spent | Fee Total |
|---|---|---|---|
| 11/27/2024 | Review motion to convert (47) and calendar hearing date and time | .1 hr | $28.50 |
| 11/30/2024 | Review proof of claim 4-1 | .1 hr | $28.50 |
| 12/2/2024 | Review multiple documents related to motion to reconsider (49-50) | .3 hr | $85.50 |
| 12/5/2024 | Review court's order on motion to pay retainer and its effect (51) | .1 hr | $28.50 |
| 12/7/2024 | Review motion to employ CRO and analyze for any objections (52) | .2 hr | $57.00 |
| 12/9/2024 | Review USTO withdrawal of motion and hearing cancellation | .1 hr | $28.50 |
| 12/12/2024 | Review supporting brief for creditor Johnson and filed motions and court order | .2 hr | $57.00 |
| 12/16/2024 | Review volumonious documents related to objection to motion to convert | .2 hr | $57.00 |
| 12/24/2024 | Review order regarding motion to convert and re-calendar hearing, review several notices to appear, analyze November MOR, review documents relating to motion for relief from stay | .3 hr | $85.50 |
| 12/26/2024 | Review entry relating to rescheduled hearing and calendar same and prepare and file motion to appear, review documents relating to objection to claim and calendar hearing 74-(75, 77-80) | .4 hr | $114.00 |
| 12/30/2024 | Review order to reschedule hearing, re-calendar hearing event | .1 hr | $28.50 |
| 1/7/2025 | Email communication with debtor counsel and USTO | .1 hr | $28.50 |
| 1/8/2025 | Review summary of ballots regarding confirming plan (87) | .1 hr | $28.50 |
| 1/9/2025 | Review amended plan and redlined version (88) | .1 hr | $28.50 |
| 1/8/2025 | Email communication with debtor counsel and USTO | .1 hr | $28.50 |
| 1/13/2025 | Review exhibits relating to amended plan and telephone call with debtor counsel regarding objections to amended plan and prepare and file motion to attend confirmation hearing | .2 hr | $57.00 |
| 1/15/2025 | Review order approving consensual amended plan and canceling hearing date | .1 hr | $28.50 |
| 1/27/2025 | Prepare draft no distribution report and entries for January trustee report as result of plan confirmation | .2 hr | $57.00 |
| 1/27/2025 | Prepare and draft final fee invoice, notice and fee application and preparation for service of process | .5 hr | $142.50 |
| | | **Invoice Subtotal for services only** | $997.50 |
| | | **Service of process expense** | $140.00 |
| | | **TOTAL** | $1,137.50 |

DUE UPON RECEIPT. Make check payable to "Thomas Kapusta".

TRUSTEE SIGNATURE: ss/Thomas J. Kapusta   *Thomas J Kapusta*
Date: January 27, 2025

UNITED STATES BANKRUPTCY COURT

DISTRICT OF NORTH DAKOTA

IN RE:

**Jamieson CAPEX Fund, LLC**             CASE NO. 24-30422

**Debtor**                                CHAPTER 11

NOTICE OF FINAL APPLICATION OF THOMAS J. KAPUSTA
FOR SUBCHAPTER V TRUSTEE FEES AND EXPENSES

Thomas J. Kapusta, Subchapter V Trustee, has filed an application to be paid from the bankruptcy estate $997.50 for compensation for fees and $140.00 for reimbursement of expenses, for a total of $1,137.50 in fees and expenses. Your rights may be affected. You should read the application and this notice carefully and discuss them with your attorney. If you do not have an attorney, you may wish to consult one.

If you do not want the Court to approve the application, you or your attorney have twenty-one (21) days to file with the Bankruptcy Clerk, a typewritten response explaining your position. The response must include the case name and case number and be signed and dated by you or your attorney. The response should also include your daytime telephone number or, if your attorney files the response, your attorney's telephone number. Only an attorney may file a response on behalf of a corporation, a partnership, or another formal legal entity.

If you are an attorney, you must file any response electronically. See additional information regarding electronic filing (CM/ECF) on the Court's website at www.ndb.uscourts.gov. If you are not an attorney, your response may be mailed or delivered to the Bankruptcy Clerk, whose address is 655 1st Avenue North, Suite 210, Fargo, North Dakota 58102-4932. The response must be mailed early enough to ensure the Bankruptcy Clerk receives it on or before the deadline stated above.

If you or your attorney files a response, you or your attorney must also mail a copy of the response to

1

parties in interest who will not receive electronic notice of the response. You or your attorney may obtain the names and addresses of the parties-in-interest listed in by contacting the Bankruptcy Clerk's office at (701) 297-7100.

A hearing on the application may be set by separate order if a response is filed on or before the deadline stated above. If you or your attorney files a response to the application on or before the deadline stated above, the Court will call you or your attorney at the scheduled hearing time using the telephone number provided in the response. If an evidentiary hearing is needed, the Court will set the date, time, and place for the evidentiary hearing during the telephonic hearing. Only an attorney may represent a corporation, a partnership, or another formal legal entity at a hearing.

If no one files a response on or before the deadline stated above, the Court may enter an order granting the application without a hearing.

Dated: January 27, 2025

Signed: s/Thomas J. Kapusta

Thomas J. Kapusta
TK Enterprises, LLC
PO Box 90624
Sioux Falls, SD 57109
Phone: 605-376-6715
email: tkapusta@aol.com
Sub Chapter V Trustee

2