UNITED STATES BANKRUPTCY COURT
DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| IN RE:<br>JAMIESON CAPEX FUND, LLC | CASE NO: 24-30422<br>**DECLARATION OF MAILING CERTIFICATE OF SERVICE**<br>Chapter: 11 |

On 1/27/2025, I did cause a copy of the following documents, described below,

Notice and Final Application for Subchapter V Trustee Fees and Expenses

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice.com, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R.Bankr.P. 9001(9) and 2002(g)(4).  A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically with the documents described herein per the ECF/PACER system.

DATED: 1/27/2025

/s/ Thomas Kapusta
Thomas Kapusta
Subchapter V Trustee

PO Box 90624
Sioux Falls, SD  57109
605 376 6715
tkapusta@aol.com

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NORTH DAKOTA

IN RE:

JAMIESON CAPEX FUND, LLC

CASE NO: 24-30422

**CERTIFICATE OF SERVICE
DECLARATION OF MAILING**

Chapter: 11

On 1/27/2025, a copy of the following documents, described below,

Notice and Final Application for Subchapter V Trustee Fees and Expenses

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 1/27/2025

_____
Miles Wood
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
Thomas Kapusta

PO Box 90624
Sioux Falls, SD  57109

```
USPS FIRST CLASS MAILING RECIPIENTS:
Parties with names struck through or labeled CM/ECF SERVICE were not served via First Class USPS Mail Service.
```

| CASE INFO | ~~EXCLUDE~~ | DEBTOR |
|---|---|---|
| LABEL MATRIX FOR LOCAL NOTICING<br>NCRS ADDRESS DOWNLOAD<br>CASE 24-30422<br>DISTRICT OF NORTH DAKOTA<br>MON JAN 27 9-40-34 PST 2025 | ~~(U)COMMISSIONER OF THE NORTH DAKOTA SECURITIES~~ | JAMIESON CAPEX FUND  LLC<br>2865 LILAC LN N<br>FARGO  ND 58102-1706 |
| ~~EXCLUDE~~ | ~~EXCLUDE~~ | ~~EXCLUDE~~ |
| ~~(U)JAMIESON NATURAL RESOURCES FUND  LLC~~ | ~~(U)STATE OF NORTH DAKOTA~~ | ~~US BANKRUPTCY COURT~~<br>~~655 1ST AVENUE NORTH  SUITE 210~~<br>~~FARGO  ND 58102-4932~~ |
| AMBER CARLSON<br>712 124TH AVE NE<br>FINLEY  ND 58230-9402 | ANA A NEIR<br>SPECIAL ASSISTANT ATTORNEY GENERAL<br>10 ROBERTS ST N<br>FARGO  ND 58102-4982 | ARTHUR MERCANTILE  LLC<br>PO BOX 8<br>ARTHUR  ND 58006-0008 |
| ASPIRE<br>5195 45TH ST S<br>FARGO  ND 58104-3339 | BERLY D NELSON<br>SPECIAL ASSISTANT ATTORNEY GENERAL<br>10 ROBERTS ST N<br>FARGO  ND 58102-4982 | BRAD SUNDERLAND<br>2102 GREAT NORTHERN DRIVE<br>FARGO  ND 58102-3249 |
| BRIAN KOUNOVSKY<br>3680 54TH STREET S<br>FARGO  ND 58104-7480 | BRYAN BARTZ<br>555 12TH STREET<br>SUITE 900<br>OAKLAND  CA 94607-3637 | CCU<br>204 W THAYER AVE<br>BISMARCK  58501-3772 |
| CAPITAL CREDIT UNION<br>204 W THAYER AVE<br>BISMARCK   ND 58501-3794 | CHRISTIANNA A CATHCART<br>1630 1ST AVENUE N<br>SUITE B PMB 24<br>FARGO  NORTH DAKOTA 58102-4246 | CHRISTOPHER M MCSHANE<br>444 SHEYENNE STREET  SUITE 102<br>PO BOX 458<br>WEST FARGO 58078-0458 |
| COLE BACHMEIER<br>5893 AUTUMN DRIVE S<br>FARGO  ND 58104-7654 | COLLEEN CARLSON<br>6130 12TH STREET SE<br>BISMARCK  ND 58504-3131 | DALE LIAN<br>2861 LILAC LANE N<br>FARGO  ND 58102-1706 |
| DAVID GRIFFIN<br>555 12TH STREET SUITE 900<br>OAKLAND  CA 94607-3637 | DEREK KANE<br>5832 CRESTED BUTTE RD<br>BISMARCK  ND 58503-7302 | DEREK SUNDERLAND<br>4632 TIMBERLINE DR<br>FARGO  ND 58104-6654 |
| DONNA FRICKE<br>918 SENATE DR<br>BISMARCK  ND 58501-1963 | ERIC HEGERLE<br>2312 5TH STREET S<br>FARGO  ND 58103 | (P)FIRST INTERNATIONAL BANK  TRUST<br>ATTN ATTN LEGAL<br>3001 25TH STREET SOUTH<br>FARGO ND 58103-6160 |

