IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NORTH DAKOTA

| | | |
|---|---|---|
| In re: | ) | Case No. 24-30422 |
| | ) | (Chapter 11) |
| JAMIESON CAPEX FUNDS, LLC. | ) | |
| | ) | |
| Debtor. | ) | |
| _____ | ) | |

**NOTICE OF MOTION TO APPROVE COMPROMISE WITH JEFF JOHNSON**

NOTICE IS HEREBY GIVEN that the above-referenced debtor has filed a motion to approve a compromise with Jeff Johnson. Under the proposed compromise, a pending adversary proceeding with be settled in exchange for Mr. Johnson acknowledging a post-petition state court judgment is void as against the debtor. Both parties will bear their own costs and expenses in connection with the action. The debtor remains free to object to Mr. Johnson's claim in this case. Other terms also guide this compromise and parties in interest are encouraged to examine the agreement in detail (which is set forth in the motion itself). A copy of the motion is being filed of even date with this notice.

NOTICE IS FURTHER GIVEN that written objections to the motion, if any, shall be filed with the Clerk of the United States Bankruptcy Court for the District of North Dakota, 655 1st Ave. N. Suite 210, Fargo, ND 58102-4932 within twenty-one (21) days from the date of the mailing of this notice. Any objections not filed and served may be deemed waived.

*[Signature Block and Certificate of Service on Following Page]*

1

|  |  |  |
|---|---|---|
|  |  | Respectfully submitted, |
| Dated: January 28, 2025 | By: | /s/ Maurice B. VerStandig |
|  |  | Maurice B. VerStandig, Esq. |
|  |  | The Dakota Bankruptcy Firm |
|  |  | 1630 1st Avenue N |
|  |  | Suite B PMB 24 |
|  |  | Fargo, North Dakota 58102-4246 |
|  |  | Phone: (701) 394-3215 |
|  |  | mac@dakotabankruptcy.com |
|  |  | *Counsel for the Debtor* |

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 28th day of January, 2025, a copy of the foregoing was served via First Class Mail, postage prepaid, to all parties on the mailing matrix attached hereto as Exhibit B, *except* no copy will be mailed to (i) this Honorable Court; or (ii) attorneys employed by The Dakota Bankruptcy Firm.

/s/ Maurice B. VerStandig
Maurice B. VerStandig