USPS FIRST CLASS MAILING SERVICE NOTICE.
Parties with names struck through or labeled CM/ECF SERVICE were not served via First Class USPS Mail Service.

CASE INFO

LABEL MATRIX FOR LOCAL NOTICING
NCRS ADDRESS DOWNLOAD
CASE 24-30422
DISTRICT OF NORTH DAKOTA
FRI JAN 24 7-22-32 PST 2025

EXCLUDE

~~(U)COMMISSIONER OF THE NORTH DAKOTA SECURITIES~~

DEBTOR

JAMIESON CAPEX FUND   LLC
2865 LILAC LN N
FARGO   ND 58102-1706

EXCLUDE

~~(U)JAMIESON NATURAL RESOURCES FUND   LLC~~

EXCLUDE

~~(U)STATE OF NORTH DAKOTA~~

EXCLUDE

~~US BANKRUPTCY COURT~~
~~655 1ST AVENUE NORTH   SUITE 210~~
~~FARGO   ND 58102-4932~~

AMBER CARLSON
712 124TH AVE NE
FINLEY   ND 58230-9402

ANA A NEIR
SPECIAL ASSISTANT ATTORNEY GENERAL
10 ROBERTS ST N
FARGO   ND 58102-4982

ARTHUR MERCANTILE   LLC
PO BOX 8
ARTHUR   ND 58006-0008

ASPIRE
5195 45TH ST S
FARGO   ND 58104-3339

BERLY D NELSON
SPECIAL ASSISTANT ATTORNEY GENERAL
10 ROBERTS ST N
FARGO   ND 58102-4982

BRAD SUNDERLAND
2102 GREAT NORTHERN DRIVE
FARGO   ND 58102-3249

BRIAN KOUNOVSKY
3680 54TH STREET S
FARGO   ND 58104-7480

BRYAN BARTZ
555 12TH STREET
SUITE 900
OAKLAND   CA 94607-3637

CCU
204 W THAYER AVE
BISMARCK   58501-3772

CAPITAL CREDIT UNION
204 W THAYER AVE
BISMARCK   ND 58501-3794

CHRISTIANNA A CATHCART
1630 1ST AVENUE N
SUITE B PMB 24
FARGO   NORTH DAKOTA 58102-4246

CHRISTOPHER M MCSHANE
444 SHEYENNE STREET   SUITE 102
PO BOX 458
WEST FARGO 58078-0458

COLE BACHMEIER
5893 AUTUMN DRIVE S
FARGO   ND 58104-7654

COLLEEN CARLSON
6130 12TH STREET SE
BISMARCK   ND 58504-3131

DALE LIAN
2861 LILAC LANE N
FARGO   ND 58102-1706

DAVID GRIFFIN
555 12TH STREET SUITE 900
OAKLAND   CA 94607-3637

DEREK KANE
5832 CRESTED BUTTE RD
BISMARCK   ND 58503-7302

DEREK SUNDERLAND
4632 TIMBERLINE DR
FARGO   ND 58104-6654

DONNA FRICKE
918 SENATE DR
BISMARCK   ND 58501-1963

ERIC HEGERLE
2312 5TH STREET S
FARGO ND 58103

(P)FIRST INTERNATIONAL BANK   TRUST
ATTN ATTN LEGAL
3001 25TH STREET SOUTH
FARGO ND 58103-6160

USPS FIRST CLASS MAILING ACKNOWLEDGMENT:
Parties with names struck through or labeled (MAJOR SKIP) were not served via First Class USPS Mail Service.

| | | |
|---|---|---|
| FIRST WESTERN BANK TRUST<br>900 SOUTH BROADWAY<br>MINOT ND 58701-4658 | FRED KAREN BROWERS<br>38568 296TH AVE<br>WAUBUN MN 56589-9370 | FRED AND KAREN BROWER<br>38568 296TH AVE<br>WAUBUN MN 56589-9370 |
| INTERNAL REVENUE SERVICE<br>PO BOX 7346<br>PHILADELPHIA PA 19101-7346 | JACK CHRISTIANSON<br>508 66TH AVE NORTH<br>MOFFIT ND 58560 | JAMIESON CAPITAL<br>1420 9TH ST E STE 401<br>WEST FARGO ND 58078-3381 |
| JAMIESON LEGACY FUND<br>555 12TH STREET STE 900<br>OAKLAND CA 94607-3637 | JAMIESON LEGACY FUND LLC<br>3309 HEARTWOOD DR SE<br>MANDAN ND 58554-6232 | JAMIESON MEDICAL<br>2865 LILAC LN N<br>FARGO 58102-1706 |
| JAMIESON NATURAL<br>PO BOX 285<br>WEST FARGO ND 58078-0285 | JAMIESON NATURAL RESOURCES FUND LLC<br>PO BOX 285<br>WEST FARGO ND 58078-0285 | JAMIESON NATURAL RESOURCES FUND LLC<br>CO KATRINA A TURMAN LANG<br>500 2ND AVE N SUITE 400<br>PO BOX 1680<br>FARGO ND 58107-1680 |
| JASON BOUTWELL<br>87 N WOODCREST DR N<br>FARGO ND 58102-2154 | JEFF JOHNSON<br>4001 15TH AVE NW<br>FARGO ND 58102-2832 | JEREMY CARLSON<br>2865 LILAC LANE N<br>FARGO ND 58102-1706 |
| JIM STEWART<br>154 S WOODCREST DR<br>FARGO ND 58102-2145 | JOHN BIWER<br>331 ST CHARLES PLACE<br>WEST FARGO ND 58078 | KLHJ LAND LLC<br>4001 15TH AVE NW<br>FARGO ND 58102-2832 |
| KARA JOHNSON<br>555 12TH STREET STE 900<br>OAKLAND CA 94607-3637 | KATRINA A TURMAN LANG<br>WOLD JOHNSON PC<br>500 2ND AVE N STE 400<br>PO BOX 1680<br>FARGO ND 58107-1680 | LEFTFIELD DEVELOPMENT LLC<br>275 ELKS DR<br>GRAND FORKS ND 58201-7575 |
| LYONS CHILDREN IRREVOCABLE TRUST<br>6415 55TH AVE SE<br>BISMARCK ND 58504-9410 | MJM INVESTMENTS LLC<br>541 16TH ST NE<br>WEST FARGO ND 58078-7214 | MAIN STREET INVESTMENT<br>2865 LILAC LN N<br>FARGO ND 58102-1706 |
| MARK MERCK<br>555 12TH STREET STE 900<br>OAKLAND CA 94607-3637 | MATTHEW BITTERMAN<br>4406 DANIEL STREET<br>BISMARCK ND 58504-8855 | MICHAEL KEMPEL<br>2809 LILAC LANE N<br>FARGO ND 58102-1706 |

