IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NORTH DAKOTA

| | | |
|---|---|---|
| In re: | ) | Case No. 24-30422 |
| | ) | (Chapter 11) |
| JAMIESON CAPEX FUND, LLC | ) | |
| | ) | |
| Reorganized Debtor. | ) | |
| _____ | ) | |

**NOTICE OF FIRST AND FINAL APPLICATION OF
JAMIESON CAPEX FUND, LLC FOR ALLOWANCE OF
<u>COMPENSATION OF CHIEF RESTRUCTURING OFFICER</u>**

NOTICE IS HEREBY GIVEN that the Jamieson CAPEX Fund, LLC has filed an application to compensate Michael Schmitz, the entity's chief restructuring officer, in the sum of $1,015.88, as and for Mr. Schmitz's pre-confirmation services to the then-debtor.

NOTICE IS FURTHER GIVEN that written objections to the application, if any, shall be filed with the Clerk of the United States Bankruptcy Court for the District of North Dakota, 655 1st Ave. N. Suite 210, Fargo, ND 58102-4932 within twenty one (21) days from the date of the mailing of this notice. Any objections not filed and served may be deemed waived.

*[Signature on Following Page]*

1

                                                                 Respectfully submitted,

Dated: April 1, 2025         By:    /s/ Maurice B. VerStandig
                                                      Maurice B. VerStandig, Esq.
                                                        The Dakota Bankruptcy Firm
                                                        1630 1st Avenue N
                                                        Suite B PMB 24
                                                        Fargo, North Dakota 58102-4246
                                                        Phone: (701) 394-3215
                                                        mac@dakotabankruptcy.com

### **CERTIFICATE OF SERVICE**

    I HEREBY CERTIFY that on this 1st day of April, 2025, a copy of the foregoing was served electronically upon filing via the ECF system, with copies being sent, on April 2, 2025, via First Class Mail, postage prepaid, to all parties on the attached mailing matrix (though the attached mailing matrix, underlying motion, and time records are *not* being sent via First Class Mail but, rather, may be reviewed on this Honorable Court's docket or requested from undersigned counsel), *except* no copy will be mailed to (i) this Honorable Court; or (ii) The Dakota Bankruptcy Firm.

                                                        /s/ Maurice B. VerStandig
                                                        Maurice B. VerStandig