```
Label Matrix for local noticing        Jamieson CAPEX Fund, LLC              U.S. BANKRUPTCY COURT
0868-3                                  2865 Lilac LN N                       655 1ST AVENUE NORTH, SUITE 210
Case 24-30422                           Fargo, ND 58102-1706                  FARGO, ND 58102-4932
District of North Dakota
Fargo
Tue Apr  1 22:19:22 CDT 2025

Amber Carlson                           Ana A. Neir                           Arthur Mercantile, LLC
712 124th Ave NE                        Special Assistant Attorney General    PO Box 8
Finley, ND 58230-9402                   10 Roberts St. N.                     Arthur, ND 58006-0008
                                        Fargo, ND 58102-4982


Aspire                                  Berly D. Nelson                       Brad Sunderland
5195 45TH ST S                          Special Assistant Attorney General    2102 Great Northern Drive
Fargo , ND 58104-3339                   10 Roberts St. N.                     Fargo, ND 58102-3249
                                        Fargo, ND 58102-4982


Brian Kounovsky                         Bryan Bartz                           CCU
3680 54th Street S                      555 12th Street                       204 W THAYER AVE
Fargo, ND 58104-7480                    Suite 900                             Bismarck  58501-3772
                                        Oakland, CA 94607-3637


Capital Credit Union                    Christianna A. Cathcart               Christopher M. McShane
204 W THAYER AVE                        1630 1st Avenue N                     444 Sheyenne Street, Suite 102
Bismarck , ND 58501-3794                Suite B PMB 24                        P.O. Box 458
                                        Fargo, North Dakota 58102-4246        West Fargo 58078-0458


Cole Bachmeier                          Colleen Carlson                       Dale Lian
5893 Autumn Drive S                     6130 12th Street SE                   2861 Lilac Lane N
Fargo, ND 58104-7654                    Bismarck, ND 58504-3131               Fargo, ND 58102-1706


David Griffin                           Derek Kane                            Derek Sunderland
555 12th Street Suite 900               5832 Crested Butte Rd                 4632 Timberline Dr
Oakland, CA 94607-3637                  Bismarck, ND 58503-7302               Fargo, ND 58104-6654


Donna Fricke                            Eric Hegerle                          (p)FIRST INTERNATIONAL BANK & TRUST
918 Senate Dr                           2312 5th Street S                     ATTN ATTN LEGAL
Bismarck, ND 58501-1963                 Fargo, ND 58103                       3001 25TH STREET SOUTH
                                                                              FARGO ND 58103-6160


First Western Bank & Trust              Fred & Karen Browers                  Fred and Karen Brower
900 South Broadway                      38568 296th Ave                       38568 296th Ave
Minot, ND 58701-4658                    Waubun, MN 56589-9370                 Waubun, MN 56589-9370


Internal Revenue Service                Jack Christianson                     Jamieson Capital
PO Box 7346                             508 66th Ave North                    1420 9TH ST E STE 401
Philadelphia, PA 19101-7346             Moffit, ND 58560                      West Fargo , ND 58078-3381
```

Jamieson Legacy Fund
555 12th Street Ste 900
Oakland, CA 94607-3637

Jamieson Legacy Fund LLC
3309 Heartwood Dr SE
Mandan, ND 58554-6232

Jamieson Medical
2865 LILAC LN N
Fargo 58102-1706

Jamieson Natural
PO BOX 285
West Fargo , ND 58078-0285

Jamieson Natural Resources Fund, LLC
PO BOX 285
West Fargo , ND 58078-0285

Jamieson Natural Resources Fund, LLC
c/o: Katrina A. Turman Lang
500 2nd Ave. N., Suite 400
P.O. Box 1680
Fargo, ND 58107-1680

Jason Boutwell
87 N Woodcrest Dr N
Fargo, ND 58102-2154

Jeff Johnson
4001 15th Ave NW
Fargo, ND 58102-2832

Jeremy Carlson
2865 Lilac Lane N
Fargo, ND 58102-1706

Jim Stewart
154 S Woodcrest Dr
Fargo, ND 58102-2145

John Biwer
331 St Charles Place
West Fargo, ND 58078

KLH&J Land LLC
4001 15th Ave NW
Fargo, ND 58102-2832

Kara Johnson
555 12th Street Ste 900
Oakland, CA 94607-3637

Katrina A. Turman Lang
Wold Johnson, P.C.
500 2nd Ave. N., Ste. 400
PO Box 1680
Fargo, ND 58107-1680

