STATES BANKRUPTCY COURT

DISTRICT OF NORTH DAKOTA

IN RE:

Jamieson CAPEX Fund, LLC                      CASE NO. 24-30422

Debtor                                                                 CHAPTER 11

## OBJECTION TO FIRST AND FINAL APPLICATION OF JAMIESON CAPEX FUND, LLC FOR ALLOWANCE OF COMPENSATION OF CHIEF RESTRUCTURING OFFICER

Thomas J. Kapusta, Subchapter V Trustee, respectively objects to payment of First and Final Application of Jamieson CAPEX Fund, LLC for Allowance of Compensation for Chief Restructuring Officer (Related Doc #110). On February 25, 2025, the Court approved the Final Application of Thomas J. Kapusta for Subchapter V Trustee Fees and Expenses (Related Doc # 101). The Court approved a total of $997.50 in fees and $140.00 in expenses and taxes. As of this date, the administrative expenses for the Subchapter V Trustee's fees and expenses have not been paid. Despite language to the contrary in the Debtor's confirmed plan, payment of such Trustee administrative expenses should not be contingent and Chief Restructuring Officer should not be paid before the Trustee administrative fees and expenses.

       WHEREFORE, Trustee objects to payment of compensation of chief restructuring officer until such time as Subchapter V Trustee's approved fees and expenses are paid in full.

Dated: April 16, 2025

Signed: s/Thomas J. Kapusta

Thomas J. Kapusta
TK Enterprises, LLC
PO Box 90624
Sioux Falls, SD 57109
Phone: 605-376-6715
email: tkapusta@aol.com
Sub Chapter V Trustee

UNITED STATES BANKRUPTCY COURT

DISTRICT OF NORTH DAKOTA

**IN RE:**

| | |
|---|---|
| **Jamieson CAPEX Fund, LLC** | CASE NO. 24-30422 |
| **Debtor** | CHAPTER 11 |

**CERTIFICATE OF SERVICE**

Thomas Kapusta, Subchapter V Trustee, hereby certifies the filing of this document caused service via CM/ECF upon all CM/ECF recipients.

Dated: April 16, 2025

/s/ Thomas Kapusta
Thomas Kapusta