UNITED STATES BANKRUPTCY COURT
DISTRICT OF NORTH DAKOTA

In Re:  
Jamieson CAPEX Fund, LLC,

        Debtor.  
_____/

Bankruptcy No. 24-30422  
Chapter 11 – Subchapter V

## NOTICE OF HEARING

A hearing will be held at <u>Courtroom #3, Second Floor, Quentin N. Burdick United States Courthouse, 655 First Avenue North, Fargo, North Dakota</u> on **Thursday, May 29, 2025, at 2:00 P.M.** to consider and act upon the following matters:

- **First and Final Application by Jamieson CAPEX Fund, LLC for Allowance of Compensation for Chief Restructuring Officer filed April 1, 2025. (Doc. 110)**

- **Objection by Subchapter V Trustee to First and Final Application by Jamieson CAPEX Fund, LLC for Allowance of Compensation for Chief Restructuring Officer filed April 16, 2025. (Doc. 111)**

Please be advised that all hearings are evidentiary unless the Court schedules a preliminary hearing to address scheduling, discovery or other matters. Parties shall disclose witness lists and exhibits not later than two business days before the hearing on a contested matter.

Your rights may be affected in this action. You should read these papers carefully and discuss the matters with your attorney, if you have one. If you want the court to consider your views you should file a written response to the action, if one has not been filed, and attend the hearing that has been scheduled. If you do not take these steps, the court may assume that you do not oppose the action and may enter an order approving the request made in these legal documents.

This hearing may be cancelled or rescheduled without further notice. If you plan to attend the hearing, please confirm the date and time with the Bankruptcy Clerk's Office at (701) 297-7100.

Dated: April 16, 2025       .

                                        Kay A. Melquist, Clerk  
                                        United States Bankruptcy Court  
                                        Quentin N. Burdick United States Courthouse  
                                        655 1st Avenue North, Suite 210  
                                        Fargo, ND 58102-4392

                                By:   /s/  *Sharon Horsager*_____  
                                              Sharon Horsager, Deputy Clerk

Copy served electronically April 16, 2025, to Electronic Mail Notice List for Case No. 24-30422.