IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NORTH DAKOTA

| | | |
|---|---|---|
| In re: | ) | Case No. 24-30422 |
| | ) | (Chapter 11) |
| JAMIESON CAPEX FUND, LLC | ) | |
| | ) | |
| Reorganized Debtor. | ) | |
| _____ | ) | |

**JOINDER OF JAMIESON CAPEX FUND, LLC TO
REPLY OF THE DAKOTA BANKRUPTCY FIRM TO OBJECTION
TO FIRST AND FINAL APPLICATION OF JAMIESON CAPEX FUND, LLC
FOR ALLOWANCE OF COMPENSATION OF CHIEF RESTRUCTURING OFFICER**

Comes now Jamieson CAPEX Fund, LLC, by and through undersigned counsel, and joins in the legal arguments set forth in the Reply of the Dakota Bankruptcy Firm to Objection to First and Final Application of Jamieson CAPEX Fund, LLC for Allowance of Compensation of Chief Restructuring Officer, DE #113, filed a short time ago

Respectfully submitted,

Dated: April 19, 2025    By:    /s/ Maurice B. VerStandig
Maurice B. VerStandig, Esq.
The Dakota Bankruptcy Firm
1630 1st Avenue N
Suite B PMB 24
Fargo, North Dakota 58102-4246
Phone: (701) 394-3215
mac@dakotabankruptcy.com
*Counsel for the Reorganized Debtor*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 19th day of April, 2025, a copy of the foregoing was served electronically upon filing via the ECF system.

/s/ Maurice B. VerStandig
Maurice B. VerStandig

1