UNITED STATES BANKRUPTCY COURT
DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| In Re:<br><br>Jamieson CAPEX Fund, LLC,<br><br>       Debtor.<br>_____/<br>IN THE MATTER OF:<br><br>First and Final Application by Jamieson CAPEX Fund, LLC for Allowance of Compensation for Chief Restructuring Officer filed April 1, 2025. (Doc. 110)<br>_____/ | Bankruptcy No. 24-30422<br>Chapter 11 – Subchapter V |

ORDER GRANTING CONTINUANCE
AND RESCHEDULING HEARING

Debtor Jamieson CAPEX Fund, LLC filed a motion to continue the hearing scheduled for <u>May 29, 2025.</u> The Court finds cause for granting the continuance.

IT IS ORDERED that Debtor's First and Final Application by Jamieson CAPEX Fund, LLC for Allowance of Compensation for Chief Restructuring Officer (Doc. 110) shall be continued to **<u>Wednesday, May 21, 2025, at 1:00 p.m.</u>** <u>in Courtroom #3, Second Floor, Quentin N. Burdick United States Courthouse, 655 First Avenue North, Fargo, North Dakota</u>.

Dated:  April 21, 2025.

*/s/ Shon Hastings*

Shon Hastings, Judge
United States Bankruptcy Court

Order served electronically April 21, 2025, to Electronic Mail Notice List for Case No. 24-30422.