Case 24-30422    Doc 119-1    Filed 04/28/25    Entered 04/28/25 14:15:52    Desc  Exhbit
A    Page 1 of 3

Re: Red River Sub 24-30010 and Jamieson CAPEX

From:  THOMAS KAPUSTA (tkapusta@aol.com)

To:      mac@mbvesq.com; mac@dakotabankruptcy.com

Cc:      sarah.j.wencil@usdoj.gov

Date:  Friday, March 28, 2025 at 12:42 PM CDT

Mac, I still have not received the court approved CAPEX payment for trustee fees and expenses.  A reminder that the court approved a chief restructuring officer to manage these administrative tasks.

Unless I receive payment next week, I will have to consider filing a motion to convert or dismiss.

Thank you.


Regards,


Tom Kapusta

Subchapter V Trustee



On Tuesday, March 25, 2025 at 03:18:48 PM CDT, THOMAS KAPUSTA <tkapusta@aol.com> wrote:

Mac, it has been over two months since the court approved my final fee application in the Jamieson CAPEX case and I have still not received payment despite multiple requests.  Please have your client overnight payment to me this week and acknowledge this request.

Thank you.


Regards,


Tom Kapusta

Subchapter V Trustee



On Monday, March 17, 2025 at 07:14:21 PM CDT, Mac VerStandig <mac@dakotabankruptcy.com> wrote:

Tom,


Thanks for the e-mail. I'll reach out to CAPEX about the payment.

As for Red River Subs, I just double checked the plan and the first IRS payment is not due until June 2025. Do you have any sense of whether they are alleging a post-petition obligation? Since the plan confirmed last year, I am guessing it is far too soon for 2024 taxes to be an issue (if any are even owed).

Thanks,

Maurice "Mac" VerStandig, Esq.

The Dakota Bankruptcy Firm

1630 1st Avenue N

Suite B PMB 24

Fargo, North Dakota 58102-4246

Phone: (855) 987-DEBT

Local: (701) 394-3215

mac@dakotabankruptcy.com

http://www.dakotabankruptcy.com

**PRIVILEGED COMMUNICATION/PRIVACY NOTICE**
Information contained in this transmission is attorney-client privileged and confidential.  It is solely intended for use by the individual or entity named above.  If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited.  If you have received this communication in error, please immediately notify us by telephone and delete this communication.

**TAX ADVICE NOTICE**
Any tax advice included in this communication may not contain a full description of all relevant facts or a complete analysis of all relevant tax issues or authorities.  This communication is solely for the intended recipient's benefit and may not be relied upon by any other person or entity.

---

**From:** THOMAS KAPUSTA <tkapusta@aol.com>
**Sent:** Monday, March 17, 2025 6:37 PM
**To:** Mac VerStandig <mac@dakotabankruptcy.com>; Mac VerStandig <mac@mbvesq.com>
**Cc:** Wencil Sarah (USTP) <sarah.j.wencil@usdoj.gov>
**Subject:** Red River Sub 24-30010 and Jamieson CAPEX

Mac, I tried reaching you telephonically today.  I have received a letter from the IRS advising Red River Subs that plan payments due have not been paid.  If not paid by today, the IRS indicated it may move to dismiss or convert the case.  It wasn't clear if you also received a copy of this letter.

Also, despite the court's approval of my fee application in the Jamieson CAPEX case almost a month ago, I still have not received payment.  I would appreciate if you could request your client make that payment this week.

Thank you.

Regards,

Tom Kapusta

Subchapter V Trustee