UNITED STATES BANKRUPTCY COURT

DISTRICT OF NORTH DAKOTA

**IN RE:**

**Jamieson CAPEX Fund, LLC**                    **CASE NO.  24-30422**

**Debtor**                                                      **CHAPTER 11**

MOTION TO APPEAR BY VIDEO CONFERENCE

Thomas J. Kapusta, Subchapter V Trustee, respectively moves this Court to enter an order under Local Rule 5001-2 allowing him to appear via video conference for hearing on **Objection to Application for Compensation** *of Chief Restructuring Officer* **for Jamieson CAPEX Fund, LLC (Doc. 110)** currently scheduled on Wednesday, May 21, 2025, at 10:00am.

Travel to Fargo, North Dakota would be unduly burdensome and expensive.

WHEREFORE, Trustee requests that he be allowed to appear via video conference.

Dated: May 13, 2025

Signed: s/Thomas J. Kapusta

Thomas J. Kapusta
TK Enterprises, LLC
PO Box 90624
Sioux Falls, SD 57109
Phone: 605-376-6715
email: tkapusta@aol.com
Sub Chapter V Trustee

UNITED STATES BANKRUPTCY COURT

DISTRICT OF NORTH DAKOTA

**IN RE:**

**Jamieson CAPEX Fund, LLC**                        **CASE NO.  24-30422**

**Debtor**                                          **CHAPTER 11**

### CERTIFICATE OF SERVICE

Thomas Kapusta, Subchapter V Trustee, hereby certifies the filing of this document caused
service via CM/ECF upon all CM/ECF recipients.

Dated:  May 13, 2025

/s/ Thomas Kapusta
Thomas Kapusta