UNITED STATES BANKRUPTCY COURT
DISTRICT OF NORTH DAKOTA

In re:

**Jamieson CAPEX Fund, LLC**                           **Bankr. No. 24-30422**

       **Debtor.**                                            **Chapter 11**

## MOTION TO APPEAR BY TELEPHONE

      1.      Sarah J. Wencil, Trial Attorney for the U.S. Trustee (UST), respectively moves this Court to enter an order under Local Rule 5001-2 allowing her to appear by telephone at the following hearing: Notice of Hearing On 110 First and Final Application for Compensation *of Chief Restructuring Officer* for Jamieson CAPEX Fund, LLC. Hearing to be held on **5/29/2025 at 02:00 PM.**

      2.      The UST has filed a reply. It does not appear that any party contests the allowance of the application under Section 330 and only the priority of payment is at issue. Any other disputes are between other parties. Therefore, the UST does not anticipate a need for witnesses or exhibits.

      3.      The UST requests that the Court take into consideration savings in travel time and expenses.

      WHEREFORE, Counsel requests that she be allowed to appear by telephone.

Dated: May 15, 2025                        MARY R. JENSEN
                                                 ACTING U.S. TRUSTEE REGION 12

                                                 /s/ Sarah J. Wencil
                                                 Sarah J. Wencil
                                                 Office of the U.S. Trustee
                                                 Suite 1015 U.S. Courthouse
                                                 300 South Fourth St.
                                                 Minneapolis, MN 55415
                                                 Telephone: (612) 334-1366
                                                 Sarah.J.Wencil@usdoj.gov

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NORTH DAKOTA

In re:

**Jamieson CAPEX Fund, LLC**                                   **Bankr. No. 24-30422**

    **Debtor.**                                                                 **Chapter 11**

### CERTIFICATE OF SERVICE

Sarah J. Wencil, an employee of the U.S. Trustee office, hereby certifies the filing of this document caused service via CM/ECF upon all CM/ECF recipients.

Dated:  May 15, 2025

                                                  /s/ Sarah J. Wencil
                                                 Sarah J. Wencil