IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NORTH DAKOTA

| | | |
|---|---|---|
| In re: | ) | Case No. 24-30422 |
| | ) | (Chapter 11) |
| JAMIESON CAPEX FUND, LLC | ) | |
| | ) | |
| Reorganized Debtor. | ) | |
| | ) | |

**WITNESS AND EXHIBIT LIST**

Come now Jamieson CAPEX Fund, LLC ("CAPEX" or the "Reorganized Debtor") and The VerStandig Law Firm, LLC d/b/a The Dakota Bankruptcy Firm ("DBF"), by and through undersigned counsel, pursuant to Local Rule 9013-1(D), and furnish this list of witnesses to be called, and exhibits to be introduced, at a hearing on the First and Final Application of Jamieson CAPEX Fund, LLC for Allowance of Compensation of Chief Restructuring Officer (the "Application," as found at DE #110):

**Witnesses**

1. Thomas Kapusta

2. Michael Schmitz

3. Jeremy Carlson

4. Christianna Cathcart, solely in her capacity as a custodian of records of The Dakota Bankruptcy Firm (only to be called if there is a dispute as to the authenticity of Exhibit 103, Exhibit 104, Exhibit 105 and/or Exhibit 106)

**Exhibits**

101. Time Records (DE #110-1)

102. Jamieson CAPEX Fund, LLC's First Amended Subchapter V Plan of Reorganization (DE #88)

103. T. Kapusta E-mail of April 4, 2025 (DE #113-2)

1

104. Second T. Kapusta E-mail of April 4, 2025

105. T. Kapusta E-mail of January 3, 2024 (DE #113-1)

106. Composite Exhibit: All T. Kapusta E-mails Received by The Dakota Bankruptcy Firm Concerning Stark Energy, Inc.

107. First Interim Application of Thomas J. Kapusta for Subchapter V Fees and Expenses (DE #48)

108. Final Application of Thomas J. Kapusta for Subchapter V Trustee Fees and Expenses (DE #101)

                                              Respectfully submitted,

Dated: May 19, 2025         By:    /s/ Maurice B. VerStandig
                                                   Maurice B. VerStandig, Esq.
                                                   The Dakota Bankruptcy Firm
                                                   1630 1st Avenue N
                                                 Suite B PMB 24
                                                 Fargo, North Dakota 58102-4246
                                                 Phone: (701) 394-3215
                                                 mac@dakotabankruptcy.com
                                                 *Counsel for the Reorganized Debtor*
                                                 *and The Dakota Bankruptcy Firm*

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 19th day of May, 2025, a copy of the foregoing was served electronically upon filing via the ECF system.

                                                            /s/ Maurice B. VerStandig
                                                            Maurice B. VerStandig