

4585 Coleman St Suite 101  PO Box 385
PO Box 1411  Hazen, ND 58545
Bismarck, ND 58503  Phone: (701) 748-6213
Phone: (701) 751-3646

| | |
|---|---|
| Jamieson Capex | ID: CAPJ1224 |
| The Dakota Bankruptcy Firm | Invoice: 100050981 |
| Fargo, ND 58102-4246 | Date: 01/27/2025 |
| | Due Date: 02/26/2025 |

| | |
|---|---:|
| 12/27/2024 - Multiple emails and phone calls (1.00) | 367.94 |
| 1/8/2025 - Review email on bankruptcy plan voting (.20) | 80.94 |
| 1/9/2025 - Review of email and related court filings related to bankruptcy Chapter 11 plan (.50) | 202.50 |
| 1/12/2025 - Read and sign Declaration in Support (.50) | 202.50 |
| 1/14/2025 - Read email on Kapusta retainer and approve payment (.40) | 162.00 |
| **Invoice Total** | **$1,015.88** |

| 01/27/2025 | 12/31/2024 | 11/30/2024 | 10/31/2024 | 09/30/2024+ | Total |
|---|---|---|---|---|---|
| 1,015.88 | 0.00 | 0.00 | 0.00 | 0.00 | $1,015.88 |

**Please scan QR code to pay securely or visit our website pointcpa.com**



Interest will be charged at 1.5% per month on any outstanding balance at 18% annual percentage rate.  $25 Service Fee for all NSF Checks/eChecks