**Mac VerStandig**

| | |
|---|---|
| **From:** | THOMAS KAPUSTA <tkapusta@aol.com> |
| **Sent:** | Friday, April 4, 2025 3:33 PM |
| **To:** | Mac VerStandig; Mac VerStandig |
| **Cc:** | Wencil, Sarah (USTP) |
| **Subject:** | Re: CAPEX Fees |

Dear Mac,

As of this date, I have not received payment.  This email is 30 day demand for payment under the default notice provision of the approved plan.  In addition, if payment is not received by this Monday, I will be filing an objection to the fee application for the chief restructuring officer for failure to provide the services by this position as approved by the court, e.g. failure to make payments approved by the court.

If you have any questions, please let me know.  Thank you.

Regards,

Thomas Kapusta
Subchapter V Trustee

On Thursday, April 3, 2025 at 06:49:05 AM CDT, Mac VerStandig <mac@dakotabankruptcy.com> wrote:

Tom,

FYI, my understanding is that a check to you is in the mail.

Thanks,

Maurice "Mac" VerStandig, Esq.

The Dakota Bankruptcy Firm

1630 1st Avenue N

Suite B PMB 24

Fargo, North Dakota 58102-4246

Phone: (855) 987-DEBT

1

Local: (701) 394-3215

mac@dakotabankruptcy.com

http://www.dakotabankruptcy.com

**PRIVILEGED COMMUNICATION/PRIVACY NOTICE**
Information contained in this transmission is attorney-client privileged and confidential.  It is solely intended for use by
the individual or entity named above.  If the reader of this message is not the intended recipient, you are hereby notified
that any dissemination, distribution or copying of this communication is strictly prohibited.  If you have received this
communication in error, please immediately notify us by telephone and delete this communication.

**TAX ADVICE NOTICE**
Any tax advice included in this communication may not contain a full description of all relevant facts or a complete
analysis of all relevant tax issues or authorities.  This communication is solely for the intended recipient's benefit and
may not be relied upon by any other person or entity.