| | | |
|---|---|---|
| Label Matrix for local noticing<br>0868-3<br>Case 24-30422<br>District of North Dakota<br>Fargo<br>Mon Jun 30 19:20:44 CDT 2025 | Jamieson CAPEX Fund , LLC<br>2865 Lilac LN N<br>Fargo, ND 58102-1706 | The Dakota Bankruptcy Firm<br>1630 1st Avenue N<br>Suite B PMB 24<br>Fargo, ND 58102-4246 |
| U.S. BANKRUPTCY COURT<br>655 1ST AVENUE NORTH, SUITE 210<br>FARGO, ND 58102-4932 | Amber Carlson<br>712 124th Ave NE<br>Finley, ND 58230-9402 | Ana A. Neir<br>Special Assistant Attorney General<br>10 Roberts St. N.<br>Fargo, ND 58102-4982 |
| Arthur Mercantile, LLC<br>PO Box 8<br>Arthur, ND 58006-0008 | Aspire<br>5195 45TH ST S<br>Fargo , ND 58104-3339 | Berly D. Nelson<br>Special Assistant Attorney General<br>10 Roberts St. N.<br>Fargo, ND 58102-4982 |
| Brad Sunderland<br>2102 Great Northern Drive<br>Fargo, ND 58102-3249 | Brian Kounovsky<br>3680 54th Street S<br>Fargo, ND 58104-7480 | Bryan Bartz<br>555 12th Street<br>Suite 900<br>Oakland, CA 94607-3637 |
| CCU<br>204 W THAYER AVE<br>Bismarck  58501-3772 | Capital Credit Union<br>204 W THAYER AVE<br>Bismarck , ND 58501-3794 | Christianna A. Cathcart<br>1630 1st Avenue N<br>Suite B PMB 24<br>Fargo, North Dakota 58102-4246 |
| Christopher M. McShane<br>444 Sheyenne Street, Suite 102<br>P.O. Box 458<br>West Fargo 58078-0458 | Cole Bachmeier<br>5893 Autumn Drive S<br>Fargo, ND 58104-7654 | Colleen Carlson<br>6130 12th Street SE<br>Bismarck, ND 58504-3131 |
| Dale Lian<br>2861 Lilac Lane N<br>Fargo, ND 58102-1706 | David Griffin<br>555 12th Street Suite 900<br>Oakland, CA 94607-3637 | Derek Kane<br>5832 Crested Butte Rd<br>Bismarck, ND 58503-7302 |
| Derek Sunderland<br>4632 Timberline Dr<br>Fargo, ND 58104-6654 | Donna Fricke<br>918 Senate Dr<br>Bismarck, ND 58501-1963 | Eric Hegerle<br>2312 5th Street S<br>Fargo, ND 58103 |
| (p)FIRST INTERNATIONAL BANK & TRUST<br>ATTN ATTN LEGAL<br>3001 25TH STREET SOUTH<br>FARGO ND 58103-6160 | First Western Bank & Trust<br>900 South Broadway<br>Minot, ND 58701-4658 | Fred & Karen Browers<br>38568 296th Ave<br>Waubun, MN 56589-9370 |
| Fred and Karen Brower<br>38568 296th Ave<br>Waubun, MN 56589-9370 | Internal Revenue Service<br>PO Box 7346<br>Philadelphia, PA 19101-7346 | Jack Christianson<br>508 66th Ave North<br>Moffit, ND 58560 |

