| | | |
|---|---|---|
| Label Matrix for local noticing<br>0868-3<br>Case 24-30422<br>District of North Dakota<br>Fargo<br>Mon Jun 30 19:20:44 CDT 2025 | Jamieson CAPEX Fund, LLC<br>2865 Lilac LN N<br>Fargo, ND 58102-1706 | The Dakota Bankruptcy Firm<br>1630 1st Avenue N<br>Suite B PMB 24<br>Fargo, ND 58102-4246 |
| U.S. BANKRUPTCY COURT<br>655 1ST AVENUE NORTH, SUITE 210<br>FARGO, ND 58102-4932 | Amber Carlson<br>712 124th Ave NE<br>Finley, ND 58230-9402 | Ana A. Neir<br>Special Assistant Attorney General<br>10 Roberts St. N.<br>Fargo, ND 58102-4982 |
| Arthur Mercantile, LLC<br>PO Box 8<br>Arthur, ND 58006-0008 | Aspire<br>5195 45TH ST S<br>Fargo , ND 58104-3339 | Berly D. Nelson<br>Special Assistant Attorney General<br>10 Roberts St. N.<br>Fargo, ND 58102-4982 |
| Brad Sunderland<br>2102 Great Northern Drive<br>Fargo, ND 58102-3249 | Brian Kounovsky<br>3680 54th Street S<br>Fargo, ND 58104-7480 | Bryan Bartz<br>555 12th Street<br>Suite 900<br>Oakland, CA 94607-3637 |
| CCU<br>204 W THAYER AVE<br>Bismarck  58501-3772 | Capital Credit Union<br>204 W THAYER AVE<br>Bismarck , ND 58501-3794 | Christianna A. Cathcart<br>1630 1st Avenue N<br>Suite B PMB 24<br>Fargo, North Dakota 58102-4246 |
| Christopher M. McShane<br>444 Sheyenne Street, Suite 102<br>P.O. Box 458<br>West Fargo 58078-0458 | Cole Bachmeier<br>5893 Autumn Drive S<br>Fargo, ND 58104-7654 | Colleen Carlson<br>6130 12th Street SE<br>Bismarck, ND 58504-3131 |
| Dale Lian<br>2861 Lilac Lane N<br>Fargo, ND 58102-1706 | David Griffin<br>555 12th Street Suite 900<br>Oakland, CA 94607-3637 | Derek Kane<br>5832 Crested Butte Rd<br>Bismarck, ND 58503-7302 |
| Derek Sunderland<br>4632 Timberline Dr<br>Fargo, ND 58104-6654 | Donna Fricke<br>918 Senate Dr<br>Bismarck, ND 58501-1963 | Eric Hegerle<br>2312 5th Street S<br>Fargo, ND 58103 |
| (p)FIRST INTERNATIONAL BANK & TRUST<br>ATTN ATTN LEGAL<br>3001 25TH STREET SOUTH<br>FARGO ND 58103-6160 | First Western Bank & Trust<br>900 South Broadway<br>Minot, ND 58701-4658 | Fred & Karen Browers<br>38568 296th Ave<br>Waubun, MN 56589-9370 |
| Fred and Karen Brower<br>38568 296th Ave<br>Waubun, MN 56589-9370 | Internal Revenue Service<br>PO Box 7346<br>Philadelphia, PA 19101-7346 | Jack Christianson<br>508 66th Ave North<br>Moffit, ND 58560 |

```
Jamieson Capital                    Jamieson Legacy Fund              Jamieson Legacy Fund LLC
1420 9TH ST E STE 401               555 12th Street Ste 900           3309 Heartwood Dr SE
West Fargo , ND 58078-3381          Oakland, CA 94607-3637            Mandan, ND 58554-6232


Jamieson Medical                    Jamieson Natural                  Jamieson Natural Resources Fund, LLC
2865 LILAC LN N                     PO BOX 285                        PO BOX 285
Fargo 58102-1706                    West Fargo , ND 58078-0285        West Fargo , ND 58078-0285


Jamieson Natural Resources Fund, LLC   Jason Boutwell                 Jeff Johnson
c/o: Katrina A. Turman Lang            87 N Woodcrest Dr N            4001 15th Ave NW
500 2nd Ave. N., Suite 400             Fargo, ND 58102-2154           Fargo, ND 58102-2832
P.O. Box 1680
Fargo, ND 58107-1680


Jeremy Carlson                      Jim Stewart                       John Biwer
2865 Lilac Lane N                   154 S Woodcrest Dr                331 St Charles Place
Fargo, ND 58102-1706                Fargo, ND 58102-2145              West Fargo, ND 58078


KLH&J Land LLC                      Kara Johnson                      Katrina A. Turman Lang
4001 15th Ave NW                    555 12th Street Ste 900           Wold Johnson, P.C.
Fargo, ND 58102-2832                Oakland, CA 94607-3637            500 2nd Ave. N., Ste. 400
                                                                      PO Box 1680
                                                                      Fargo, ND 58107-1680


Leftfield Development LLC           Lyons Children Irrevocable Trust  MJM Investments, LLC
275 Elks Dr                         6415 55th Ave SE                  541 16TH ST NE
Grand Forks, ND 58201-7575          Bismarck, ND 58504-9410           West Fargo , ND 58078-7214


Main Street Investment              Mark Merck                        Matthew Bitterman
2865 Lilac LN N                     555 12th Street Ste 900           4406 Daniel Street
Fargo, ND 58102-1706                Oakland, CA 94607-3637            Bismarck, ND 58504-8855


Michael Kempel                      Michael Kuntz                     Michael Schuster
2809 Lilac Lane N                   275 Elks Dr                       5079 Woodhaven Dr S
Fargo, ND 58102-1706                Grand Forks, ND 58201-7575        Fargo, ND 58104-4288


Mike Quast                          North Dakota Office of State Tax Commiss   Nova DC, LLC
4703 Harbor Trail SE                600 E. Boulevard Ave. Dept. 127            3081 125TH AVE NW
Mandan, ND 58554-7928               Bismarck, ND 58505-0602                    Watford City, ND 58854-9602


Rachel Ness                         Sarah J. Wencil                   Scott Ellefson
4763 Douglas Drive S                Office of the U.S. Trustee        63 W Mirror Ridge Circle
Fargo, ND 58104-4402                Suite 1015 U.S. Courthouse        The Woodlands, TX 77382-2513
                                    300 South Fourth Street
                                    Minneapolis, MN 55415-1320
```

