UNITED STATES BANKRUPTCY COURT
DISTRICT OF NORTH DAKOTA

In re:                                                                                  Bankruptcy No. 24-30422

Jamieson CAPEX Fund, LLC,

        Debtor.
_____/

Jamieson CAPEX Fund, LLC,

        Plaintiff,
vs.                                                                                      Adversary No. 24-07030

Timothy Karsky, in his official capacity as the
Securities Commissioner of North Dakota
Department of Securities, and
The State of North Dakota,

        Defendants.
_____/

**ORDER**

On June 30, 2025, Debtor filed a Motion to Approve Compromise with Timothy Karsky, Commissioner of the North Dakota Securities Department and the State of North Dakota seeking court approval of an agreement resolving the Adversary Proceeding 24-07030. Debtor served the notice of the motion. The Court received no objections and the time to object passed. Based on the information provided by the parties and the documents filed in the adversary proceeding and bankruptcy case, the Court finds that the Settlement Agreement is fair and equitable, reflects a balance of the risks of litigation with potential recovery and appears to be in the best interest of the bankruptcy estate.

Therefore, **IT IS ORDERED** that the Motion to Approve Compromise with Timothy Karsky, Commissioner of the North Dakota Securities Department and the State of North

1

Dakota [Adversary No. 24-07030; Doc 20; Bankruptcy No. 24-30422; Doc 130] is **GRANTED**. The compromise agreement is **APPROVED.**

The Final Pretrial Conference scheduled for December 23, 2025, and the Trial scheduled for January 6, 2025, are cancelled.

Dated this 25th day of July, 2025.

/s/ Shon Hastings
Shon Hastings, Judge
United States Bankruptcy Court
