UNITED STATES BANKRUPTCY COURT
DISTIRCT OF NORTH DAKOTA

In Re:

Jamieson CAPEX Fund, LLC,

                    Debtor.

_____/

Bankruptcy No. 24-30422
Chapter 11

ORDER

On December 6, 2024, Debtor Jamieson CAPEX Fund, LLC filed an Application to Approve Employment of Michael T. Schmiz as Chief Restructuring Officer.  Doc. 52. The Court finds cause for granting the relief Debtor seeks.

IT IS ORDERED that the Application to Employ Michael T. Schmitz as Chief Restructuring Officer [Doc. 52] is APPROVED subject to limitations on compensation provided by 11 U.S.C. § 329.  Consistent with the duties outlined in Debtor's motion, Michael T. Schmitz, as the Reorganized Debtor's Chief Restructuring Officer, is authorized to open one or more depository accounts in the name of Jamieson CAPEX Fund, LLC and to execute such paperwork as may be reasonable and necessary to effectuate the opening and maintenance of these account(s).

This order is not a determination that services or rates charged are necessary and reasonable. The person or entity employed under this order shall file a fee application in accordance with the Bankruptcy Code and Federal Rules of Bankruptcy Procedures. See Fed. R. Bank. P. 2016, 2017 and 11 U.S.C. 329, 330. Applicant must also comply with Local Rules.

Effective: December 23, 2024; Reentered:  June 1, 2026.

Shon Hastings, Judge
United States Bankruptcy Court