United States Bankruptcy Court

District of North Dakota

In re:  Case No. 24-30422-skh

Jamieson CAPEX Fund, LLC  Chapter 11

   Debtor

# CERTIFICATE OF NOTICE

District/off: 0868-3  User: admin  Page 1 of 2

Date Rcvd: Jun 01, 2026  Form ID: pdf2some  Total Noticed: 1

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 03, 2026:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | Jamieson CAPEX Fund, LLC, 2865 Lilac LN N, Fargo, ND 58102-1706 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 03, 2026  Signature:  /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 1, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Ana Neir | on behalf of Defendant Timothy Karsky in his official capacity as the Securities Commissioner of the North Dakota Department of Securities, aneir@serklandlaw.com |
| Ana Neir | on behalf of Interested Party State of North Dakota aneir@serklandlaw.com |
| Ana Neir | on behalf of Defendant The State of North Dakota aneir@serklandlaw.com |
| Ana Neir | on behalf of Interested Party Commissioner of the North Dakota Securities Department aneir@serklandlaw.com |
| Berly D. Nelson | on behalf of Defendant Timothy Karsky in his official capacity as the Securities Commissioner of the North Dakota Department of Securities, bnelson@serklandlaw.com, rtande@serklandlaw.com;aneir@serklandlaw.com;lhruby@serklandlaw.com |
| Berly D. Nelson | on behalf of Interested Party Commissioner of the North Dakota Securities Department bnelson@serklandlaw.com rtande@serklandlaw.com;aneir@serklandlaw.com;lhruby@serklandlaw.com |
| Berly D. Nelson | on behalf of Defendant The State of North Dakota bnelson@serklandlaw.com rtande@serklandlaw.com;aneir@serklandlaw.com;lhruby@serklandlaw.com |

District/off: 0868-3                     User: admin                              Page 2 of 2

Date Rcvd: Jun 01, 2026                  Form ID: pdf2some                        Total Noticed: 1

Berly D. Nelson
                    on behalf of Interested Party State of North Dakota bnelson@serklandlaw.com
                    rtande@serklandlaw.com;aneir@serklandlaw.com;lhruby@serklandlaw.com

Christianna A. Cathcart
                    on behalf of Plaintiff Jamieson CAPEX Fund  LLC christianna@dakotabankruptcy.com,
                    Cathcart.ChristiannaB114029@notify.bestcase.com

Christianna A. Cathcart
                    on behalf of Debtor Jamieson CAPEX Fund  LLC christianna@dakotabankruptcy.com,
                    Cathcart.ChristiannaB114029@notify.bestcase.com

Christopher M. McShane
                    on behalf of Defendant Jeff Johnson cmcshane@ohnstadlaw.com  kthompson@ohnstadlaw.com;jroaldson@ohnstadlaw.com

Christopher M. McShane
                    on behalf of Creditor Jeff Johnson cmcshane@ohnstadlaw.com  kthompson@ohnstadlaw.com;jroaldson@ohnstadlaw.com

Christopher M. McShane
                    on behalf of Counter-Claimant Jeff Johnson cmcshane@ohnstadlaw.com
                    kthompson@ohnstadlaw.com;jroaldson@ohnstadlaw.com

Katrina A. Turman Lang
                    on behalf of Creditor Jamieson Natural Resources Fund  LLC klang@woldlaw.com, melanie@turmanlaw.com

Maurice VerStandig
                    on behalf of Debtor Jamieson CAPEX Fund  LLC mac@mbvesq.com,
                    mac@dakotabankruptcy.com;verstandig.mauricer104982@notify.bestcase.com;verstandiglaw@recap.email

Maurice VerStandig
                    on behalf of Counter-Defendant Jamieson CAPEX Fund  LLC mac@mbvesq.com,
                    mac@dakotabankruptcy.com;verstandig.mauricer104982@notify.bestcase.com;verstandiglaw@recap.email

Maurice VerStandig
                    on behalf of Plaintiff Jamieson CAPEX Fund  LLC mac@mbvesq.com,
                    mac@dakotabankruptcy.com;verstandig.mauricer104982@notify.bestcase.com;verstandiglaw@recap.email

Maurice VerStandig
                    on behalf of Attorney The Dakota Bankruptcy Firm mac@mbvesq.com
                    mac@dakotabankruptcy.com;verstandig.mauricer104982@notify.bestcase.com;verstandiglaw@recap.email

Sarah J. Wencil
                    on behalf of U.S. Trustee United States Trustee sarah.j.wencil@usdoj.gov

Thomas Kapusta
                    on behalf of Trustee Thomas Kapusta tkapusta@aol.com

Thomas Kapusta
                    tkapusta@aol.com

Tracy A. Kennedy
                    on behalf of Defendant Frederick William Brower tracy@dakotalawgroup.com  brendadipersio@northdakotalaw.net

United States Trustee
                    USTPRegion12.SX.ECF@usdoj.gov


TOTAL: 23

UNITED STATES BANKRUPTCY COURT
DISTIRCT OF NORTH DAKOTA

In Re:                                                        Bankruptcy No. 24-30422
                                                             Chapter 11

Jamieson CAPEX Fund, LLC,


                        Debtor.

_____/

ORDER

On December 6, 2024, Debtor Jamieson CAPEX Fund, LLC filed an Application to Approve Employment of Michael T. Schmiz as Chief Restructuring Officer.  Doc. 52. The Court finds cause for granting the relief Debtor seeks.

IT IS ORDERED that the Application to Employ Michael T. Schmitz as Chief Restructuring Officer [Doc. 52] is APPROVED subject to limitations on compensation provided by 11 U.S.C. § 329.  Consistent with the duties outlined in Debtor's motion, Michael T. Schmitz, as the Reorganized Debtor's Chief Restructuring Officer, is authorized to open one or more depository accounts in the name of Jamieson CAPEX Fund, LLC and to execute such paperwork as may be reasonable and necessary to effectuate the opening and maintenance of these account(s).

This order is not a determination that services or rates charged are necessary and reasonable. The person or entity employed under this order shall file a fee application in accordance with the Bankruptcy Code and Federal Rules of Bankruptcy Procedures. See Fed. R. Bank. P. 2016, 2017 and 11 U.S.C. 329, 330. Applicant must also comply with Local Rules.

Effective: December 23, 2024; Reentered:  June 1, 2026.


Shon Hastings, Judge
United States Bankruptcy Court