IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NORTH DAKOTA

| | | |
|---|---|---|
| In re: | ) | Case No. 24-30422 |
| | ) | (Chapter 11) |
| JAMIESON CAPEX FUNDS, LLC. | ) | |
| | ) | |
| Debtor. | ) | |
| | ) | |

**NOTICE OF MOTION TO APPROVE COMPROMISE**
**WITH FREDERICK WILLIAM BROWER**

NOTICE IS HEREBY GIVEN that the above-referenced debtor has filed a motion to approve a compromise with Frederick William Brower. Under the proposed compromise, a pending adversary proceeding with be settled in exchange for Mr. Brower's claim in this matter being reduced from $768,713.49 to $400,000.00 and Mr. Brower irrevocably waiving his right to seek a greater sum (even though there exists a cognizable argument he is owed well in excess of $800,000.00).

NOTICE IS FURTHER GIVEN that written objections to the motion, if any, shall be filed with the Clerk of the United States Bankruptcy Court for the District of North Dakota, 655 1st Ave. N. Suite 210, Fargo, ND 58102-4932 within twenty-one (21) days from the date of the mailing of this notice. Any objections not filed and served may be deemed waived.

*[Signature Block and Certificate of Service on Following Page]*

Respectfully submitted,

Dated: October 9, 2026 By: /s/ Maurice B. VerStandig

Maurice B. VerStandig, Esq.
The Dakota Bankruptcy Firm
1630 1st Avenue N
Suite B PMB 24
Fargo, North Dakota 58102-4246
Phone: (701) 394-3215
mac@dakotabankruptcy.com
*Counsel for the Debtor*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on the 13th day of October, 2026, a copy of the foregoing is being served via First Class Mail, postage prepaid, to all parties on the mailing matrix attached hereto as Exhibit B, *except* no copy will be mailed to (i) this Honorable Court; or (ii) attorneys employed by The Dakota Bankruptcy Firm.

/s/ Maurice B. VerStandig
Maurice B. VerStandig