Label Matrix for local noticing
0868-3
Case 24-30422
District of North Dakota
Fargo
Tue Oct 27 10:50:22 CDT 2026

Jamieson CAPEX Fund, LLC
2865 Lilac LN N
Fargo, ND 58102-1706

The Dakota Bankruptcy Firm
1630 1st Avenue N
Suite B PMB 24
Fargo, ND 58102-4246

United States Trustee
Suite 1015 U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415-1320

U.S. BANKRUPTCY COURT
655 1ST AVENUE NORTH, SUITE 210
FARGO, ND 58102-4932

Amber Carlson
712 124th Ave NE
Finley, ND 58230-9402

Ana A. Neir
Special Assistant Attorney General
10 Roberts St. N.
Fargo, ND 58102-4982

Arthur Mercantile, LLC
PO Box 8
Arthur, ND 58006-0008

Aspire
5195 45TH ST S
Fargo , ND 58104-3339

Berly D. Nelson
Special Assistant Attorney General
10 Roberts St. N.
Fargo, ND 58102-4982

Brad Sunderland
2102 Great Northern Drive
Fargo, ND 58102-3249

Brian Kounovsky
3680 54th Street S
Fargo, ND 58104-7480

Bryan Bartz
555 12th Street
Suite 900
Oakland, CA 94607-3637

CCU
204 W THAYER AVE
Bismarck 58501-3772

Capital Credit Union
204 W THAYER AVE
Bismarck , ND 58501-3794

Christianna A. Cathcart
1630 1st Avenue N
Suite B PMB 24
Fargo, North Dakota 58102-4246

Christopher M. McShane
444 Sheyenne Street, Suite 102
P.O. Box 458
West Fargo 58078-0458

Cole Bachmeier
5893 Autumn Drive S
Fargo, ND 58104-7654

Colleen Carlson
6130 12th Street SE
Bismarck, ND 58504-3131

Dale Lian
2861 Lilac Lane N
Fargo, ND 58102-1706

David Griffin
555 12th Street Suite 900
Oakland, CA 94607-3637

Derek Kane
5832 Crested Butte Rd
Bismarck, ND 58503-7302

Derek Sunderland
4632 Timberline Dr
Fargo, ND 58104-6654

Donna Fricke
918 Senate Dr
Bismarck, ND 58501-1963

Eric Hegerle
2312 5th Street S
Fargo, ND 58103

(p)FIRST INTERNATIONAL BANK & TRUST
ATTN LEGAL
3247 47TH STREET SOUTH
FARGO ND 58104-4499

First Western Bank & Trust
900 South Broadway
Minot, ND 58701-4658

Fred & Karen Browers
38568 296th Ave
Waubun, MN 56589-9370

Fred and Karen Brower
38568 296th Ave
Waubun, MN 56589-9370

Internal Revenue Service
PO Box 7346
Philadelphia, PA 19101-7346

Jack Christianson
508 66th Ave North
Moffit, ND 58560

Jamieson Capital
1420 9TH ST E STE 401
West Fargo , ND 58078-3381

Jamieson Legacy Fund
555 12th Street Ste 900
Oakland, CA 94607-3637

Jamieson Legacy Fund LLC
3309 Heartwood Dr SE
Mandan, ND 58554-6232

Jamieson Medical
2865 LILAC LN N
Fargo 58102-1706

Jamieson Natural
PO BOX 285
West Fargo , ND 58078-0285

Jamieson Natural Resources Fund, LLC
PO BOX 285
West Fargo , ND 58078-0285

Jamieson Natural Resources Fund, LLC
c/o: Katrina A. Turman Lang
500 2nd Ave. N., Suite 400
P.O. Box 1680
Fargo, ND 58107-1680

