**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NORTH DAKOTA**

| | |
|---|---|
| In Re:<br><br>JAMIESON CAPEX FUND, LLC,<br><br>Debtor. | Case No.: 24-30422<br><br>Chapter 11 |

**NOTICE OF APPEARANCE**
**AND REQUEST FOR SERVICE OF PAPERS**

PLEASE TAKE NOTICE that pursuant to Rule 9010 of the Bankruptcy Rules, **Charles D. Rydell**, is a **creditor and interested party** and hereby appears in this case.

PLEASE TAKE FURTHER NOTICE that, pursuant to Rule 2002 of the Bankruptcy Rules, the undersigned requests that all notices and papers specified by that Rule, and pursuant to Rule 9010 of the Bankruptcy Rules, that all other notices given or required to be given in this case and all other papers served or required to be served, be given and served upon:

Kesha L. Tanabe
Vogel Law Firm
P.O. Box 1389
Fargo, ND 58107-1389
ktanabe@vogellaw.com

The foregoing request includes, without limitation, notices of any orders, pleadings, motions, applications, complaints, demands, hearing, requests or petitions, plans, disclosure statements, answering or reply papers, memoranda and briefs in support of any of the foregoing and any other document brought before this Court with respect to these proceedings, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, delivery, telephone, telegraph, telex or otherwise.

Dated this 18th day of November, 2026.

**VOGEL LAW FIRM**

BY: */s/ Kesha L. Tanabe*
Kesha L. Tanabe
ktanabe@vogellaw.com
218 NP Avenue
PO Box 1389
Fargo, ND 58107-1389
Telephone: 701.237.6983
ATTORNEYS FOR CHARLES D. RYDELL

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 18th day of November, 2026, a copy of the foregoing was served electronically upon filing via the ECF system.

*/s/ Kesha L. Tanabe*
Kesha L. Tanabe