USPS FIRST CLASS MAILING RECIPIENTS:
Parties with names struck through or labeled CM/ECF SERVICE were not served via First Class USPS Mail Service.

| | | |
|---|---|---|
| FIRST WESTERN BANK  TRUST<br>900 SOUTH BROADWAY<br>MINOT  ND 58701-4658 | FRED  KAREN BROWERS<br>38568 296TH AVE<br>WAUBUN  MN 56589-9370 | FRED AND KAREN BROWER<br>38568 296TH AVE<br>WAUBUN  MN 56589-9370 |
| INTERNAL REVENUE SERVICE<br>PO BOX 7346<br>PHILADELPHIA  PA 19101-7346 | JACK CHRISTIANSON<br>508 66TH AVE NORTH<br>MOFFIT  ND 58560 | JAMIESON CAPITAL<br>1420 9TH ST E STE 401<br>WEST FARGO  ND 58078-3381 |
| JAMIESON LEGACY FUND<br>555 12TH STREET STE 900<br>OAKLAND  CA 94607-3637 | JAMIESON LEGACY FUND LLC<br>3309 HEARTWOOD DR SE<br>MANDAN  ND 58554-6232 | JAMIESON MEDICAL<br>2865 LILAC LN N<br>FARGO 58102-1706 |
| JAMIESON NATURAL<br>PO BOX 285<br>WEST FARGO  ND 58078-0285 | JAMIESON NATURAL RESOURCES FUND  LLC<br>PO BOX 285<br>WEST FARGO  ND 58078-0285 | JAMIESON NATURAL RESOURCES FUND  LLC<br>CO KATRINA A TURMAN LANG<br>500 2ND AVE N  SUITE 400<br>PO BOX 1680<br>FARGO  ND 58107-1680 |
| JASON BOUTWELL<br>87 N WOODCREST DR N<br>FARGO  ND 58102-2154 | JEFF JOHNSON<br>4001 15TH AVE NW<br>FARGO  ND 58102-2832 | JEREMY CARLSON<br>2865 LILAC LANE N<br>FARGO  ND 58102-1706 |
| JIM STEWART<br>154 S WOODCREST DR<br>FARGO  ND 58102-2145 | JOHN BIWER<br>331 ST CHARLES PLACE<br>WEST FARGO  ND 58078 | KLHJ LAND LLC<br>4001 15TH AVE NW<br>FARGO  ND 58102-2832 |
| KARA JOHNSON<br>555 12TH STREET STE 900<br>OAKLAND  CA 94607-3637 | KATRINA A TURMAN LANG<br>WOLD JOHNSON  PC<br>500 2ND AVE N  STE 400<br>PO BOX 1680<br>FARGO  ND 58107-1680 | LEFTFIELD DEVELOPMENT LLC<br>275 ELKS DR<br>GRAND FORKS  ND 58201-7575 |
| LYONS CHILDREN IRREVOCABLE TRUST<br>6415 55TH AVE SE<br>BISMARCK  ND 58504-9410 | MJM INVESTMENTS  LLC<br>541 16TH ST NE<br>WEST FARGO  ND 58078-7214 | MAIN STREET INVESTMENT<br>2865 LILAC LN N<br>FARGO  ND 58102-1706 |
| MARK MERCK<br>555 12TH STREET STE 900<br>OAKLAND  CA 94607-3637 | MATTHEW BITTERMAN<br>4406 DANIEL STREET<br>BISMARCK  ND 58504-8855 | MICHAEL KEMPEL<br>2809 LILAC LANE N<br>FARGO  ND 58102-1706 |