USPS FIRST CLASS MAILING ACKNOWLEDGMENT:
Parties with names struck through or labeled 'M/HOT SERVICE' were not served via First Class USPS Mail Service.

| | | |
|---|---|---|
| MICHAEL KUNTZ<br>275 ELKS DR<br>GRAND FORKS   ND 58201-7575 | MICHAEL SCHUSTER<br>5079 WOODHAVEN DR S<br>FARGO   ND 58104-4288 | MIKE QUAST<br>4703 HARBOR TRAIL SE<br>MANDAN   ND 58554-7928 |
| NORTH DAKOTA OFFICE OF STATE TAX COMMISS<br>600 E BOULEVARD AVE DEPT 127<br>BISMARCK   ND 58505-0602 | NOVA DC   LLC<br>3081 125TH AVE NW<br>WATFORD CITY   ND 58854-9602 | RACHEL NESS<br>4763 DOUGLAS DRIVE S<br>FARGO   ND 58104-4402 |
| SARAH J WENCIL<br>OFFICE OF THE US TRUSTEE<br>SUITE 1015 US COURTHOUSE<br>300 SOUTH FOURTH STREET<br>MINNEAPOLIS   MN 55415-1320 | SCOTT ELLEFSON<br>63 W MIRROR RIDGE CIRCLE<br>THE WOODLANDS   TX 77382-2513 | SCOTT HOWE<br>7725 RIDGELAND DR<br>BISMARCK   ND 58503-6235 |
| SECURE INCOME FUND   LLC<br>2865 LILAC LN N<br>FARGO   ND 58102-1706 | SHAWN HEGVICK<br>4439 OAKCREEK DR S<br>FARGO   ND 58104-6619 | THE ENTRUST GROUP<br>FBO MIKE HOLLAND<br>555 12TH STREET STE 900<br>OAKLAND   ND 94607-3637 |
| THE ENTRUST GROUP<br>FBO BRIAN CARLSON<br>555 12TH STREET STE 900<br>OAKLAND   CA 94607-3637 | THE ENTRUST GROUP<br>FBO LYNN CARLSON<br>555 12TH STREET STE 900<br>OAKLAND   ND 94607-3637 | THE ENTRUST GROUP<br>FBO MATTHEW RETTERATH<br>555 12TH STREET STE 900<br>OAKLAND   CA 94607-3637 |
| THE ENTRUST GROUP<br>FBO SCOTT GORDER<br>555 12TH STREET STE 900<br>OAKLAND   CA 94607-3637 | TREVOR KITTELSON<br>705 6TH AVE NE<br>HILLSBORO   ND 58045-4633 | VAL MARINOV<br>3549 GRANDWOOD DR N<br>FARGO   ND 58102-4860 |
| WS INVESTMENT LLC<br>4401 19TH STREET SE<br>MANDAN   ND 58554-4830 | WENDY BAUKOL<br>555 12TH STREET STE 900<br>OAKLAND   CA 94607-3637 | CHRISTIANNA A CATHCART<br>THE DAKOTA BANKRUPTCY FIRM<br>1630 FIRST AVE N<br>STE B PMB 24<br>FARGO   ND 58102-4246 |
| EXCLUDE<br>(D) JEFF JOHNSON<br>4001 15TH AVE NW<br>FARGO   ND 58102-2832 | MAURICE VERSTANDIG<br>THE DAKOTA BANKRUPTCY FIRM<br>1630 1ST AVENUE N<br>SUITE B PMB 24<br>FARGO   ND 58102-4246 | EXCLUDE<br>(U) MICHAEL T SCHMITZ |
| ROBERT B RASCHKE<br>ASSISTANT US TRUSTEE<br>SUITE 1015 US COURTHOUSE<br>300 SOUTH FOURTH STREET<br>MINNEAPOLIS   MN 55415-1320 | THOMAS KAPUSTA<br>PO BOX 90624<br>SIOUX FALLS   SD 57109-0624 | |