Leftfield Development LLC
275 Elks Dr
Grand Forks, ND 58201-7575

Lyons Children Irrevocable Trust
6415 55th Ave SE
Bismarck, ND 58504-9410

MJM Investments, LLC
541 16TH ST NE
West Fargo , ND 58078-7214

Main Street Investment
2865 Lilac LN N
Fargo, ND 58102-1706

Mark Merck
555 12th Street Ste 900
Oakland, CA 94607-3637

Matthew Bitterman
4406 Daniel Street
Bismarck, ND 58504-8855

Michael Kempel
2809 Lilac Lane N
Fargo, ND 58102-1706

Michael Kuntz
275 Elks Dr
Grand Forks, ND 58201-7575

Michael Schuster
5079 Woodhaven Dr S
Fargo, ND 58104-4288

Mike Quast
4703 Harbor Trail SE
Mandan, ND 58554-7928

North Dakota Office of State Tax Commiss
600 E. Boulevard Ave. Dept. 127
Bismarck, ND 58505-0602

Nova DC, LLC
3081 125TH AVE NW
Watford City, ND 58854-9602

Rachel Ness
4763 Douglas Drive S
Fargo, ND 58104-4402

Sarah J. Wencil
Office of the U.S. Trustee
Suite 1015 U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415-1320

Scott Ellefson
63 W Mirror Ridge Circle
The Woodlands, TX 77382-2513

Scott Howe
7725 Ridgeland Dr
Bismarck, ND 58503-6235

```
Secure Income Fund, LLC                Shawn Hegvich                          The Entrust Group
2865 LILAC LN N                        4439 Oakcreek Dr S                     F/B/O Mike Holland
Fargo, ND 58102-1706                   Fargo, ND 58104-6619                   555 12th Street Ste 900
                                                                              Oakland, ND 94607-3637


The Entrust Group                      The Entrust Group                      The Entrust Group
f/b/o Brian Carlson                    f/b/o Lynn Carlson                     f/b/o Matthew Retterath
555 12th Street Ste 900                555 12th Street Ste 900                555 12th Street Ste 900
Oakland, CA 94607-3637                 Oakland, ND 94607-3637                 Oakland, CA 94607-3637


The Entrust Group                      Trevor Kittelson                       Val Marinov
f/b/o Scott Gorder                     705 6th Ave NE                         3549 Grandwood Dr N
555 12th Street Ste 900                Hillsboro, ND 58045-4633               Fargo, ND 58102-4860
Oakland, CA 94607-3637


W&S Investment LLC                     Wendy Baukol                           Christianna A. Cathcart
4401 19th Street SE                    555 12th Street Ste 900                The Dakota Bankruptcy Firm
Mandan, ND 58554-4830                  Oakland, CA 94607-3637                 1630 First Ave N
                                                                              Ste. B PMB 24
                                                                              Fargo, ND 58102-4246


Maurice VerStandig                     Robert B. Raschke                      Thomas Kapusta
The Dakota Bankruptcy Firm             Assistant U.S. Trustee                 PO Box 90624
1630 1st Avenue N                      Suite 1015 U.S. Courthouse             Sioux Falls, SD 57109-0624
Suite B PMB 24                         300 South Fourth Street
Fargo, ND 58102-4246                   Minneapolis, MN 55415-1320
```

              The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
              by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).


```
First International Bank & Trust
100 N MAIN, PO BOX 607
Watford City, ND 58854
```

              The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

```
(u)Commissioner of the North Dakota Securitie    (u)Jamieson Natural Resources Fund, LLC    (u)State of North Dakota




(d)Jeff Johnson                        (u)Michael T. Schmitz                  End of Label Matrix
4001 15th Ave NW                                                              Mailable recipients    74
Fargo, ND 58102-2832                                                          Bypassed recipients     5
                                                                              Total                  79
```