| | | |
|---|---|---|
| Jamieson Capital<br>1420 9TH ST E STE 401<br>West Fargo , ND 58078-3381 | Jamieson Legacy Fund<br>555 12th Street Ste 900<br>Oakland, CA 94607-3637 | Jamieson Legacy Fund LLC<br>3309 Heartwood Dr SE<br>Mandan, ND 58554-6232 |
| Jamieson Medical<br>2865 LILAC LN N<br>Fargo 58102-1706 | Jamieson Natural<br>PO BOX 285<br>West Fargo , ND 58078-0285 | Jamieson Natural Resources Fund, LLC<br>PO BOX 285<br>West Fargo , ND 58078-0285 |
| Jamieson Natural Resources Fund, LLC<br>c/o: Katrina A. Turman Lang<br>500 2nd Ave. N., Suite 400<br>P.O. Box 1680<br>Fargo, ND 58107-1680 | Jason Boutwell<br>87 N Woodcrest Dr N<br>Fargo, ND 58102-2154 | Jeff Johnson<br>4001 15th Ave NW<br>Fargo, ND 58102-2832 |
| Jeremy Carlson<br>2865 Lilac Lane N<br>Fargo, ND 58102-1706 | Jim Stewart<br>154 S Woodcrest Dr<br>Fargo, ND 58102-2145 | John Biwer<br>331 St Charles Place<br>West Fargo, ND 58078 |
| KLH&J Land LLC<br>4001 15th Ave NW<br>Fargo, ND 58102-2832 | Kara Johnson<br>555 12th Street Ste 900<br>Oakland, CA 94607-3637 | Katrina A. Turman Lang<br>Wold Johnson, P.C.<br>500 2nd Ave. N., Ste. 400<br>PO Box 1680<br>Fargo, ND 58107-1680 |
| Leftfield Development LLC<br>275 Elks Dr<br>Grand Forks, ND 58201-7575 | Lyons Children Irrevocable Trust<br>6415 55th Ave SE<br>Bismarck, ND 58504-9410 | MJM Investments, LLC<br>541 16TH ST NE<br>West Fargo , ND 58078-7214 |
| Main Street Investment<br>2865 Lilac LN N<br>Fargo, ND 58102-1706 | Mark Merck<br>555 12th Street Ste 900<br>Oakland, CA 94607-3637 | Matthew Bitterman<br>4406 Daniel Street<br>Bismarck, ND 58504-8855 |
| Michael Kempel<br>2809 Lilac Lane N<br>Fargo, ND 58102-1706 | Michael Kuntz<br>275 Elks Dr<br>Grand Forks, ND 58201-7575 | Michael Schuster<br>5079 Woodhaven Dr S<br>Fargo, ND 58104-4288 |
| Mike Quast<br>4703 Harbor Trail SE<br>Mandan, ND 58554-7928 | North Dakota Office of State Tax Commiss<br>600 E. Boulevard Ave. Dept. 127<br>Bismarck, ND 58505-0602 | Nova DC, LLC<br>3081 125TH AVE NW<br>Watford City, ND 58854-9602 |
| Rachel Ness<br>4763 Douglas Drive S<br>Fargo, ND 58104-4402 | Sarah J. Wencil<br>Office of the U.S. Trustee<br>Suite 1015 U.S. Courthouse<br>300 South Fourth Street<br>Minneapolis, MN 55415-1320 | Scott Ellefson<br>63 W Mirror Ridge Circle<br>The Woodlands, TX 77382-2513 |

| | | |
|---|---|---|
| Scott Howe<br>7725 Ridgeland Dr<br>Bismarck, ND 58503-6235 | Secure Income Fund, LLC<br>2865 LILAC LN N<br>Fargo, ND 58102-1706 | Shawn Hegvick<br>4439 Oakcreek Dr S<br>Fargo, ND 58104-6619 |
| The Entrust Group<br>F/B/O Mike Holland<br>555 12th Street Ste 900<br>Oakland, ND 94607-3637 | The Entrust Group<br>f/b/o Brian Carlson<br>555 12th Street Ste 900<br>Oakland, CA 94607-3637 | The Entrust Group<br>f/b/o Lynn Carlson<br>555 12th Street Ste 900<br>Oakland, ND 94607-3637 |
| The Entrust Group<br>f/b/o Matthew Retterath<br>555 12th Street Ste 900<br>Oakland, CA 94607-3637 | The Entrust Group<br>f/b/o Scott Gorder<br>555 12th Street Ste 900<br>Oakland, CA 94607-3637 | Trevor Kittelson<br>705 6th Ave NE<br>Hillsboro, ND 58045-4633 |
| Val Marinov<br>3549 Grandwood Dr N<br>Fargo, ND 58102-4860 | W&S Investment LLC<br>4401 19th Street SE<br>Mandan, ND 58554-4830 | Wendy Baukol<br>555 12th Street Ste 900<br>Oakland, CA 94607-3637 |
| Christianna A. Cathcart<br>The Dakota Bankruptcy Firm<br>1630 First Ave N<br>Ste. B PMB 24<br>Fargo, ND 58102-4246 | Maurice VerStandig<br>The Dakota Bankruptcy Firm<br>1630 1st Avenue N<br>Suite B PMB 24<br>Fargo, ND 58102-4246 | Robert B. Raschke<br>Assistant U.S. Trustee<br>Suite 1015 U.S. Courthouse<br>300 South Fourth Street<br>Minneapolis, MN 55415-1320 |
| Thomas Kapusta<br>PO Box 90624<br>Sioux Falls, SD 57109-0624 | | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

First International Bank & Trust
100 N MAIN, PO BOX 607
Watford City, ND 58854

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (u)Commissioner of the North Dakota Securitie | (u)Jamieson Natural Resources Fund, LLC | (u)State of North Dakota |

```
(d)Jeff Johnson              (u)Michael T. Schmitz            End of Label Matrix
4001 15th Ave NW                                              Mailable recipients    75
Fargo, ND 58102-2832                                          Bypassed recipients     5
                                                              Total                  80
```