| | | |
|---|---|---|
| Scott Howe<br>7725 Ridgeland Dr<br>Bismarck, ND 58503-6235 | Secure Income Fund, LLC<br>2865 LILAC LN N<br>Fargo, ND 58102-1706 | Shawn Hegvick<br>4439 Oakcreek Dr S<br>Fargo, ND 58104-6619 |
| The Entrust Group<br>F/B/O Mike Holland<br>555 12th Street Ste 900<br>Oakland, ND 94607-3637 | The Entrust Group<br>f/b/o Brian Carlson<br>555 12th Street Ste 900<br>Oakland, CA 94607-3637 | The Entrust Group<br>f/b/o Lynn Carlson<br>555 12th Street Ste 900<br>Oakland, ND 94607-3637 |
| The Entrust Group<br>f/b/o Matthew Retterath<br>555 12th Street Ste 900<br>Oakland, CA 94607-3637 | The Entrust Group<br>f/b/o Scott Gorder<br>555 12th Street Ste 900<br>Oakland, CA 94607-3637 | Trevor Kittelson<br>705 6th Ave NE<br>Hillsboro, ND 58045-4633 |
| Val Marinov<br>3549 Grandwood Dr N<br>Fargo, ND 58102-4860 | W&S Investment LLC<br>4401 19th Street SE<br>Mandan, ND 58554-4830 | Wendy Baukol<br>555 12th Street Ste 900<br>Oakland, CA 94607-3637 |
| Christianna A. Cathcart<br>The Dakota Bankruptcy Firm<br>1630 First Ave N<br>Ste. B PMB 24<br>Fargo, ND 58102-4246 | Maurice VerStandig<br>The Dakota Bankruptcy Firm<br>1630 1st Avenue N<br>Suite B PMB 24<br>Fargo, ND 58102-4246 | Robert B. Raschke<br>Assistant U.S. Trustee<br>Suite 1015 U.S. Courthouse<br>300 South Fourth Street<br>Minneapolis, MN 55415-1320 |
| Thomas Kapusta<br>PO Box 90624<br>Sioux Falls, SD 57109-0624 | | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

First International Bank & Trust
100 N MAIN, PO BOX 607
Watford City, ND 58854


The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (u)Commissioner of the North Dakota Securitie | (u)Jamieson Natural Resources Fund, LLC | (u)State of North Dakota |

```
(d)Jeff Johnson              (u)Michael T. Schmitz           End of Label Matrix
4001 15th Ave NW                                             Mailable recipients   75
Fargo, ND 58102-2832                                         Bypassed recipients    5
                                                             Total                 80
```