Jason Boutwell
87 N Woodcrest Dr N
Fargo, ND 58102-2154

Jeff Johnson
4001 15th Ave NW
Fargo, ND 58102-2832

Jeremy Carlson
2865 Lilac Lane N
Fargo, ND 58102-1706

Jim Stewart
154 S Woodcrest Dr
Fargo, ND 58102-2145

John Biwer
331 St Charles Place
West Fargo, ND 58078

KLH&J Land LLC
4001 15th Ave NW
Fargo, ND 58102-2832

Kara Johnson
555 12th Street Ste 900
Oakland, CA 94607-3637

Katrina A. Turman Lang
Wold Johnson, P.C.
500 2nd Ave. N., Ste. 400
PO Box 1680
Fargo, ND 58107-1680

Leftfield Development LLC
275 Elks Dr
Grand Forks, ND 58201-7575

Lyons Children Irrevocable Trust
6415 55th Ave SE
Bismarck, ND 58504-9410

MJM Investments, LLC
541 16TH ST NE
West Fargo , ND 58078-7214

Main Street Investment
2865 Lilac LN N
Fargo, ND 58102-1706

Mark Merck
555 12th Street Ste 900
Oakland, CA 94607-3637

Matthew Bitterman
4406 Daniel Street
Bismarck, ND 58504-8855

Michael Kempel
2809 Lilac Lane N
Fargo, ND 58102-1706

Michael Kuntz
275 Elks Dr
Grand Forks, ND 58201-7575

Michael Schuster
5079 Woodhaven Dr S
Fargo, ND 58104-4288

Mike Quast
4703 Harbor Trail SE
Mandan, ND 58554-7928

North Dakota Office of State Tax Commiss
600 E. Boulevard Ave. Dept. 127
Bismarck, ND 58505-0602

Nova DC, LLC
3081 125TH AVE NW
Watford City, ND 58854-9602

Rachel Ness
4763 Douglas Drive S
Fargo, ND 58104-4402

Sarah J. Wencil
Office of the U.S. Trustee
Suite 1015 U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415-1320

Scott Ellefson
63 W Mirror Ridge Circle
The Woodlands, TX 77382-2513

Scott Howe
7725 Ridgeland Dr
Bismarck, ND 58503-6235

Secure Income Fund, LLC
2865 LILAC LN N
Fargo, ND 58102-1706

Shawn Hegvick
4439 Oakcreek Dr S
Fargo, ND 58104-6619

The Entrust Group
F/B/O Mike Holland
555 12th Street Ste 900
Oakland, ND 94607-3637

The Entrust Group
f/b/o Brian Carlson
555 12th Street Ste 900
Oakland, CA 94607-3637

The Entrust Group
f/b/o Lynn Carlson
555 12th Street Ste 900
Oakland, ND 94607-3637

The Entrust Group
f/b/o Matthew Retterath
555 12th Street Ste 900
Oakland, CA 94607-3637

The Entrust Group
f/b/o Scott Gorder
555 12th Street Ste 900
Oakland, CA 94607-3637

Trevor Kittelson
705 6th Ave NE
Hillsboro, ND 58045-4633

Val Marinov
3549 Grandwood Dr N
Fargo, ND 58102-4860

W&S Investment LLC
4401 19th Street SE
Mandan, ND 58554-4830

Wendy Baukol
555 12th Street Ste 900
Oakland, CA 94607-3637

Christianna A. Cathcart
The Dakota Bankruptcy Firm
1630 First Ave N
Ste. B PMB 24
Fargo, ND 58102-4246

Maurice VerStandig
The Dakota Bankruptcy Firm
1630 1st Avenue N
Suite B PMB 24
Fargo, ND 58102-4246

Thomas Kapusta
PO Box 90624
Sioux Falls, SD 57109-0624

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

First International Bank & Trust
100 N MAIN, PO BOX 607
Watford City, ND 58854

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)Commissioner of the North Dakota Securitie

(u)Jamieson Natural Resources Fund, LLC

(u)State of North Dakota

(d)Jeff Johnson
4001 15th Ave NW
Fargo, ND 58102-2832

(u)Michael T. Schmitz

End of Label Matrix
Mailable recipients 75
Bypassed recipients 5
Total 80