USPS FIRST CLASS MAILING RECIPIENTS:
Parties with names struck through or labeled "CM/ECF SERVICE" were not served via First Class USPS Mail Service.

MICHAEL KUNTZ
275 ELKS DR
GRAND FORKS   ND 58201-7575

MICHAEL SCHUSTER
5079 WOODHAVEN DR S
FARGO   ND 58104-4288

MIKE QUAST
4703 HARBOR TRAIL SE
MANDAN   ND 58554-7928

NORTH DAKOTA OFFICE OF STATE TAX COMMISS
600 E BOULEVARD AVE DEPT 127
BISMARCK   ND 58505-0602

NOVA DC   LLC
3081 125TH AVE NW
WATFORD CITY   ND 58854-9602

RACHEL NESS
4763 DOUGLAS DRIVE S
FARGO   ND 58104-4402

SARAH J WENCIL
OFFICE OF THE US TRUSTEE
SUITE 1015 US COURTHOUSE
300 SOUTH FOURTH STREET
MINNEAPOLIS   MN 55415-1320

SCOTT ELLEFSON
63 W MIRROR RIDGE CIRCLE
THE WOODLANDS   TX 77382-2513

SCOTT HOWE
7725 RIDGELAND DR
BISMARCK   ND 58503-6235

SECURE INCOME FUND   LLC
2865 LILAC LN N
FARGO   ND 58102-1706

SHAWN HEGVICK
4439 OAKCREEK DR S
FARGO   ND 58104-6619

THE ENTRUST GROUP
FBO MIKE HOLLAND
555 12TH STREET STE 900
OAKLAND   ND 94607-3637

THE ENTRUST GROUP
FBO BRIAN CARLSON
555 12TH STREET STE 900
OAKLAND   CA 94607-3637

THE ENTRUST GROUP
FBO LYNN CARLSON
555 12TH STREET STE 900
OAKLAND   ND 94607-3637

THE ENTRUST GROUP
FBO MATTHEW RETTERATH
555 12TH STREET STE 900
OAKLAND   CA 94607-3637

THE ENTRUST GROUP
FBO SCOTT GORDER
555 12TH STREET STE 900
OAKLAND   CA 94607-3637

TREVOR KITTELSON
705 6TH AVE NE
HILLSBORO   ND 58045-4633

VAL MARINOV
3549 GRANDWOOD DR N
FARGO   ND 58102-4860

WS INVESTMENT LLC
4401 19TH STREET SE
MANDAN   ND 58554-4830

WENDY BAUKOL
555 12TH STREET STE 900
OAKLAND   CA 94607-3637

CHRISTIANNA A CATHCART
THE DAKOTA BANKRUPTCY FIRM
1630 FIRST AVE N
STE B PMB 24
FARGO   ND 58102-4246

EXCLUDE
(D) JEFF JOHNSON
4001 15TH AVE NW
FARGO   ND 58102-2832

MAURICE VERSTANDIG
THE DAKOTA BANKRUPTCY FIRM
1630 1ST AVENUE N
SUITE B PMB 24
FARGO   ND 58102-4246

EXCLUDE
(U) MICHAEL T SCHMITZ

ROBERT B RASCHKE
ASSISTANT US TRUSTEE
SUITE 1015 US COURTHOUSE
300 SOUTH FOURTH STREET
MINNEAPOLIS   MN 55415-1320

THOMAS KAPUSTA
PO BOX 90624
SIOUX FALLS   SD 57109-0624